# EXHIBIT (N)

1/5/05

MINUTE ORDER

## Reeves, Jeanne K.

From: DCD_ECFNotice@dcd.uscourts.gov
Sent: Wednesday, January 05, 2005 12:07 PM
To: DCD_ECFNotice@dcd.uscourts.gov
Subject: Activity in Case 1:98-cv-02088-RMU-DAR PURCELL, et al v. MWI CORPORATION, et al "Order on Motion for Extension of Time to"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from EW, entered on 1/5/2005 at 12:07 PM EDT and filed on 1/5/2005
Case Name:      PURCELL, et al v. MWI CORPORATION, et al
Case Number:    1:98-cv-2088
Filer:
Document Number:

Docket Text:
MINUTE ORDER [94] Motion for Extension of Time: Denied for the United States' failure to comply with provision three of the Standing Order for Civil Cases (Docket No. 59), and for the further reasons set forth by Defendants in their opposition. Signed by Judge Deborah A. Robinson on 1/5/05. (EW)

The following document(s) are associated with this transaction:

**1:98-cv-2088 Notice will be electronically mailed to:**

Jospeh J. Aronica      jjaronica@duanemorris.com,

James F Carroll      jcarroll@conradscherer.com,

Michael J. Madigan      mmadigan@akingump.com,

Keith V. Morgan      keith.morgan@usdoj.gov,

Evangeline C. Paschal      epaschal@akingump.com,

**1:98-cv-2088 Notice will be delivered by other means to:**

Michael D. Granston
U.S. DEPARTMENT OF JUSTICE
P.O. Box 261

2/16/2005

Washington, DC 20044-0261

Roscoe Howard, Jr
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
10th Floor
Washington, DC 20530

Catherine M. Rodrigues
CONRAD & SCHERER, LLP
633 South Federal Highway
Fort Lauderdale, FL 33301

Vincent Bernard Terlep, Jr
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 261
Room 3708
Washington, DC 20044

David B. Wiseman
U.S. DEPARTMENT OF JUSTICE
Civil Division-Fraud Section
601 D Street, NW
Room 9019
Washington, DC 20004

2/16/2005