# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Ex. Rel.* ROBERT R. PURCELL, | : <br> : <br> : | |
| Plaintiff, | : <br> : | Civil Action No.: 98-2088 (RMU) |
| v. | : <br> : | Document Nos.: 192, 193, 182 |
| MWI CORPORATION and DAVID ELLER, | : <br> : | |
| Defendants. | : | |

## ORDER

### ADOPTING IN WHOLE MAGISTRATE JUDGE ROBINSON'S REPORT AND RECOMMENDATION; DENYING THE DEFENDANTS' MOTION FOR RECONSIDERATION

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it is this 25th day of October, 2006,

**ORDERED** that the parties' objections to Magistrate Judge Robinson's June 23, 2006 report and recommendation are **DENIED**, and it is

**FURTHER ORDERED** that the defendants' motion to reconsider Magistrate Judge Robinson's November 14, 2005 order.

**SO ORDERED**.

                                                                  RICARDO M. URBINA<br>
                                                      United States District Judge