## EXPORT-IMPORT BANK OF THE UNITED STATES
811 VERMONT AVENUE, N.W., WASHINGTON, D.C. 20571
FAX NO.: (202) 377 - 7951

### FAX COVER SHEET

DATE/TIME SENT DECEMBER 8, 1993          PAGES TO FOLLOW  4

| TO (NAME,ORGANIZATION(S),ADDRESS/CITY) | FAX NUMBER(S) | |
|---|---|---|
| FEDERAL MINISTRY OF FINANCE | 9 011 232 9 234-0603 | *Embassy to Forward* |
| EXTERNAL FINANCE DIVISION | | |
| P.M.B. 14, GARKI, NEAR THE CENTRAL BK | | |
| CENTRAL ZONE A3 | | |
| ABUJA, NIGERIA | | |
| ATTN: MR. UMARU EDOTA | | |
| CC: CENTRAL BANK OF NIGERIA | 9 011 234  9  234-0742 | |
| ABUJA, NIGERIA | or    234  1  266-1677 | 12-8-93 |
| ATTN: ALHAJI ABDULKADIR AMHED, GOVERNOR | | |
| CC: U.S. EMBASSY, LAGOS, NIGERIA | 9 011 234  1  619-118 | 12-8-93 |
| ATTN: ECON OFFICER | | |

MESSAGE OR ROUTING INSTRUCTIONS:

REF: EXIMBANK CREDIT NOS. 64321-XX AND 64322-XX - NIGERIA

BASED UPON THE APPROVAL (ON NOVEMBER 26, 1993), OF YOUR REQUEST FOR EXTENSION OF THE LOAN EXPIRY DATE TO MARCH 31, 1995, WE ARE PROVIDING **REVISED** NOTICES OF PAYMENT DUE UNDER EXIMBANK CREDIT NOS. 64321-XX AND 64322-XX.

PLEASE DISREGARD THE NOTICES OF PAYMENT DUE WHICH WERE PREPARED ON NOVEMBER 19, 1993 FOR THE ABOVE REFERENCED CREDITS.

WE APOLOGIZE FOR ANY INCONVENIENCE THIS MATTER MAY HAVE CAUSED.

REGARDS,

DENISE M. SOMERVILLE,
SUPERVISOR, LOAN SERVICING SECTION

SENDER R.S. KENNEDY for DENISE SOMERVILLE, SUPERVISOR, LOAN SVC
SENDER'S TELEPHONE NUMBER    (202) 566-8921 or 8906

IF MESSAGE IS NOT RECEIVED IN FULL CALL EXIMBANK CFO/TC/IMD FAX OFFICE AT (202) 566-8837.

PRIVILEGE AND CONFIDENTIALITY NOTICE: THE INFORMATION IN THIS FACSIMILE IS INTENDED FOR THE NAMED RECIPIENT ONLY. IT MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION EXEMPT FROM DISCLOSURE AND APPLICABLE LAW. IF YOU RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL TO THE SENDER BY MAIL. WE WILL REIMBURSE YOU FOR THE POSTAGE. PLEASE DO NOT COPY, DISTRIBUTE, OR DISCLOSE THE CONTENTS TO ANYONE. THANK YOU.

EIB FORM NO. 85-2 REV. 10/93 rsk



FILE COPY

EX 0261

DTX0399_0001