EXPORT-IMPORT BANK OF THE UNITED STATES

       811 Vermont Avenue, NW, Washington, D.C.   20571
              FAX No.: (202) 565-3294

## FAX COVER SHEET

DATE/TIME SENT May 8, 2001                        PAGES TO FOLLOW   1
TO (NAME, ORGANIZATION(S), ADDRESS/CITY)          FAX NUMBER(S)

Mr. A. S. Arikawe, Director General               234.9.523.7396

Debt Management Office

Abuja, Nigeria


MESSAGE OR ROUTING INSTRUCTIONS: RE: Payment for post contract cut-off debt. Loans 63872, 64321, 64322, 64323, 64324, 64404, 64405, 64406

Dear Sir:

    We acknowledge and thank you for the payment of $11,303,797.78 received by Ex-Im Bank on May 3, 2001. Details of exact application of this remittance will be sent to you.

    If you have any questions on the information presented above, please contact Patricia Robinson via facsimile at (202) 565-3294 or by phone at (202) 565-3273.

Sincerely,


SENDER   Patricia Robinson/Loan Servicing Section
SENDER'S TELEPHONE NUMBER   (202) 565-3273
IF MESSAGE IS NOT RECEIVED IN FULL CALL EX-IM BANK CFO/TC/IMD/ FAX OFFICE AT (202) 565-3250.

PRIVILEGE AND CONFIDENTIALITY  NOTICE: THE INFORMATION IN THIS FACSIMILE IS INTENDED FOR THE NAMED RECIPIENT ONLY. IT MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION EXEMPT FROM DISCLOSURE AND APPLICABLE LAW.  IF YOU RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL TO THE SENDER BY MAIL.  WE WILL REIMBURSE YOU FOR THE POSTAGE.  PLEASE DO NOT COPY, DISTRIBUTE, OR DISCLOSE THE CONTENTS TO ANYONE. THANK YOU.

EIB FORM NO. 85-2
    REV. 9/92

04778

DTX0422_0001