## EXPORT-IMPORT BANK OF THE UNITED STATES

811 Vermont Avenue, N.W., Washington, D.C. 20571
FAX No.: (202) 565-3294

---

### FAX COVER SHEET

DATE/TIME SENT 7/13/01               PAGES TO FOLLOW 08

TO (NAME,ORGANIZATION(S),ADDRESS/CITY) FAX NUMBER(S)

FEDERAL MINISTRY OF FINANCE          9-011-234-9-234-0479

THE HONORABLE MINISTER, DIR OF EXT FINANCE

AHMADU BELLO WAY, CENTRAL DIST, PMB 14     Mailed 9/20/01

ABUJA, NIGERIA

---

MESSAGE OR ROUTING INSTRUCTIONS:
EXIM-BANK CREDIT NO.
WE ACKNOWLEDGE RECEIPT OF $11,033,797.78 ON 5/3/01. THE RECEIPT WAS APPLIED TO SEVERAL LOANS 63872,64321,64322,64323,64324,64404 64405,64406 AS FOLLOWS:

| | |
|---|---|
| PRINCIPAL DUE  7/17/00 | $5,501,680.91 |
| PRINCIPAL PAID 5/03/01 | $5,501,680.91 |
| BALANCE DUE | -0- |
| | |
| LATE PAYMENT CHARGES DUE  1/17/01 | $32,332.75 |
| LATE PAYMENT CHARGES PAID 5/03/01 | $32,332.75 |
| BALANCE DUE | -0- |
| | |
| PRINCIPAL DUE  1/16/01 | $5,501,681.94 |
| PRINCIPAL PAID 5/03/01 | $5,499,784.12 |
| BALANCE DUE | $  1,897.82 |
| | |
| LATE PAYMENT CHARGES DUE 5/3/01 | $  268,157.30 |

AFTER APPLYING THE ABOVE RECEIPT THERE IS STILL A SHORTAGE DUE. WE WOULD APPRECIATE YOUR PROMPT REMITTANCE OF $270,055.12. A COPY OF THE LATE INTEREST BILLINGS ARE ATTACHED.

SENDER   DIANE CHANDLER
SENDER'S TELEPHONE NUMBER 202 565-3247
IF MESSAGE IS NOT RECEIVED IN FULL CALL EXIMBANK CFO/TC/IMD FAX OFFICE AT (202) 565-3250.

FILE COPY

06012

DTX0427_0001