*U.S. ex rel. Purcell v. MWI Corp* ., No. 98-2088 (CKK)

## MWI TRIAL EXHIBITS INDEX

| Exhibit No. | Date | Bates No. | Description of Document |
|---|---|---|---|
| DTX0001_0001 | | | MWI Web Site Homepage |
| DTX0002_0001 | | | MWI Web Site "About Us" |
| DTX0003_0001 | | | MWI Pumps - Duraflo web page |
| DTX0004_0001 | | | MWI Pumps - Duraflo - 4 inch guides |
| DTX0005_0001 | | | MWI Pumps - Duraflo - 6 inch guides |
| DTX0006_0001 | | | MWI Pumps - Duraflo - 8 inch guides |
| DTX0007_0001 | | | MWI Pumps - Duraflo - 10 inch guides |
| DTX0008_0001 | | | MWI Pumps - Duraflo - 12 inch guides |
| DTX0009_0001 | | | MWI Pumps - Mobile Hydraflo web page |
| DTX0010_0001 | | | MWI Pumps - Mobile Hydraflo - Brochure |
| DTX0011_0001 | | | MWI Pumps - Hydraflo Pumps web page |
| DTX0012_0001 | | | MWI Pumps - Hydraflo Pumps - Brochure |
| DTX0013_0001 | 2/1/1976 | | Paper presented at the U.S. Agricultural Land Development Technology Seminar to Central Africa, J. David Eller, "Increasing Food Production on Flood Plain Lands Adjacent to Rivers and Lakes" |
| DTX0014_0001 | 8/15/1981 | | New York Times Article, "Nigeria, Rich with Oil, is Dependent on U.S. and other Nations for Food" |
| DTX0015_0001 | 6/3/1986 | S-000202 | Nigeria - Government Promissory Note P/N/2/6 |
| DTX0016_0001 | 6/3/1986 | S-000205 | Nigeria - Government Promissory Note P/N/2/9 |
| DTX0017_0001 | 6/3/1986 | S-000197 | Nigeria - Government Promissory Note P/N/2/2 |
| DTX0018_0001 | 6/3/1986 | S-000198 | Nigeria - Government Promissory Note P/N/2/3 |
| DTX0019_0001 | 6/3/1986 | S-000200 | Nigeria - Government Promissory Note P/N/2/5 |
| DTX0020_0001 | 6/3/1986 | S-000203 | Nigeria - Government Promissory Note P/N/2/7 |
| DTX0021_0001 | 6/3/1986 | S-000204 | Nigeria - Government Promissory Note P/N/2/8 |
| DTX0022_0001 | 6/3/1986 | S-000206 | Nigeria - Government Promissory Note P/N/2/10 |
| DTX0023_0001 | 6/3/1986 | S-000196 | Nigeria - Government Promissory Note P/N/2/1 |
| DTX0024_0001 | 6/3/1986 | S-000199 | Nigeria - Government Promissory Note P/N/2/4 |
| DTX0025_0001 | 10/18/1988 | MWI 075828-29 | Memo from W. Bucknam to D. Eller and J. Ponce re: Nigeria and Chad |
| DTX0026_0001 | 1/4/1989 | S-00060 | Letter from A. Indimi to Lt. Col. Lawal Gwadabe re: Special letter of invitation to the official opening ceremony of M&W Pump Nigeria Limited Pump Manufacturing Plant on March 4th 1989 |
| DTX0027_0001 | 6/4/1990 | S-000061 | Letter from W. Bucknam to A. Pilzer re: Eight Preliminary Commitment Applications, Federal Republic of Nigeria |
| DTX0028_0001 | 6/7/1990 | S-000062 | Letter from A. Pilzer, Eximbank to O. Falae re: Nigeria - Irrigation Projects |

*U.S. ex rel. Purcell v. MWI Corp .*, No. 98-2088 (CKK)

## MWI TRIAL EXHIBITS INDEX

| Exhibit No. | Date | Bates No. | Description of Document |
|---|---|---|---|
| DTX0029_0001 | 7/6/1991 | MWI 137429-30 | Letter from L. Gwadabe to A. Alhuji re: Eximbank Financing for the Purchase of M&W Pump Corporation Agriculture and Rural Development Equipment |
| DTX0030_0001 | 10/18/1991 | MWI 079816-22 | Letter from A. Pilzer to W. Bucknam re: Nigeria Preliminary Commitment No. PC063872 |
| DTX0031_0001 | 10/30/1991 | MWI 137361A-365 | M&W Pump Corporation Memorandum |
| DTX0032_0001 | 11/19/1991 | MWI 000771-72 | Letter from A. Pilzer to W. Bucknam re: Nigeria - Preliminary Commitment No. PC063872 |
| DTX0033_0001 | 3/3/1992 | 03912-13; 03133-34; 03870-71 | Letters from Eximbank to M&W Pump Company re: Preliminary Commitments |
| DTX0034_0001 | 3/3/1992 | | Letter from L. LaRoche to W. Buckman re: Nigeria - Preliminary Commitment No. PC064322 with attachment |
| DTX0035_0001 | 3/17/1992 | MWI 000999-1000; MWI 001002-03; MWI 001005-06; MWI 001008-09; MWI 001011-12; MWI 001014-15; MWI 001017-18; MWI 001020-21 | Letters from L. LaRoche to U. Edota re: final commitments |
| DTX0036_0001 | 3/17/1992 | S-00063-66, 68-77, 79-85 | Letters from L. LaRoche to U. Edota re: final commitments |
| DTX0037_0001 | 3/20/1992 | MWI 000999-1022 | Letters from L. LaRoche to U. Edota re: final commitments |
| DTX0038_0001 | 3/20/1992 | S-00086 | Eximbank - Meeting of the Loan Committee, Summary of Minutes |
| DTX0039_0001 | 4/22/1992 | S-00067 | Letter from L. LaRoche to W. Buckman re: APO63872 - Nigeria |
| DTX0040_0001 | 11/19/1992 | 01557-58 | Letter from U. Edota to Eximbank re: Eximbank Credit No. 64323 - request for reimbursement undertaking of Letter of Credit payments |
| DTX0041_0001 | 12/2/1992 | EX0938-43 | Memorandum from U. Edota to Contract Administration re: Eximbank Loan No. 64323 Operative Memorandum |
| DTX0042_0001 | 12/3/1992 | MWI000759 | Letter from from T. Roegiers to R. Brown re: Eximbank Credit No. AP064323 |
| DTX0043_0001 | 12/8/1992 | MWI00761 | Letter from T. Roegiers to R. Brown re Eximbank Bank Credit No. AP064323 |

**U.S. ex rel. Purcell v. MWI Corp ., No. 98-2088 (CKK)**
## MWI TRIAL EXHIBITS INDEX

| Exhibit No. | Date | Bates No. | Description of Document |
|---|---|---|---|
| DTX0044_0001 | 11/23/1993 | S-00104-05 | Letter from W. Bucknam to C. Leik re: Credit Nos. 64321, 64322 - Enugu State |
| DTX0045_0001 | 1/1/1994 | S000250-55 | 1994 Letters and Memoranda re: Taraba State and Meetings in Abuja |
| DTX0046_0001 | 3/8/1995 | | Joint Hearing Before the House of Representatives' Subcommittees on International Economic Policy and Trade and Africa, Trade and Investment Opportunities in Africa, Statement of William E. Bucknam |
| DTX0047_0001 | 5/8/1997 | | EXIM Annual Conference 1997 Small Business Awards Presentation Poster |
| DTX0048_0001 | 5/8/1997 | | EXIM Annual Conference 1997 Small Business Awards Poster |
| DTX0049_0001 | 6/10/2005 | | This Day (Nigeria) Article, "I Feel at Home in Nigeria" |
| DTX0050_0001 | 5/8/1997 | | Export-Import Bank, 1997 Small Business Exporter of the Year Award to MWI |
| DTX0051_0001 | 2/1/2008 | | U.S. Department of State printout, "Background Note: Nigeria" |
| DTX0052_0001 | 4/24/2008 | | Global Financial Data Article, "The Global History of Currencies, Nigeria" |
| DTX0053_0001 | 4/24/2008 | | Central Bank of Nigeria printout, "Currency Management, History of Nigerian Currency" |
| DTX0054_0001 | | | MWI Brochure - Water Applied Rapidly (W.A.R.) against Drought |
| DTX0055_0001 | 11/15/2004 | | Expert Witness Report of W. Charles Bennett, MBA, CPA, CFE |
| DTX0056_0001 | | MWI 023990-24040 | EXIM State Projects, Analysis of Nigerian Costs |
| DTX0057_0001 | | Various | Ledger Excerpts |
| DTX0058_0001 | | Various | Financial records and Commission Documents |
| DTX0059_0001 | 4/2/1985 | MWI 157814-15 | April 2, 1985 Agreement re Nigerian Pricing/Commissions |
| DTX0060_0001 | 4/21/1992; 10/23/1992 | DJ010124-25; unnumbered | Wall Street Journal Articles (2) |
| DTX0061_0001 | | | Accrued Commission Schedules |
| DTX0062_0001 | 10/10/2003 | | Working Party on Export Credits and Credit Guarantees - Collection of Surveys |
| DTX0063_0001 | | | Export_Import Bank of the United States (EX-IM BANK) Broker Registration Form |
| DTX0064_0001 | | MWI 158909-10 | Handwritten note re: Nigerian pricing/commission |
| DTX0065_0001 | | | N/A |

