

**M&W PUMP CORP.**

Sec. IV
A)

POST OFFICE DRAWER "E"•33 N.W. 2ND STREET•DEERFIELD BEACH, FLORIDA 33441, U.S.A.•PHONE 305-426-1500•TELEX 51-9272

June 4, 1990

Mr. Arthur Pilzer
Vice President
Export Import Bank of the United States
Room 1261
811 Vermont Avenue, N.W.
Washington, D.C. 20571-0999



<u>Via Federal Express</u>

Re: **Eight Preliminary Commitment Applications,
Federal Republic of Nigeria**

Dear Art:

Pursuant to our conversations last week and this morning, I have enclosed preliminary commmitment applications for eight states in Nigeria: Kaduna, Bauchi, Kano, Borno, Kwara, Plateau, Gongola and Niger. I have also enclosed a check for $800.00 for the required application fees.

We would be most grateful if the Loan Committee could take favorable action on these eight applications within ten days, as you mentioned this morning. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Finally, we understand that before these commitments can be converted to final commitments, the Federal Ministry of Finance must indicate its willingness to undertake the responsibility of repaying the debt in U.S. Dollars.

If any additional information is required, please do not hesitate to contact me.

Best regards.

Sincerely yours,
M & W PUMP CORPORATION

*William E. Bucknam*

William E. Bucknam
Vice President for Corporate Affairs

WEB/iln
Enclosures

S-000061

DTX0027_0001