# MEMORANDUM

TO: David Eller / Juan Ponce

FROM: Tony Yao Dzegede

DATE: May 6, 1991

RE: A) <u>Situation Report on Africa</u>
B) <u>Plan of Action for Africa</u>

==================================

Please note that the following represent our current sales situation in the African market:

A. <u>Situation Report: Africa</u> April 30, 1991
   1. <u>Nigeria</u>
      a) Kaduna State Government Project: $8M
         (i) We have already shipped $2M. Government officials are expected here June 3rd for 2 week training program.

         (ii) Another L/C for $2M minimum is expected in May 1991.

         (iii) Probability of processing total balance through bank syndication very bright. Expected completion of paper work July 1991.

      b) PIP:   $16.2M           *(<u>From Director of Irrigation</u>))
                                  No funds in 1991 budget - trying ADP's-
                                  Gongola State reluctant to participate.
                                  No definite decision as of 4/29/91.

                                  Called Lewis Campbell of the World
                                  Bank, Wash., D.C. (5/8/91). Told Mr.
                                  Kamar Umar is resolving the problem
                                  and coordinating ADP's to participate.
                                  Gongola State was reluctant earlier
                                  because they did not understand that
                                  funds were available for the project.

      c) Guyok: $16.2M            Dr. Toro (UBRBDA) playing games.
                                  Claims he has given us all necessary
                                  info. Director Ibrahim meets with Dr.
                                  Toro this week to discuss.

      d) Rural Water Supply
         Program:                 $10M USAID
                                  $10M earmarked for FMH

EXHIBIT 9 for ID 1/-13-05

MWI 083353

  e) Rural Water Supply
   Program:   $144.2M (EXIM) Minister asked for further info. yesterday. Still waiting *(from Engr. Okeke)

  f) Proposed 8 State Project: $94.5M (EXIM) Indimi still working on this. Jeb's trip may unlock AAA.

2. <u>Burkina Faso</u>
M & W pumps are unknown in Burkina, Government officials suggest sending demo units. HAC8 portable and MW60 drilling rig with accessories. Rep. agrees to pay ocean freight.

 Total Quotation Value (1990):  US$499,491 C & F Lomé  HH512 portable (1)
            HAC316 mobile (2)

3. <u>Ghana</u>
World Bank sponsored national irrigation program: Study ends this year (Oct?) South Korean consultants will have to release projects in 1991.

| | | | | |
|---|---|---|---|---|
| | 1. | $160,000 - 190,000 | (A) | |
| | | | or | ODA-Bekwai irrigation proj. |
| | 2. | $280,000 - 390,000 | (B) | |
| Quotations: | | | | |
| (1990) | 1. | $64,000 - 68,000 | (A) | |
| | | | or | KIKAM irrigation proj. |
| | 2. | $134,000 - 164,000 | (B) | |

4. <u>Kenya</u>
Quotation 2 Nos. (20" x 20") lineshaft electric  ($44,630) - Awaiting response. (1991)

5. <u>Senegal</u>
Letter to Minister of Rural Development - April 17th, 1991 on possibility of direct purchase. - Awaiting response.

6. <u>Namibia</u>
Two letters to Minister of Agriculture, fisheries, Water and Rural Development. - Received reesponse 5/7/91 from the Permanent Secretary of the Ministry. We have been provided with a preliminary feasibility report on irrigation development in selected areas.

7. <u>Togo</u>
Rep. has no new information on pump projects.

8. <u>Benin Republic</u>
Elections ended, new Civilian President installed. Give time to settle in, rep. monitoring situation and will inform us on water pumping matters soon.

9. <u>Chad Republic</u>
Suspended for a while 'til financial situation improves.

MWI
0833539

*[handwritten at top: rate of the balance on this proj, whether direct purchases — Bank - Leasing/Syndicate — Eximbank.]*

## PLAN OF ACTION

1. <u>Nigeria</u>
   a. Kaduna State Govt. Project: During our scheduled trip to Nigeria this month, we shall process L/C for at least $2M. *Also return with government officials for factory training.

   (b. - e.) PIP:           $16.2M    We should consider discussing situation
            Guyok:         $16.2M    report with Indimi first. If not satisfied with
            RWSP (USAID):  $20M      answer, we should definitely contact the
            RWSP (Exim):   $144M     Hon. Minister of Water Resources directly.
            8 State Project: $94.5M  Time may be running out for these projects
                                     considering elections next year.

   *[handwritten: why would elections matter? what project has...]*

2. <u>Burkina Faso</u>
   We should consider sending into Burkina - Faso
   (i) A portable 8" Hydraflo unit with 40 ft. of 8" steel discharge pipe and a 45°
       elbow.                                           F.O.B. Factory $37,352.00
   (ii) MW60 drilling rig and accessories.              F.O.B. Factory $36,721.00

   Note: a) Rep. pays for ocean freight, clearing, duty, local transportation (Lomé - Ouagadougou).
         b) When demos are sold we can reimburse ocean freight to rep. and also pay commission after relevant deductions have been made.
         c) Same demos could be demonstrated in Togo & Benin Republic before shipment by road to Burkina Faso.

3. <u>Ghana</u>
   Adviseable to keep visiting decision makers at every opportunity on our journeys to West Africa.

   Once projects open up this year, we will be the company in front ready to sell pumps. *[handwritten: We received an encouraging letter from the Team Leader of the World Bank appointed Irrigation Consultants in Ghana promising to keep us informed on further developments on our proposals. The first pump project will released very soon, and it will be opened for Local competitive bidding.]*

4. <u>Kenya</u>
   One trip should be planned for this year with local contacts.

   Concern: Creel Pump Company has crept in and about to do havoc to our potential in that market.

5. <u>Senegal</u>
   Wait to hear from Minister of Rural Development. If by mid June no reply, write a follow-up letter.

6. <u>Namibia</u>
   Study preliminary feasibility report and plan field trip to Namibia to prepare a field engineering report to help them purchase Hydraflos where applicable.

MWI 083354

7. <u>Togo Republic</u>
   Consider using another representative who will follow-up events effectively and correspond with us.

8. <u>Benin Republic</u>
   Expect definite sales initiative by July 1991.

9. <u>Chad Republic</u>
   With new government in place, expect a surprise.

<u>General Note:</u> No M & W rep. in Africa should be paid 100% of commissions in cash. The suggested breakdown below will ensure availability of spares and also encourage setting up an organized facility.

<u>Suggested Commission Structure & Disbursement</u>
A. Fully staffed rep with office, warehouse or storage facilities, qualified mechanics and sales staff.

   <u>Commission payment</u>
   20 - 25% of F.O.B. in cash
   5% of F.O.B. spare parts

B. Partially staffed with office facilities no warehouse or storage facilities.

   <u>Commission payment</u>
   15 - 20% of F.O.B. in cash
   10% of F.O.B. spare parts

C. Contact person whose lead and recommendation results in a sale.

   Finders Fee 5 -10% of F.O.B. in cash

MWI 083355