# Exhibit 2



# M&W PUMP CORP.

POST OFFICE DRAWER "E"·33 N.W. 2ND STREET·DEERFIELD BEACH, FLORIDA 33441, U.S.A.·PHONE 305-426-1500·FAX 305-426-1582·TELEX 51-9272

December 16, 1992

SUPPLIER'S CERTIFICATE

Export-Import Bank of the United States
801 West Vermont Avenue, N.W.
Washington DC 20571

    Subject:  Eximbank Credit No. AP-064323
                 Federal Ministry of Finance and Economic
                 Development

Dear Sirs:

We understand that the sale of the goods and services covered by our invoices, here listed

| Number | Date | Amount | Name and Address of Buyer ("Buyer") | Brief Description of Items, including Standard Industrial Classification ("SIC") Code |
|---|---|---|---|---|
| 01566 | 10/23/90 | $1,246,788.00 | Kaduna State Government Ministry of Agriculture and Natural Resources State Secretariat Kaduna, Nigeria | Pumping Equipment and Accessories |

may be financed by a credit established by Export-Import Bank of the United States ("Eximbank"), an agency of the United States of America.

## CERTIFICATE

We hereby certify that the goods and services covered by said invoices which were originated or manufactured by us were originated or manufactured in the United States, or, if not originated or manufactured by us, were acquired by us from sources in the United States, and that to the best of our knowledge and belief no component part of value added by fabrication, services or otherwise (exclusive of raw materials) was originated or manufactured outside the United States, except as disclosed in detail in a schedule attached hereto.

We hereby further certify that we have not granted, paid or agreed to grant or pay any discount, allowance, rebate, commission, fee or other

01553

Page -2-
Export-Import Bank of the United States
Supplier's Certificate
December 16, 1992

payment in connection with the sale of or the obtaining or any contract to sell the goods and services covered by said invoices or with the establishment or operation of the Eximbank credit (including any Preliminary Commitment relating thereto issued by Eximbank), except:

1. Any discounts, allowances or rebates to the Buyer which are disclosed in said invoices;

2. Amounts payable to our regular full-time employees to the extent of their regular compensation;

3. Regular commissions or fees paid or to be paid in the ordinary course of business to our regular sales agents or sales representatives and readily identifiable on our books and records as to amount, purpose and recipient;

4. Other payments here listed

Payee or Intended Payee        Address              Amount

NONE

We understand that Eximbank is under no obligation to finance the sale of any part of the goods and services covered by said invoices which is of non-U.S. origin or manufacture or which was acquired by us from sources outside the United States, and that all payments disclosed in subparagraph 4 above must be satisfactory to Eximbank.

M & W PUMP CORPORATION
Dun & Bradstreet No. 00-412-1512

_____
Thomas A. Roegiers
Vice President
33 N.W. 2nd Street
Deerfield Beach FL  33441

01552