UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                  :
*ex rel.* ROBERT R. PURCELL,               :
                                           :
                    Plaintiffs,            :
                                           :
         v.                                :     Civil Action No. 98-2088 (GK)
                                           :
MWI CORPORATION,                           :
                                           :
                    Defendant.             :

## ORDER

**UNITED STATES' PRE-TRIAL OBJECTIONS TO DEFENDANT'S WITNESSES**

The United States has filed objections to Defendant's witnesses [Dkt. No. 367]. Upon

consideration of those Objections, the Defendant's Responses [Dkt. No. 370] and Plaintiffs' Reply

[Dkt. No. 371], and based upon the Parties' arguments contained in their submissions, it is hereby

**ORDERED,** that Plaintiff's Objection to Ludovic Agboton is **sustained**; and it is further

**ORDERED,** that Plaintiffs' Objection to Mark Boudet is **sustained**; and it is further

**ORDERED,** that Plaintiffs' Objection to Dana Eller is **overruled**; and it is further

**ORDERED,** that Plaintiffs' Objection to Daren Eller is **sustained**; and it is further

**ORDERED,** that Plaintiffs' Objection to John Stephen Fancher is **sustained**; and it is further

**ORDERED,** that Plaintiffs' Objection to Mohammed Indimi is **overruled**; and it is further

**ORDERED,** that Plaintiffs' Objection to Louis Klingman is **sustained**; and it is further

**ORDERED,** that Plaintiffs' Objection to Danielle Londeree is **sustained**; and it is further

**ORDERED,** that Plaintiffs' Objection to John McDonnell is **sustained**; and it is further

**ORDERED,** that Plaintiffs' Objection to James Moorhouse is **sustained**; and it is further

**ORDERED**, that Plaintiffs' Objection to William Bucknam is **overruled for failure to raise in opening Objection**; and it is further

**ORDERED**, that Plaintiffs' Objection to Charles Bennett is **will be resolved when the Court addresses Plaintiffs' <u>Daubert</u> Motion**.

July 1, 2013

<u>G Gladys Kessler</u>
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**