UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 2 5 2013

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ROBERT R. PURCELL, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 98-2088 (GK) |
| MWI CORPORATION, | : |
| Defendant. | : |

## VERDICT FORM

**QUESTION 1:**

Did MWI knowingly present false or fraudulent claims for payment to the United States government that were material to the Government's decision to pay?

(✓) YES

( ) NO

If yes, then answer both:

    a. How many such false claims were presented?

        58

    b. What is the amount of damages the Government sustained because of those false or fraudulent claims?

        $7,500,000

**QUESTION 2:**

Did MWI knowingly make false records and/or false statements that were material to the United States Government's decision to pay or approve false or fraudulent claims for payment, with the specific intent to get the Government to pay or approve those claims?

(✓) YES

( ) NO

If yes, then answer:

- a. How many such false records and false statements were made?

    _____58_____

- b. What is the amount of damages the Government sustained because of those false or fraudulent claims?

    _$ 7,500,000_

Date: 11/25/2013

Foreperson of the Jury