# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| U.S.A., ex rel. ROBERT R. PURCELL )<br>*Plaintiff* )<br>v. )<br>MWI CORPORATION )<br>*Defendant* ) | Civil Action No. 98-2088 (GK) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* United States of America, ex rel. Robert R. Purcell recover from the defendant *(name)* MWI Corporation the amount of Five Hundred Eighty Thousand dollars ($ 580,000.00 ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other: _____.

This action was *(check one)*:

☑ tried by a jury with Judge Gladys Kessler presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 02/12/2014

*ANGELA D. CAESAR, CLERK OF COURT*

/s/ Tonya T. Hightower
*Signature of Clerk or Deputy Clerk*