IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
*ex rel.* ROBERT R. PURCELL,

           Plaintiff,

      vs.

MWI CORPORATION,

          Defendant.
_____

CA No. 98-2088
Washington, DC
November 8, 2013
1:55 p.m.

Day 3 - PM Session


TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs:        David B. Wiseman, Esquire
U.S. DEPARTMENT OF JUSTICE
Commercial Litigation Branch
Civil Fraud Section
601 D Street, NW
Room 9032
Washington, DC 20004
(202) 514-0132
Fax: (202) 307-3852
david.wiseman@usdoj.gov


Elizabeth Wallace Young, Esquire
U.S. DEPARTMENT OF JUSTICE
601 D Street, NW
Room 9237
Washington, DC 20005
(202) 532-4311
elizabeth.young@usdoj.gov

Keith V. Morgan, Esquire
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530
(202) 514-7228
Fax: (202) 514-8780
keith.morgan@usdoj.gov

Beverly Maria Russell, Esquire
U.S. ATTORNEY'S OFFICE
Civil Division
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2531
Fax: (202) 514-8780
beverly.russell@usdoj.gov

Joseph J. Aronica, Esquire
DUANE MORRIS
505 Ninth Street, NW
Suite 1000
Washington, DC 20004
(202) 776-7824
Fax: 202-776-7801
jjaronica@duanemorris.com

For the Defendants:          Robert T. Rhoad, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
(202) 624-2545
Fax: (202) 628-5116
rrhoad@crowell.com

Alexina Guiomar Jackson, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Suite 1100
Washington, DC 20004-2595
202-624-2721
aljackson@crowell.com

Brian T. McLaughlin, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Suite 1100
Washington, DC 20004-2595
(202) 624-2500
Fax: (202) 628-5116
bmclaughlin@crowell.com

Charlotte E. Gillingham, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
(202) 624-2948
Fax: (202) 628-5116
cgillingham@crowell.com

Jason C. Lynch, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
(202) 624-2500
Fax: (202) 628-5116

Court Reporter:                    Lisa M. Foradori, RPR, FCRR
                                   Official Court Reporter
                                   U.S. Courthouse, Room 6706
                                   333 Constitution Avenue, NW
                                   Washington, DC  20001
                                   (202) 354-3269

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

1                              I N D E X

2    WITNESS                    DIRECT    CROSS   REDIRECT

3    For the Plaintiffs:

4    DAVID ELLER                   5

5    JAMES HESS                   10
       (via videotape)

6

7    WILLIAM BUCKNAM              12       43

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    P R O C E E D I N G S

2              THE COURT:  We're back on the record in United

3    States versus MWI Corporation, 98-2088.  Again, Counsel,

4    please remember when you start your examinations to just

5    identify yourself for our court reporters.

6              Mr. Morgan -- and is Mr. Eller present?

7              MR. RHOAD:  Mr. Rhoad for MWI -- oh, you're

8    referring to the witness?

9              THE COURT:  Say again?

10             MR. RHOAD:  I'm Robert Rhoad for MWI, and Mr. Eller

11   is here, but I think you're referring to the witness,

12   Mr. Eller.

13             THE COURT:  Right.  Right.  Mr. Eller, you're still

14   under oath this afternoon.

15             THE WITNESS:  Okay.

16             THE COURT:  And there will be 15 minutes more of

17   examination by this lawyer, and then there will be questions

18   from other lawyers.

19             Mr. Morgan, you may proceed, please.

20             MR. MORGAN:  Good afternoon, Keith Morgan on behalf

21   of the United States.

22                   DIRECT EXAMINATION CONTINUED

23   BY MR. MORGAN:

24     Q.   Good afternoon.

25     A.   Good afternoon.

1    Q.   Now, you testified that you had some discussions with

2  individuals at the Ex-Im Bank.  You didn't mention during

3  those discussions that you were considering paying Mr. Indimi

4  a 36.5 percent commission on any deal?

5    A.   I just -- I wanted to know what the rules were.  I

6  expected they would give me such rules if there were any on

7  those kinds of things.

8              MR. MORGAN:  Your Honor, I direct --

9              THE WITNESS:  They had no rules.  If I particularly

10 said -- whatever you were paid, you continue.

11             MR. MORGAN:  Your Honor -- okay.  Your Honor, I

12 direct the Court to Page 189 of the deposition.

13 BY MR. MORGAN:

14   Q.   You were under oath at this deposition, is that

15 correct?  Lines 14 through 19.

16             MR. MORGAN:  Can I play that portion, Your Honor?

17             THE COURT:  Yes, you may.

18             MR. MORGAN:  189, Lines 14 through 19.

19 BY MR. MORGAN:

20   Q.   When you were having discussions with individuals at

21 the Ex-Im Bank, did you mention in the course of those

22 discussions that you were considering paying Mr. Indimi a

23 36.5 percent commission on this deal?  Answer:  I don't

24 recall.

25             MR. MORGAN:  Testimony -- can I play that portion,

1    Your Honor?

2              THE COURT:  Yes.

3              (Videotape played).

4              MR. MORGAN:  Thank you.

5    BY MR. MORGAN:

6     Q.   Mr. Eller, do you recall in your discussions with

7    people at the Ex-Im Bank that you disclosed that you were

8    going to pay commissions to Mr. Indimi in the neighborhood of

9    $28 million?

10    A.   Excuse me.

11    Q.   Do you recall whether, in your discussions with people

12   at Ex-Im Bank, you disclosed to them that you were going to

13   pay him a total in commissions in the neighborhood of

14   $28 million?

15    A.   Of course not.

16              MR. MORGAN:  No further questions.

17              THE WITNESS:  Because these are individual jobs --

18              MR. MORGAN:  No further question.

19              THE WITNESS:  -- you're adding up years and years

20   of jobs and throwing commissions on.  It's not fair.

21   BY MR. MORGAN:

22    Q.   You didn't tell them the total, is that correct?

23    A.   Well, I wouldn't know what the total was.

24    Q.   You didn't tell them that total.  Thank you.

25              THE COURT:  All right.  Counsel for the defense,

1   please.

2               MR. RHOAD:  Yes, Your Honor, Robert Rhoad for the

3   defense.  We're inclined to offer no questions to Mr. Eller

4   today to allow him to leave, with the understanding that he

5   would be subject to recall for purposes of rebuttal later in

6   the case?

7               THE COURT:  But not in your case?  But not in your

8   case?  I understand what you mean by rebuttal, but --

9               MR. RHOAD:  Yes, Your Honor.  We have no questions

10  for Mr. Eller today, as long as he remains subject to recall.

11              THE COURT:  All right.  Mr. Eller, you may be --

12              MR. MORGAN:  Your Honor, may we approach?

13              THE COURT:  Very well.

14  SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

15              THE COURT:  When you said rebuttal, you didn't

16  really mean rebuttal in terms of plaintiffs and defendants,

17  you meant in putting on your opposition to the plaintiff's

18  case, is that what you meant or am I wrong?

19              MR. RHOAD:  Yes.  I understand that for

20  witnesses -- the general rule is they get called once up and

21  down, no more, but that witnesses will stay subject to recall,

22  should the need arise.

23              THE COURT:  That's fine.

24              MR. RHOAD:  In this particular case, obviously, I

25  have a desire to get Mr. Eller off the stand if I don't need

1  him.

2  THE COURT:  I understand.

3  MR. RHOAD:  And, secondly, he's the first witness,

4  so there's nothing out that's been presented that we might

5  want to use him for for rebuttal.  That need may never arise.

6  But I just wanted to make sure that it was understood, that --

7  depending on what the Government presents in its case in chief

8  that we would have the opportunity to call Mr. Eller back, but

9  solely for the purpose of rebuttal, not to enter into new

10  areas.

11  THE COURT:  Mr. Morgan, what did you have to say?

12  MR. MORGAN:  I just wanted to clarify that he meant

13  during his case.  Like we'd present our case, we rest, and

14  then his case.  Not rebuttal, as he said.

15  THE COURT:  Right, I have to clarify -- my law

16  clerk tells me I misspoke when we were talking about timing.

17  Next week we start at 9:00 o'clock in order to do some

18  catching up.  The week after that we start at 9:30.  I may

19  have left you all with the impression of 10:00 o'clock.

20  MR. RHOAD:  No, no.  That was understood that that

21  Wednesday will be 9:00 until noon and we won't be coming back

22  in the afternoon.

23  THE COURT:  That's right.  That's right.

24  SIDEBAR DISCUSSION CONCLUDED

25  THE COURT:  All right.  The Government should call

1    its next witness, please.  You are excused, sir.  Let me warn

2    you, you may not discuss your testimony with anybody because

3    there is some possibility that you could be recalled to

4    testify.  Okay.  Thank you.

5            (Witness stepped down.)

6            MR. MORGAN:  We're going to play testimony by video

7    deposition of James Hess.

8            THE COURT:  I'm sorry, say that again.

9            MR. WISEMAN:  The next witness is James Hess, the

10   video.

11           THE COURT:  Oh, yes, of course, that's right.

12   Ladies and gentlemen, we are going to see a videotape

13   deposition at this point.

14           (Whereupon, the videotape deposition of James Hess

15   was played for the jurors.)

16           (Whereupon, there was a brief recess of court due to

17   a fire drill/alarm.)

18   JURY ESCORTED INTO THE COURTROOM AT 3:40 P.M.

19           THE COURT:  Please be seated, everybody.  We are

20   back on the record after all that excitement -- and time lost.

21   We will continue with the video deposition that we're in the

22   middle of.

23           (Whereupon, the videotape deposition of James Hess was

24   played for the jury.)

25           MS. RUSSELL:  Your Honor, we are done with the

1    videotape.  The United States now calls William Bucknam.

2              THE COURT:  Well, let me be clear about something.

3    I'm quite sure I knew the voice on the video, but just for the

4    record, is it correct the defendants are not planning to put

5    anything on in response to what we've seen?  For this witness,

6    of course.

7              MR. McLAUGHLIN:  Yes, Your Honor, we did make

8    designations and we worked with the Government to have them

9    worked into the videotape together.  So that was both sides'

10   designations.

11             THE COURT:  That's good, and I'm sure that made it

12   easier for the jury to follow.

13             All right.  May I have your name again, please?

14             MS. RUSSELL:  It's Beverly Russell, I'm with the

15   U.S. Attorney's Office.

16             THE COURT:  Okay.  All right, sir, would you please

17   come up here and take the stand.

18             THE DEPUTY CLERK:  Please remain standing and raise

19   your right hand.

20   Thereupon,

21                    WILLIAM EDWARD BUCKNAM,

22   the witness, having been first duly sworn, was examined

23   and testified as follows:

24             THE DEPUTY CLERK:  You may be seated.

25             THE COURT:  And, Mr. Bucknam, be sure the talk into

1    the mic, please.

2              THE WITNESS:  Yes, Your Honor.

3              THE COURT:  So that our court reporter can hear you

4    and the jury.  What I sense from your saying "I do" was that

5    your voice will carry.

6              All right, go ahead, please.

7                        DIRECT EXAMINATION

8    BY MS. RUSSELL:

9     Q.    Good afternoon, Mr. Bucknam.  Would you please state

10   and spell your name for the record?

11    A.    William Edward Bucknam, B-U-C-K-N-A-M.

12    Q.    And can you please provide the city and state where you

13   currently reside?

14    A.    Wellington, Florida.

15    Q.    Now, Mr. Bucknam, did you receive a degree, a

16   bachelor's degree from George Washington University in 1970?

17    A.    I did.

18    Q.    And did you receive a law degree from Georgetown

19   University Law Center in 1976?

20    A.    I did.

21    Q.    And were you an Assistant United States Attorney in the

22   United States Attorney's Office for the District of Columbia

23   for the period 1976 to 1980?

24    A.    I was, I was actually sworn in in this very courthouse.

25    Q.    Okay.  And Mr. Bucknam, did you so start working for

1  MWI in September 1981 as vice-president for corporate affairs?

2  A.   Yes.

3  Q.   And were part of your duties to work on governmental

4  relations?

5  A.   That was part of my duties, yes.

6  Q.   And was part of the governmental relations duties, did

7  it include working with the federal government?

8  A.   Part of my duties, yes.

9  Q.   Okay.  And Mr. Bucknam, did you become vice-president

10  and general counsel at MWI on November 8th, 1994?

11  A.   Correct.

12  Q.   So just to be clear, you've been an MWI employee for

13  about 32 years?

14  A.   Slightly more.

15  Q.   And you're still an employee with MWI?

16  A.   I am, yes.

17  Q.   And just to make the record clear, what is your current

18  position with MWI?

19  A.   Vice-president and general counsel.

20  Q.   Okay.  Mr. Bucknam, were you involved in the project

21  that resulted in the sale of MWI irrigation pumps to eight

22  Nigerians states in the 1990s?

23  A.   Those projects did not only involve the sale of MWI

24  irrigation pumps, there was a variety of different equipment

25  that was procured through those projects.  Irrigation pumps

1   was one set of equipment.

2   Q.   Okay.  So it was MWI equipment to the eight Nigerian

3   states; is that correct?

4   A.   Not just MWI equipment, no.

5   Q.   Services as well?

6   A.   No, there were no services.  There were hand pumps,

7   there were computers, there were mobile workshops.  There were

8   pedal flow pumps, there were irrigation pumps.

9           THE COURT:  Mr. Bucknam, I think you need to sit

10  back a little bit.  Thank you.

11          THE WITNESS:  And I believe other kinds of

12  agricultural equipment as well.  These were agricultural

13  development projects that included MWI irrigation pumps.

14  BY MS. RUSSELL:

15  Q.   Okay, all right.  And is it fair to say that you

16  initially started to work on this project in the late 1980s?

17  A.   No.

18  Q.   Okay.  When did you start working on the project?

19  A.   1987.

20  Q.   Okay, all right.  All right.

21          Now, is it true that MWI initially attempted to

22  obtain private financing for the project?

23  A.   That's correct.

24  Q.   And was the intent that the International Merchant Bank

25  in Lagos served as the lead bank for that private financing?

1   A.   That's correct.

2   Q.   And just to be clear, the International Merchant Bank

3   in Lagos, that's in Nigeria; correct?

4   A.   Lagos, Nigeria, at that time the capital of Nigeria.

5   Q.   Okay, all right.

6        Now, was the plan for more than one bank to

7   participate in financing the project?

8   A.   Yes, the International Merchant Bank intended to create

9   a consortium of Nigerian commercial banks in order to come up

10  with the syndicate -- syndication -- syndicated loan to

11  finance the projects in the various states.

12  Q.   Okay.  So the plan was these banks to serve as a

13  syndicate, to put money together to finance the project; is

14  that correct?

15  A.   That's correct.

16  Q.   And was the plan for MWI to be paid in U.S. dollars?

17  A.   That's correct.

18  Q.   Now, can you let us know, when did you start trying to

19  obtain financing through the International Merchant Bank in

20  Lagos?

21  A.   In 1987.

22  Q.   Okay.  Now, is it accurate to say that MWI pursued that

23  avenue of funding for a number of years?

24  A.   That's correct.

25  Q.   And is it accurate to say that the attempts to obtain

1   such financing was not successful?

2       A.   That's correct.

3       Q.   Did MWI have an agent in Nigeria with whom it was

4   working during this period?

5       A.   Yes.

6       Q.   And who was that?

7       A.   Mr. Indimi.

8       Q.   Now, did MWI subsequently seek financing from the

9   Export-Import Bank for the project involving the Nigerian

10  states?

11      A.   Yes.

12      Q.   Now, as part of seeking the financing from Ex-Im, did

13  MWI apply for what is called a preliminary commitment?

14      A.   Yes.

15      Q.   And can you explain what a preliminary commitment is?

16      A.   Well, it's exactly what it says.  Actually, we applied

17  for eight different preliminary commitments.

18      Q.   Uh-huh.

19      A.   I believe it was sometime in 1990 that we filed those

20  applications with the Ex-Im Bank, African Middle East

21  Division, after we had a meeting with Mr. Pilzer, who was the

22  vice-president in charge of that division at that time.

23      Q.   In charge of a division at Export-Import Bank?

24      A.   Yes.

25      Q.   Okay.  Just to be clear, now, does a preliminary

1   commitment allow MWI to inform Nigeria that MWI has a

2   commitment from the U.S. Government to finance the project

3   subject to whatever terms and conditions are applicable to the

4   preliminary commitment?

5   A.   Yes.

6   Q.   Did you meet with anyone at Ex-Im prior to submitting

7   the preliminary commitment for the state project?

8   A.   Yes, we did.

9   Q.   And who did you meet with at Ex-Im?

10   A.   We met with Mr. Pilzer.

11   Q.   Okay.  Anyone else?

12   A.   No, the physical meeting was held in Washington with

13   Mr. Pilzer.

14   Q.   Okay.  Do you recall the time frame?

15   A.   You know, I can't remember the exact month.  You would

16   have to look at the date that the applications, the eight

17   applications were filed within a week of the meeting, so if

18   you have the date of the applications, you can go back a week

19   prior to that, that's when we met with Mr. Pilzer.  We had a

20   lunch with Mr. Pilzer, several of us met with him here in

21   Washington, D.C.

22   Q.   Was that in the late '80s?

23   A.   Pardon me?

24   Q.   Do you believe that was in the late '80s?

25   A.   No, this was 1990.

1   Q.   Okay.  All right.  Did you have communication with

2   Regina Brown, an Ex-Im employee at that time?

3   A.   Yes.

4   Q.   Prior to receiving the commitment on the state

5   projects?

6   A.   Yes.

7   Q.   And was Ms. Brown the loan officer responsible for

8   processing the preliminary commitment?

9   A.   Correct.

10   Q.   Okay.  Now, isn't it true that Ms. Brown would not

11   process the commitment unless and until she received a written

12   commitment from Nigeria's Ministry of Finance agreeing that

13   the Ministry of Finance would serve as the primary obligor on

14   behalf of the Nigerian states purchasing the equipment?

15   A.   Yes.  Mr. Pilzer had told us in the meeting that we

16   had, with the luncheon meeting that we had that at some point

17   in time we would have to produce a letter from the Federal

18   Ministry of Finance agreeing to be the primary obligor for the

19   eight loans on behalf of the states that would be the end

20   users of our product.

21          Ms. Brown was not at the meeting, she was

22   traveling at the time.  She came back a week, actually a short

23   time after I filed the applications.  She saw the

24   applications, and she informed me that she would not process

25   the -- even process the applications until we produced the

1    letter from the Federal Ministry of Finance agreeing to be the

2    primary obligor.

3        Q.   And isn't it true that it was MWI, not Ex-Im, which

4    undertook the steps to have the Nigerian Ministry of Finance

5    serve as the primary obligor?

6        A.   Obligor.

7        Q.   Obligor, yes.

8        A.   Obligor.

9        Q.   Obligor.

10       A.   Yeah.

11       Q.   Yes.  Is that true?

12       A.   It was not Ex-Im's Bank responsibility to do anything.

13   It was our responsibility to produce the letter from the

14   Federal Ministry of Finance by which the Federal Ministry of

15   Finance would agree to be the primary obligor.

16       Q.   Now, did the Nigerian Ministry of Finance agree to

17   serve as primary obligor?

18       A.   At a much later date, yes.

19       Q.   Okay.  So it took awhile to get that agreement

20   together?

21       A.   It took us at least two years to get all of the letters

22   from the Federal Ministry of Finance agreeing to be the

23   primary obligor because what that required was that we --

24   there was a number of trips back and forth to Nigeria over

25   that two-year period of time after we filed the applications

1    for preliminary commitment with Ex-Im Bank.  And we basically

2    had to go to the prospective state buyers and make a sales

3    presentation, do an engineering feasibility study to determine

4    what equipment they would need.

5                   And in order to get the Federal Ministry of

6    Finance to be the primary obligor, the state first had to

7    agree to an annual deduction, what is called an annual

8    deduction at source.  In other words, they would have to agree

9    that in order to fund the loan, they would authorize the

10   Federal Ministry of Finance to tap their annual stream of

11   federal revenues coming into their budget in January of every

12   year in order to fund to loan.  So that process took, as I

13   said, two years.

14   Q.   And how many states did you meet with before you

15   ultimately came up with the --

16   A.   There were a number of states we met with.  I can't

17   give you the exact number.  We ultimately finalized eight

18   contracts in seven states.  There was one state, Enugo state

19   took two of the commitments.  The others were shared by six

20   other different states -- seven other different states.

21   Q.   Do you recall how many officials you met during this

22   process, how many Nigerian officials you met during this

23   process trying to come up with the states to participate on

24   the project?

25   A.   Hundreds, because during this period of time there was

1    a period of great political change in Nigeria, and during the

2    entire process that we were working on these projects, one

3    minute we were dealing with the military appointed governor,

4    then we had a democratically elected governor, then we had a

5    military appointed governor.  So when the governor changed,

6    the entire government changed.  So we had to go back and start

7    from ground zero during this period of time quite often.