*U.S. ex rel. Purcell v. MWI Corp*., No. 98-2088 (CKK)

## MWI TRIAL EXHIBITS INDEX

| Exhibit No. | Date | Bates No. | Description of Document |
|---|---|---|---|
| DTX0066_0001 | | | N/A |
| DTX0067_0001 | | various | Various Commission Records |
| DTX0068_0001 | 12/4/1980 | MWI 175142-43 | Full Service Principal Distributors Agreement between A. Indimi and M&W Pump |
| DTX0069_0001 | | MWI 139917 | National U.S.A. Sales Representation Agreement - Schedule B |
| DTX0070_0001 | 9/8/1995 | MWI 139937 | Agreement between M&W Pump and The Municipal & Public Company, p. 1 |
| DTX0071_0001 | | MWI 139940 | Addendum to Agreement between M&W Pump and The Municipal & Public Company 9/95 |
| DTX0072_0001 | | MWI 139947, 139949 | Sales Agency Agreement between M&W Pump and Jia Berg Trade Co., Ltd. |
| DTX0073_0001 | | MWI 139979-80 | Sales Representation Agreement between P.T. Sunda Karya Corp., Jakarta and M&W Pump |
| DTX0074_0001 | | MWI 139996-97 | Sales Agency Agreement between M&W Pump and Sherif &Co. |
| DTX0075_0001 | | MWI 140012-13, MWI 140026-27; MWI 140041-42, MWI 140057-58, MWI 140061-62, MWI 140165-66, MWI 140064-66; MWI 140070-71, MWI 140075-76, MWI 140080-81, MWI 140085-87; MWI 140091-93; MWI 140097-99; MWI 140111-12,14; MWI 140119-121; MWI 140129-30, MWI 140134-35, MWI 140139-40, MWI 140143-44, MWI 140148-149, MWI 140169-70 | Collected Sales Representation Agreements |

*U.S. ex rel. Purcell v. MWI Corp*., No. 98-2088 (CKK)

## MWI TRIAL EXHIBITS INDEX

| Exhibit No. | Date | Bates No. | Description of Document |
|---|---|---|---|
| DTX0076_0001 | | MWI 160253-4 | Memo from T. Dzegede to D. Eller re: disbursements of commissions on pump sales to Malindi Salt Works, Kenya |
| DTX0077_0001 | | MWI 160289, 160294 | Memo from T. Dzegede to D. Eller re: disbursements of commissions to Mr. R. Bhagat on Pump Sales to Krystalline Salt Works, Kenya |
| DTX0078_0001 | | MWI 160313, 160315 | Transaction Calculations for Cardoze & Lindo, S.A., Panama |
| DTX0079_0001 | | MWI 160870, 160872 | Distribution Contract for Imequip, S.A., Ecuador |
| DTX0080_0001 | | MWI 160892-93 | Transaction Calculations for Ewald Jie A Fa, Suriname |
| DTX0081_0001 | | MWI 160926, 160929 | Transaction Calculations for Lujora Corp., Columbia |
| DTX0082_0001 | | MWI 160936, 160952 | Transaction Calculations for Dorronsoro, Columbia |
| DTX0083_0001 | | MWI 160957-58 | Representation Contract for Genesersa |
| DTX0084_0001 | | MWI 160964, 160969 | Transaction Calculations for Trujillo, Venezuela |
| DTX0085_0001 | | MWI 161002-3 | Handwritten commission notes for Rivira, Ecuador, re: account of spare parts EMAPG |
| DTX0086_0001 | | MWI 161032-33 | Distribution Contract for Don Rodrigo, Tinoco, Ecuador |
| DTX0087_0001 | | MWI 141171, 141178 | International sales - Post Shipment Cost Analysis for Francisco Valle, Franval, S.A. |
| DTX0088_0001 | | MWI 141038, 141048 | Commissions to C. Scandar for National Drainage Project, Part III |
| DTX0089_0001 | | MWI 140239, 140244 | International Sales - Post Shipment Cost Analysis for N. McLaren, Wincorp Nutritional Holdings, Jamaica |
| DTX0090_0001 | | MWI 140456 and unnumbered | Agreement between M&W Pump and S. Horton |
| DTX0091_0001 | | MWI 140529, 558, 560, 599 and unnumbered page | Tranaction Calculations for Peraza, Veracruz |
| DTX0092_0001 | | MWI 140683-85 | Tranaction Calculations for  Jose Avila, Mexico |
| DTX0093_0001 | 4/29/1983 | MWI 159623-625 | Letter from A. Indimi to D. Eller re: UBRBDA and LBRBDA Projects |
| DTX0094_0001 | 12/4/1980 | MWI175142-43 | Full Service Principal Distributors Agreement between A. Indimi and M&W Pump |
| DTX0095_0001 | | | N/A |

*U.S. ex rel. Purcell v. MWI Corp .,* No. 98-2088 (CKK)

## MWI TRIAL EXHIBITS INDEX

| Exhibit No. | Date | Bates No. | Description of Document |
|---|---|---|---|
| DTX0096_0001 | 10/4/1994 | MWI 024021-29 | Eximbank State Projects - Analysis charts |
| DTX0097_0001 | | | N/A |
| DTX0098_0001 | | | N/A |
| DTX0099_0001 | 1/5/1995 | MWI094732-33 | Note  regarding A. Indimi Expenses Paid by M&W Pump in 1994 |
| DTX0100_0001 | | | N/A |
| DTX0101_0001 | 6/20/1996 | S-000239 | Letter from V. Eicher to Whom It May Concern introducing A. Indimi |
| DTX0102_0001 | 11/15/2004 | | Chart of A. Indimi Commission Rates on MWI Nigerian Projects 1980-1998 |
| DTX0103_0001 | | MWI 159909-10; MWI 159798; MWI 159815; MWI 156587; MWI 156830; MWI 157020; MWI 157009; MWI 157832; MWI 157771; MWI 158233; MWI 158384-85; MWI 156360; MWI 158267; MWI 089515; MWI 090725; MWI 090611; MWI 090418MWI 091544; MWI 091563; MWI 091878 | Transaction Calculations for Indimi, Nigeria |
| DTX0104_0001 | | Various MWI | Various Commission Records for Indimi, Nigeria |
| DTX0105_0001 | | MWI 158957 | Principal Distributors Agreement between A. Indimi and M&W Pump |
| DTX0106_0001 | 7/27/1976 | | Transmittal Slip from R. Rendell to Glick re: Westinghouse's Suppliers' Certificate |
| DTX0107_0001 | 12/12/1989 | 10445-52 | Correspondence re: Clini-Therm Corporation re: Transaction [Portuguese in part] |
| DTX0108_0001 | 12/21/1990 | 10315-17 | Georex Supplier's Certificate |
| DTX0109_0001 | | | N/A |

*U.S. ex rel. Purcell v. MWI Corp.*, No. 98-2088 (CKK)