8            In addition to that, there were a number of

9    states that we were dealing with who got divided into two

10   states, and suddenly the new state was scrambling for assets

11   from the old state, and it created a lot of political chaos,

12   to be honest with you.  So before it was said and done, it's

13   conservative to say that we dealt with hundreds of Nigerian

14   state government officials.

15   Q.   Okay.  So is it fair to say that MWI went through quite

16   a bit of effort to get this project together to get these

17   specific, what ultimately was eight projects to get those

18   deals together?

19   A.   Absolutely.

20   Q.   Okay.  And you met with hundreds of officials before

21   you were able to pull it together?

22   A.   Yes.

23   Q.   Now, is it accurate to say that over the course of the

24   project the states willing to accept the credit, that is, to

25   participate in the project, that -- that it changed, that is,

1   MWI actually substituted certain states for others that

2   withdrew for whatever reason from the project?

3   A.   As I said, there were some states that when -- here's

4   what -- when a democratically elected governor took over from

5   a military appointed governor, very often the new governor

6   would not necessarily want to attach himself or herself to

7   what his predecessor was doing, he wanted to start his own

8   thing.  So we would have to start all over with the new

9   governor.

10          And Ex-Im Bank took the position that they did

11  not care which state was the end user as long as the Federal

12  Ministry of Finance agreed to be the primary obligor.  And as

13  a result of that, and also because of the political turmoil

14  that was going on at the time, we did shift commitments from

15  one state to another with the permission of Ex-Im Bank.

16  Q.   Okay.  I am going to show you what is marked as

17  Plaintiff's Trial Exhibit 147.

18          MS. RUSSELL:  Your Honor, may I approach the

19  witness?

20          THE COURT:  Yes, you may.

21  BY MS. RUSSELL:

22  Q.   Can you take a look at this document, Mr. Bucknam?

23  A.   Yes.  You're talking about the first page or both

24  pages?

25  Q.   Yes, the first page.

1     A.    Yes.

2     Q.    Okay.  All right.  Do you recognize this document?

3     A.    Yes.

4     Q.    And is it a document that you actually drafted or

5  signed?

6     A.    I drafted it and I signed it.

7     Q.    And to whom is it addressed?

8     A.    Regina Brown, the loan officer for the Africa and

9  Middle East Division at the Export-Import Bank.

10          MS. RUSSELL:  Your Honor, we would like to move for

11  admission of this exhibit into evidence if there's no

12  objection.

13          MR. RHOAD:  No objection.

14          THE COURT:  That may be admitted.

15       (Plaintiff's Trial Exhibit No. 147 was received in

16  evidence.)

17          MS. RUSSELL:  All right.  Can we publish it to the

18  jury?

19          THE COURT:  Yes, you may.

20          MS. RUSSELL:  Okay.

21          THE WITNESS:  But there are two parts to this

22  document.

23          MS. RUSSELL:  Yes, I know, and I'll ask about both

24  parts.

25          THE WITNESS:  I haven't looked at the second part

1    yet.

2    BY MS. WEATHERSPOON:

3      Q.    Okay.  Well, we can focus on the first page.

4      A.    Okay.

5      Q.    Can we focus on the first page?

6      A.    Sure.

7      Q.    All right.  And can you explain, what was the purpose

8    of this document again?

9      A.    Well, this confirms what I just testified about, and

10   that is, we were transferring an outstanding final commitment.

11   What happened was after the preliminary commitments were

12   issued by the Export-Import Bank, I applied to have the

13   preliminary commitments made into final commitments.  And

14   that's why the -- the term "F.C." appears on this fax

15   document.

16             So I was requesting that Regina, as a follow-up

17   to a telephone conversation we had had earlier that day,

18   transfer three outstanding final commitments from three states

19   to three other states.

20     Q.    Okay.  And so this document reflects that in putting

21   together the project, MWI was just able to substitute, you

22   know, certain Nigerian states for other Nigerian states in

23   order to move forward?

24     A.    With the permission of the Export-Import Bank, yes.

25     Q.    Right, but to move forward; right?

1    A.   I'm sorry?

2    Q.   To move forward; right?

3    A.   I'm not sure what you mean by "move forward."

4    Q.   To move forward with the project.  MWI was able to

5    substitute one set of Nigerian states for other Nigerian

6    states to move forward with the project?

7    A.   Yes, obviously our efforts in the three states, three

8    original states had come to an end, and so we were moving the

9    final commitments to three other states where we felt we had

10   opportunities.

11   Q.   Okay.  All right.  Now, did Mr. Indimi have any role in

12   obtaining the participation of the states?

13   A.   Absolutely.  Without Mr. Indimi's participation, none

14   of this would have ever come about.

15   Q.   And what was Mr. Indimi's participation?

16   A.   Mr. Indimi was our sales agent in Nigeria.  He was

17   responsible for setting up all of the meetings that took place

18   with all of the various government officials.  Very often he

19   would travel with us all across Nigeria.  And as I said, we

20   visited numerous states before we finalized the eight loan

21   commitments.

22   Q.   Okay.  Now, after receiving the commitment from the

23   Nigerian Ministry of Finance to serve as primary obligor, did

24   MWI next have to enter a sales agreement with the states that

25   were purchasing the bids?

1    A.    No, the sales agreement was already agreed to with the

2    states.  See, the process was in order to get the Federal

3    Ministry of Finance to agree to be the primary obligor, we had

4    to enter into a sales agreement with the state.  We had to do

5    an engineering feasibility study to determine what equipment

6    they would need.

7              We would then have to prepare a pro forma invoice

8    that we would attach to the sales agreement.  The sales

9    agreement was conditioned on acceptable financing.  And

10   without acceptable financing, the sales agreement was null and

11   void.  Then the state had to agree to an annual deduction at

12   source.

13             So you take all of that documentation to the

14   Federal Ministry of Finance, and then they issued their

15   undertaking to be the primary obligor.  They would never have

16   done it unless the state had agreed to the annual deduction at

17   source.  But in order to get to the annual deduction at

18   source, we had to go through all the other process at the same

19   time.

20   Q.    Okay.  And MWI had to finalize the credit agreement

21   with the Nigerian Ministry of Finance, was that part of the

22   process?

23   A.    No.

24   Q.    It wasn't?

25   A.    (No verbal response.)

1    Q.   Let's see.  Do you recall having your deposition taken

2    in this matter?

3    A.   Yes.

4    Q.   Okay.  I'm going to show you your deposition.

5    A.   Would you prefer that I just clarify what we did in

6    terms of the credit agreement?

7    Q.   I'm sorry?

8    A.   Would you prefer that I just clarify --

9    Q.   Yes.

10    A.   -- what it was we did?

11    Q.   Yes.

12    A.   These eight loans were direct credits.  They were

13    agreements, they were government-to-government agreements

14    between the U.S. Government and the Federal Government of

15    Nigeria, Ex-Im Bank on behalf of the U.S. Government and the

16    Federal Ministry of Finance on behalf of the Federal

17    Government of Nigeria.

18         Ex-Im Bank created the credit agreement.  I would

19    come to Washington, and I would pick up the credit agreement

20    in an envelope, and I would hand carry it to Nigeria.  The

21    credit agreement was a creation of Ex-Im Bank.  It's not a

22    creation of MWI.  So I took the credit agreement created by

23    the Ex-Im Bank to Nigeria and arranged to have it signed by

24    the Federal Minister of Finance.

25    Q.   Okay.  And just to clarify, there was a credit

1   agreement between the United States and the Nigerian

2   Government?

3      A.    I just said there was, yes.

4      Q.    Okay, all right.  Can you turn to the second page of

5   Exhibit 147?

6      A.    Okay.

7      Q.    And do you recognize this document?

8      A.    I don't remember it, but those are my initials on the

9   document.

10     Q.    And can you review the document, and to the extent that

11  you remember, can you explain the purpose of this document?

12     A.    Well, Mr. Waid, who was a lawyer in the General

13  Counsel's Office at Ex-Im Bank, was the individual who was

14  assigned -- I'm sorry.

15            Mr. Waid was the lawyer in the General Counsel's

16  Office at Ex-Im Bank, who was the lawyer assigned to work on

17  these projects.  And I apparently had asked him to expedite

18  the creation of the loan agreements that I would be

19  hand-carrying to Nigeria on behalf of the Ex-Im Bank.  And

20  instead of going through a formal printing process, which

21  would take a considerable amount of time, Mr. Waid agreed to

22  create these documents on his personal computer.

23     Q.    Okay.  Now, is it is true that MWI needed for Ex-Im to

24  make the credit operative; is that correct?

25     A.    Absolutely.

1    Q.   Okay.

2    A.   Without being made operative, nothing would have

3    happened.

4    Q.   Okay.  And what does it mean to make credit operative?

5    A.   To make a credit operative is a technical term which

6    basically means to make the credit effective.  And in order to

7    make a credit operative, there are a number of things that

8    have to happen.  First of all --

9                THE COURT:  Slow down, please, for everybody.

10               THE WITNESS:  First of all, you have to have a

11   signed credit agreement, signed by the Federal Minister of

12   finance.  Then I needed to obtain a series of ten promissory

13   notes, one for each payment of the loan, also signed by the

14   Federal Minister of Finance.  And the promissory note had to

15   be in language approved by the Export-Import Bank.

16               I also had to obtain specimen signatures of the

17   Federal Minister of Finance for Ex-Im Bank's records.

18               I also had to obtain a legal opinion issued by the

19   Federal Ministry of Justice, which was a legal opinion created

20   by Ex-Im Bank that they basically had to agree to and put on

21   their letterhead and have the Federal Minister of Justice

22   sign.

23               Finally, in order to make a credit operative, the

24   Federal Ministry of Finance had to appoint an agent in New

25   York City for service of process since the promissory notes

1   were enforceable under New York law.

2          And so once all of that documentation was obtained,

3   and believe me, it took a long time to do that for eight

4   different credits, then and only then were credits supposed to

5   be made operative, but even after I did all of that for these

6   credits, there was one final hurdle that was put in front of

7   me before Ex-Im Bank would agree to make the credits

8   operative.

9   BY MS. RUSSELL:

10   Q.   And when were the first credits made operative?

11   A.   I believe the first credits were made operative

12   sometime in late 1992.

13   Q.   Okay.  Now, once the credits were made operative, did

14   you have a role in moving the Nigerian projects forward on

15   behalf of MWI?

16   A.   No, once -- well, we haven't talked about what I had to

17   do in order to make the credits operative.  Do you want to

18   talk about that?

19   Q.   No.

20   A.   Oh, okay.

21   Q.   Once the credits were made operative, did you have a

22   role in moving the Nigerian projects forward on behalf of MWI?

23   A.   At the point in time when the credits were finally made

24   operative, after my final hurdle, at that point my job was

25   basically done.

1    Q.    Okay.  During the period 1990 to 1992, did you visit

2   Ex-Im in Washington, D.C. on behalf of MWI?

3    A.    Absolutely.

4    Q.    And how frequently would you say during that period?

5    A.    I can't remember, but it was quite frequently because I

6   was -- I was basically acting on behalf of Ex-Im Bank in terms

7   of carrying credit agreements from Ex-Im Bank to the Federal

8   Minister of Finance for his signature, and then back to Ex-Im

9   Bank.

10    Q.    Okay.

11    A.    So quite often during that period of time.

12    Q.    Did you -- did Ex-Im have an annual meeting which you

13   attended for exporters?

14    A.    Yes, they have an annual meeting every April that I had

15   a habit of attending during this period of time, yes.

16    Q.    And what was the purpose of attending the meetings, the

17   annual --

18    A.    The purpose of going to an annual meeting is basically

19   to connect with officials of Ex-Im Bank, commercial bankers to

20   find out who's doing what kind of transactions, what kind of

21   financing they're using, what kinds of problems they are

22   encountering.

23    Q.    Okay.  Now, do you recall that in 1994 the Clinton

24   Administration decertified Nigeria because of a drug issue,

25   specifically that Nigeria was not cooperating with the United

1    States on drug enforcement?

2       A.    I recall that quite well, yes.

3       Q.    And isn't it true that Ex-Im actually tried to stop the

4    MWI state projects because of the decertification?

5       A.    The Ex-Im Bank general counsel, Carol Lee, approached

6    me at the annual meeting in April of 1994 and informed me that

7    the U.S. Government had just decertified Nigeria on the drug

8    issue.

9             Now, basically on an annual basis the State

10   Department evaluates cooperation of various countries

11   throughout the world and they determine whether they are or

12   are not cooperating on drug issues.  And they determined in

13   1994, for whatever reason, that Nigeria was not providing the

14   kind of cooperation that they required and they decertified

15   them.

16            And she informed me that in light of the

17   decertification that we would have to immediately stop

18   manufacturing and shipping our products to the eight -- to

19   the -- under the eight credits.  And I informed her that there

20   were eight irrevocable letters of credit in place from

21   Standard Charter Bank for these credits, since Ex-Im Bank had

22   declared them operative, and authorized Standard Charter to

23   open the eight letters of -- irrevocable letters of credit,

24   and I informed her that we would not be stopping our shipment

25   or our manufacturing, regardless of the decertification.

1    Q.    I am going to show you what is marked as Plaintiff's

2    Trial Exhibit 156.

3              MS. RUSSELL:  Your Honor, may I approach?

4              THE COURT:  Yes.  And what number is this?

5              MS. RUSSELL:  It's Plaintiff's Trial Exhibit 156.

6              THE COURT:  This is up on the monitor.  Is there no

7    objection to its admission?

8              MR. RHOAD:  There's no objection, Your Honor.

9              THE COURT:  All right.  It may be admitted then.

10              (Plaintiff's Trial Exhibit No. 156 was received in

11    evidence.)

12    BY MS. RUSSELL:

13    Q.    Mr. Bucknam, do you recognize the first three pages of

14    the document?

15    A.    Yes, it's a letter that I wrote to Carol Lee, the

16    general counsel of Ex-Im Bank, on April 26th, 1994.

17    Q.    And what was the purpose of the document?

18    A.    The purpose of this letter was to put her on notice of

19    our position about stopping our manufacturing and shipping in

20    light of the decertification of Nigeria.

21    Q.    Isn't it true that Ex-Im or the Ex-Im Bank wanted to

22    stop the project, the MWI project because of the drug

23    enforcement policy of the Clinton Administration?

24    A.    No, I just explained what they were doing.  They took

25    the position, they interpreted the Foreign Assistance Act to

1   mean that they had the right, which we later proved they did

2   not have, to put the brakes on a project for which there were

3   already eight confirmed and irrevocable letters of credit in

4   place.  That was our position, that they did not have the

5   right to do that.

6           We had already, on the basis of the -- making the

7   credits operative, on the basis of Standard Charter opening

8   the eight letters of credit, we had made irrevocable

9   commitments to all of our suppliers to buy the components that

10  we needed for our manufacturing process.  There was no way

11  that we could stop our manufacturing process because of this,

12  and we were later able to prove that their interpretation of

13  the Foreign Assistance Act was incorrect.  And when we proved

14  that to them, they backed off, and they let this go forward.

15  Q.   Okay.  Turning your attention to the second page of the

16  document, the letter to Ms. Lee, and the third paragraph,

17  beginning with "Most importantly."

18  A.   Yes.

19  Q.   It reads, "Most importantly, if Ex-Im Bank were to

20  suspend or cancel its guarantee in this instance, it would do

21  irreparable damage to its own reputation," assuming Ex-Im

22  Bank's reputation, "as a reliable provider of financing.

23          "Putting aside for a moment that the subject

24  country here is Nigeria, this scenario could potentially

25  involve any country in the future.  In short, no exporter and

1   no bank could even ever again accept such a conditional Ex-Im

2   Bank guarantee, and Ex-Im Bank may as well close its door to

3   future business."

4           So here, Mr. Bucknam, are you saying that Ex-Im

5   Bank's very existence would be threatened if it failed to go

6   through with this deal with MWI?

7   A.   I was asserting that they would completely lose their

8   credibility if they declared eight letters of credit

9   operative, if they gave their reimbursement undertaking to a

10  commercial bank that resulted in that commercial bank opening

11  eight confirmed and irrevocable letters of credit in favor of

12  the exporter and having the exporter turn around and make

13  irrevocable --

14          THE COURT:  Mr. Bucknam, slow down.

15          THE WITNESS:  I'm sorry, Your Honor, I'm sorry.

16          And make irrevocable commitments to suppliers for

17  components, I said -- I was asserting that their credibility

18  would be at stake if they were to do that.

19  BY MS. RUSSELL:

20  Q.   And you also state here Ex-Im may as well close its

21  doors to future business.  Do you really think Ex-Im Bank

22  would have had to or should have closed its doors to future

23  business just because of the -- because of its desire to

24  withdraw from the deal with MWI?

25  A.   It wasn't their desire to withdraw from the deal, it

1    was their interpretation, their incorrect interpretation of

2    the Foreign Assistance Act that we were debating here.

3       Q.    Yeah, but their interpretation would have led them to

4    withdraw from the deal; correct?

5       A.    That was what they were trying to do.

6       Q.    Right, right.

7       A.    And we told them they didn't have the right under the

8    law to do that.  And we were later proven right.

9       Q.    So this was a deal that, just to be clear, MWI fought

10   hard to proceed with even when there was some resistance from

11   Ex-Im Bank?

12      A.    There were a number of hurdles that were put in front

13   of us with these transactions.  There were three major

14   hurdles.

15               The first was you have to go get the letter from

16   the Ministry of Finance agreeing to be primary obligor.  That

17   hurdle cost us two years of time and numerous trips back and

18   forth, four people shuttling back and forth to Nigeria for two

19   years.  That's hurdle number one.

20               Hurdle number two you didn't want me to talk

21   about.  But it had to do with the hurdle that was put in front

22   of us before Ex-Im Bank would agree to make the credits

23   operative.

24               And then hurdle number three was the

25   decertification issue, which we felt was an incorrect

1    interpretation under the law.  And we were later proven

2    correct.  When Ex-Im Bank finally threw this hot potato to the

3    General Accounting Office and we went and we, since there was

4    no legislative suggestive history on this law, we tracked down

5    the former Chairman of the House Foreign Affairs Committee,

6    retired Congressman Donny Facell, and we asked him to give us

7    a legal opinion as to whether or not the Government had the

8    right to put the brakes on existing business as opposed to

9    prospective business, and his opinion was that they did not.

10   And once Ex-Im Bank and the GAO saw Congressman Facell's legal

11   opinion, that was the end of this discussion.

12        Q.   Yeah, but Ex-Im Bank did want to but the brakes on this

13   project, didn't it?

14        A.   They did not want to?

15        Q.   They did want to put the brakes on this project?

16        A.   Because of their incorrect interpretation --

17        Q.   They did want to put the brakes -- okay.

18             THE COURT:  Counsel and Mr. Bucknam, really, I

19   usually don't have to say this three or four times.  We have a

20   court reporter, a very good and a very experienced court

21   reporter.  Everybody has got to slow down.

22             MS. RUSSELL:  I apologize, Your Honor.

23             THE COURT:  Mr. Bucknam, you're very clear about

24   your testimony, and your memory is pretty good, although I

25   don't know if it's accurate, but it's good, but you still have

 1  to slow down.

 2              Go ahead, please.

 3  BY MS. RUSSELL:

 4    Q.   Okay.  But the Ex-Im Bank did want to put the brakes on

 5  the project, yes or no?

 6    A.   Yes.

 7              THE COURT:  Let me ask you a question:  Are you

 8  suggesting or -- well, are you suggesting that Ex-Im wanted to

 9  stop this project and, therefore, used as an excuse for

10  stopping the project its interpretation of the federal

11  statute?

12              THE WITNESS:  No, Your Honor, I'm not implying bad

13  motives to anybody at the Ex-Im Bank.  What I am suggesting is

14  that they incorrectly read the Foreign Assistance Law to mean

15  that they had the right to do this, and we took the position

16  that they did not.

17              THE COURT:  All right, I understand.

18              THE WITNESS:  -- agreed with us.

19              THE COURT:  I understand.  Next question, please.

20  BY MS. RUSSELL:

21    Q.   Mr. Bucknam, are you aware that MWI submitted

22  Supplier's Certificates to obtain disbursements financed by

23  Ex-Im?

24    A.   Yes.

25    Q.   Did you have any role in preparing or submitting the

1  Supplier Certificates for the company?

2    A.    I did not.

3    Q.    Okay.  And just to be clear, you were MWI's general

4  counsel starting in 1994; correct?

5    A.    After all of these credits were finished, I became the

6  general counsel.  I was not working as a lawyer during the

7  period of time that these credits were being worked on.  I was

8  the vice-president for corporate affairs.

9    Q.    Okay.  And as vice-president of corporate affairs, one

10  of the things you did was work on government relations,

11  including aspects for or with regard to the Federal

12  Government; isn't that correct?

13   A.    That's correct, but my work on these projects ended at

14  the point in time when the credits were declared operative,

15  except for the legal skirmish on the Foreign Assistance Act.