## MWI TRIAL EXHIBITS INDEX

| Exhibit No. | Date | Bates No. | Description of Document |
|---|---|---|---|
| DTX0110_0001 | 3/4/1991; 3/8/1991 | N/A | Correspondence re: Georex Transaction |
| DTX0111_0001 | 3/22/1991 | 10305-08 | Letter from J. Miller to J. Gatenbee re: Transaction 61934, attaching Supplier's Certificate |
| DTX0112_0001 | 9/30/1994 | 09004-93 | Export-Import Bank Credit Administration Manual |
| DTX0113_0001 | | | N/A |
| DTX0114_0001 | | S-000019-24 | Eximbank Form of Supplier's Certificate |
| DTX0115_0001 | | MWI 174414-19 | Export-Import Bank of the U.S. Broker Registration Form (blank) |
| DTX0116_0001 | | | N/A |
| DTX0117_0001 | 3/23/2007 | | Affidavit of J. David Eller |
| DTX0118_0001 | 3/23/2007 | | Affidavit of Thomas Roegiers |
| DTX0119_0001 | 5/16/2007 | | Affidavit of Susan Canet |
| DTX0120_0001 | 4/24/2008 | | Declaration of William E. Bucknam in Support of Defendant MWI Corporation's Supplemental Motion for Summary Judgment |
| DTX0121_0001 | 4/24/2008 | | Declaration of John Stephen Fancher in Support of Defendant MWI Corporation's Supplemental Motion for Summary Judgment |
| DTX0122_0001 | 4/24/2008 | | freepatentsonline printout - Submersible pumping unit entry showing Martin and David Eller as inventors, explaining about pump |
| DTX0123_0001 | 5/16/2008 | | Declaration of Steve Ugochukwu Ahaneku |
| DTX0124_0001 | 6/11/2008 | | Declaration of James A. Moorhouse |
| DTX0125_0001 | | | N/A |
| DTX0126_0001 | | | N/A |
| DTX0127_0001 | | | N/A |
| DTX0128_0001 | 10/1/1992 | MWI 023552-63 | Swede Control/Intertek Services - Guidelines to Exporters, Shipments to Nigeria |
| DTX0129_0001 | | | N/A |
| DTX0130_0001 | | | N/A |
| DTX0131_0001 | 10/8/1998 | | Release and Confidentiality Agreement between R. Purcell and M&W Pump |
| DTX0132_0001 | 10/20/2005 | | Club de Paris Press Release, "Paris Club Agrees on a Comprehensive Treatment of Nigeria's Debt" |
| DTX0133_0001 | 4/21/2006 | | Factiva, AP Article, "Nigeria delivers final debt payments to Paris Club; first in Africa" |
| DTX0134_0001 | 12/27/2006 | | The Charter of the Export-Import Bank of the United States |

*U.S. ex rel. Purcell v. MWI Corp*., No. 98-2088 (CKK)

## MWI TRIAL EXHIBITS INDEX

| Exhibit No. | Date | Bates No. | Description of Document |
|---|---|---|---|
| DTX0135_0001 | 4/18/2007 | | New York Times Article, "For U.S.-Nigeria Go-Between, Ties Yield Profits" |
| DTX0136_0001 | 1/10/2008 | | Transaction Due Diligence Best Practices of Export-Import Bank of the U.S. |
| DTX0137_0001 | 1/11/2008 | | Press release from Eximbank, "Ex-Im Bank Advances Know-Your-Customer Initiative, Adopts Guidelines to Enhance Transparency, Combat Fraud and Corruption" |
| DTX0138_0001 | 5/22/2008 | | Club de Paris, Paris Club Article, "Nigeria Debt Treatment - October 20, 2005" |
| DTX0139_0001 | 2/13/2103 | | Goodwork History Webpage printout |
| DTX0140_0001 | | | N/A |
| DTX0141_0001 | | | Medium-Term Credit Standards 12/04 |
| DTX0142_0001 | 11/28/1990 | MWI 140598-601 | Letter from T. Roegiers to B. Van De Vate, Sun Bank, re: authorization for wire transfer |
| DTX0143_0001 | 11/4/1991 | MWI 139996-98 | Sales Agency Agreement between M&W Pump and Sherif & Co., an Ethiopian company |
| DTX0144_0001 | 5/5/1992 | MWI 083158 | Fax from P. Willis, SunBank, to D. Eller forwarding fax re: Eximbank Approval of Four Loans to Support U.S. Exports to Nigeria |
| DTX0145_0001 | 9/15/1992 | MWI 140541-45 | Transaction Calculations for C. Peraza, Mexico |
| DTX0146_0001 | 8/9/1995 | MWI 140684-86 | Memo from J. Ponce to T. Roegier re: Commissions on CNA/Mexico Project |
| DTX0147_0001 | 12/2/1997 | MWI 140085-90 | MWI Agency Agreement - Benin between MWI Corp. and Groupe la Gazette du Golfe from the Rupublic of Benin |
| DTX0148_0001 | 10/31/1995 | MWI 141160-63 | Fax from J. Phillips to L. Armbrecht re: wire payments |
| DTX0149_0001 | 12/15/1995 | MWI 141155-57 | Fax from D. Eller to L. Armbrecht re: Wire Transfer to Cairo, Egypt |
| DTX0150_0001 | 4/23/1996 | MWI 141126-27 | Memo from T. Roegiers to D. Eller re: Commission to Cherine Scandar for National Drainage Project, Part I |
| DTX0151_0001 | 11/1/1991 | MWI 140003-05 | Sales Agency Agreement between M&W Pump Corp. and General Mabrahtu Fisseha |
| DTX0152_0001 | 11/4/1991 | MWI 139996-99 | Sales Agency Agreement between M&W Pump Corp. and Sherif & Co. |
| DTX0153_0001 | 1/11/1995 | MWI 140139-42 | Sales Agency Agreement between M&W Pump Corp. and Tewfik Sherif & Co. |
| DTX0154_0001 | 11/12/1991 | MWI 140000-02 | Sales Agency Agreement between M&W Pump Corp. and Setofa-Mart & Trading Agency |

*U.S. ex rel. Purcell v. MWI Corp* ., No. 98-2088 (CKK)

## MWI TRIAL EXHIBITS INDEX

| Exhibit No. | Date | Bates No. | Description of Document |
|---|---|---|---|
| DTX0155_0001 | 12/23/1997 | MWI 141015-16; MWI 141022-23 | Transaction Calculations for Vesper K. Amoa, Ghana |
| DTX0156_0001 | 4/8/1985 | MWI 160261-64 | Transaction Calculations for A. Balletto, Kenya |
| DTX0157_0001 | 4/14/1986 | MWI 160254-56 | Transaction Calculations for A. Balletto, Kenya |
| DTX0158_0001 | 4/25/1986 | MWI 160257-60, 160294-97, 160301 | Transaction Calculations for Bhagat and Patel, Kenya |
| DTX0159_0001 | 7/23/1986 | MWI 160290-93, 160299-300 | Transaction Calculations for Bhagat and Patel, Kenya |
| DTX0160_0001 | 4/27/1995 | MWI 140061-62 | Letter from M&W Pump to D. Fisher re: Letter of Appointment as Export Promotion Agent for M&W Pump Corporation in the Countries Listed Below, Haiti, Mozambique, Namibia, Trinidad and Tobago |
| DTX0161_0001 | 3/25/1985 | MWI 160281-83; 160286 | Transaction Calculations for Fletcher & Stewart, Somalia |
| DTX0162_0001 | 9/17/1996 | MWI 140814-18; 140782; 140783.1; 140783.A-B; MWI140820; 140808-11 | Transaction Calculations for Ken Lin, China |
| DTX0163_0001 | 2/26/1996 | MWI 140821 - 26 | Transaction Calculations for Ken Lin, China |
| DTX0164_0001 | 5/13/1996 | MWI 140795; 140833-4; 140836-38; 140843 | Transaction Calculations for Ken Lin, China |
| DTX0165_0001 | 3/25/1987 | MWI 140516 - 19 | Transaction Calculations for  John Hii, Malaysia |
| DTX0166_0001 | 2/10/1988 | MWI 140494 - 97 | Transaction Calculations for  John Hii, Malaysia |
| DTX0167_0001 | 9/19/1988 | MWI 140505; 140505A; 140506.1-4; 140506; 140508 | Transaction Calculations for  John Hii, Malaysia |
| DTX0168_0001 | 9/11/1995 | MWI 140413 | Pump Sales Group Representatives Commission Agreement between M&W Pump and Phoenix Engineering |
| DTX0169_0001 | 10/18/1995 | MWI 140418-27 | Transaction Calculations for  John Hii, Malaysia |
| DTX0170_0001 | 9/12/1996 | MWI 140410-13; 174370 | Transaction Calculations for  John Hii, Malaysia |