16   Q.    Well, let me ask you this:  Were there any Supplier's

17  Certificates signed after you became counsel to MWI?

18   A.    Not that I'm aware of.  I mean, I honestly don't know,

19  but as I said, my role in these credits came to an end when

20  the credits were declared operative.  The Supplier

21  Certificates are documents that were filed when shipments were

22  made.  I was out of the process, I was finished with my job

23  when the credits were declared operative.

24   Q.    Okay.  Have you seen the certificates, the Supplier --

25   A.    I've seen some of them, yes.

1    Q.    Okay.  Do you know the time frame in which you saw the

2    certificates?

3    A.    No, I do not.

4    Q.    Were you aware that approximately 50 Supplier

5    Certificates were submitted by MWI throughout the course of

6    the eight state projects?

7    A.    I don't know the number.  I know that there were

8    Supplier's Certificates issued every time we made a shipment.

9    How many shipments there were, how many Supplier Certificates,

10   I can't tell you because I had nothing to do with the process.

11   Q.    Do you recall ever discussing the Supplier Certificates

12   with Mr. Eller during the 1990 to 1994 time period?

13   A.    No.

14   Q.    Do you recall ever discussing the Supplier Certificates

15   with Mr. Eller after you became counsel to MWI?

16   A.    Up until the present?

17   Q.    Yeah, well, after you became counsel to MWI in 1994 and

18   let's say until 1995?

19   A.    I don't have any recollection of ever having a

20   discussion with him about Supplier Certificates even during

21   that period.

22   Q.    Did you have -- do you recall having any discussions

23   with any other MWI official or employee about the Supplier

24   Certificate?

25   A.    I did not.

1    Q.    Now, isn't it true, Mr. Bucknam, that Nigeria was the

2    only country in Africa in which MWI was doing business in the

3    1990 to 1995 time period?

4    A.    You know, it's -- I believe we were attempting to do

5    business also in Guana because we executed an Ex-Im Bank

6    project in Guana in 1996.  And that did not -- that project

7    did not just start in 1996.

8    Q.    Okay.  I'm going to show you your deposition, and I'm

9    going to direct you to Page 11, and Line 11 to Line 15 -- 16.

10   A.    I'm sorry, which page?

11   Q.    On page 11, yes.

12   A.    Eleven to 16.

13   Q.    Yes.

14   A.    Okay.

15   Q.    Okay.  Does that refresh your recollection as to

16   whether Nigeria was the only country in Africa in which MWI

17   was doing business in the 1990 to 1995 period?

18   A.    See, you're asking a different question than the

19   question that I was asked in my deposition.  Let me read you

20   the question I was asked in my deposition.

21            THE COURT:  Excuse me.

22            THE WITNESS:  Okay.

23            THE COURT:  Excuse me.

24            THE WITNESS:  Sorry.

25            THE COURT:  Number one, slow down; number two,

1   you've answered the question; number three, let's have the
2   next question, please.
3            MS. RUSSELL:  Okay, Your Honor.
4   BY MS. RUSSELL:
5    Q.   Mr. Bucknam, wasn't it true that the eight state
6   project in Nigeria was by far the biggest project in terms of
7   dollar value for MWI during the 1990 to 1995 period?
8    A.   Yes, it was.
9    Q.   All right.  And is it fair to say that the eight state
10  project deal would not have happened without Mr. Indimi?
11   A.   Absolutely.
12           MS. RUSSELL:  That's all I have, Your Honor.
13           THE COURT:  All right.  What is the defendant's
14  plan to do at this time?
15           MR. RHOAD:  Your Honor, we can proceed with the --
16  I think the process we've determined is that if I want to do
17  any cross on those questions, that I'm allowed to do that
18  subject area, and then if I want to then proceed to a direct,
19  I can do that once I indicate so to the Court.
20           THE COURT:  That's correct, that's correct.
21           MR. RHOAD:  Perhaps what we could do with the time
22  we have left today is for -- I'd like to do my cross, but I --
23  clearly we won't finish with Mr. Bucknam today, and then
24  perhaps --
25           THE COURT:  Well, we've got 35 minutes, we'll work

1   until 5:00.

2            MR. RHOAD:  Yes, Your Honor.

3                    CROSS-EXAMINATION

4   BY MR. RHOAD:

5   Q.   Good afternoon, Mr. Bucknam.

6   A.   Good afternoon.

7   Q.   I believe when you were just testifying you discussed

8   three hurdles, and there was one hurdle that you didn't

9   describe that the Government's counsel raised with you.  What

10  I'd like you to do is to please describe for the jury what

11  those three -- well, first let's back up a moment.

12           Just so we're clear, the three hurdles were

13  hurdles that were faced by MWI in connection with the eight

14  state projects?

15  A.   Yes, these were three separate hurdles that we had to

16  jump over in order to be successful.

17  Q.   And when you say in order to be successful, do you mean

18  successful in obtaining Ex-Im financing?

19  A.   Well, in order -- they were hurdles that we had to jump

20  over in order to get the financing, in order to finalize the

21  financing, and finally, in order to preserve the financing in

22  light of the Foreign Assistance Act debate.

23  Q.   And could you describe those three hurdles for us,

24  please?

25  A.   The first hurdle was the requirement that we -- that

1   before Regina Brown would process our applications for eight

2   preliminary commitments, that we would have to produce a

3   letter from the Federal Ministry of Finance in Nigeria

4   agreeing in writing to be the primary obligor or borrower on

5   behalf of those eight states in order to give to full faith

6   and credit of the Nigerian government.

7   Q.   And how long did that process take?

8   A.   That process took two years from the point in time when

9   I filed the applications until we provided Regina with our

10  final letter from the Federal Ministry of Finance.

11  Q.   And, briefly, could you describe what the process

12  involved?

13  A.   Well, there were four of us who were shuttling non-stop

14  back and forth to Nigeria during this period of time, Juan

15  Ponce, Neal Lang, Tony Dzegede, D-Z-E-G-E-D-E, and myself.

16  And sometimes we were all in Nigeria together, sometimes only

17  one of us was there, we were always trying to push the ball

18  forward in order to try to get all of these letters.

19  Q.   At this particular time period, what positions did

20  Mr. Lang, Mr. Ponce and Mr. -- it's Dzegede, correct?

21  A.   Yes.

22  Q.   What positions did they hold with MWI?

23  A.   Mr. Ponce and Mr. Dzegede were both engineers, and they

24  were basically in charge of the sale of the equipment.  They

25  were doing the engineering feasibility study and then creating

1    the pro forma invoice.  Neal Lang was an individual who had

2    lots of business experience with MWI for a number of years and

3    he was assisting us in this effort.

4        Q.   And what were their roles in connection with these

5    particular trips to get the Federal Ministry of Finance to be

6    the final obligor?

7        A.   Well, as I said, there were a number of things that had

8    to happen before we could get that letter from the Ministry of

9    Finance.  We had to have a sales agreement, we had to do an

10   engineering feasibility study, we had to create a pro forma

11   invoice, we had to get the sales agreement signed, and last

12   but not least, we had to get each of the prospective states to

13   agree, after a discussion amongst themselves, that they would

14   permit the Federal Ministry of Finance to tap on an annual

15   basis their annual infusion of federal funds in order to fund

16   these loans.

17       Q.   Did you have any meetings at MWI's building in

18   Deerfield Beach, Florida, with any Nigerian officials or folks

19   in connection with this effort?

20       A.   I believe we did, yes.

21       Q.   And do you recall when those meetings were?

22       A.   No, I don't.

23       Q.   What were Mr. Indimi's -- what was Mr. Indimi's role

24   with respect to this first hurdle, and that being the --

25   obtaining the agreement of the Federal Republic of Nigeria or

 1   the Federal Ministry of Finance to be the final obligor on

 2   these loans?

 3     A.    Well, Mr. Indimi was responsible for organizing the

 4   effort.  Without his assistance in making appointments for us

 5   to see particular officials in various states and then to

 6   attend certain meetings with us in those states, and to travel

 7   with us on occasion, none of this really would have come

 8   about, but the effort did take two years.

 9     Q.    And why did it take two years?

10     A.    Because Nigeria is a big country and we were not just

11   dealing with eight states, we were trying to determine which

12   states wanted the equipment and would accept the financing and

13   the annual deduction to source in order to get the Ministry of

14   Finance to agree to be the primary obligor.

15     Q.    What was the final solution that convinced the Finance

16   Ministry to agree to be the final obligor?

17     A.    Well, the Finance Ministry would have done it as soon

18   as they got the letter from the state agreeing to the annual

19   deduction at source.

20     Q.    And for the jury and for myself, can you describe what

21   you mean when you say annual deduction at source?

22     A.    Well, every year in January every state in Nigeria

23   receives an infusion of federal funds to support their budget.

24   And so what the states were agreeing to in this instance was

25   that they would allow the Federal Ministry of Finance to take

1   what it needed in January of each year to pay what would need

2   to be paid on the loan for that year.  And that money would

3   then not come to the state as part of their budget, it would

4   be retained by the Ministry of Finance to be paid to Ex-Im

5   Bank.

6      Q.   And when you say it took two years, what two years'

7   timeframe are we talking about?

8      A.   Well, 1990 is when we had the meeting -- the luncheon

9   meeting with Art Pilzer and then filed the applications the

10  following week with Regina Brown.  She turned around and said,

11  I'm not going to process these until you give me the letter

12  from the Ministry of Finance agreeing to be primary obligor.

13  And from the point in time we got Regina's letter until we

14  gave her the final letter from the Ministry of Finance was two

15  years.

16     Q.   Now, you referenced a meeting in 1990 with Art Pilzer?

17     A.   Yes.

18     Q.   Who's Art Pilzer?

19     A.   Art Pilzer at that time was the vice-president for the

20  Africa and Middle East Division of Ex-Im Bank.

21     Q.   And who from MWI attended this meeting?

22     A.   David Eller, Juan Ponce, myself and Mr. Indimi came

23  from Nigeria for the meeting.

24     Q.   And what was the purpose of having Mr. Indimi present

25  at this meeting?

1    A.    The purpose of meeting was to explain to Mr. Pilzer the

2    efforts at that point which were unsuccessful that we had in

3    arranging for a commercial bank loan syndication in Nigeria,

4    an that we started in 1980 -- 26 years ago in 1987.  So,

5    between 1987 and 1990, we tried this unsuccessful effort to do

6    a commercial bank loan syndication in Nigeria.  And we

7    realized in 1990 that that was going to be unsuccessful.  At

8    that point in time the Export-Import Bank had just reopened

9    for business with the Government of Nigeria.

10   Q.    Okay.  I want to pause for a moment there, Mr. Bucknam.

11   First of all, can you -- when you're talking about a

12   commercial bank syndicate, can you explain or describe for us

13   what you mean by that?

14   A.    Well, basically we tried to put together a consortium

15   of commercial banks in Nigeria and convince each one to put up

16   a certain amount of money in order to fund the loans for the

17   eight states that we were going to be selling our product to.

18   Q.    And why were you not able to be successful in forming

19   this bank syndicate?

20   A.    Because at that point in time the Nigerian banks did

21   not have the sophistication or the financial wherewithal to do

22   that.

23   Q.    And then you mentioned that in 1990 Ex-Im had opened

24   for business again in Nigeria?

25   A.    Yes.

1    Q.    Can you explain what you mean by that?

2    A.    Well, every so often every country in the world is

3    reviewed by the Export-Import bank to determine whether they

4    will be open for private sector business or sovereign risk

5    business, which is business with governments.  And depending

6    on whether Ex-Im Bank determines that there is a reasonable

7    assurance of repayment, they either are open or they are

8    closed.  And so when we were doing the commercial loan

9    syndication work, Ex-Im Bank was closed for sovereign risk

10   transactions in Nigeria, and that's why we were turning to the

11   commercial banks in Nigeria.

12   Q.    Okay.  Just so we have the timeline correctly.  During

13   what period of time in the 1980s, I imagine you're talking

14   about, was Nigeria -- or was Ex-Im closed for business with

15   respect to Nigeria?

16   A.    Well, I can't give you specific times.  All I know is

17   between 1987 when we started the efforts to do the commercial

18   bank syndication in Nigeria until 1990 when they reopened for

19   business with the Government of Nigeria, they were officially

20   closed.

21   Q.    Had you done work on Ex-Im finance projects prior to

22   that period?

23   A.    Yes.

24   Q.    What was your first -- what was MWI's first Ex-Im

25   finance project?

1    A.   Our first Export-Import Bank finance ever was with the

2  Export-Import Bank in the early 80s, and they under the old

3  loan guarantee program where we had to make an application to

4  the bank through a U.S. commercial bank, basically.  We did

5  not have the right to make an application directly ourselves.

6    Q.   So, what year would it have been where MWI actually

7  started to pursue its first Ex-Im project?

8    A.   1983.

9    Q.   And --

10        THE COURT:  Mr. Rhoad, think carefully as to how

11  much background history we really need in terms of relevance

12  to the case.

13        MR. RHOAD:  Yes, Your Honor.  I understand.

14  What -- and perhaps some of this I think I should just save

15  for the Direct, and I should restrict these questions to Ms.

16  Miller's [sic] scope.

17  BY MR. RHOAD:

18    Q.   So, you discussed the first hurdle that you faced that

19  was covered by the Government, and that was obtaining the

20  Federal Ministry of Finance agreement to the final obligor.

21  There was this second hurdle that you didn't describe, could

22  you please describe that for us now?

23    A.   This is the one that I was not permitted to describe

24  earlier.

25    Q.   Yes, sir.

1    A.    Okay.   Basically, once all of the conditions precedent

2    were met, Ex-Im Bank was supposed to automatically make the

3    credits operative.   That's what normally happens.   You know,

4    signed credit agreement, signed promissory notes, specimen

5    signatures, appointment of agent in New York City, signed

6    legal agreements, credit operative.

7                   But in this case the new vice-president of the

8    Africa and Middle East Division, Mr. Carl Leik, decided that

9    it would be necessary for me to collect certain amounts that

10   were in arrears to Ex-Im Bank from Nigeria in order to make

11   the credits operative.

12   Q.    And when you say -- can you describe what you mean by

13   collect certain amounts in arrears?   First of all, could you

14   describe what you mean by that?

15   A.    Well, there were amounts of money that were due and

16   owed to Ex-Im Bank by the Federal Government of Nigeria, and

17   Mr. Leik thought that it would be a good idea to assign me the

18   task of collecting the arrears in order to make the credits

19   operative.

20   Q.    Had you ever heard of Ex-Im proposing that to any

21   exporter before?

22   A.    No, it was unprecedented.

23   Q.    And were the loans that he was referring to, loans that

24   Nigeria had for MWI -- related to MWI projects?

25   A.    Some of the arrears -- some small part of the arrears

1   did relate to our original projects in Nigeria, yes.

2   Q.   So, were you being asked to collect arrears related to

3   other's debts or -- strike that.  Were you being asked to

4   collect arrearages for loans to Nigeria for projects for which

5   MWI had nothing to do?

6   A.   Absolutely.

7   Q.   And what did you do in response to that request?

8   A.   Well, Mr. Leik clumped commitments together.  And he

9   says, okay, if you collect this amount of money, I will make

10   these two or three credits operative.  So, I went to Nigeria

11   to collect that amount of money.  And once I did that, I came

12   back, and I said, okay, Carl, I've collected this money,

13   please make these credits operative per your agreement.  So,

14   he did.

15         And he said, okay, now in order to make these

16   credits operative, you have to go and you have to collect this

17   amount of money.  So, off I went back to Nigeria to collect

18   that amount of money.  And before it was all said and done, I

19   had collected somewhere between $20 and $30 million on behalf

20   of Ex-Im Bank as their bill collector.

21   Q.   Did there come a time when you had met whatever goal,

22   for lack of a better term, that they had given you in terms of

23   collecting arrearages?

24   A.   The exceeded their goal, actually.

25   Q.   And what happened then?

1    A.   Well, at that point he was compelled to do what he

2    promised to do and make all the credits operative.

3    Q.   Mr. Bucknam, you -- and then the third hurdle that you

4    discussed had to do with Nigeria being decertified?

5    A.   Yes.

6    Q.   And I believe you described that, in essence,

7    Nigeria -- excuse me, in essence, Ex-Im had taken the position

8    apparently at an annual meeting that Nigeria would be

9    decertified due to the -- under the Foreign Assistance Act, is

10   that correct?

11   A.   Yes.

12   Q.   And their view was any loans that Ex-Im had financed

13   involving a country that was decertified under the Foreign

14   Assistance Act would no longer be eligible for Ex-Im funding?

15   A.   They were taking the position that the decertification

16   of Nigeria by the State Department on the drug issue entitled

17   them to suspend or cancel existing business for which there

18   were confirmed and irrevocable letters of credit.

19   Q.   So, just to be clear, Mr. Bucknam, this wasn't simply

20   just about MWI's projects -- about MWI's eight state

21   projects -- this would have applied to any project that was

22   Ex-Im financed in Nigeria at that time?

23   A.   I presume.  I don't know who else had any projects in

24   Nigeria at that time, so I can't say that anybody else was

25   affected by their interpretation of the law.

1    Q.    Do you have reason to believe that that

2    interpretation -- well, let me rephrase that.  Was that

3    interpretation narrowly focused on MWI or was it simply the

4    interpretation that Ex-Im had given of its view of the Foreign

5    Assistance Act and how it should be applied?

6    A.    I don't think, as I said, I don't imply improper

7    motives to anybody.  I believe that they incorrectly

8    interpreted the law to include business for which there were

9    already confirmed and irrevocable letters of credit in place

10   as opposed to prospective business that they were considering.

11          Certainly for prospective business that they were

12   considering, it would have been legitimate for them to say,

13   we're not going to proceed because of the decertification, but

14   in our instance it was a very different situation.

15   Q.    And when did the -- and when did that -- that was the

16   last issue that had to be resolved?

17   A.    Yeah, but that unleashed a legal battle that went on

18   for several weeks and ended up costing thousands of dollars in

19   legal fees fighting it until we finally got the legal opinion

20   from Congressman Facell and the GAO, that was thrown the hot

21   potato by Ex-Im Bank, threw the hot potato back to Ex-Im Bank,

22   and at that point Ex-Im Bank backed off and that was the end

23   of the discussion.

24   Q.    And, Mr. Bucknam, the eight state projects, you, I

25   think, indicated that they -- let's be clear for a moment.

1   I think the Government has referred to them has the eight

2   state project.

3                In your view, and MWI's view, was it one project

4   or several projects?

5   A.   No, these were eight separate and distinct projects in

6   seven states.  Each of these eight projects rose or fell on

7   their own merits.  And if we did not provide all of the

8   documentation that was necessary for each one of those

9   projects -- the agreements for the deduction at source, the

10  letter agreeing to be the primary obligor, the signed sales

11  agreement, the signed credit agreement, all of the other

12  things that were necessary to make the credit operative, then

13  that credit would have fallen.  It would not have gone

14  anywhere.  There would have been no benefit to MWI or to

15  Mr. Indimi if all of that documentation had not been

16  completed.

17  Q.   And did there come a time -- well, let me ask you this,

18  Mr. Bucknam.  So, these projects began in 1987 and concluded

19  in 1994-95?

20  A.   No, '94.  Well, the shipments may have gone beyond '94.

21  But in 1994 when Carol Lee approached me at the annual

22  meeting, we had eight confirmed and irrevocable letters of

23  credit in place for the eight projects.

24  Q.   And you mentioned the name Regina Brown, previously?

25  A.   Yes.

1    Q.    Who is Regina Brown?

2    A.    Regina Brown was the loan officer in the Africa and

3    Middle East Division in charge of Nigeria.

4    Q.    And what were her responsibilities at Ex-Im?

5    A.    Her responsibilities were to process applications for

6    preliminary commitment, final commitment, on behalf of the

7    bank.

8    Q.    With respect to the three hurdles you've described for

9    the ladies and gentlemen of the jury, which one or which ones

10   was she involved?

11   A.    Well, she was involved in the first one where she

12   imposed the requirement that we provide the letters from the

13   Ministry of Finance to be primary obligor.  And she was an

14   observer with the second hurdle when Mr. Leik basically made

15   me Ex-Im Bank's bill collector.

16   Q.    And, Mr. Bucknam, you also described that -- you were

17   asked whether you attended Ex-Im annual meetings?

18   A.    Yes.

19   Q.    Was that routine for you to do during this time period?

20   A.    Absolutely.  Every year I was there.

21   Q.    And do you recall attending that annual meeting in

22   May of 1997?

23   A.    I do, yes.

24         MR. RHOAD:  Your Honor, I'd like, if I may, to have

25   DTX-0050 displayed.  It was used during opening, but it hasn't

1  been officially admitted yet.

2         THE COURT:  Have Counsel agreed that there are no

3  objections to this one?