*U.S. ex rel. Purcell v. MWI Corp .*, No. 98-2088 (CKK)
## MWI TRIAL EXHIBITS INDEX

| Exhibit No. | Date | Bates No. | Description of Document |
|---|---|---|---|
| DTX0171_0001 | 5/4/1983 | MWI 160221-25 | Transaction Calculations for Aboitiz Marketing - Farr Associates, Philippines |
| DTX0172_0001 | 6/16/1992 | MWI 140243-44 | International Sales Post Shipment Cost Analysis and Commission check for N. McLaren |
| DTX0173_0001 | 3/31/1995 | MWI 140888-90 | Transaction Calculations for Metaltek, Costa Rica |
| DTX0174_0001 | 4/25/1995 | MWI 140885-87 | International Sales Post Shipment Cost Analysis and Commission check for Metaltek, S.A. |
| DTX0175_0001 | 10/13/1995 | MWI 140883-84 | International Sales Post Shipment Cost Analysis and Commission check for Metaltek, S.A. |
| DTX0176_0001 | 4/10/1996 | MWI 140878-79 | Transaction Calculations for Metaltek, Costa Rica |
| DTX0177_0001 | 6/2/1997 | MWI 140873-76 | Transaction Calculations for Metaltek, Costa Rica |
| DTX0178_0001 | 11/3/1980 | MWI 161011-12 | Transaction Calculations for Dr. Galo Rivera, Ecuador |
| DTX0179_0001 | 11/3/1981 | MWI 161017-18 | Transaction Calculations for Dr. Galo Rivera, Ecuador |
| DTX0180_0001 | 6/1/1983 | MWI 161005-07 | Transaction Calculations for Dr. Galo Rivera, Ecuador |
| DTX0181_0001 | 2/22/1979 | MWI 161033-35 | Transaction Calculations for Rodrigo Tinoco, Ecuador |
| DTX0182_0001 | 2/21/1980 | MWI 161037, MWI 161041 | Transaction Calculations for Rodrigo Tinoco, Ecuador |
| DTX0183_0001 | 4/3/1980 | MWI 161039, MWI 161040, MWI 161042-43 | Transaction Calculations for Rodrigo Tinoco, Ecuador |
| DTX0184_0001 | 12/20/1989 | MWI 140326-30 | Transaction Calculations for Herrera & Herrera, Guatemala |
| DTX0185_0001 | 2/2/1990 | MWI 140297-99; 140324 | Transaction Calculations for Herrera & Herrera, Guatemala |
| DTX0186_0001 | 3/31/1995 | MWI 140947-52 | Transaction Calculations for Herrera & Herrera, Guatemala |
| DTX0187_0001 | 12/19/1995 | MWI 140941-42 | International Sales Post Shipment Cost Analysis and Commission check for Herrera & Herrera |
| DTX0188_0001 | 1/17/1996 | MWI 140939-40 | International Sales Post Shipment Cost Analysis and Commission check for Herrera & Herrera |
| DTX0189_0001 | 4/5/1989 | MWI 140676-8 | International Sales Post Shipment Cost Analysis and Commission check for A. Eris |
| DTX0190_0001 | 4/26/1995 | MWI 141176-78, MWI 141178.001-02, MWI 141180 | Transaction Calculations for Francisco Valle, Honduras |

***U.S. ex rel. Purcell v. MWI Corp*., No. 98-2088 (CKK)**

## MWI TRIAL EXHIBITS INDEX

| Exhibit No. | Date | Bates No. | Description of Document |
|---|---|---|---|
| DTX0191_0001 | 9/25/1989 | MWI 140672-75 | Transaction Calculations for Talavera, Honduras |
| DTX0192_0001 | 6/29/1979 | MWI 160320 | Distribution Contract for Cardoze & Lindo SA, Panama |
| DTX0193_0001 | 1/17/1980 | MWI 160363 | Handwritten notes for balance of account of Cardoze & Lindo SA |
| DTX0194_0001 | 4/8/1980 | MWI 160334; 160359; 160364 | Transaction Calculations for Cardoze & Lindo SA, Panama |
| DTX0195_0001 | 4/11/1980 | MWI 160356 | Distribution Agreement for Cardoze & Lindo SA, Panama |
| DTX0196_0001 | 6/23/1980 | MWI 160333 | M&W Pump Sales Receipt to Punta Chame |
| DTX0197_0001 | 10/23/1980 | MWI 160314; 160326; 160328 | Transaction Calculations for Cardoze & Lindo SA, Panama |
| DTX0198_0001 | 10/24/1980 | MWI 160318-19 | Distribution Agreement for Cardoze & Lindo SA, Panama |
| DTX0199_0001 | 8/13/1982 | MWI 160314; 160321 | Transaction Calculations for Cardoze & Lindo SA, Panama |
| DTX0200_0001 | 2/14/1984 | MWI 160314-16 | Transaction Calculations for Cardoze & Lindo SA, Panama |
| DTX0201_0001 | 9/18/1989 | MWI 140663-64 | International Sales Post Shipment Cost Analysis and Analysis of F.O.B. Selling Price Cost for Cardoze & Lindo SA |
| DTX0202_0001 | 6/4/1990 | MWI 140660-64 | Transaction Calculations for Cardoze & Lindo SA, Panama |
| DTX0203_0001 | 7/17/1987 | MWI 160273-75 | Transaction Calculations for Fletcher & Steward, England |
| DTX0204_0001 | 1/6/1992 | MWI 140450-51 | Transaction Calculations for Horizon Trading, Kuwait |
| DTX0205_0001 | 12/5/1991 | MWI 140455, 140455.001-02 (two unmarked pages) | Transaction Calculations for Horizon Trading, Kuwait |
| DTX0206_0001 | 7/13/1990 | MWI 140574 | Memo from F. Duran to J. Ponce and T. Roegiers attaching analysis of potential pending commissions to be paid to Asesoria Plus |
| DTX0207_0001 | 11/28/1990 | MWI 140598-601; 140574 | Transaction Calculations for Asesoria Plus, Mexico |
| DTX0208_0001 | 11/6/1991 | MWI 140557; 140557.1-2; 140548 - 53; 140555 | Transaction Calculations for Asesoria Plus, Mexico |
| DTX0209_0001 | | MWI 140574; MWI 140589 - 92 | Transaction Calculations for Asesoria Plus, Mexico |

*U.S. ex rel. Purcell v. MWI Corp .*, No. 98-2088 (CKK)