4         MR. RHOAD:  Yes, Your Honor.

5         THE COURT:  All right.  Then it may be admitted and

6  may be put up.

7  BY MR. RHOAD:

8  Q.   Mr. Bucknam, could you please describe what happened at

9  that annual meeting in May of 1997?

10  A.   At the annual meeting of the Export-Import Bank in May

11  of 1997, we were honored with the prestigious award -- The

12  Small Business Exporter of the Year.

13  Q.   And what was the -- the citation, I believe -- I don't

14  know if you can read it from there, perhaps we can expand it

15  and bring it forward.  It says:  Its success in expanding

16  sales in foreign markets, sustaining jobs, effectively using

17  Export-Import Bank programs, and for its long term commitment

18  to exports.

19         So, this award came roughly a year and a half,

20  two years, after the completion of the eight state projects?

21  A.   I don't know when the eight state projects were

22  completed, but it certainly came after they were completed.

23  Q.   And you said you attended this?

24  A.   Absolutely, I was there.

25  Q.   Did they -- was there any discussion at the annual

1   meeting -- well, let me ask you this question.  Was there any

2   other small businesses awarded The Small Business Exporter of

3   the Year that year?

4       A.   No.

5       Q.   Were there any other awardees at that --

6       A.   There was a small business bank that also received an

7   award that year.

8       Q.   And what was your understanding as to why you received

9   this award?

10      A.   Well, it was based on our cumulative experience with

11  the Export-Import Bank at that point, going back to our

12  original projects and the eight state projects.  And we were

13  in the process of doing a project in Zimbabwe at this point in

14  time that was made operative on September 27th, 1997.

15      Q.   So, after the date of the award?

16      A.   After the date of the award.  When Maria Haley

17  (phonetic), who was the small business director of Ex-Im Bank,

18  presented the award, she made it clear that it was based on

19  our cumulative effort and our commitment to exports.

20              In fact, the 1997 annual report of the

21  Export-Import Bank quotes me extensively in a full page of

22  that report, talking about how important Export-Import Bank is

23  to MWI in terms of creating and sustaining jobs, the fact that

24  80 percent of the work that we did in Deerfield Beach was

25  exported, most of it under Ex-Im Bank credits.

1          The fact that we were able to create and sustain

2   250 jobs in this small business in Deerfield Beach, which had

3   been around since 1926.  And Ex-Im Bank even asked us to do an

4   analysis on their behalf, not only for this award and also for

5   the annual report, but also to be used with Congress to

6   justify the renewal of their charter.

7          And they asked us to do a study of how many small

8   business sub-suppliers we had and what zip codes they were in.

9   And we were able to demonstrate unequivocally that we had 750

10  small business suppliers in 25 different states that benefited

11  from our Ex-Im Bank finance business.

12  Q.   Thank you.

13         MR. RHOAD:  Your Honor, at this time this would be

14  to point where I would pause and begin a Direct.  I think

15  that --

16         THE COURT:  Let's take our recess now, it's almost

17  5:00 o'clock, and I want to talk to the counsel a bit, too.

18  You may step down.  Mr. Bucknam, I know you know you're not

19  allowed to discuss your testimony with anyone at all, and we

20  will see you Tuesday morning at 9:00 o'clock, please.

21         THE WITNESS:  Very good, Your Honor.  Thank you.

22  WITNESS STEPS DOWN

23         THE COURT:  Ladies and gentlemen, I know you've

24  heard a lot of testimony today, even though we did lose some

25  time with that fire drill.  And it's time for you to take your

1  weekend recess.  I have to go over the rules with you.  Please

2  don't talk about the case amongst yourselves, way, way, way

3  too early to do that.

4          You've got three days off.  You'll see a lot of

5  friends, you'll see relatives, people will ask you questions,

6  and the answer to every question is simple, as I told you, the

7  Judge ordered us not to talk about the case.  That's all.

8          Very important to keep an open mind.  Very

9  important.  There's a lot of testimony to come in yet.  And

10  I appreciate your cooperativeness, and hopefully next week

11  will go a little more smoothly without interruptions.  We will

12  start at 9:00 o'clock every day next week, just to try and

13  make up for some of the time we have lost.  And then I will

14  give you some more directions next week in terms of our

15  schedule.  I'll see you all Tuesday at 9:00 a.m., please.

16  JURY ESCORTED OUT OF THE COURTROOM AT 4:55 P.M.

17          THE COURT:  Well, Mr. Rhoad, you may have thought

18  you were doing cross-examination, but you elicited about as

19  much direct testimony as you possibly could.  So, I will take

20  that into account when you start -- allegedly start on your

21  direct testimony.

22          How long do you think that will be on Tuesday?

23          MR. RHOAD:  Your Honor, actually, I think with the

24  benefit of what was discussed today and some of the things

25  that Mr. Miller [sic] covered in her examination, I'm going to

 1   endeavor this weekend to make it much more abbreviated than it

 2   currently is.

 3            Obviously, this is a new -- I haven't experienced

 4   this type of evidentiary kind of process where a witness is

 5   called just once and we don't also have the chance to call

 6   them separately in our case in chief.  I like the system, but

 7   I just need to now kind of tailor what I have to be able to

 8   focus it.  I think that, at most, an hour, but hopefully less

 9   than that, I just don't know.

10            THE COURT:  All right.  One hour is what will be

11   allowed.

12            MR. RHOAD:  Thank you.

13            THE COURT:  And then the Government will have the

14   Johnson video, is that right?  And that is only 15 minutes.

15            MR. WISEMAN:  We may, Your Honor.  The other

16   witness who we were intending to lead off with, Mr. Chavern,

17   I believe has a 4:00 o'clock plane that afternoon.  So, we may

18   alter our order a little bit just to make sure that he can

19   complete his testimony on Tuesday.  So, in other words, we may

20   put the Johnson video off.

21            THE COURT:  So, you may put him on immediately

22   after we finish with --

23            MR. WISEMAN:  That's right, Your Honor.

24            THE COURT:  -- with the witness.  Okay.  I do want

25   to caution everybody.  The extensive testimony about early

1   history is very interesting, I must admit, to me, but I really

2   question how relevant it is, and above all, whether it will

3   just muddle things for the jury.  They have got a lot of

4   information to take in.  And while they may all be highly

5   educated, I think some of it must be for the first time.  So,

6   I want everybody to keep that in mind.  I will see you at

7   9:00 o'clock on Tuesday, please.

8          COURTROOM DEPUTY:  All rise.  This Honorable Court

9   is now in recess.

10  COURT ADJOURNED AT 5:00 P.M.

11

12

13                C E R T I F I C A T E

14          I, Lisa M. Foradori, RPR, FCRR, certify that

15  the foregoing is a correct transcript from the record of

16  proceedings in the above-titled matter.

17

18

19

20  Date: _____        _____

21                                    Lisa M. Foradori, RPR, FCRR

22

23

24

25

**$**
**$20 [1]** 52/19
**$28 [2]** 7/9 7/14
**$28 million [2]** 7/9 7/14
**$30 [1]** 52/19
**$30 million [1]** 52/19

**'**
**'80s [2]** 17/22 17/24
**'94 [2]** 55/20 55/20

**0**
**0050 [1]** 56/25
**0132 [1]** 1/19

**1**
**10 [1]** 4/5
**1000 [2]** 2/13
**1001 [5]** 2/18 2/22 3/2 3/6 3/10
**10:00 o'clock [1]** 9/19
**11 [3]** 41/9 41/9 41/11
**1100 [2]** 2/22 3/2
**12 [1]** 4/7
**14 [2]** 6/15 6/18
**147 [3]** 22/17 23/15 28/5
**15 [3]** 5/16 41/9 61/14
**156 [3]** 33/2 33/5 33/10
**16 [2]** 41/9 41/12
**189 [2]** 6/12 6/18
**19 [2]** 6/15 6/18
**1926 [1]** 59/3
**1970 [1]** 12/16
**1976 [2]** 12/19 12/23
**1980 [2]** 12/23 48/4
**1980s [2]** 14/16 49/13
**1981 [1]** 13/1
**1983 [1]** 50/8
**1987 [6]** 14/19 15/21 48/4 48/5 49/17 55/18
**1990 [13]** 16/19 17/25 31/1 40/12 41/3 41/17 42/7 47/8 47/16 48/5 48/7 48/23 49/18
**1990s [1]** 13/22
**1992 [1]** 30/12 31/1
**1994 [9]** 13/10 31/23 32/6 32/13 33/16 39/4 40/12 40/17 55/21
**1994-95 [1]** 55/1
**1995 [4]** 40/18 41/3 41/17 42/7
**1996 [2]** 41/6 41/7
**1997 [5]** 56/22 57/9 57/11 58/14 58/20
**1:55 [1]** 1/5

**2**
**20001 [1]** 3/16
**20004 [2]** 1/18 2/14
**20004-2505 [3]** 2/18 3/7 3/11
**20004-2595 [2]** 2/23 3/3
**20005 [1]** 1/23
**2013 [1]** 1/5
**202 [17]** 1/19 1/19 1/24 2/4 2/5 2/9 2/10 2/14 2/19 2/19 3/3 3/4 3/7 3/8 3/11 3/12 3/17
**202-624-2721 [1]** 2/23
**202-776-7801 [1]** 2/15
**20530 [2]** 2/4 2/9
**2088 [2]** 1/4 5/3
**25 [1]** 59/10
**250 [1]** 59/2
**2500 [2]** 3/3 3/11
**2505 [3]** 2/18 3/7 3/11
**252-2531 [1]** 2/9
**2531 [1]** 2/9
**2545 [1]** 2/19

**2595 [2]** 2/23 3/3
**26 [1]** 48/1
**26th [1]** 33/16
**2721 [1]** 2/23
**27th [1]** 58/14
**2948 [1]** 3/7

**3**
**307-3852 [1]** 1/19
**32 [1]** 13/13
**3269 [1]** 3/17
**333 [1]** 3/16
**35 [1]** 42/25
**354-3269 [1]** 3/17
**36.5 percent [2]** 6/4 6/23
**3852 [1]** 1/19
**3:40 [1]** 10/18

**4**
**43 [1]** 4/7
**4311 [1]** 1/24
**4:00 o'clock [1]** 61/17
**4:55 [1]** 60/16

**5**
**50 [1]** 40/4
**505 [1]** 2/13
**5116 [4]** 2/19 3/4 3/8 3/12
**514-0132 [1]** 1/19
**514-7228 [1]** 2/4
**514-8780 [2]** 2/5 2/10
**532-4311 [1]** 1/24
**555 [2]** 2/3 2/8
**5:00 [1]** 43/1
**5:00 o'clock [1]** 59/17
**5:00 P.M [1]** 62/10

**6**
**601 [2]** 1/17 1/22
**624-2500 [2]** 3/3 3/11
**624-2545 [1]** 2/19
**624-2948 [1]** 3/7
**628-5116 [4]** 2/19 3/4 3/8 3/12
**6706 [1]** 3/15

**7**
**7228 [1]** 2/4
**750 [1]** 59/9
**776-7824 [1]** 2/14
**7801 [1]** 2/15
**7824 [1]** 2/14

**8**
**80 percent [1]** 58/24
**80s [1]** 50/2
**8780 [2]** 2/5 2/10
**8th [1]** 13/10

**9**
**9032 [1]** 1/18
**9237 [1]** 1/23
**95 [1]** 55/19
**98-2088 [2]** 1/4 5/3
**9:00 [2]** 9/21 59/20
**9:00 a.m [1]** 60/15
**9:00 o'clock [1]** 9/17 60/12 62/7
**9:30 [1]** 9/18

**A**
**a.m [1]** 60/15
**abbreviated [1]** 61/1
**able [8]** 21/21 24/21 25/4 34/12 48/18 59/1 59/9 61/7
**about [25]** 9/16 11/2 12/13 22/23 23/23

**24 [9]** 25/14 30/16 30/18 33/19 36/21 37/23 40/20 40/23 48/8 47/7 48/11
**49 [14]** 53/20 53/20 58/22 60/2 60/7 60/18 61/25
**above [2]** 62/2 62/16
**above-titled [1]** 62/16
**Absolutely [8]** 21/19 25/13 28/25 31/3 42/11 52/6 56/20 57/24
**accept [3]** 21/24 45/1 46/12
**acceptable [2]** 26/9 26/10
**account [1]** 60/20
**Accounting [1]** 37/3
**accurate [4]** 15/22 15/25 21/23 37/25
**Act [8]** 33/25 34/13 36/2 39/15 43/22 53/9 53/14 54/5
**acting [1]** 31/6
**actually [9]** 12/24 16/16 18/22 22/1 23/4 32/3 50/6 52/24 60/23
**adding [1]** 7/19
**addition [1]** 21/8
**addressed [1]** 23/7
**ADJOURNED [1]** 62/10
**Administration [2]** 31/24 33/23
**admission [2]** 23/11 33/7
**admit [1]** 62/1
**admitted [4]** 23/14 33/9 57/1 57/5
**affairs [4]** 13/1 37/5 39/8 39/9
**affected [1]** 53/25
**Africa [6]** 23/8 41/2 41/16 47/20 51/8 56/2
**African [1]** 16/20
**after [19]** 9/18 10/20 16/21 18/23 19/25 24/11 25/22 30/5 30/24 39/5 39/17 40/15 40/17 45/13 57/20 57/22 58/15 58/16 61/22
**afternoon [9]** 5/14 5/20 5/24 5/25 9/22 12/9 43/5 43/6 61/17
**again [7]** 5/3 5/9 10/8 11/13 24/8 35/1 48/24
**agent [4]** 16/3 25/16 29/24 51/5
**ago [1]** 48/4
**agree [12]** 19/15 19/16 20/7 20/8 26/3 26/11 29/20 30/7 36/22 45/13 46/14 46/16
**agreed [6]** 22/12 26/1 26/16 28/21 38/18 57/2
**agreeing [10]** 18/12 18/18 19/1 19/22 36/16 44/4 46/18 46/24 47/12 55/10
**agreement [23]** 19/19 25/24 26/1 26/4 26/8 26/9 26/10 26/20 27/6 27/18 27/19 27/21 27/22 28/1 29/11 45/9 45/11 45/25 50/20 51/4 52/13 55/11 55/11
**agreements [6]** 27/13 27/13 28/18 31/7 51/6 55/9
**agricultural [2]** 14/12 14/12
**ahead [2]** 12/6 38/2
**aided [1]** 3/23
**alarm [1]** 10/17
**Alexina [1]** 2/21
**aljackson [1]** 2/24
**all [55]** 7/25 8/11 9/19 9/25 10/20 11/13 11/16 12/6 14/15 14/20 14/20 15/5 18/1 19/21 22/8 23/2 23/17 24/7 25/11 25/17 25/18 25/19 26/13 26/18 28/4 29/8 29/10 30/2 30/5 33/9 34/9 38/17 39/5 42/9 42/12 42/13 44/16 44/18 48/11 49/16 51/1 51/13 52/18 53/2 55/7 55/11 55/15 57/5 59/19 60/7 60/15 61/10 62/2 62/4 62/8
**allegedly [1]** 60/20
**allow [1]** 8/4 17/1 46/25
**allowed [3]** 42/17 59/19 61/11
**almost [1]** 59/16

**A**    Case 1:98-cv-02088-GK    Document 488    Filed 08/04/11    Page 64 of 73

**already [4]** 26/1 34/3 34/6 54/9
**also [11]** 22/13 29/13 29/16 29/18 35/20 41/5 56/16 58/6 59/4 59/5 61/5
**alter [1]** 61/18
**although [1]** 37/24
**always [1]** 44/17
**am [5]** 8/18 13/16 22/16 33/1 38/13
**AMERICA [1]** 1/3
**amongst [2]** 45/13 60/2
**amount [6]** 28/21 48/16 52/9 52/11 52/17 52/18
**amounts [3]** 51/9 51/13 51/15
**analysis [1]** 59/4
**annual [26]** 20/7 20/7 20/10 26/11 26/16 26/17 31/12 31/14 31/17 31/18 32/6 32/9 45/14 45/15 46/13 46/18 46/21 53/8 55/21 56/17 56/21 57/9 57/10 57/25 58/20 59/5
**another [1]** 22/15
**answer [2]** 6/23 60/6
**answered [1]** 42/1
**any [19]** 6/4 6/6 25/11 34/25 38/25 39/16 40/19 40/22 40/23 42/17 45/17 45/18 51/20 53/12 53/21 53/23 57/25 58/1 58/5
**anybody [4]** 10/2 38/13 53/24 54/7
**anyone [3]** 17/6 17/11 59/19
**anything [2]** 11/5 19/12
**anywhere [1]** 55/14
**apologize [1]** 37/22
**apparently [2]** 28/17 53/8
**APPEARANCES [1]** 1/14
**appears [1]** 24/14
**applicable [1]** 17/3
**application [2]** 50/3 50/5
**applications [12]** 16/20 17/16 17/17 17/18 18/23 18/24 18/25 19/25 44/1 44/9 47/9 56/5
**applied [4]** 16/16 24/12 53/21 54/5
**apply [1]** 16/13
**appoint [1]** 29/24
**appointed [3]** 21/3 21/5 22/5
**appointment [1]** 51/5
**appointments [1]** 46/4
**appreciate [1]** 60/10
**approach [3]** 8/12 22/18 33/3
**approached [2]** 32/5 55/21
**approved [1]** 29/15
**approximately [1]** 40/4
**April [3]** 31/14 32/6 33/16
**April 26th [1]** 33/16
**are [22]** 7/17 10/1 10/12 10/19 10/25 11/4 17/3 23/21 28/8 29/7 31/21 32/11 32/12 35/4 38/7 38/8 38/21 39/21 47/7 49/7 49/7 57/2
**area [1]** 42/18
**areas [1]** 9/10
**arise [2]** 8/22 9/5
**Aronica [1]** 2/12
**around [3]** 35/12 47/10 59/3
**arranged [1]** 27/23
**arranging [1]** 48/3
**arrearages [2]** 52/4 52/23
**arrears [6]** 51/10 51/13 51/18 51/25 51/25 52/2
**Art [4]** 47/9 47/16 47/18 47/19
**as [46]** 8/10 8/10 8/14 9/14 11/23 13/1 14/5 14/12 14/25 15/12 16/12 18/13 19/5 19/17 20/12 22/3 22/11 22/11 22/12 22/16 24/16 25/19 25/23 33/1 34/22 35/2 35/20 37/7 37/8 38/9 39/6 39/9 39/19 41/15 45/7 46/17 46/18 47/3

50/10 52/20 54/6 54/10 58/8 60/6 60/18 60/19
**aside [1]** 34/23
**ask [6]** 23/23 38/7 39/16 55/17 58/1 60/5
**asked [9]** 28/17 37/6 41/19 41/20 52/2 52/3 56/17 59/3 59/7
**asked us [1]** 59/7
**asking [1]** 41/18
**aspects [1]** 39/11
**asserting [2]** 37/7 35/17
**assets [1]** 21/10
**assign [1]** 51/17
**assigned [2]** 28/14 28/16
**assistance [10]** 33/25 34/13 36/2 38/14 39/15 43/22 46/4 53/9 53/14 54/5
**Assistant [1]** 12/21
**assisting [1]** 45/3
**assuming [1]** 34/21
**assurance [1]** 49/7
**attach [2]** 22/6 26/8
**attempted [1]** 14/21
**attempting [1]** 41/4
**attempts [1]** 15/25
**attend [1]** 46/6
**attended [4]** 31/13 47/21 56/17 57/23
**attending [3]** 31/15 31/16 56/21
**attention [1]** 34/15
**Attorney [1]** 12/21
**ATTORNEY'S [4]** 2/2 7/11 11/15 12/22
**authorize [1]** 20/9
**authorized [1]** 32/22
**automatically [1]** 51/2
**avenue [7]** 2/18 2/22 3/2 3/6 3/10 3/16 15/23
**award [8]** 57/11 57/19 58/7 58/9 58/15 58/16 58/18 59/4
**awarded [1]** 58/2
**awardees [1]** 58/5
**aware [3]** 38/21 39/18 40/4
**awhile [1]** 19/19

**B**

**B-U-C-K-N-A-M [1]** 12/11
**bachelor's [1]** 12/16
**back [18]** 5/2 9/8 9/21 10/20 14/10 17/18 18/22 19/24 21/6 31/8 36/17 36/18 43/11 44/14 52/12 52/17 54/21 58/11
**backed [1]** 34/14 54/22
**background [1]** 50/11
**bad [1]** 38/12
**ball [1]** 44/17
**bank [87]**
**Bank's [4]** 29/17 34/22 35/5 56/15
**bankers [1]** 31/19
**banks [5]** 15/12 48/15 48/20 49/11
**based [2]** 58/10 58/18
**basically [12]** 20/1 29/6 29/20 30/25 31/6 31/18 32/9 44/24 48/14 50/4 51/1 56/14
**basis [4]** 32/9 34/6 34/7 45/15
**battle [1]** 54/17
**be [70]**
**Beach [2]** 45/18 58/24 59/2
**became [4]** 39/5 39/17 40/15 40/17
**because [18]** 7/17 10/2 19/23 20/25 22/13 31/5 31/24 32/4 33/22 34/11 35/23 35/23 37/16 40/10 41/5 46/10 48/20 54/13
**become [1]** 13/9
**been [9]** 9/4 11/22 13/12 50/6 54/12 55/14 55/15 57/1 59/3
**before [11]** 1/11 20/14 21/12 21/20