## MWI TRIAL EXHIBITS INDEX

| Exhibit No. | Date | Bates No. | Description of Document |
|---|---|---|---|
| DTX0210_0001 | | MWI 140684-86 | Memo from J. Ponce to T. Roegier re: Commissions on CNA/Mexico Project and commission check |
| DTX0211_0001 | 8/23/1995 | MWI 140559-62; 140541-46 | Transaction Calculations for Humberto Paraza, Mexico |
| DTX0212_0001 | 9/15/1992 | MWI 156383 | Handwritten "Balance Sheet on Account for 'Represa' of Mexico" |
| DTX0213_0001 | 2/13/1980 | MWI 156384-85 | Transaction Calculations for Ing. Mario Gonzales, Mexico |
| DTX0214_0001 | 5/28/1982 | MWI 156376 | Transaction Calculations for Ing. Mario Gonzales, Mexico |
| DTX0215_0001 | 6/15/1995 | MWI 140775-7 | International Sales Post Shipment Cost Analysis and commission check for Xalberto Jimenez |
| DTX0216_0001 | 10/13/1995 | MWI 140778-79 | International Sales Post Shipment Cost Analysis and commission check for Xalberto Jimenez |
| DTX0217_0001 | 7/26/1991 | MWI 140563-65 | Transaction Calculations for Total Plus and Gonzales, Mexico |
| DTX0218_0001 | 1/25/1991 | MWI 140583; 140586-88 | Transaction Calculations for Viking Mgmt. Ltd., Mexico |
| DTX0219_0001 | 7/13/1979 | Unnumbered | Distribution Agreement for  INSECO INC., Puerto Rico |
| DTX0220_0001 | 9/10/1980 | MWI 156413-14; 156416 | Transaction Calculations for INSECO INC., Puerto Rico |
| DTX0221_0001 | 6/20/1980 | MWI 156398, 156409 | Transaction Calculations for INSECO INC., Puerto Rico |
| DTX0222_0001 | 9/26/1980 | MWI 156410 | Note - Inseco Inc. Sale to Administracion de Fomento y Desarrollo Agreeda, A.F.D.A. |
| DTX0223_0001 | 9/22/1982 | MWI 156398, 156408 | Transaction Calculations for INSECO INC., Puerto Rico |
| DTX0224_0001 | 9/22/1982 | MWI 156398-99 | Transaction Calculations for INSECO INC., Puerto Rico |
| DTX0225_0001 | 9/30/1983 | MWI 160921-24 | Distribution Contract for Laguna LTDA, Bolivia |
| DTX0226_0001 | 3/1/1983 | MWI 160998-999 | Distribution Contract for Pullen & Juppet Ltd., Chile |
| DTX0227_0001 | 7/18/1997 | MWI 140724-31 | Transaction Calculations for Electro Hydrolica / O.G. Garcia, Colombia |
| DTX0228_0001 | 1/7/1997 | MWI 140734-44 | Transaction Calculations for Electro Hydrolica / O.G. Garcia, Colombia |
| DTX0229_0001 | 7/18/1997 | MWI 140723-29; 140732-33; 4 unnumbered pages | Transaction Calculations for Electro Hydrolica / O.G. Garcia, Colombia |

*U.S. ex rel. Purcell v. MWI Corp.*, No. 98-2088 (CKK)

## MWI TRIAL EXHIBITS INDEX

| Exhibit No. | Date | Bates No. | Description of Document |
|---|---|---|---|
| DTX0230_0001 | 1/26/1983 | MWI 160943-44 | Transaction Calculations for Maquinarias LTDA, Colombia |
| DTX0231_0001 | 4/28/1979 | MWI 160835; 160839 | Transaction Calculations for Alfonso Grunauer, Ecuador |
| DTX0232_0001 | 6/18/1979 | MWI 160811-12 | Transaction Calculations for Alfonso Grunauer, Ecuador |
| DTX0233_0001 | 4/25/1980 | MWI 160791 | Handwritten notes re: Alfonso Grunauer |
| DTX0234_0001 | 5/8/1980 | MWI 160770; 160781 | Transaction Calculations for Alfonso Grunauer, Ecuador |
| DTX0235_0001 | 7/22/1980 | MWI 160784-86 | Transaction Calculations for Alfonso Grunauer, Ecuador |
| DTX0236_0001 | 11/11/1980 | MWI 160770; 160778-79 | Transaction Calculations for Alfonso Grunauer, Ecuador |
| DTX0237_0001 | 12/1/1981 | MWI 160753-55 | Transaction Calculations for Alfonso Grunauer, Ecuador |
| DTX0238_0001 | 11/24/1982 | MWI 160741-42 | Transaction Calculations for Alfonso Grunauer, Ecuador |
| DTX0239_0001 | 2/21/1979 | MWI 160872-74 | Transaction Calculations for IMEQUIP SA, Ecuador |
| DTX0240_0001 | 2/13/1980 | MWI 160876 | Handwritten notes re:  IMEQUIP SA, Ecuador |
| DTX0241_0001 | 4/4/1988 | MWI 160645 - 48 | Transaction Calculations for  Luiz Guzman - Ebasint International, Inc., Ecuador |
| DTX0242_0001 | 2/4/1986 | MWI 160391-93 | Transaction Calculations for Bel Park Guyana Agencies, Guyana |
| DTX0243_0001 | 5/1/1980 | MWI 160443; MWI 160474; 160477-484 | Transaction Calculations for Bel Park Guyana Agencies, Guyana |
| DTX0244_0001 | 6/11/1980 | MWI 160468 | M&W Pump Sales Receipt to  Bel Park Guyana Agencies |
| DTX0245_0001 | 1/26/1995 | MWI 140432-37 and MWI 140437.001 (unbatesed) | Transaction Calculations for Florida Chemicals, Guyana |
| DTX0246_0001 | 8/26/1983 | MWI 160958-61 | Distribution Agreement for Morante, Peru |
| DTX0247_0001 | 1/17/1984 | MWI 160893; MWI 160896 | Transaction Calculations for Ewald Jie A Far, Suriname |
| DTX0248_0001 | 8/11/1992 | MWI 140400; 140404 | International Sales Post Shipment Cost Analysis and commission check for Dr. Vladimir Cruz |
| DTX0249_0001 | 3/4/1996 | MWI 140714-17 | International Sales Post Shipment Cost Analysis and commission check for Dr. Vladimir Cruz |
| DTX0250_0001 | 1/24/1980 | MWI 160310-11 | Disclosure Agreement and Distribution for Elias Castro, Venezuela |

*U.S. ex rel. Purcell v. MWI Corp.*, No. 98-2088 (CKK)

## MWI TRIAL EXHIBITS INDEX

| Exhibit No. | Date | Bates No. | Description of Document |
|---|---|---|---|
| DTX0251_0001 | 3/14/1996 | MWI 140856 | International Sales Post Shipment Cost Analysis for Hernan Pardo |
| DTX0252_0001 | 3/13/1979 | MWI 160979-81 | Distribution Agreement for Julio Trujillo Arroyo, Venezuela |
| DTX0253_0001 | 11/21/1980 | MWI 160966; MWI 160969; MWI 160991 | Transaction Calculations for Julio Trujillo Arroyo, Venezuela |
| DTX0254_0001 | 1/22/1996 | MWI 141112-13 | Agreement between M&W Pump and C. Scandar |
| DTX0255_0001 | 2/1/2002 | | United States' Computation of Damages |
| DTX0256_0001 | 7/10/2002 | | United States' Disclosures under F.R. Civ. P. 26(a)(1) |
| DTX0257_0001 | 7/23/2002 | | Relator's Disclosures under F.R. Civ. P. 26(a)(1) |
| DTX0258_0001 | 7/9/2004 | | Letter from United States to MWI with additional disclosures |
| DTX0259_0001 | 10/12/2004 | | Letter from United States to MWI with additional disclosures |
| DTX0260_0001 | 7/3/2002 | | MWI's First Requests for Admission to United States |
| DTX0261_0001 | 8/2/2002 | | United States' Responses to MWI's First Requests for Admission |
| DTX0262_0001 | 5/26/2004 | | MWI's Second Set of Requests for Admissions to United States |
| DTX0263_0001 | 6/28/2004 | | United States' Responses to MWI's Second Requests for Admissions |
| DTX0264_0001 | 12/26/2002 | | MWI's First Set of Interrogatories to the United States |
| DTX0265_0001 | 1/28/2003 | | United States' Response and Objections to MWI's First Set of Interrogatories |
| DTX0266_0001 | 12/2/2004 | | United States' Supplemental Response and Objections to MWI's First Set of Interrogatories |
| DTX0267_0001 | 12/21/2004 | | United States' Second Supplemental Response and Objections to MWI's First Set of Interrogatories |
| DTX0268_0001 | 5/26/2004 | | MWI's Second Set of Interrogatories to the United States |
| DTX0269_0001 | 6/28/2004 | | United States' Response and Objections to MWI's Second Set of Interrogatories |
| DTX0270_0001 | 10/5/2004 | | MWI's Third Set of Interrogatories to the United States |

*U.S. ex rel. Purcell v. MWI Corp*., No. 98-2088 (CKK)