**began [1]** 59/18
**begin [1]** 59/14
**beginning [1]** 34/17
**behalf [14]** 5/20 18/14 18/19 27/15 27/16 28/19 30/15 30/22 31/2 31/6 44/5 52/19 56/6 59/4
**being [6]** 29/2 39/7 45/24 52/2 52/3 53/4
**believe [13]** 14/11 16/19 17/24 30/3 30/11 41/4 43/7 45/20 53/6 54/1 54/7 57/13 61/17
**benefit [2]** 55/14 60/24
**benefited [1]** 59/10
**better [1]** 52/22
**between [5]** 27/14 28/1 48/5 49/17 52/19
**Beverly [2]** 2/7 11/14
**beverly.russell [1]** 2/10
**beyond [1]** 55/20
**bids [1]** 25/25
**big [1]** 46/10
**biggest [1]** 42/6
**bill [2]** 52/20 56/15
**bit [4]** 14/10 21/16 59/17 61/18
**bmclaughlin [1]** 3/4
**borrower [1]** 44/4
**both [4]** 11/9 22/23 23/23 44/23
**brakes [6]** 34/2 37/8 37/12 37/15 37/17 38/4
**Branch [1]** 1/16
**Brian [1]** 3/1
**brief [1]** 10/16
**briefly [1]** 44/11
**bring [1]** 57/15
**Brown [10]** 18/2 18/7 18/10 18/21 23/8 44/1 47/10 55/24 56/1 56/2
**BUCKNAM [29]** 4/7 11/1 11/21 11/25 12/9 12/11 12/15 12/25 13/9 13/20 14/9 22/22 33/13 35/4 35/14 37/18 38/21 41/1 42/5 42/23 43/5 48/10 53/3 53/19 54/24 55/18 56/16 57/8 59/18
**Bucknam, [1]** 37/23
**Bucknam, you're [1]** 37/23
**budget [3]** 20/11 46/23 47/3
**building [2]** 2/3 45/17
**business [28]** 35/3 35/21 35/23 37/8 37/9 41/2 41/5 41/17 45/2 48/9 48/24 49/4 49/5 49/5 49/14 49/19 53/17 54/8 54/10 54/11 57/12 58/2 58/6 58/17 59/2 59/8 59/10 59/11
**businesses [1]** 58/2
**buy [1]** 34/9
**buyers [1]** 20/2

**C**

**CA [1]** 1/4
**call [3]** 9/8 9/25 61/5
**called [4]** 8/20 16/13 20/7 61/5
**calls [1]** 11/1
**came [3]** 18/22 20/15 39/19 47/22 52/11 57/19 57/22
**can [25]** 6/16 6/25 12/3 12/12 15/18 16/15 17/18 22/22 23/17 24/3 24/5 24/7 28/4 28/10 28/11 42/15 42/19 46/20 48/11 48/12 49/1 51/12 57/14 57/14 61/18
**can't [6]** 17/15 20/16 31/5 40/10 49/16 53/24
**cancel [2]** 34/20 53/17
**capital [1]** 15/4
**care [1]** 22/11
**carefully [1]** 50/10
**Carl [2]** 51/8 52/12
**Carol [3]** 32/5 33/15 55/21
**carry [2]** 12/5 27/20

**carrying [2]** 28/19 31/7
**case [14]** 8/6 8/7 8/8 8/18 8/24 9/7 9/13 9/13 9/14 50/12 51/7 60/2 60/7 61/6
**catching [1]** 9/18
**caution [1]** 61/25
**Center [2]** 2/3 12/19
**certain [6]** 22/1 24/22 46/6 48/16 51/9 51/13
**certainly [1]** 54/11 57/22
**Certificate [1]** 40/24
**certificates [12]** 38/22 39/1 39/17 39/21 39/24 40/2 40/5 40/8 40/9 40/11 40/14 40/20
**certify [1]** 62/14
**cgillingham [1]** 3/8
**Chairman [1]** 37/5
**chance [1]** 61/5
**change [1]** 21/1
**changed [3]** 21/5 21/6 21/25
**chaos [1]** 21/11
**charge [4]** 16/22 16/23 44/24 56/3
**Charlotte [1]** 3/5
**charter [4]** 32/21 32/22 34/7 59/6
**Chavern [1]** 61/16
**chief [1]** 9/7 61/6
**citation [1]** 57/13
**city [3]** 12/12 29/25 51/5
**Civil [2]** 1/17 2/8
**clarify [5]** 9/12 9/15 27/5 27/8 27/25
**clear [12]** 11/2 13/12 13/17 15/2 16/25 36/9 37/23 39/3 43/12 53/19 54/25 58/18
**clearly [1]** 42/23
**clerk [1]** 9/16
**Clinton [2]** 31/23 33/23
**close [2]** 35/2 35/20
**closed [5]** 35/22 49/8 49/9 49/14 49/20
**clumped [1]** 52/8
**codes [1]** 59/8
**collect [8]** 51/9 51/13 52/2 52/4 52/9 52/11 52/16 52/17
**collected [2]** 52/12 52/19
**collecting [2]** 51/18 52/23
**collector [2]** 52/20 56/15
**COLUMBIA [2]** 1/1 12/22
**come [11]** 11/17 15/9 20/23 25/8 25/14 27/19 46/7 47/3 52/21 55/17 60/9
**coming [2]** 9/21 20/11
**commercial [13]** 1/16 15/9 31/19 35/10 35/10 48/3 48/6 48/12 48/15 49/8 49/11 49/17 50/4
**commission [2]** 6/4 6/23
**commissions [3]** 7/8 7/13 7/20
**commitment [17]** 16/13 16/15 17/1 17/2 17/4 17/7 18/4 18/8 18/11 18/12 20/1 24/10 25/22 56/6 56/6 57/17 58/19
**commitments [13]** 16/17 20/19 22/14 24/11 24/13 24/13 24/18 25/9 25/21 34/9 35/16 44/2 52/8
**Committee [1]** 37/5
**communication [1]** 18/1
**company [1]** 39/1
**compelled [1]** 53/1
**complete [1]** 61/19
**completed [3]** 55/16 57/22 57/22
**completely [1]** 35/7
**completion [1]** 57/20
**components [2]** 34/9 35/17
**computer [2]** 3/23 28/22
**computer-aided [1]** 3/23
**computers [1]** 14/7
**concluded [2]** 9/24 55/18

**conditional [1]** 35/1
**conditioned [1]** 26/9
**conditions [2]** 17/3 51/1
**confirmed [5]** 34/3 35/11 53/18 54/9 55/22
**confirms [1]** 24/9
**Congress [1]** 59/5
**Congressman [3]** 37/6 37/10 54/20
**connect [1]** 31/19
**connection [3]** 43/13 45/4 45/19
**conservative [1]** 21/13
**considerable [1]** 28/21
**considering [4]** 6/3 6/22 54/10 54/12
**consortium [1]** 15/9 48/14
**Constitution [1]** 3/16
**continue [1]** 6/10 10/21
**CONTINUED [1]** 5/22
**contracts [1]** 20/18
**conversation [1]** 24/17
**convince [1]** 48/15
**convinced [1]** 46/15
**cooperating [2]** 31/25 32/12
**cooperation [2]** 32/10 32/14
**cooperativeness [1]** 60/10
**corporate [3]** 13/1 39/8 39/9
**CORPORATION [2]** 1/6 5/3
**correct [25]** 6/15 7/22 11/4 13/11 14/3 14/23 15/1 15/3 15/14 15/15 15/17 15/24 16/2 18/9 28/24 36/4 37/2 39/4 39/12 39/13 42/20 42/20 44/20 53/10 62/15
**correctly [1]** 49/12
**cost [1]** 36/17
**costing [1]** 54/18
**could [12]** 10/3 34/11 34/24 35/1 42/21 43/23 44/11 45/8 50/21 51/13 57/8 60/19
**counsel [15]** 5/3 7/25 13/10 13/19 32/5 33/16 37/18 39/4 39/6 39/17 40/15 40/17 43/9 57/2 59/17
**Counsel's [2]** 28/13 28/15
**countries [1]** 32/10
**country [7]** 34/24 34/25 41/2 41/16 46/10 49/2 53/13
**course [6]** 6/21 7/15 10/11 11/6 21/23 40/5
**court [12]** 1/1 3/14 3/15 5/5 6/12 10/16 12/3 37/20 37/20 42/19 62/8 62/10
**courthouse [2]** 3/15 12/24
**COURTROOM [2]** 10/18 60/16
**covered [2]** 50/19 60/25
**create [4]** 15/8 28/22 45/10 59/1
**created [4]** 21/11 27/18 27/22 29/19
**creating [2]** 44/25 58/23
**creation [3]** 27/21 27/22 28/18
**credibility [2]** 35/8 35/17
**credit [31]** 21/24 26/20 27/6 27/18 27/19 27/21 27/22 27/25 28/24 29/4 29/5 29/6 29/7 29/11 29/23 31/7 32/20 32/23 34/3 34/8 35/8 35/11 44/6 51/4 51/6 53/18 54/9 55/11 55/18 55/23
**credits [29]** 27/12 30/4 30/4 30/6 30/7 30/10 30/11 30/13 30/17 30/21 30/23 32/19 32/21 34/7 36/22 39/5 39/7 39/14 39/19 39/20 39/23 51/3 51/11 51/18 52/10 52/13 52/16 53/2 58/25
**cross [5]** 4/2 42/17 42/22 43/3 60/18
**cross-examination [2]** 4/2 60/18
**CROWELL [5]** 2/17 2/21 3/1 3/6 3/10
**crowell.com [4]** 2/20 2/24 3/4 3/8
**cumulative [2]** 58/10 58/19
**current [1]** 13/17
**currently [2]** 12/13 61/2

**D-Z-E-G-E-D-E [1]** 44/15
**D.C [2]** 17/21 31/2
**damage [1]** 34/21
**date [6]** 17/16 17/18 19/18 58/15 58/16 62/20
**David [3]** 1/15 4/4 47/22
**david.wiseman [1]** 1/20
**day [3]** 1/6 24/17 60/12
**days [1]** 60/4
**DC [12]** 1/4 1/18 1/23 2/4 2/9 2/14 2/18 2/23 3/3 3/7 3/11 3/16
**deal [8]** 6/4 6/23 35/6 35/24 35/25 36/4 36/9 42/10
**dealing [3]** 21/3 21/9 46/11
**deals [1]** 21/18
**dealt [1]** 21/13
**debate [1]** 43/22
**debating [1]** 36/2
**debts [1]** 52/3
**decertification [7]** 32/4 32/17 32/25 33/20 36/25 53/15 54/13
**decertified [6]** 31/24 32/7 32/14 53/4 53/9 53/13
**decided [1]** 51/8
**declared [5]** 32/22 35/8 39/14 39/20 39/23
**deduction [9]** 20/7 20/8 26/11 26/16 26/17 46/13 46/19 46/21 55/9
**Deerfield [3]** 45/18 58/24 59/2
**Defendant [1]** 1/7
**defendant's [1]** 42/13
**defendants [3]** 2/17 8/16 11/4
**defense [2]** 7/25 8/3
**degree [3]** 12/15 12/16 12/18
**democratically [2]** 21/4 22/4
**demonstrate [1]** 59/9
**DEPARTMENT [4]** 1/16 1/22 32/10 53/16
**depending [2]** 9/7 49/5
**deposition [12]** 6/12 6/14 10/7 10/13 10/14 10/21 10/23 27/1 27/4 41/8 41/19 41/20
**describe [12]** 43/9 43/10 43/23 44/11 46/20 48/12 50/21 50/22 50/23 51/12 51/14 57/8
**described [3]** 53/6 56/8 56/16
**designations [2]** 11/8 11/10
**desire [3]** 8/25 35/23 35/25
**determine [5]** 20/3 26/5 32/11 46/11 49/3
**determined [2]** 12/12 42/16
**determines [1]** 49/6
**development [1]** 14/13
**did [71]**
**didn't [9]** 6/2 7/22 7/24 8/15 36/7 36/20 37/13 43/8 50/21
**different [8]** 13/24 16/17 20/20 20/20 30/4 41/18 54/14 59/10
**direct [12]** 4/2 5/22 6/8 6/12 12/7 27/12 41/9 42/18 50/15 59/14 60/19 60/21
**directions [1]** 60/14
**directly [1]** 50/5
**director [1]** 58/17
**disbursements [1]** 38/22
**disclosed [2]** 7/7 7/12
**discuss [2]** 10/2 59/19
**discussed [2]** 43/7 50/18 53/4 60/24
**discussing [2]** 40/11 40/14
**discussion [7]** 8/14 9/24 37/11 40/20 45/13 54/23 57/25
**discussions [7]** 6/1 6/3 6/20 6/22 7/6 7/11 40/22
**displayed [1]** 56/25

**D**

**distinct [1]** 55/5
**DISTRICT [4]** 1/1 1/1 1/12 12/22
**divided [1]** 21/9
**division [8]** 2/8 16/21 16/22 16/23 23/9 47/20 51/8 56/3
**do [60]** 7/6 7/11 9/17 12/4 17/14 17/24 19/12 20/3 20/21 23/2 26/4 27/1 28/7 30/3 30/17 30/17 31/23 33/13 34/5 34/20 35/18 35/21 36/5 36/8 36/21 38/15 40/1 40/3 40/10 40/11 40/14 40/22 41/4 42/14 42/16 42/17 42/19 42/21 42/22 43/10 43/17 45/9 45/21 48/5 48/21 49/17 52/5 52/7 53/1 53/2 53/4 54/1 56/19 56/21 56/23 59/3 59/7 60/3 60/22 61/24
**document [14]** 22/22 23/2 23/4 23/22 24/8 24/15 24/20 28/7 28/9 28/10 28/11 33/14 33/17 34/16
**documentation [4]** 26/13 30/2 55/8 55/15
**documents [2]** 28/22 39/21
**does [3]** 16/25 29/4 41/15
**doing [9]** 22/7 31/20 33/24 41/2 41/17 44/25 49/8 58/13 60/18
**dollar [1]** 42/7
**dollars [2]** 15/16 54/18
**don't [17]** 6/23 8/25 28/8 37/19 37/25 39/18 40/7 40/19 45/22 53/23 54/6 54/6 57/13 57/21 60/2 61/5 61/9
**done [7]** 10/25 21/12 26/16 30/25 46/17 49/21 52/18
**Donny [1]** 37/6
**door [1]** 35/2
**doors [2]** 35/21 35/22
**down [10]** 8/21 10/5 29/9 35/14 37/4 37/21 38/1 41/25 59/18 59/22
**drafted [2]** 23/4 23/6
**drill [2]** 10/17 59/25
**drill/alarm [1]** 10/17
**drug [6]** 31/24 32/1 32/7 32/12 33/22 53/16
**DTX [1]** 56/25
**DTX-0050 [1]** 56/25
**DUANE [1]** 2/12
**duanemorris.com [1]** 2/15
**due [3]** 10/16 51/15 53/9
**duly [1]** 11/22
**during [20]** 6/2 9/13 16/4 20/21 20/22 20/25 21/1 21/7 31/1 31/4 31/11 31/15 39/6 40/12 40/20 42/7 44/14 49/12 56/19 56/25
**duties [4]** 13/3 13/5 13/6 13/8
**Dzegede [3]** 44/15 44/20 44/23

**E**

**each [6]** 29/13 45/12 47/1 48/15 55/6 55/8
**earlier [1]** 24/17 50/24
**early [3]** 50/2 60/3 61/25
**easier [1]** 11/12
**East [5]** 16/20 23/9 47/20 51/8 56/3
**educated [1]** 62/5
**EDWARD [2]** 11/21 12/11
**effective [1]** 29/6
**effectively [1]** 57/16
**effort [7]** 21/16 45/3 45/19 46/4 46/8 48/5 58/19
**efforts [3]** 25/7 48/2 49/17
**eight [36]** 13/21 14/2 16/17 17/16 18/19 20/17 21/17 25/20 27/12 30/3 32/18 32/19 32/20 32/23 34/3 34/8 35/8 35/11 40/6 42/5 42/9 43/13 44/1 44/5 46/11

**either [1]** 49/7
**elected [2]** 21/4 22/4
**Eleven [1]** 41/12
**elicited [1]** 60/18
**eligible [1]** 53/14
**Elizabeth [1]** 1/21
**elizabeth.young [1]** 1/24
**ELLER [14]** 4/4 5/6 5/10 5/12 5/13 7/6 8/3 8/10 8/11 8/25 9/8 40/12 40/15 47/22
**else [3]** 17/11 53/23 53/24
**employee [4]** 13/12 13/15 18/2 40/23
**encountering [1]** 31/22
**end [6]** 18/19 22/11 25/8 37/11 39/19 54/22
**endeavor [1]** 61/1
**ended [2]** 39/13 54/18
**enforceable [1]** 30/1
**enforcement [2]** 32/1 33/23
**engineering [4]** 20/3 26/5 44/25 45/10
**engineers [1]** 44/23
**enter [3]** 16/25 29/4 41/15
**entire [2]** 21/2 21/6
**entitled [1]** 53/16
**Enugo [1]** 20/18
**envelope [1]** 27/20
**equipment [10]** 13/24 14/1 14/2 14/4 14/12 18/14 20/4 26/5 44/24 46/12
**ESCORTED [2]** 10/18 60/16
**Esquire [10]** 1/15 1/21 2/2 2/7 2/12 2/17 2/21 3/1 3/5 3/9
**essence [2]** 53/6 53/7
**evaluates [1]** 32/10
**even [7]** 18/25 30/5 35/1 36/10 40/20 59/3 59/24
**ever [7]** 25/14 35/1 40/11 40/14 40/19 50/1 51/20
**every [10]** 20/11 31/14 40/8 46/22 46/22 49/2 49/2 56/20 60/6 60/12
**everybody [5]** 10/19 29/9 37/21 61/25 62/6
**evidence [3]** 23/11 23/16 33/11
**evidentiary [1]** 61/4
**ex [85]**
**Ex-Im [83]**
**Ex-Im's [1]** 19/12
**exact [2]** 17/15 20/17
**exactly [1]** 16/16
**examination [6]** 5/17 5/22 12/7 43/3 60/18 60/25
**examinations [1]** 5/4
**examined [1]** 11/22
**exceeded [1]** 52/24
**except [1]** 39/15
**excitement [1]** 10/20
**excuse [5]** 7/10 38/9 41/21 41/23 53/7
**excused [1]** 10/1
**executed [1]** 41/5
**exhibit [7]** 22/17 23/11 23/15 28/5 33/2 33/5 33/10
**existence [1]** 35/5
**existing [2]** 37/8 53/17
**expand [1]** 57/14
**expanding [1]** 57/15
**expected [1]** 6/6
**expedite [1]** 28/17
**experience [2]** 45/2 58/10
**experienced [1]** 37/20 61/3
**explain [6]** 16/15 24/7 28/11 48/1 48/12 49/1
**explained [1]** 33/24
**Export [15]** 16/9 16/23 23/9 24/12 24/24

**48/17 53/20 54/24 55/1 55/5 55/6 55/22 55/23 57/20 57/21 58/12
**either [1]** 49/7 [truncated fragments]

**29/15 48/8 49/3 50/1 50/2 57/10 57/17 58/11 58/21 58/23**
**Export-Import [15]** 16/9 16/23 23/9 24/12 24/24 29/15 48/8 49/3 50/1 50/2 57/10 57/17 58/11 58/21 58/22
**exported [1]** 58/25
**exporter [6]** 34/25 35/12 35/12 51/21 57/12 58/2
**exporters [1]** 31/13
**exports [2]** 57/18 58/19
**extensive [1]** 61/25
**extensively [1]** 58/21
**extent [1]** 28/10