## MWI TRIAL EXHIBITS INDEX

| Exhibit No. | Date | Bates No. | Description of Document |
|---|---|---|---|
| DTX0271_0001 | 11/24/2004 | | United States' Response and Objections to MWI's Third Set of Interrogatories |
| DTX0272_0001 | 1/13/2005 | | MWI's Fourth Set of Interrogatories to the United States |
| DTX0273_0001 | 1/8/2003 | | MWI's First Set of Interrogatories to the Relator |
| DTX0274_0001 | 2/13/2003 | | Relator's Responses and Objections to MWI's First Set of Interrogatories to Relator |
| DTX0275_0001 | 1/13/2005 | | MWI's Second Set of Interrogatories to Relator |
| DTX0276_0001 | 12/20/2002 | | David Eller's First Set of Interrogatories to the United States |
| DTX0277_0001 | 1/22/2003 | | United States' Responses and Objections to David Eller's First Set of Interrogatories |
| DTX0278_0001 | 7/18/2002 | | MWI's First Request for Production of Documents to the United States |
| DTX0279_0001 | 8/19/2002 | | United States' Responses and Objections to MWI's First Request for Production of Documents |
| DTX0280_0001 | 1/9/2003 | | MWI's Second Request for Production of Documents to the United States |
| DTX0281_0001 | 2/13/2003 | | United States' Responses and Objections to MWI's Second Request for Production of Documents |
| DTX0282_0001 | 1/13/2005 | | MWI's Third Request for Production of Documents to the United States |
| DTX0283_0001 | 1/9/2003 | | MWI's First Request for Requests for Documents to Relator |
| DTX0284_0001 | 2/13/2003 | | Relator's Responses and Objections to MWI's Requests for Documents |
| DTX0285_0001 | 1/13/2005 | | MWI's Second Request for Production of Documents to Relator |
| DTX0286_0001 | 6/9/2011 | | Deerfield Beach Observer Article, "West Visits MWI" |
| DTX0287_0001 | 9/23/1975 | | Eller, Submersible Pumping Unit, Hydraflo Patent |
| DTX0288_0001 | 10/7/1987 | MWI 076604-08 | Exporter's Certificate Exhibit C from D. Eller to Southeast Bank, N.A. |
| DTX0289_0001 | 2/5/1991 | MWI 083741 | Letter from A. Mohammed to A. Indimi re: Hydraulically Driven Pumps for Irrigation |
| DTX0290_0001 | 8/21/1991 | 2735 | Letter from U. Edota to R. Brown re: Purchase of Agricultural and Rural Development Equipments from M&W Pump Corp. with the U.S. Exim Bank Cover |

*U.S. ex rel. Purcell v. MWI Corp.*, No. 98-2088 (CKK)

## MWI TRIAL EXHIBITS INDEX

| Exhibit No. | Date | Bates No. | Description of Document |
|---|---|---|---|
| DTX0291_0001 | 2/19/1992 | 2734 | Letter from U. Edota to Chairman, M&W Pump re: Purchase of Hydraulically Driven Pumps for Irrigation |
| DTX0292_0001 | 3/17/1992 | MWI 1017-19 | Letter from L. LaRoche to U. Edota re: Irrigation System - Final Commitment re Enubu, APO64322 |
| DTX0293_0001 | 6/11/1993 | 00207 | Letter from C. Leik to Fed. Ministry of Finance re: Niegia - Eximbank Credit 64404 |
| DTX0294_0001 | 6/14/1993 | MWI 138174-75 | Letter from W. Bucknam to C. Leik re: Nigeria - APO 64321, 64322, 64324, 64404, 64405, 64406 |
| DTX0295_0001 | 7/8/1993 | 01447 | Letter from J. Hess to Standard Charter Bank re: Eximbank Credit No. 64404 |
| DTX0296_0001 | 4/26/1994 | MWI 001052-54; MWI 001056 | Letter from W. Bucknam to C. Lee of EXIM, re: loans |
| DTX0297_0001 | | | MWI Solar Pedalflo pamphlet |
| DTX0298_0001 | 5/19/2008 | | Transaction Calculations for Nigerian State Projects |
| DTX0299_0001 | | | Transaction Calculations for A. Indimi, Nigeria |
| DTX0300_0001 | 3/5/1987 | MWI 138421-23 | EXIM Press Release, "Eximbank Announces Major Changes in Loan and Guarantee Programs" |
| DTX0301_0001 | 11/13/1991 | MWI 772-77 | EXIM Press Release, "Eximbank Will Guarantee 100% of Interest on Export Loans" |
| DTX0302_0001 | 4/22/1997 | | Form of Eximbank Supplier's Certificate |
| DTX0303_0001 | 5/4/1999 | | Ex-Im Bank Direct Loans and Guarantees Program Guidelines |
| DTX0304_0001 | 4/10/2003 | | TD/ECG - Responses to the 2002 Survey on Measures Taken to Combat Bribery in Officially Supported Export Credits - as of 31 March 2003 |
| DTX0305_0001 | 9/29/2005 | | TD/ECG - Export Credits and Bribery: Review of Responses to the 2004 Revised Survey on Measures Taken to Combat Bribery in Officially Supported Export Credits - Situation as of 30 September 2005 |
| DTX0306_0001 | 1/15/2009 | | TD/ECG - Export Credits and Bribery: Annex to 2008 Review of Responses to the 2006 Survey on Measures Taken to Combat Bribery in Officially Supported Export Credits - Situation as of 3 December 2008 |
| DTX0307_0001 | | MWI 138090-97 | Ex-Im Bank Fact Sheet |

*U.S. ex rel. Purcell v. MWI Corp*., No. 98-2088 (CKK)

# MWI TRIAL EXHIBITS INDEX

| Exhibit No. | Date | Bates No. | Description of Document |
|---|---|---|---|
| DTX0308_0001 | 5/1/2003 | | Letter from D. Somerville to Federal Ministry of Finance re: Ex-Im Bank Loans No. Various - Nigeria |
| DTX0309_0001 | 8/4/2004 | | Letter from D. Wiseman to C. Rodriguez re: United States ex rel. Purcell v. MWI Corp. |
| DTX0310_0001 | 8/25/2004 | | Letter from J. Carroll to M. Granstron and D. Wiseman re: United States ex rel. Purcell v. MWI Corp. |
| DTX0311_0001 | 3/17-20/1993 | MWI 000999-1022 | Letters from L. LaRoche to U. Edota re: final commitments |
| DTX0312_0001 | 10/22/1992 | EXIM 921-23 | Memo from C. Leik to file re: Nigeria Arrearage Collection and Decisions on Extending Available Dates and Operation of Authroized Transactions |
| DTX0313_0001 | 2/18/1993 | MWI 000958-59 | Letter from C. Leik to W. Bucknam re: Nigeria loans |
| DTX0314_0001 | 3/16/1993 | MWI 000960-61 | Letter from W. Bucknam to C. Leik |
| DTX0315_0001 | 6/14/1993 | MWI 138174-76 | Letter from W. Bucknam to C. Leik re: Nigerian loans |
| DTX0316_0001 | 8/26/1993 | MWI 137173 | Letter from D. Eller to C. Leik re: confirmation made by phone |
| DTX0317_0001 | 10/18/1993 | MWI 137177 | Letter from D. Eller to C. Leik |
| DTX0318_0001 | 10/22/1993 | MWI 000280 | Letter from D. Eller to A. Indimi re: Status of Nigerian Projects |
| DTX0319_0001 | 11/15/1993 | MWI 000279 | Letter from D. Eller to A. Indimi re: Status of Enugu State Projects |
| DTX0320_0001 | 1/16/2002 | MWI 176933-34 | Letter from J. Sorbera to W. Glick re: FOIA Request #20020005 |
| DTX0321_0001 | 5/3/2001 | 06448-50 | Eximbank Table of Principal and Interest for Brono/IMO State |
| DTX0322_0001 | 7/13/2001 | 06451 | Fax from Eximbank to Fed. Min. of Finance, Nigeria |
| DTX0323_0001 | 8/11/1994 | 06542-44 | Eximbank Credit Folder for Report |
| DTX0324_0001 | 2/10/1993 | 03120-22 | Letter from W. Bucknam to R. Brown |
| DTX0325_0001 | 2/26/1992 | 03165-68 | Eximbank Memorandum to the Loan Committee re: Enugu State |
| DTX0326_0001 | 1/17/1994 | 06562-64 | Eximbank Report Re Loan 64324, Nigeria |
| DTX0327_0001 | 10/22/1993 | 06634 | Eximbank Memorandum for Administrative Approval re: Brono/IMO State |
| DTX0328_0001 | 3/19/1993 | 06638-39 | Eximbank Terms of Loan for Brono/IMO State |
| DTX0329_0001 | 10/7/1992 | 06645-46 | Eximbank Memorandum for Administrative Approval re: Brono/IMO State |
| DTX0330_0001 | 4/2/1992 | 06648-54 | Eximbank Terms of Loan for Brono/IMO State |
| DTX0331_0001 | 1/16/2001 | 05680-82 | Eximbank Report Re Loan 64321, Nigeria |