**F**

**F.C [1]** 24/14
**faced [2]** 43/13 50/18
**Facell [2]** 37/6 54/20
**Facell's [1]** 37/10
**fact [3]** 58/20 58/23 59/1
**failed [1]** 35/5
**fair [4]** 7/20 14/15 21/15 42/9
**faith [1]** 44/5
**fallen [1]** 55/13
**far [1]** 42/6
**favor [1]** 35/11
**fax [9]** 1/19 2/5 2/10 2/15 2/19 3/4 3/8 3/12 24/14
**FCRR [3]** 3/14 62/14 62/21
**feasibility [4]** 20/3 26/5 44/25 45/10
**federal [36]** 13/7 18/17 19/1 19/14 19/14 19/22 20/5 20/10 20/11 22/11 26/2 26/14 27/14 27/16 27/16 27/24 29/1 29/14 29/17 29/19 29/21 29/24 31/7 38/10 39/11 44/3 44/10 45/5 45/14 45/15 45/25 46/1 46/23 46/25 50/20 51/16
**fees [1]** 54/19
**fell [1]** 55/6
**felt [2]** 25/9 36/25
**fighting [1]** 54/19
**filed [7]** 16/19 17/17 18/23 19/25 39/21 44/9 47/9
**final [14]** 24/10 24/13 24/18 25/9 30/6 30/24 44/10 45/6 46/1 46/15 46/16 47/14 50/20 56/6
**finalize [2]** 26/20 43/20
**finalized [2]** 20/17 25/20
**finally [5]** 29/23 30/23 37/2 43/21 54/19
**finance [46]** 15/11 15/13 17/2 18/12 18/13 18/18 19/1 19/4 19/14 19/15 19/16 19/22 20/6 20/10 22/12 25/23 26/3 26/14 26/21 27/16 27/24 29/12 29/14 29/17 29/24 31/8 36/16 44/3 44/10 45/5 45/9 45/14 46/1 46/14 46/15 46/17 46/25 47/4 47/12 47/14 49/21 49/25 50/1 50/20 56/13 59/11
**financed [3]** 38/22 53/12 53/22
**financial [1]** 48/21
**financing [16]** 14/22 14/25 15/7 15/19 16/1 16/8 16/12 26/9 26/10 31/21 34/22 43/18 43/20 43/21 43/21 46/12
**find [1]** 31/20
**fine [1]** 8/23
**finish [2]** 42/23 61/22
**finished [1]** 39/5 39/22
**fire [2]** 10/17 59/25
**first [25]** 9/3 11/22 20/6 22/23 22/25 24/3 24/5 29/8 29/10 30/10 30/11 33/13 36/15 43/11 43/25 45/24 48/11 49/24 49/24 50/1 50/7 50/18 51/13 56/11 62/5
**Florida [2]** 12/14 45/18
**flow [1]** 14/8
**focus [3]** 24/3 24/5 61/8

**F**

focused [1] 54/3
folks [1] 45/18
follow [2] 11/12 24/16
follow-up [1] 24/16
following [1] 47/10
follows [2] 8/14 11/23
Foradori [3] 3/14 62/14 62/21
foregoing [1] 62/15
foreign [11] 33/25 34/13 36/2 37/5 38/14
39/15 43/22 53/9 53/13 54/4 57/16
forma [3] 26/7 45/1 45/10
formal [1] 28/20
former [1] 37/5
forming [1] 48/18
forth [4] 19/24 36/18 36/18 44/14
forward [11] 24/23 24/25 25/3 25/4
25/6 30/14 30/22 34/14 44/18 57/15
fought [1] 36/9
four [3] 36/18 37/19 44/13
Fourth [2] 2/3 2/8
frame [2] 17/14 40/1
Fraud [1] 1/17
frequently [2] 31/4 31/5
friends [1] 60/5
front [3] 30/6 36/12 36/21
full [2] 44/5 58/21
fund [4] 20/9 20/12 45/15 48/16
funding [2] 15/23 53/14
funds [2] 45/15 46/23
further [2] 7/16 7/18
future [4] 34/25 35/3 35/21 35/22

**G**

GAO [2] 37/10 54/20
gave [2] 35/9 47/14
general [10] 8/20 13/10 13/19 28/12
28/15 32/5 33/16 37/3 39/3 39/6
gentlemen [3] 10/12 56/9 59/23
George [1] 12/16
Georgetown [1] 12/18
get [18] 8/20 8/25 19/19 19/21 20/5
21/16 21/16 21/17 26/2 26/17 36/15
43/20 44/18 45/5 45/8 45/11 45/12
46/13
Gillingham [1] 3/5
give [7] 6/6 20/17 37/6 44/5 47/11 49/16
60/14
given [2] 52/22 54/4
GLADYS [1] 1/11
go [12] 12/6 17/18 20/2 21/6 26/18
34/14 35/5 36/15 38/2 52/16 60/1 60/11
goal [2] 52/21 52/24
going [18] 7/8 7/12 10/6 10/12 22/14
22/16 27/4 28/20 31/18 33/1 41/8 41/9
47/11 48/7 48/17 54/20 54/11 60/25
gone [2] 55/13 55/20
good [12] 5/20 5/24 5/25 11/11 12/9
37/20 37/24 37/25 45/5 43/6 51/17
59/21
got [8] 21/9 37/21 42/25 46/18 47/13
54/19 60/4 62/3
government [26] 9/7 9/25 11/8 13/7 17/2
21/6 21/14 25/18 27/13 27/13 27/14
27/14 27/15 27/17 28/2 32/7 37/7 39/10
39/12 44/6 48/9 49/19 50/19 51/16 55/1
61/13
Government's [1] 43/9
government-to-government [1] 27/13
governmental [2] 13/3 13/6
governments [1] 49/5
governor [8] 21/3 21/4 21/5 21/5 22/4
22/5 22/5 22/9

great [1] 21/1
ground [1] 27/7
Guana [2] 41/5 41/6
guarantee [3] 34/20 35/2 50/3
Guiomar [1] 2/21

**H**

habit [1] 31/15
had [72]
Haley [1] 58/16
half [1] 57/19
hand [4] 11/19 14/6 27/20 28/19
hand-carrying [1] 28/19
happen [2] 29/8 45/8
happened [5] 24/11 29/3 42/10 52/25
57/8
happens [1] 51/3
hard [1] 36/10
has [5] 17/1 37/21 55/1 55/1 61/17
hasn't [1] 56/25
have [78]
haven't [1] 23/25 30/16 61/3
having [7] 6/20 11/22 27/1 35/12 40/19
40/22 47/24
he [15] 8/4 8/10 9/12 9/14 22/7 25/16
25/18 45/3 51/23 52/8 52/14 52/15 53/1
53/1 61/18
he's [1] 9/3
hear [1] 12/3
heard [2] 51/20 59/24
held [1] 17/12
her [7] 32/19 32/24 33/18 47/14 56/4
56/5 60/25
here [7] 5/11 11/17 17/20 34/24 35/4
35/20 36/2
here's [1] 22/3
herself [1] 22/6
HESS [5] 4/5 10/7 10/9 10/14 10/23
highly [1] 62/4
him [9] 7/13 8/4 9/1 9/5 17/20 28/17
37/6 40/20 61/21
himself [1] 22/6
his [9] 9/13 9/14 22/7 22/7 28/22 31/8
37/9 46/4 61/19
history [1] 37/4 50/11 62/1
hold [1] 44/22
honest [1] 21/12
honestly [1] 19/4
Honor [30] 6/8 6/11 6/11 6/16 7/1 8/2
8/9 8/12 10/25 11/7 12/2 22/18 23/10
33/3 33/8 35/15 37/22 38/12 42/3 42/12
42/15 43/2 50/13 56/24 57/4 59/13
59/21 60/23 61/15 61/23
HONORABLE [2] 1/11 62/8
honored [1] 57/11
hopefully [2] 60/10 61/8
hot [3] 37/2 54/20 54/21
hour [2] 61/8 61/10
House [1] 37/5
how [13] 20/14 20/21 20/22 31/4 40/9
40/9 44/7 50/10 54/5 58/22 59/7 60/22
62/2
huh [1] 16/18
hundreds [3] 20/25 21/13 21/20
hurdle [14] 30/6 30/24 36/17 36/19
36/20 36/21 36/24 43/8 43/25 45/24
50/18 50/21 53/3 56/14
hurdles [9] 36/12 36/14 43/8 43/12
43/13 43/15 43/19 43/23 56/8

**I**

I'd [3] 42/22 43/10 56/24
I'll [2] 23/23 60/15
I'm [20] 5/10 10/8 11/3 11/11 11/14 25/1

25/2 27/4 27/7 28/14 35/15 35/15 38/12
39/13 41/8 41/10 41/10 42/17 47/11
60/25
I've [2] 39/25 52/12
idea [1] 51/17
identify [1] 5/5
Im [83]
Im's [1] 19/12
imagine [1] 49/13
immediately [2] 32/17 61/21
imply [1] 54/6
implying [1] 38/12
Import [15] 16/9 16/23 23/9 24/12 24/24
29/15 48/8 49/3 50/1 50/2 57/10 57/17
58/11 58/21 58/22
important [3] 58/22 60/8 60/9
importantly [2] 34/17 34/19
imposed [1] 56/12
impression [1] 9/19
improper [1] 54/6
inclined [1] 8/3
include [2] 13/7 54/8
included [1] 14/13
including [1] 39/11
incorrect [4] 34/13 36/1 36/25 37/16
incorrectly [2] 38/14 54/7
indicate [1] 42/19
indicated [1] 54/25
Indimi [11] 6/3 6/22 7/8 16/7 25/11
25/16 42/10 46/3 47/22 47/24 55/15
Indimi's [4] 25/13 25/15 45/23 45/23
individual [3] 7/17 28/13 45/1
individuals [2] 6/2 6/20
inform [1] 17/1
information [1] 62/4
informed [5] 18/24 32/6 32/16 32/19
32/24
infusion [2] 45/15 46/23
initially [2] 14/16 14/21
initials [1] 28/8
instance [3] 34/20 46/24 54/14
instead [1] 28/20
intended [1] 15/8
intending [1] 61/16
intent [1] 14/24
interesting [1] 62/1
International [4] 14/24 15/2 15/8 15/19
interpretation [11] 34/12 36/1 36/1 36/3
37/1 37/16 38/10 53/25 54/2 54/3 54/4
interpreted [2] 33/25 54/8
interruptions [1] 60/11
invoice [3] 26/7 45/1 45/11
involve [1] 13/23 34/25
involved [4] 13/20 44/12 56/10 56/11
involving [2] 16/9 53/13
irreparable [1] 34/21
irrevocable [10] 32/20 32/23 34/3 34/8
35/11 35/13 35/16 53/18 54/9 55/22
irrigation [5] 13/21 13/24 13/25 14/8
14/13
is [66]
isn't [6] 18/10 19/3 32/3 33/21 39/12
41/1
issue [5] 31/24 32/8 36/25 53/16 54/16
issued [4] 22/12 26/14 29/18 40/8
issues [1] 32/12
it [89]
it's [13] 7/20 11/14 16/16 21/12 27/21
33/5 33/15 37/25 37/25 41/4 44/20
59/16 59/25
its [14] 9/7 10/1 33/7 34/20 34/21 35/2
35/20 35/22 35/23 38/10 50/7 54/4
57/15 57/17

**J**

**JAMES [5]**  4/5 10/7 10/9 10/14 10/23
**January [3]**  20/11 46/22 47/1
**Jason [1]**  3/9
**jjaronica [1]**  2/15
**job [2]**  30/24 39/22
**jobs [5]**  7/17 7/20 57/16 58/23 59/2
**Johnson [2]**  61/14 61/20
**Joseph [1]**  2/12
**Juan [2]**  44/14 47/22
**JUDGE [2]**  1/12 60/7
**Judiciary [1]**  2/3
**jump [2]**  43/16 43/19
**jurors [1]**  10/15
**jury [11]**  1/11 10/18 10/24 11/12 12/4
23/18 43/10 46/20 56/9 60/16 62/3
**just [36]**  5/4 6/5 9/6 9/12 11/3 13/12
13/17 14/4 15/2 16/25 24/9 24/21 27/5
27/8 27/25 28/3 32/7 33/24 35/23 36/9
39/3 41/7 43/7 43/12 46/10 48/8 49/12
50/14 53/19 53/20 60/12 61/5 61/7 61/9
61/18 62/3
**JUSTICE [4]**  1/16 1/22 29/19 29/21
**justify [1]**  59/6

**K**

**keep [2]**  60/8 62/6
**Keith [2]**  2/2 5/20
**keith.morgan [1]**  2/5
**KESSLER [1]**  1/11
**kind [5]**  31/20 31/20 32/14 61/4 61/7
**kinds [3]**  6/7 14/11 31/21
**knew [1]**  11/3
**know [21]**  6/5 7/23 15/18 17/15 23/23
24/22 37/25 39/18 40/1 40/7 40/7 41/4
49/16 51/3 53/23 57/14 57/21 59/18
59/18 59/23 61/9

**L**

**lack [1]**  52/22
**ladies [3]**  10/12 56/9 59/23
**Lagos [4]**  14/25 15/3 15/4 15/20
**Lang [3]**  44/15 44/20 45/1
**language [1]**  29/15
**last [2]**  45/11 54/16
**late [4]**  14/16 17/22 17/24 30/12
**later [6]**  8/5 19/18 34/1 34/12 36/3 46/10
**law [10]**  9/15 12/18 12/19 30/1 36/8 37/1
37/4 38/14 53/25 54/8
**lawyer [5]**  5/17 28/12 28/15 28/16 39/6
**lawyers [1]**  5/18
**lead [2]**  14/25 61/16
**least [2]**  19/21 45/12
**leave [1]**  8/4
**led [1]**  36/3
**Lee [4]**  32/5 33/15 34/16 55/21
**left [2]**  9/19 42/22
**legal [9]**  29/18 29/19 37/7 37/10 39/15
51/6 54/17 54/19 54/19
**legislative [1]**  37/4
**legitimate [1]**  54/12
**Leik [4]**  51/8 51/17 52/8 56/14
**less [1]**  61/8
**let [10]**  10/1 11/2 15/18 34/14 38/7
39/16 41/19 54/2 55/17 58/1
**let's [6]**  27/1 40/18 42/1 43/11 54/25
59/16
**letter [15]**  18/17 19/1 19/13 33/15 33/18
34/16 36/15 44/3 44/10 45/8 46/18
47/11 47/13 47/14 55/10
**letterhead [1]**  29/21
**letters [13]**  19/21 32/20 32/23 32/23
34/3 34/8 35/8 35/11 44/18 53/18 54/9

**55/22 56/12**
**light [5]**  32/16 33/20 43/22
**like [6]**  9/13 23/10 42/22 43/10 56/24 61/6
**Line [2]**  41/9 41/9
**Lines [2]**  6/15 6/18
**Lisa [3]**  3/14 62/14 62/21
**Litigation [1]**  1/16
**little [3]**  14/10 60/11 61/18
**LLP [5]**  2/17 2/21 3/1 3/6 3/10
**loan [14]**  15/10 18/7 20/9 20/12 23/8
25/20 28/18 29/13 47/2 48/3 48/6 49/8
50/3 56/2
**loans [9]**  18/19 27/12 45/16 46/2 48/16
51/23 51/23 52/4 53/12
**long [6]**  8/10 22/11 30/3 44/7 57/17
60/22
**longer [1]**  53/14
**look [2]**  17/16 22/22
**looked [1]**  23/25
**lose [2]**  35/7 59/24
**lost [2]**  10/20 60/13
**lot [5]**  21/11 59/24 60/4 60/9 62/3
**lots [1]**  45/2
**lunch [1]**  17/20
**luncheon [2]**  18/16 47/8
**Lynch [1]**  3/9

**M**

**made [15]**  11/11 24/13 29/2 30/5 30/10
30/11 30/13 30/21 30/23 34/8 39/22
40/8 56/14 58/14 58/18
**major [1]**  36/13
**make [28]**  9/6 11/7 13/17 20/2 28/24
29/4 29/5 29/6 29/7 29/23 30/7 30/17
35/12 35/16 36/22 50/3 50/5 51/2 51/10
51/18 52/9 52/13 52/15 53/2 55/12
60/13 61/1 61/18
**making [1]**  34/6 46/4
**manufacturing [5]**  32/18 32/25 33/19
34/10 34/11
**many [6]**  20/14 20/21 20/22 40/9 40/9 59/7
**Maria [2]**  2/7 58/16
**marked [2]**  22/16 33/1
**markets [1]**  57/16
**matter [2]**  27/2 62/16
**may [31]**  5/19 6/17 8/11 8/12 9/5 9/18
10/2 11/13 11/24 22/18 22/20 23/14
23/19 33/3 33/9 35/2 35/20 55/20 56/22
56/24 57/5 57/6 57/9 57/10 59/18 60/17
61/15 61/17 61/19 61/21 62/4
**McLaughlin [1]**  3/1
**me [29]**  6/6 7/10 9/16 10/1 11/2 17/23
18/24 30/3 30/7 32/6 32/6 32/16 36/20
38/7 39/16 41/19 41/21 41/23 47/11
51/9 51/17 53/7 54/2 55/17 55/21 56/15
58/1 58/21 62/1
**mean [13]**  8/8 8/16 25/3 29/4 34/1 38/14
39/18 43/17 46/8 46/21 48/13 49/1 51/12
51/14
**means [1]**  29/6
**meant [3]**  8/17 8/18 9/12
**mechanical [1]**  3/23
**meet [3]**  17/6 17/9 20/14
**meeting [23]**  16/21 17/12 17/17 18/15
18/16 18/21 31/12 31/14 31/18 32/6
47/8 47/9 47/16 47/21 47/23 47/25 48/1
53/8 55/22 56/21 57/9 57/10 58/1
**meetings [6]**  25/17 31/16 45/17 45/21
46/6 56/17
**memory [1]**  54/11
**mention [2]**  6/2 6/21
**mentioned [2]**  48/23 55/24

**Merchant [4]**  44/24 45/2 15/8 15/19
**merits [4]**  55/7
**met [9]**  17/10 17/19 17/20 20/16 20/21
20/22 21/20 51/2 52/21
**mic [1]**  12/1
**middle [6]**  10/22 16/20 23/9 47/20 51/8
56/3
**might [1]**  9/4
**military [3]**  21/3 21/5 22/5
**Miller [1]**  60/25
**Miller's [1]**  50/16
**million [2]**  7/9 7/14 52/19
**mind [2]**  60/8 62/6
**Minister [6]**  27/24 29/11 29/14 29/17
29/21 31/8
**Ministry [35]**  18/12 18/13 18/18 19/1
19/4 19/14 19/14 19/16 19/22 20/5
20/10 22/12 25/23 26/3 26/14 26/21
27/16 29/19 29/24 36/16 44/3 44/10
45/5 45/8 45/14 46/1 46/13 46/16 46/17
46/25 47/4 47/12 47/14 50/20 56/13
**minute [1]**  21/3
**minutes [3]**  5/16 42/25 61/14
**misspoke [1]**  9/16
**mobile [1]**  14/7
**moment [4]**  34/23 43/11 48/10 54/25
**money [9]**  15/13 47/2 48/16 51/15 52/9
52/11 52/12 52/17 52/18
**monitor [1]**  33/6
**month [1]**  17/15
**more [7]**  5/16 8/21 13/14 15/6 60/11
60/14 61/1
**Morgan [2]**  2/2 5/6 5/19 5/20 9/11
**MORING [5]**  2/17 2/21 3/1 3/6 3/10
**morning [1]**  59/20
**MORRIS [1]**  2/12
**most [4]**  34/17 34/19 58/25 61/8
**motives [2]**  38/13 54/7
**move [7]**  23/10 24/23 24/25 25/2 25/3
25/4 25/6
**moving [3]**  25/8 30/14 30/22
**Mr [74]**
**Mr. [6]**  12/25 44/20 44/23 51/8 52/8
60/25
**Mr. Bucknam [1]**  12/25
**Mr. Carl [1]**  51/8
**Mr. Leik [1]**  52/8
**Mr. Miller [1]**  60/25
**Mr. Ponce [2]**  44/20 44/23
**Ms [5]**  18/7 18/10 18/21 34/16 50/15
**much [4]**  19/18 50/11 60/19 61/1
**muddle [1]**  62/3
**must [2]**  62/1 62/5
**MWI [59]**  1/6 5/3 5/7 5/10 13/1 13/10
13/12 13/15 13/18 13/21 13/23 14/2
14/4 14/13 14/21 15/16 15/22 16/3 16/8
16/13 17/1 17/1 19/3 21/15 22/1 24/21
25/4 25/24 26/20 27/22 28/23 30/15
30/22 31/2 32/4 33/22 35/6 35/24 36/9
38/21 39/17 40/5 40/15 40/17 40/23
41/2 41/16 42/7 43/13 44/22 45/2 47/21
50/6 51/24 51/24 52/5 54/3 55/14 58/23
**MWI's [6]**  39/3 45/17 49/24 53/20 53/20
55/3
**my [12]**  9/15 13/5 13/8 28/8 30/24 30/24
39/13 39/19 39/22 41/19 41/20 42/22
**myself [3]**  44/15 46/20 47/22

**N**

**name [3]**  11/13 12/10 55/24
**narrowly [1]**  54/3
**Neal [2]**  44/15 45/1
**necessarily [1]**  22/6
**necessary [3]**  51/9 55/8 55/12