*U.S. ex rel. Purcell v. MWI Corp*., No. 98-2088 (CKK)

## MWI TRIAL EXHIBITS INDEX

| Exhibit No. | Date | Bates No. | Description of Document |
|---|---|---|---|
| DTX0332_0001 | 11/3/1993 | 05841-42 | Eximbank Memorandum for Administrative Approval re: Enugu State |
| DTX0333_0001 | 4/2/1993 | 05846 | Eximbank Terms of Loan for Enugu State |
| DTX0334_0001 | 3/19/1993 | 05847-48 | Eximbank Terms of Loan for Enugu State |
| DTX0335_0001 | 2/9/1993 | 05854-55 | Eximbank Memorandum for Administrative Approval re: Enugu State |
| DTX0336_0001 | 12/28/1992 | 05856-57 | Eximbank Terms of Loan for Enugu State |
| DTX0337_0001 | 10/26/1992 | 05859-60 | Eximbank Memorandum for Administrative Approval re: Enugu State |
| DTX0338_0001 | 4/2/1992 | 05861-62 | Eximbank Terms of Loan for Enugu State |
| DTX0339_0001 | 6/10/1994 | 06711-14 | June 1994 Report re; Late Rate, Nigeria |
| DTX0340_0001 | 3/17/1992 | 05863-67 | Eximbank Memorandum for Administrative Approval re: Enugu State |
| DTX0341_0001 | 10/21/1993 | 05967-73 | Memorandum to Contract Administration re: Enugu State |
| DTX0342_0001 | 9/30/1995 | 06005-06 | Eximbank Terms of Loan for Enugu State |
| DTX0343_0001 | 6/7/1993 | 06747-51 | Memorandum to Contract Administration re: Brono/IMO State |
| DTX0344_0001 | 11/2/1993 | 06752-53 | Letter of Credit File Coding Sheet re: Brono/IMO State |
| DTX0345_0001 | 10/27/1993 | 06760-65 | Fax from Eximbank to Fed. Min. of Finance, Nigeria, re: Brono/IMO State |
| DTX0346_0001 | 7/7/1993 | 06772-73 | Letter of Credit File Coding Sheet re: Brono/IMO State |
| DTX0347_0001 | 11/2/1993 | 06787-88 | Eximbank Terms of Loan for Brono/IMO State |
| DTX0348_0001 | 5/3/1989 | MWI 138216 | Letter from J. Garba to A. Indimi re: Letter of Intent for the Supply of Irrigation Pump and Equipments |
| DTX0349_0001 | 11/2/1993 | MWI 2395-97 | Letter from M&W Pump to O. Nwodo |
| DTX0350_0001 | 4/22/1992 | MWI 001028 | Letter from L. LaRoche to W. Bucknam re: APO63872 - Nigeria |
| DTX0351_0001 | 10/5/1992 | MWI 001034 | Letter from W.Bucknam to R. Brown |
| DTX0352_0001 | 10/6/1992 | MWI 001031 | Letter from C. Leik to W. Bucknam re: APO64404 - Nigeria |
| DTX0353_0001 | 10/6/1992 | MWI 001033 | Letter from C. Leik to W. Bucknam re: APO64404 - Nigeria |
| DTX0354_0001 | 10/7/1992 | MWI 001030 | Letter from C. Leik to W. Bucknam re: APO64324 - Nigeria |
| DTX0355_0001 | 10/7/1992 | MWI 001032 | Letter from C. Leik to W. Bucknam re: APO64405 - Nigeria |
| DTX0356_0001 | 10/7/1992 | MWI 001036 | Letter from W.Bucknam to R. Brown re: transfers of contract from Borno State to Imo State |

*U.S. ex rel. Purcell v. MWI Corp.*, No. 98-2088 (CKK)

## MWI TRIAL EXHIBITS INDEX

| Exhibit No. | Date | Bates No. | Description of Document |
|---|---|---|---|
| DTX0357_0001 | 10/8/1992 | MWI 001035 | Fax from T. Roegiers to R. Malleck advising transfers of final commitments |
| DTX0358_0001 | 10/9/1992 | MWI 001029 | Letter from G. Waid to W. Bucknam |
| DTX0359_0001 | 10/27/1992 | MWI 001027 | Letter from C. Leik to W. Bucknam re: APO64321 - Nigeria |
| DTX0360_0001 | 2/4/1993 | MWI 001025-26 | Letter from W. Bucknam to R. Brown |
| DTX0361_0001 | 2/10/1993 | MWI 001023 | Letter from C. Leik to W. Bucknam re: APO64321 - Nigeria |
| DTX0362_0001 | 2/10/1993 | MWI 001024 | Letter from C. Leik to W. Bucknam re: APO64322 - Nigeria |
| DTX0363_0001 | 9/23/1993 | MWI 001824-28 | Letter from Standard Chartered to MWI |
| DTX0364_0001 | 1/16/2001 | 06790-92 | Eximbank Report Re: Loan 64322, Nigeria |
| DTX0365_0001 | 9/30/1995 | 06875-76 | Eximbank Terms of Loan for Enugu State |
| DTX0366_0001 | 11/3/1993 | 06886-87 | Eximbank Memorandum for Administrative Approval re: Enugu State |
| DTX0367_0001 | 6/20/1994 | 06891-92 | Eximbank Credit Folder Report for Enugu State |
| DTX0368_0001 | 6/20/1994 | 06893 | Eximbank Letter of Credit File Listing for Enugu State |
| DTX0369_0001 | 4/2/1993 | 06900-10 | Eximbank Terms of Loan for Enugu State |
| DTX0370_0001 | 1/16/2001 | 07516-18 | Eximbank Report Re: Loan 64405, Nigeria |
| DTX0371_0001 | 9/30/1995 | 07566-67 | Eximbank Terms of Loan for Anambra |
| DTX0372_0001 | 10/22/1993 | 07583 | Eximbank Memorandum for Administrative Approval re: Anambra |
| DTX0373_0001 | 6/14/1993 | 07591-7606 | Memorandum to Contract Administration re: Anambra |
| DTX0374_0001 | 3/19/1993 | 07608-09 | Eximbank Terms of Loan for Anambra |
| DTX0375_0001 | 10/6/1992 | 07610-11 | Eximbank Memorandum for Administrative Approval re: Anambra |
| DTX0376_0001 | 4/2/1992 | 07613-14 | Eximbank Terms of Loan for Anambra |
| DTX0377_0001 | 3/20/1992 | 07615-19 | Eximbank Memorandum to the Loan Committee for Anambra |
| DTX0378_0001 | 11/2/1992 | 07725-26 | Eximbank Terms of Loan for Anambra |
| DTX0379_0001 | 11/15/1993 | 07098 | Letter of Credit File Coding Sheet |
| DTX0380_0001 | 12/8/1993 | 07100 | Fax from Eximbank to Fed. Min. of Finance, Nigeria |
| DTX0381_0001 | 8/30/1993 | 07102-08 | Memorandum to Contract Administration |
| DTX0382_0001 | 1/16/2001 | 07137-39 | Eximbank Report Re: Loan 64404, Nigeria |
| DTX0383_0001 | 7/13/2001 | 07140 | Fax from Eximbank to Fed. Min. of Finance, Nigeria |
| DTX0384_0001 | 5/10/2000 | 07149 | Eximbank Letter to Fed. Min. of Finance |
| DTX0385_0001 | 9/30/1995 | 07192-93 | Eximbank Terms of Loan for Taraba Payments / Kebbi / Bauchi |

*U.S. ex rel. Purcell v. MWI Corp*., No. 98-2088 (CKK)