## N

**need [9]**  8/22 8/25 9/5 14/9 20/4 26/6 47/1 50/11 61/7
**needed [4]**  28/23 29/12 34/10 47/1
**neighborhood [2]**  7/8 7/13
**never [2]**  9/5 26/15
**new [9]**  9/9 21/10 22/5 22/8 29/24 30/1 51/5 51/7 61/3
**next [9]**  9/17 10/1 10/9 25/24 38/19 42/2 60/10 60/12 60/14
**Nigeria [56]**  15/3 15/4 15/4 16/3 17/1 19/24 21/1 25/16 25/19 27/15 27/17 27/20 27/23 28/19 31/24 31/25 32/7 32/13 33/20 34/24 36/18 41/1 41/16 42/6 44/3 44/14 44/16 45/25 46/10 46/22 47/23 48/3 48/6 48/9 48/15 48/24 49/10 49/11 49/14 49/15 49/18 49/19 51/10 51/16 51/24 52/1 52/4 52/10 52/17 53/4 53/7 53/8 53/16 53/22 53/24 56/3
**Nigeria's [1]**  18/12
**Nigerian [20]**  14/2 15/9 16/9 18/14 19/4 19/16 20/22 21/13 24/24 24/22 25/5 25/5 25/23 26/21 28/1 30/14 30/22 44/6 45/18 48/20
**Nigerians [1]**  13/22
**Ninth [1]**  2/13
**no [43]**  1/4 6/9 7/16 7/18 8/3 8/9 8/21 9/20 9/20 14/4 14/6 14/6 14/17 17/12 17/25 23/11 23/13 23/15 26/1 26/3 26/25 30/16 30/19 33/6 33/8 33/10 33/24 34/10 34/25 35/1 37/4 38/5 38/12 40/3 40/13 45/22 51/22 53/14 55/5 55/14 55/20 57/2 58/4
**non [1]**  44/13
**non-stop [1]**  44/13
**none [2]**  25/13 46/7
**noon [1]**  9/21
**normally [1]**  51/3
**not [54]**  7/15 7/20 8/7 8/7 9/9 9/14 10/2 11/4 13/23 14/4 16/1 18/10 18/21 18/24 19/3 19/12 22/6 22/11 25/3 27/21 31/25 32/12 32/13 32/24 34/2 34/4 37/7 37/9 37/14 38/12 38/16 39/2 39/6 39/18 40/3 40/25 41/6 41/7 42/10 45/12 46/10 47/3 47/11 48/18 48/21 50/5 50/23 54/13 55/7 55/13 55/15 59/4 59/18 60/7
**note [1]**  29/14
**notes [3]**  29/13 29/25 51/4
**nothing [4]**  9/4 29/2 40/10 52/5
**notice [1]**  33/18
**November [1]**  1/5 13/10
**November 8th [1]**  13/10
**now [26]**  6/1 11/1 12/15 14/21 15/6 15/18 15/22 16/8 16/12 16/25 18/10 19/16 21/23 25/11 25/22 28/23 30/13 31/23 32/9 41/1 47/16 50/22 52/15 59/16 61/7 62/9
**null [1]**  26/10
**number [17]**  15/23 19/24 20/16 20/17 21/8 29/7 33/4 36/12 36/19 36/20 36/24 40/7 41/25 41/25 42/1 45/2 45/7
**numerous [2]**  25/20 36/17
**NW [11]**  1/17 1/22 2/3 2/8 2/13 2/18 2/22 3/2 3/6 3/10 3/16

## O

**o'clock [7]**  9/17 9/19 59/17 59/20 60/12 61/17 62/7
**oath [2]**  5/14 6/14
**objection [3]**  23/12 23/13 33/7 33/8
**objections [1]**  57/3
**obligor [26]**  18/13 18/18 19/2 19/5 19/6 19/7 19/8 19/9 19/15 19/17 19/23 20/6 22/12 25/23 25/3 28/15 56/16 44/4 45/6 46/1 46/14 46/16 47/12 50/20 55/10 56/13
**observer [1]**  56/14
**obtain [7]**  14/22 15/19 15/25 29/12 29/16 29/18 38/22
**obtained [1]**  30/2
**obtaining [4]**  25/12 43/18 45/25 50/19
**obviously [3]**  8/24 25/7 61/3
**occasion [1]**  46/7
**off [7]**  8/25 34/14 52/17 54/22 60/4 61/16 61/20
**offer [1]**  8/3
**OFFICE [7]**  2/2 2/7 11/15 12/22 28/13 28/16 37/3
**officer [3]**  18/7 23/8 56/2
**official [2]**  3/15 40/23
**officially [2]**  49/19 57/1
**officials [8]**  20/21 20/22 21/14 21/20 25/18 31/19 45/18 46/5
**oh [3]**  5/7 10/11 30/20
**okay [62]**  5/15 6/11 10/4 11/16 12/25 13/9 13/20 14/2 14/15 14/18 14/20 15/5 15/12 15/22 16/25 17/11 17/14 18/1 18/10 19/9 21/15 21/20 22/16 23/2 23/20 24/3 24/4 24/20 25/11 25/22 26/20 27/4 27/25 28/4 28/6 28/23 29/1 29/4 30/13 30/20 31/1 31/10 31/23 34/15 37/17 38/4 39/3 39/9 39/24 40/1 41/8 41/14 41/15 41/22 42/3 48/10 49/12 51/1 52/9 52/12 52/15 61/24
**old [2]**  21/11 50/2
**once [10]**  8/20 30/2 30/13 30/16 30/21 37/10 42/19 51/1 52/11 61/5
**one [21]**  14/1 15/6 20/18 21/2 22/15 25/5 29/13 30/6 36/19 39/9 41/25 43/8 44/17 48/15 50/23 55/3 55/8 56/9 56/11 57/3 61/10
**ones [1]**  56/9
**only [7]**  13/23 30/4 41/2 41/16 44/16 59/4 61/14
**open [4]**  32/23 49/4 49/7 60/8
**opened [1]**  48/23
**opening [3]**  34/7 35/10 56/25
**operative [31]**  28/24 29/2 29/4 29/5 29/7 29/23 30/5 30/8 30/10 30/11 30/13 30/17 30/21 30/24 32/22 34/7 35/9 36/23 39/14 39/20 39/23 51/3 51/6 51/11 51/19 52/10 52/13 52/16 53/2 55/12 58/14
**opinion [6]**  29/18 29/19 37/7 37/9 37/11 54/19
**opportunities [1]**  25/10
**opportunity [1]**  9/8
**opposed [2]**  37/8 54/10
**opposition [1]**  8/17
**or am [1]**  8/18
**order [26]**  9/17 15/9 20/5 20/9 20/12 24/23 26/2 26/17 29/6 29/23 30/17 43/16 43/17 43/19 43/20 43/20 43/21 44/5 44/18 45/15 46/13 48/16 51/10 51/18 52/15 61/18
**ordered [1]**  60/7
**organizing [1]**  46/3
**original [3]**  25/8 52/1 58/12
**other [16]**  5/18 14/11 20/8 20/20 20/20 24/19 24/22 25/5 25/9 26/18 40/23 55/11 58/2 58/5 61/15 61/19
**other's [1]**  52/3
**others [2]**  20/19 22/1
**our [31]**  5/5 9/13 12/3 18/20 19/13 25/7 25/16 32/18 32/24 32/25 33/19 33/19

## P

**p.m [4]**  1/5 10/18 60/16 62/10
**page [11]**  6/12 22/23 22/25 24/3 24/5 28/4 34/15 41/9 41/10 41/11 58/21
**pages [2]**  22/24 33/13
**paid [4]**  6/10 15/16 47/2 47/4
**paragraph [1]**  34/16
**Pardon [1]**  17/23
**part [9]**  13/3 13/5 13/6 13/6 16/12 23/25 26/21 47/3 51/25
**participate [3]**  15/7 20/23 21/25
**participation [2]**  25/12 25/13 25/15
**particular [4]**  8/24 44/19 45/5 46/5
**particularly [1]**  6/9
**parts [2]**  23/21 23/24
**pause [2]**  48/10 59/14
**pay [3]**  7/8 7/13 47/1
**paying [1]**  6/3 6/22
**payment [1]**  29/13
**pedal [1]**  14/8
**Pennsylvania [5]**  2/18 2/22 3/2 3/6 3/10
**people [4]**  7/7 7/11 36/18 60/5
**per [1]**  52/13
**percent [2]**  6/4 6/23 58/24
**perhaps [4]**  42/21 42/24 50/14 57/14
**period [21]**  12/23 16/4 19/25 20/25 21/1 21/7 31/1 31/4 31/11 31/15 39/7 40/12 40/21 41/3 41/17 42/7 44/14 44/19 49/13 49/22 56/19
**permission [2]**  22/15 24/24
**permit [1]**  45/14
**permitted [1]**  50/23
**personal [1]**  28/22
**phonetic [1]**  58/17
**physical [1]**  17/12
**pick [1]**  27/19
**Pilzer [11]**  16/21 17/10 17/13 17/19 17/20 18/15 47/9 47/16 47/18 47/19 48/1
**place [5]**  25/17 32/20 34/4 54/9 55/23
**Plaintiff [1]**  1/4
**plaintiff's [6]**  8/17 22/17 23/15 33/1 33/5 33/10
**plaintiffs [3]**  1/15 4/3 8/16
**plan [4]**  15/6 15/12 15/16 42/14
**plane [1]**  61/17
**planning [1]**  11/4
**play [3]**  6/16 6/25 10/6
**played [3]**  7/3 10/15 10/24
**please [25]**  5/4 5/19 8/1 10/1 10/19 11/13 11/16 11/18 12/1 12/6 12/9 12/12 29/9 38/2 38/19 42/2 43/10 43/24 50/22 52/13 57/8 59/20 60/1 60/15 62/7
**PM [1]**  1/6
**point [15]**  10/13 18/16 30/23 30/24 39/14 44/8 47/13 48/2 48/8 48/20 53/1 54/22 58/11 58/13 59/14
**policy [1]**  33/23
**political [3]**  21/1 21/11 22/13
**Ponce [4]**  44/15 44/20 44/23 47/22
**portion [2]**  6/16 6/25
**position [8]**  13/18 22/10 33/19 33/25 34/4 38/15 53/7 53/15

197 19/8 19/9 19/15 19/17 19/23 20/6/1 22/12 25/23 25/3 28/15 56/16 44/4 45/6 46/1 46/14 46/16 47/12 50/20 55/10 56/13

**ourselves [1]**  50/5
**out [4]**  9/4 31/20 39/22 60/16
**outstanding [2]**  24/10 24/18
**over [7]**  19/24 21/23 22/4 22/8 43/16 43/20 60/1
**owed [1]**  51/16
**own [3]**  22/7 34/21 55/7

**P**

**positions [2]** 44/19 44/22
**possibility [1]** 10/3
**possibly [1]** 60/19
**potato [3]** 37/2 54/21 54/21
**potentially [1]** 34/24
**precedent [1]** 51/1
**predecessor [1]** 22/7
**prefer [2]** 27/5 27/8
**preliminary [12]** 16/13 16/15 16/17 16/25 17/4 17/7 18/8 20/1 24/11 24/13 44/2 56/6
**prepare [1]** 26/7
**preparing [1]** 38/25
**present [4]** 5/6 9/13 40/16 47/24
**presentation [1]** 20/3
**presented [2]** 9/4 58/18
**presents [1]** 9/7
**preserve [1]** 43/21
**president [8]** 13/1 13/9 13/19 16/22 39/8 39/9 47/19 51/7
**prestigious [1]** 57/11
**presume [1]** 53/23
**pretty [1]** 37/24
**previously [1]** 55/24
**primary [18]** 18/13 18/18 19/2 19/5 19/15 19/17 19/23 20/6 22/12 25/23 26/3 26/15 36/16 44/4 46/14 47/12 55/10 56/13
**printing [1]** 28/20
**prior [4]** 17/6 17/19 18/4 49/21
**private [1]** 14/22 14/25 49/4
**pro [3]** 26/7 45/1 45/10
**problems [1]** 31/21
**proceed [5]** 5/19 36/10 42/15 42/18 54/13
**proceedings [2]** 3/23 62/16
**process [25]** 18/11 18/24 18/25 20/12 20/22 20/23 21/2 26/2 26/18 26/22 28/20 29/25 34/10 34/11 39/22 40/10 42/16 44/1 44/7 44/8 44/11 47/11 56/5 58/13 61/4
**processing [1]** 18/8
**procured [1]** 13/25
**produce [3]** 18/17 19/13 44/2
**produced [2]** 3/23 18/25
**product [2]** 18/20 48/17
**products [1]** 32/18
**program [1]** 50/3
**programs [1]** 57/17
**project [36]** 13/20 14/16 14/18 14/22 15/7 15/13 16/9 17/2 17/7 20/24 21/16 21/24 21/25 22/2 24/21 25/4 25/6 33/22 33/22 34/2 37/13 37/15 38/5 38/9 38/10 41/6 41/6 42/6 42/6 42/10 49/25 50/7 53/21 55/2 55/3 58/13
**projects [32]** 13/23 13/25 14/13 15/11 18/5 21/2 21/17 28/17 30/14 30/22 32/4 39/13 40/6 43/14 49/21 51/24 52/1 52/4 53/20 53/21 53/23 54/24 55/4 55/5 55/6 55/9 55/18 55/23 57/20 57/21 58/12 58/12
**promised [1]** 53/2
**promissory [4]** 29/12 29/14 29/25 51/4
**proposing [1]** 51/20
**prospective [5]** 20/2 37/9 45/12 54/10 54/11
**prove [1]** 34/12
**proved [2]** 34/1 34/13
**proven [2]** 36/8 37/1
**provide [3]** 12/12 55/7 56/12
**provided [1]** 44/9
**provider [1]** 34/22

**previding [1]** 32/13
**publish [1]** 23/17
**pull [1]** 21/21
**pumps [7]** 13/21 13/24 13/25 14/6 14/8 14/8 14/13
**PURCELL [1]** 1/3
**purchasing [1]** 18/14 25/25
**purpose [9]** 9/9 24/7 28/11 31/16 31/18 33/17 33/18 47/24 48/1
**purposes [1]** 8/5
**pursue [1]** 50/7
**pursued [1]** 15/22
**push [1]** 44/17
**put [17]** 11/4 15/13 29/20 30/6 33/18 34/2 36/12 36/21 37/8 37/15 37/17 38/4 48/14 48/15 57/6 61/20 61/21
**putting [3]** 8/17 24/20 34/23

**Q**

**question [11]** 7/18 38/7 38/19 41/18 41/19 41/20 42/1 42/2 58/1 60/6 62/2
**questions [7]** 5/17 7/16 8/3 8/9 42/17 50/15 60/5
**quite [6]** 11/3 21/7 21/15 31/5 31/11 32/2
**quotes [1]** 58/21

**R**

**raise [1]** 11/18
**raised [1]** 43/9
**read [3]** 38/14 41/19 57/14
**reads [1]** 34/19
**realized [1]** 48/7
**really [6]** 8/16 35/21 37/18 46/7 50/11 62/1
**reason [3]** 22/2 32/13 54/1
**reasonable [1]** 49/6
**rebuttal [7]** 8/5 8/8 8/15 8/16 9/5 9/9 9/14
**recall [16]** 6/24 7/6 7/11 8/5 8/10 8/21 17/14 20/21 27/1 31/23 32/2 40/11 40/14 40/22 45/21 56/21
**recalled [1]** 10/3
**receive [2]** 12/15 12/18
**received [5]** 18/11 23/15 33/10 58/6 58/8
**receives [1]** 46/23
**receiving [1]** 18/4 25/22
**recess [4]** 10/16 59/16 60/1 62/9
**recognize [3]** 23/2 28/7 33/13
**recollection [2]** 40/19 41/15
**record [7]** 5/2 8/14 10/20 11/4 12/10 13/17 62/15
**recorded [1]** 3/23
**records [1]** 29/17
**REDIRECT [1]** 4/2
**referenced [1]** 47/16
**referred [1]** 55/1
**referring [3]** 5/8 5/11 51/23
**reflects [1]** 24/20
**refresh [1]** 41/15
**regard [1]** 39/11
**regardless [1]** 32/25
**Regina [9]** 18/2 23/8 24/16 44/1 44/9 47/10 55/24 56/1 56/2
**Regina's [1]** 47/13
**reimbursement [1]** 35/9
**rel [1]** 1/3
**relate [1]** 52/1
**related [2]** 51/24 52/2
**relations [3]** 13/4 13/6 39/10
**relatives [1]** 60/5
**relevance [1]** 50/11
**relevant [1]** 62/2

**reliable [1]** 34/22
**remain [1]** 17/6
**remains [1]** 8/10
**remember [5]** 5/4 17/15 28/8 28/11 31/5
**renewal [1]** 59/6
**reopened [2]** 48/8 49/18
**repayment [1]** 49/7
**rephrase [1]** 54/2
**report [3]** 58/20 58/22 59/5
**reporter [5]** 3/14 3/15 12/3 37/20 37/21
**reporters [1]** 5/5
**Republic [1]** 45/25
**reputation [2]** 34/21 34/22
**request [1]** 52/7
**requesting [1]** 24/16
**required [2]** 19/23 32/14
**requirement [2]** 43/25 56/12
**reside [1]** 12/13
**resistance [1]** 36/10
**resolved [1]** 54/16
**respect [3]** 45/24 49/15 56/8
**response [3]** 11/5 26/25 52/7
**responsibilities [2]** 56/4 56/5
**responsibility [2]** 19/12 19/13
**responsible [3]** 18/7 25/17 46/3
**rest [1]** 9/13
**restrict [1]** 50/15
**result [1]** 22/13
**resulted [2]** 13/21 35/10
**retained [1]** 47/4
**retired [1]** 37/6
**revenues [1]** 20/11
**review [1]** 28/10
**reviewed [1]** 49/3
**Rhoad [6]** 2/17 5/7 5/10 8/2 50/10 60/17
**right [43]** 5/13 5/13 7/25 8/11 9/15 9/23 9/23 9/25 10/11 11/13 11/16 11/19 12/6 14/15 14/20 14/20 15/5 18/1 23/2 23/17 24/7 24/25 24/25 25/2 25/11 28/4 33/4 33/9 34/1 34/5 36/6 36/6 36/7 36/8 37/8 38/15 38/17 42/9 42/13 50/5 57/5 61/10 61/14 61/23
**rise [1]** 62/8
**risk [2]** 49/4 49/9
**ROBERT [4]** 1/3 2/17 5/10 8/2
**role [6]** 25/11 30/14 30/22 38/25 39/19 45/23
**roles [1]** 45/4
**Room [3]** 1/18 1/23 3/15
**rose [1]** 55/6
**roughly [1]** 57/19
**routine [1]** 28/10
**RPR [3]** 3/14 62/14 62/21
**rrhoad [1]** 2/20
**rule [1]** 8/20
**rules [4]** 6/5 6/6 6/9 60/1
**Russell [2]** 2/7 11/14

**S**

**said [17]** 6/10 8/15 9/14 20/13 21/12 22/3 25/19 28/3 35/17 39/19 45/7 47/10 52/12 52/15 52/18 54/6 57/23
**sale [3]** 13/21 13/23 44/24
**sales [12]** 20/2 25/16 25/24 26/1 26/4 26/8 26/8 26/10 45/9 45/11 55/10 57/16
**same [1]** 26/18
**save [1]** 50/14
**saw [3]** 18/23 37/10 40/1
**say [19]** 5/9 9/11 10/8 14/15 15/22 15/25 21/13 21/15 21/23 31/4 37/19 40/18 42/9 43/17 46/21 47/6 51/12 53/24 54/12
**saying [2]** 12/4 35/4
**says [3]** 16/16 52/9 57/15