## MWI TRIAL EXHIBITS INDEX

| Exhibit No. | Date | Bates No. | Description of Document |
|---|---|---|---|
| DTX0386_0001 | 12/2/1993 | 07207-09 | Eximbank Memorandum for Administrative Approval re: Taraba Payments / Kebbi / Bauchi |
| DTX0387_0001 | 12/2/1993 | 07215-16 | Eximbank Memorandum for Administrative Approval re: Taraba Payments / Kebbi / Bauchi |
| DTX0388_0001 | 6/14/1993 | 07219-24 | Memorandum to Contract Administration re: Taraba Payments / Kebbi / Bauchi |
| DTX0389_0001 | 10/29/1992 | 07225-31 | Nigerian Government Promissory Note |
| DTX0390_0001 | 2/10/1993 | 07232-37 | Letter from S. Ahaneku to Eximbank providing legal opinion |
| DTX0391_0001 | 3/19/1993 | 07238-39 | Eximbank Terms of Loan for Taraba Payments / Kebbi / Bauchi |
| DTX0392_0001 | 10/6/1992 | 07240-41 | Memorandum for Administrative Approval Taraba Payments / Kebbi / Bauchi and Letter from Leik re name change from Bauchi to Kebbi |
| DTX0393_0001 | 3/1/1992 | 07243-57 | Eximbank Terms of Loan for Taraba Payments / Kebbi / Bauchi State |
| DTX0394_0001 | 9/30/1995 | 07898-99 | Eximbank Terms of Loan for Akwa |
| DTX0395_0001 | 8/93 - 5/94 | 07915-20 | Eximbank Letter of Credit File Listing for Akwa |
| DTX0396_0001 | 3/19/1993 | 07921-22 | Eximbank Terms of Loan for Akwa |
| DTX0397_0001 | 1/16/2001 | 07929-31 | Eximbank Report Re: Loan 64404, Nigeria |
| DTX0398_0001 | 10/22/1993 | 08116 | Memorandum for Administrative Approval for Akwa |
| DTX0399_0001 | 12/8/1993 | EX0261 | Fax from Eximbank to Fed. Min. of Finance, Nigeria, re: Akwa |
| DTX0400_0001 | 10/6/1992 | 08202-04 | Memorandum for Administrative Approval for Akwa |
| DTX0401_0001 | 4/2/1992 | 08205-05A | Eximbank Terms of Loan for Akwa/ Jigawa State |
| DTX0402_0001 | 3/20/1992 | 08206-10 | Letter from L. LaRoche to U. Edota |
| DTX0403_0001 | 11/2/1992 | 08273-73A | Eximbank Terms of Loan for Akwa Ibom State |
| DTX0404_0001 | 3/19/1993 | 05359-60 | Eximbank Terms of Loan for Kano/ Niger State |
| DTX0405_0001 | 9/30/1993 | 05361 | Eximbank Terms of Loan for Kano/ Niger State |
| DTX0406_0001 | 4/22/1992 | 05391 | Letter from LaRoche to W. Bucknam re: APO63872 - Nigeria |
| DTX0407_0001 | 4/2/1992 | 05393-94 | Eximbank Terms of Loan for Kano/ Niger State |
| DTX0408_0001 | 3/17/1992 | 05395-99 | Eximbank Memo of Administrative Approval for Kano/ Niger State |
| DTX0409_0001 | 12/2/1993 | 07480 | Letter from C. Leik to U. Edota re: Nigeria - APO64404 |
| DTX0410_0001 | 11/2/1992 | 07513-14 | Eximbank Terms of Loan for Kebbi State |
| DTX0411_0001 | 10/8/1993 | MWI 002398-2400 | Letter from T. Roegiers and J. Ponce to Nigerian bank re: Foreign Exchange |

*U.S. ex rel. Purcell v. MWI Corp* ., No. 98-2088 (CKK)

## MWI TRIAL EXHIBITS INDEX

| Exhibit No. | Date | Bates No. | Description of Document |
|---|---|---|---|
| DTX0412_0001 | 6/10/1993 | MWI 002642-44 | Letter from A. Indimi to Governor of Central Bank of Nigeria re: US Exim Bank Loans/Kano, Kaduna, Akwa Ibom, Anambra, Imo, Enugu & Taraba State Contracts with M&W Pump Corp. USA |
| DTX0413_0001 | 3/9/1996 | MWI 002388 | March 1996 Letter re: Enugu State Irrigation Pumps |
| DTX0414_0001 | 7/20/1994 | MWI 135270-73 | Memo from A. Inuwa to N. Lang re: Progress Report on the Clearing of the Following States Containers |
| DTX0415_0001 | 3/7/1993 | MWI 026441_001 | Letter from A. Indimi to E. Enwerem re: U.S. Eximbank Financed Project for the Supply of M&W Pump Corp. Agricultural and Rural Development Equipment for IMO State |
| DTX0416_0001 | 1/16/2001 | 06008-11 | Eximbank Report Re: Loan 64323, Nigeria |
| DTX0417_0001 | 3/19/1993 | 06066-67 | Eximbank Terms of Loan Kaduna State |
| DTX0418_0001 | 4/2/1992 | 06074-80 | Eximbank Terms of Loan Kaduna State |
| DTX0419_0001 | 7/31/1992 | 06097-109 | Federal Republic of Nigeria and Export-Import Bank of the United States, Credit Agreement, Eximbank Loan No. 64323 |
| DTX0420_0001 | 9/30/1993 | 06128 | Eximbank Terms of Loan Kaduna State |
| DTX0421_0001 | 3/20/1992 | 03614-27 | Agenda - Export - Import Bank - Meeting of Loan Committee |
| DTX0422_0001 | 5/8/2001 | 04778 | Fax from Eximbank to A. Arikawe, Debt Management Office, Abuja, Nigeria |
| DTX0423_0001 | 10/12/1992 | 04835; 04802-30 | Federal Republic of Nigeria and Export-Import Bank of the United States, Credit Agreement, Eximbank Loan No. AP064324 |
| DTX0424_0001 | 1/16/2001 | 05309-11 | Eximbank Report Re: Loan 63872, Nigeria |
| DTX0425_0001 | 10/27/1995 | 05485-88 | Fax from A. Saladini to A. Adetola attaching breakdown of disbursements |
| DTX0426_0001 | 8/2/1995 | 05489 | Letter from A.Adetola to C. Leik re: Supply of Hydroflow Irrigation Pumps to Seven(7) States of the Federal Republic of Nigeria by M&W Pump Corp. of Deerfield Beach Florida, U.S.A. |
| DTX0427_0001 | 7/13/2001 | 06012 | Fax from D. Chandler to Fed. Min. of Finance, Nigeria |
| DTX0428_0001 | 3/20/1992 | 08737-44 | Eximbank Minutes of Loan Committee Meeting |
| DTX0429_0001 | Undated | 05258-65 | M&W Pump Corp. - Large Axial Flow Pumps Hydraulically Driven Brochure |
| DTX0430_0001 | Undated | 05266-73 | M&W Pump Corp. Brochure |
| DTX0431_0001 | Undated | 05274-77 | M&W Pump Corp. - Trash Handling Pumps Brochure |

*U.S. ex rel. Purcell v. MWI Corp* ., No. 98-2088 (CKK)

## MWI TRIAL EXHIBITS INDEX

| Exhibit No. | Date | Bates No. | Description of Document |
|---|---|---|---|
| DTX0432_0001 | Undated | 05282-89 | M&W Pump Corp. - Large Stainless Steel Electric Submersible Pumps |
| DTX0433_0001 | Undated | 05290-97 | Couch Pump Company Brochure (subsidiary to M&W Pump) |
| DTX0434_0001 | Undated | 05298-99 | M&W Mobile Workshop Brochure |
| DTX0435_0001 | 11/17/1992 | 00947 | Memo from C. Leik to L. Newton re: Nigeria M&W Pump Cases |
| DTX0436_0001 | 9/30/1994 | 08745-48 | Credit Administration Manual Index Only |
| DTX0437_0001 | 1/1/1991 | 08862-71 | Eximbank Policy Handbook |
| DTX0438_0001 | 10/25/1993 | EX0313 | Fax from C. Leik to U. Edota re: Nigeria - Eximbank - M&W Pump APO64404 |
| DTX0439_0001 | 10/25/1993 | EX0411 | Letter from C. Leik to U. Edota |
| DTX0440_0001 | 2/2/1993 | EX0433-35 | Letter from G. Waid to Fed. Min. of Finance |
| DTX0441_0001 | 3/18/1992 | 08857-61 | Credit Administration Manual Minutes of the March 18, 1992 Policy Review Committee Meeting |