**scenario [1]** 34/24
**schedule [1]** 60/15
**scope [1]** 50/16
**scrambling [1]** 21/10
**seated [2]** 10/19 11/24
**second [5]** 23/25 28/4 34/15 50/21
56/14
**secondly [1]** 9/3
**Section [1]** 1/17
**sector [1]** 49/4
**see [10]** 10/12 26/2 27/1 41/18 46/5
59/20 60/4 60/5 60/15 62/6
**seek [1]** 16/8
**seeking [1]** 16/12
**seen [3]** 11/5 39/24 39/25
**selling [1]** 48/17
**sense [1]** 12/4
**separate [2]** 43/15 55/5
**separately [1]** 61/6
**September [2]** 13/1 58/14
**September 1981 [1]** 13/1
**September 27th [1]** 58/14
**series [1]** 29/12
**serve [5]** 15/12 18/13 19/5 19/17 25/23
**served [1]** 14/25
**service [1]** 29/25
**services [2]** 14/5 14/6
**Session [1]** 1/6
**set [2]** 14/1 25/5
**setting [1]** 25/17
**seven [3]** 20/18 20/20 55/6
**several [3]** 17/20 54/18 55/4
**shared [1]** 20/10
**she [13]** 18/11 18/21 18/22 18/23 18/24
18/24 32/16 47/10 56/10 56/11 56/11
56/13 58/18
**shift [1]** 22/14
**shipment [2]** 32/24 40/8
**shipments [3]** 39/21 40/9 55/20
**shipping [2]** 32/18 33/19
**short [2]** 18/22 34/25
**should [6]** 8/22 9/25 35/22 50/14 50/15
54/5
**show [4]** 22/16 27/4 33/1 41/8
**shuttling [2]** 36/18 44/13
**sic [2]** 50/16 60/25
**SIDEBAR [2]** 8/14 9/24
**sides' [1]** 11/9
**sign [1]** 29/22
**signature [1]** 31/8
**signatures [2]** 29/16 51/5
**signed [13]** 23/5 23/6 27/23 29/11 29/11
29/13 39/17 45/11 51/4 51/4 51/5 55/10
55/11
**simple [1]** 60/6
**simply [2]** 53/19 54/3
**since [4]** 29/25 32/21 37/3 59/3
**sir [3]** 10/1 11/16 50/25
**sit [1]** 14/9
**situation [1]** 54/14
**six [1]** 20/19
**skirmish [1]** 39/15
**Slightly [1]** 13/14
**slow [5]** 29/9 35/14 37/21 38/1 41/25
**small [9]** 51/25 57/12 58/2 58/2 58/6
58/17 59/2 59/7 59/10
**smoothly [1]** 60/11
**so [47]** 9/4 11/9 12/3 12/25 13/12 14/2
15/12 17/17 19/19 20/12 21/5 21/6
21/12 21/15 22/8 24/16 24/20 25/8
26/13 27/22 30/2 31/11 35/4 36/9 42/19
43/12 46/24 48/4 49/2 49/8 49/12 50/6

50/18 52/2 52/10 52/13 52/17 53/18
53/24 55/16 57/19 58/15 60/19 61/17
61/19 61/21 62/5
**solely [1]** 9/9
**solution [1]** 46/15
**some [15]** 6/1 9/17 10/3 18/16 22/3
36/10 39/25 50/14 51/25 51/25 59/24
60/13 60/14 60/24 62/5
**something [1]** 11/2
**sometime [2]** 16/19 30/12
**sometimes [2]** 44/16 44/16
**somewhere [1]** 52/19
**soon [1]** 46/17
**sophistication [1]** 48/21
**sorry [8]** 10/8 25/1 27/7 28/14 35/15
35/15 41/10 41/24
**source [8]** 20/8 26/12 26/17 26/18 46/13
46/19 46/21 55/9
**sovereign [2]** 49/4 49/9
**specific [2]** 21/17 49/16
**specifically [1]** 31/25
**specimen [2]** 29/16 51/4
**spell [1]** 12/10
**stake [1]** 35/18
**stand [2]** 8/25 11/17
**Standard [3]** 32/21 32/22 34/7
**standing [1]** 11/18
**start [13]** 5/4 9/17 9/18 12/25 14/18
15/18 21/6 22/7 28/2 41/12 60/20 60/20
60/20
**started [4]** 14/16 48/4 49/17 50/7
**starting [1]** 39/4
**state [33]** 12/9 12/12 17/7 18/4 20/2
20/6 20/18 20/18 21/10 21/11 21/14
22/11 22/15 26/14 26/11 26/16 32/4 32/9
35/20 40/6 42/5 42/9 43/14 46/18 46/22
47/15 47/16 53/20 54/24 55/2 57/20
57/21 58/12
**states [50]** 1/1 1/3 1/12 5/3 5/21 11/1
12/21 12/22 13/22 14/3 15/11 16/10
18/14 18/19 20/14 20/16 20/18 20/20
20/20 20/23 21/9 21/10 21/24 22/1 22/3
24/18 24/19 24/22 24/22 25/5 25/6 25/7
25/8 25/9 25/12 25/20 25/24 26/2 28/1
32/1 44/5 45/12 46/5 46/6 46/11 46/12
46/24 48/17 55/6 59/10
**statute [1]** 38/11
**stay [1]** 11/19
**stenography [1]** 3/23
**step [1]** 59/18
**stepped [1]** 10/5
**steps [2]** 19/4 59/22
**still [3]** 5/13 13/15 37/25
**stop [6]** 32/3 32/17 33/22 34/11 38/9
44/13
**stopping [3]** 32/24 33/19 38/10
**stream [1]** 20/10
**Street [5]** 1/17 1/22 2/3 2/8 2/13
**strike [1]** 52/3
**study [5]** 20/3 26/5 44/25 45/10 59/7
**sub [1]** 59/8
**sub-suppliers [1]** 59/8
**subject [6]** 8/5 8/10 8/21 17/3 34/23
42/18
**submitted [2]** 38/21 40/5
**submitting [2]** 17/6 38/25
**subsequently [1]** 16/8
**substitute [2]** 24/21 25/5
**substituted [1]** 22/1
**success [1]** 57/15
**successful [5]** 16/1 43/16 43/17 43/18
48/18
**such [3]** 6/6 16/1 35/1
**suddenly [1]** 21/10

**suggesting [2]** 38/8 38/8
**suggestive [1]** 37/4
**Suite [3]** 2/13 2/22 3/2
**Supplier [9]** 39/1 39/20 39/24 40/4 40/9
40/11 40/14 40/20 40/23
**Supplier's [3]** 38/22 39/16 40/8
**suppliers [4]** 34/9 35/16 59/8 59/10
**support [1]** 46/23
**supposed [2]** 30/4 51/2
**sure [7]** 9/6 11/3 11/11 11/25 24/6 25/3
61/18
**suspend [2]** 34/20 53/17
**sustain [1]** 59/1
**sustaining [2]** 57/16 58/23
**sworn [2]** 11/22 12/24
**syndicate [4]** 15/10 15/13 48/12 48/19
**syndicated [1]** 15/10
**syndication [5]** 15/10 48/3 48/6 49/9
49/18
**system [1]** 61/6

**T**

**tailor [1]** 61/7
**take [12]** 11/17 22/22 26/13 28/21 44/7
46/8 46/9 46/25 59/16 59/25 60/19 62/4
**taken [2]** 27/1 53/7
**taking [1]** 53/15
**talk [6]** 11/25 30/18 36/20 59/17 60/2
60/7
**talked [1]** 30/16
**talking [6]** 9/16 22/23 47/7 48/11 49/13
58/22
**tap [2]** 20/10 45/14
**task [1]** 51/18
**technical [1]** 29/5
**telephone [1]** 24/17
**tell [3]** 7/22 7/24 40/10
**tells [1]** 9/16
**ten [1]** 29/12
**term [4]** 24/14 29/5 52/22 57/17
**terms [9]** 8/16 17/3 27/6 31/6 42/6 50/11
52/22 58/23 60/14
**testified [3]** 6/1 11/23 24/9
**testify [1]** 10/4
**testifying [1]** 43/7
**testimony [11]** 6/25 10/2 10/6 37/24
59/19 59/24 60/9 60/19 60/21 61/19
61/25
**than [4]** 15/6 41/18 61/1 61/9
**Thank [7]** 7/4 7/24 10/4 14/10 59/12
59/21 61/12
**that [294]**
**that's [24]** 8/23 9/4 9/23 9/23 10/11
11/11 14/23 15/1 15/3 15/15 15/17
15/24 16/2 17/19 24/14 36/19 39/13
42/12 42/20 42/20 49/10 51/3 60/7
61/23
**their [24]** 20/10 20/11 26/14 29/21 34/12
35/7 35/9 35/17 35/25 36/1 36/1 36/3
37/16 45/4 45/15 46/23 47/3 52/20
52/24 53/12 53/25 55/7 59/4 59/6
**them [14]** 7/12 7/22 7/24 11/8 32/15
32/22 34/14 36/3 36/7 39/25 53/17
54/12 55/1 61/6
**themselves [1]** 45/13
**then [27]** 5/17 9/14 21/4 21/4 26/7 26/11
26/14 29/12 30/4 30/4 31/8 33/9 36/24
42/18 42/18 42/23 44/25 46/5 47/3 47/9
48/23 52/25 53/3 55/12 57/5 60/13
61/13
**there [55]** 5/16 5/17 6/6 10/3 10/16
13/24 14/6 14/6 14/7 14/7 14/7 14/8
19/24 20/16 20/18 20/25 21/8 22/3
23/21 27/25 28/3 29/7 30/6 32/19 33/6

**T**

**there... [30]** 34/2 34/10 36/10 36/12 36/13 37/3 39/16 40/7 40/9 43/8 44/13 44/17 45/7 48/10 49/6 50/21 51/15 52/21 53/17 54/8 55/14 55/17 56/20 57/2 57/14 57/24 57/25 58/1 58/5 58/6
**there's [4]** 9/4 23/11 33/8 60/9
**therefore [1]** 38/9
**Thereupon [1]** 11/20
**these [28]** 7/17 14/12 15/12 21/2 21/16 27/12 28/17 28/22 30/5 32/21 36/13 39/5 39/7 39/13 39/19 43/15 44/18 45/4 45/16 46/2 47/11 50/15 52/10 52/13 52/15 55/5 55/6 55/18
**they [66]**
**they're [1]** 31/21
**thing [1]** 22/8
**things [7]** 6/7 29/7 39/10 45/7 55/12 60/24 62/3
**think [14]** 5/11 14/9 35/21 42/16 50/10 50/14 54/6 54/25 55/1 59/14 60/22 60/23 61/8 62/5
**third [2]** 34/16 53/3
**this [84]**
**those [15]** 6/3 6/7 6/21 13/23 13/25 16/19 21/17 28/8 42/17 43/11 43/23 44/5 45/21 46/6 55/8
**though [1]** 59/24
**thought [2]** 51/17 60/17
**thousands [1]** 54/18
**threatened [1]** 35/5
**three [19]** 24/18 24/18 24/19 25/7 25/7 25/9 33/13 36/13 36/24 37/19 42/1 43/8 43/11 43/12 43/15 43/23 52/10 56/8 60/4
**threw [2]** 37/2 54/21
**through [9]** 6/15 6/18 13/25 15/19 21/15 26/18 28/20 35/6 50/4
**throughout [2]** 32/11 40/5
**throwing [1]** 7/20
**thrown [1]** 54/20
**time [46]** 10/20 15/4 16/22 17/14 18/2 18/17 18/22 18/23 19/25 20/25 21/7 22/14 26/19 28/21 30/3 30/23 31/11 31/15 36/17 39/7 39/14 40/1 40/8 40/12 41/3 42/14 42/21 44/8 44/14 44/19 47/13 47/19 48/8 48/20 49/13 52/21 53/22 53/24 55/17 56/19 58/14 59/13 59/25 59/25 60/13 62/5
**timeframe [1]** 47/7
**timeline [1]** 49/12
**times [2]** 37/19 49/16
**timing [1]** 9/16
**titled [1]** 62/16
**today [6]** 8/4 8/10 42/22 42/23 59/24 60/24
**together [10]** 11/9 15/13 19/20 21/16 21/18 21/21 24/21 44/16 48/14 52/8
**told [3]** 18/15 36/7 60/6
**Tony [1]** 44/15
**too [2]** 59/17 60/3
**took [13]** 19/19 19/21 20/12 20/19 22/4 22/10 25/17 27/22 30/3 33/24 38/15 44/8 47/6
**total [4]** 7/13 7/22 7/23 7/24
**tracked [1]** 37/4
**transactions [3]** 31/20 36/13 49/10
**transcript [3]** 1/11 3/23 62/15
**transcription [1]** 3/23
**transfer [1]** 24/18
**transferring [1]** 24/10
**travel [2]** 25/19 46/6
**traveling [1]** 18/22

**TRIAL [6]** 1/11 23/17 23/17 23/22 33/5 33/10
**tried [2]** 32/3 48/5 48/14
**trips [3]** 19/24 36/17 45/5
**true [9]** 14/21 18/10 19/3 19/11 28/23 32/3 33/21 41/1 42/5
**try [2]** 44/10 60/12
**trying [5]** 15/18 20/23 36/5 44/17 46/11
**Tuesday [5]** 59/20 60/15 60/22 61/19 62/7
**turmoil [1]** 22/13
**turn [2]** 28/4 35/12
**turned [1]** 47/10
**turning [2]** 34/15 49/10
**two [18]** 19/21 19/25 20/13 20/19 21/9 23/21 36/17 36/18 36/20 41/25 44/8 46/8 46/9 47/6 47/6 47/14 52/10 57/20
**two-year [1]** 19/25
**type [1]** 61/4

**U**

**U.S [12]** 1/16 1/22 2/2 2/7 3/15 11/15 15/16 17/2 27/14 27/15 32/7 50/4
**Uh [1]** 16/18
**Uh-huh [1]** 16/18
**ultimately [3]** 20/15 20/17 21/17
**under [10]** 5/14 6/14 30/1 32/19 36/7 37/1 50/2 53/9 53/13 58/25
**understand [6]** 8/8 8/19 9/2 38/17 38/19 50/13
**understanding [2]** 8/4 58/8
**understood [2]** 9/6 9/20
**undertaking [2]** 26/1 61/1
**undertook [1]** 19/4
**unequivocally [1]** 59/9
**UNITED [10]** 1/1 1/3 1/12 5/2 5/21 11/1 12/21 12/22 28/1 31/5
**University [2]** 12/16 12/19
**unleashed [1]** 54/17
**unless [2]** 18/11 26/16
**unprecedented [1]** 51/22
**unsuccessful [3]** 48/2 48/5 48/7
**until [11]** 9/21 18/11 18/25 40/16 40/18 43/1 44/9 47/11 47/13 49/18 54/21
**up [17]** 7/19 8/20 9/18 11/17 15/9 20/15 20/23 24/16 25/17 27/19 33/6 40/16 43/11 48/15 54/18 57/6 60/13
**us [22]** 15/18 17/20 18/15 19/21 25/19 36/13 36/17 36/22 37/6 38/18 43/23 44/13 44/17 45/3 46/4 46/6 46/7 48/12 50/22 59/3 59/7 60/7
**usdoj.gov [4]** 1/20 1/24 2/5 2/10
**use [1]** 9/5
**used [3]** 38/9 56/25 59/5
**user [1]** 22/11
**users [1]** 18/20
**using [2]** 31/21 57/16
**usually [1]** 37/19

**V**

**value [1]** 42/7
**variety [1]** 13/24
**various [4]** 15/11 25/18 32/10 46/5
**verbal [1]** 26/25
**versus [1]** 5/3
**very [13]** 8/13 12/24 22/5 25/18 35/5 37/20 37/20 37/23 54/14 59/21 60/8 60/8 62/1
**via [1]** 4/5
**vice [8]** 13/1 13/9 13/19 16/22 39/8 39/9 47/19 51/7
**vice-president [8]** 13/1 13/9 13/19 16/22 39/8 39/9 47/19 51/7
**video [6]** 10/6 10/10 10/21 11/3 61/14

**videotape [7]** 4/5 7/3 10/12 10/14 10/23 11/1 11/9
**view [4]** 53/12 54/4 55/3 55/3
**visit [1]** 31/1
**visited [1]** 25/20
**voice [2]** 11/3 12/5
**void [1]** 26/11

**W**

**Waid [3]** 28/12 28/15 28/21
**Wallace [1]** 1/21
**want [15]** 9/5 22/6 30/17 36/20 37/12 37/14 37/15 37/17 38/4 42/16 42/18 48/10 59/17 61/24 62/6
**wanted [7]** 6/5 9/6 9/12 22/7 33/21 38/8 46/12
**warn [1]** 10/1
**was [172]**
**Washington [17]** 1/4 1/18 1/23 2/4 2/9 2/14 2/18 2/23 3/3 3/7 3/11 3/16 12/16 17/12 17/21 27/19 31/2
**wasn't [4]** 26/24 35/25 42/5 53/19
**way [4]** 34/10 60/2 60/2 60/2
**we [141]**
**we'd [1]** 9/13
**we'll [1]** 42/25
**we're [6]** 5/2 8/3 10/6 10/21 43/12 54/13
**we've [3]** 11/5 42/16 42/25
**Wednesday [1]** 9/21
**week [9]** 9/17 9/18 17/17 17/18 18/22 47/10 60/10 60/12 60/14
**weekend [2]** 60/1 61/1
**weeks [1]** 54/18
**well [38]** 7/23 8/13 11/2 14/5 14/12 16/16 24/3 24/9 28/12 30/16 32/2 35/2 35/20 38/8 39/16 40/17 42/25 43/11 43/19 44/13 45/7 46/3 46/17 46/22 47/8 48/14 49/2 49/16 51/15 52/8 53/1 54/2 55/17 55/20 56/11 58/1 58/10 60/17
**Wellington [1]** 12/14
**went [5]** 21/15 37/3 52/10 52/17 54/17
**were [122]**
**what [77]**
**whatever [5]** 6/10 17/3 22/2 32/13 52/21
**when [39]** 5/4 6/20 8/15 9/16 14/18 15/18 17/19 21/5 22/3 22/4 30/10 30/23 34/13 36/10 37/23 39/14 39/19 39/21 39/23 43/7 43/17 44/8 45/21 46/21 47/6 47/8 48/11 49/8 49/17 49/18 51/12 52/21 54/15 54/15 55/21 56/14 57/21 58/16 60/20
**where [7]** 12/12 25/9 50/3 50/6 56/11 59/14 61/4
**Whereupon [3]** 10/14 10/16 10/23
**wherewithal [1]** 48/21
**whether [8]** 7/11 32/11 37/7 41/16 49/3 49/6 56/17 62/2
**which [23]** 19/3 19/14 22/11 28/20 29/5 29/19 31/12 34/1 34/2 36/25 40/1 41/2 41/10 41/16 46/11 48/2 49/5 52/4 53/17 54/8 56/9 56/9 59/2
**while [1]** 62/4
**who [14]** 16/6 16/21 17/9 21/9 28/12 28/13 28/16 44/13 45/1 47/21 53/23 56/1 58/17 61/16
**who's [2]** 31/20 47/18
**whom [2]** 16/3 23/7
**why [5]** 24/14 46/9 48/18 49/10 58/8
**will [19]** 5/16 5/17 8/21 9/21 10/5 12/25 49/4 52/9 59/20 60/5 60/11 60/11 60/13 60/19 60/22 61/10 61/13 62/2 62/6
**WILLIAM [4]** 4/7 11/1 11/21 12/11
**willing [1]** 21/24

**W**

**Wiseman [1]** 1/15
**withdraw [3]** 35/24 35/25 36/4
**withdrew [1]** 22/2
**within [1]** 17/17
**without [6]** 25/13 26/10 29/2 42/10 46/4
60/11
**witness [14]** 4/2 5/8 5/11 9/3 10/1 10/5
10/9 11/5 11/22 22/19 59/22 61/4 61/16
61/24
**witnesses [2]** 8/20 8/21
**won't [2]** 9/21 42/23
**words [2]** 20/8 61/19
**work [9]** 13/3 14/16 28/16 39/10 39/13
42/25 49/9 49/21 58/24
**worked [3]** 11/8 11/9 39/7
**working [6]** 12/25 13/7 14/18 16/4 21/2
39/6
**workshops [1]** 14/7
**world [2]** 32/11 49/2
**would [66]**
**wouldn't [1]** 7/23
**writing [1]** 44/4
**written [1]** 18/11
**wrong [1]** 8/18
**wrote [1]** 33/15

**Y**

**Yeah [5]** 19/10 36/3 37/12 40/17 54/17
**year [12]** 19/25 20/12 46/22 47/1 47/2
50/6 56/20 57/12 57/19 58/3 58/3 58/7
**years [16]** 7/19 7/19 13/13 15/23 19/21
20/13 36/17 36/19 44/8 45/2 46/8 46/9
47/6 47/15 48/4 57/20
**years' [1]** 47/6
**yes [68]**
**yet [3]** 24/1 57/1 60/9
**York [3]** 29/25 30/1 51/5
**you [216]**
**you'll [2]** 60/4 60/5
**you're [11]** 5/7 5/11 5/13 7/19 13/15
22/23 37/23 41/18 48/11 49/13 59/18
**you've [5]** 13/12 42/1 56/8 59/23 60/4
**Young [1]** 1/21
**your [59]** 5/4 6/8 6/11 6/11 6/16 7/1 7/6
7/11 8/2 8/7 8/7 8/9 8/12 8/17 10/2
10/25 11/7 11/13 11/19 12/2 12/4 12/5
12/10 13/3 13/17 22/18 23/10 27/1 27/4
33/3 33/8 34/15 35/15 37/22 37/24
37/24 38/12 41/8 41/15 42/3 42/12
42/15 43/2 49/24 50/13 52/13 55/3
56/24 57/4 58/8 59/13 59/19 59/21
59/25 60/10 60/20 60/23 61/15 61/23
**yourself [1]** 5/5
**yourselves [1]** 60/2

**Z**

**zero [1]** 21/7
**Zimbabwe [1]** 58/13
**zip [1]** 59/8