IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
*ex rel.* ROBERT R. PURCELL,

          Plaintiff,

      vs.

MWI CORPORATION,

        Defendant.
_____

CA No. 98-2088
Washington, DC
November 14, 2013
1:35 p.m.

Day 6

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:

David B. Wiseman, Esquire
U.S. DEPARTMENT OF JUSTICE
Commercial Litigation Branch
Civil Fraud Section
601 D Street, NW
Room 9032
Washington, DC 20004
(202) 514-0132
Fax: (202) 307-3852
david.wiseman@usdoj.gov

Elizabeth Wallace Young, Esquire
U.S. DEPARTMENT OF JUSTICE
601 D Street, NW
Room 9237
Washington, DC 20005
(202) 532-4311
elizabeth.young@usdoj.gov

Keith V. Morgan, Esquire
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530
(202) 514-7228
Fax: (202) 514-8780
keith.morgan@usdoj.gov


Beverly Maria Russell, Esquire
U.S. ATTORNEY'S OFFICE
Civil Division
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2531
Fax: (202) 514-8780
beverly.russell@usdoj.gov


Joseph J. Aronica, Esquire
DUANE MORRIS
505 Ninth Street, NW
Suite 1000
Washington, DC 20004
(202) 776-7824
Fax: 202-776-7801
jjaronica@duanemorris.com


For the Defendants:          Robert T. Rhoad, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
(202) 624-2545
Fax: (202) 628-5116
rrhoad@crowell.com


Alexina Guiomar Jackson, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Suite 1100
Washington, DC 20004-2595
202-624-2721
aljackson@crowell.com

Brian T. McLaughlin, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Suite 1100
Washington, DC 20004-2595
(202) 624-2500
Fax: (202) 628-5116
bmclaughlin@crowell.com

Charlotte E. Gillingham, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
(202) 624-2948
Fax: (202) 628-5116
cgillingham@crowell.com

Jason C. Lynch, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
(202) 624-2500
Fax: (202) 628-5116

Court Reporter:                    Lisa M. Foradori, RPR, FCRR
                                   Official Court Reporter
                                   U.S. Courthouse, Room 6706
                                   333 Constitution Avenue, NW
                                   Washington, DC  20001
                                   (202) 354-3269

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT |
|---|---|---|---|
| For the Plaintiffs: | | | |
| NEAL LANG | 5 | 38 | 52 |
| JUDITH ENNIS | 59 | 93 | 101 |
| EILEEN ZIMMER | 104 | 113 | |

1                    P R O C E E D I N G S

2            THE COURT:  We're back on the record in United

3   States versus MWI, CA 98-2088.

4   JURY ESCORTED INTO THE COURTROOM

5            THE COURT:  We're ready for our next witness,

6   please.

7            MR. MORGAN:  Good afternoon, Your Honor, Keith

8   Morgan on behalf of the United States.  We call Cornelius

9   Lang.

10           THE COURT:  This is the witness stand way up here,

11  please.

12           THE WITNESS:  Thank you very much.

13  Thereupon,

14                    CORNELIUS LANG,

15  the witness, having been first duly sworn, was examined and

16  testified as follows:

17           COURTROOM DEPUTY:  You may be seated.

18                    DIRECT EXAMINATION

19  BY MR. MORGAN:

20   Q.   Good afternoon, Mr. Lang.

21   A.   Good afternoon.

22   Q.   My name is Keith Morgan, and I represent the United

23  States in this matter.

24   A.   Hello, Keith.

25   Q.   Good afternoon.  Hello, Mr. Lang.

1          Can you state your name for the record and spell your

2    first and last name?

3    A.    Cornelius John Lang.  The first name,

4    C-O-R-N-E-L-I-U-S, John Lang, L-A-N-G.  I was very young at

5    the time and didn't have much to say about the name.

6    Q.    But you did do something about it as you got older, you

7    go by Neal?

8    A.    Yeah, my father was called Neal, and I was called Neal,

9    Jr.  But I'm the third.

10   Q.    And what do you do right now?

11   A.    I'm retired.

12   Q.    You're retired?

13   A.    Retired, trying to survive.

14   Q.    Retired.  And what was your last position of

15   employment?

16   A.    My last position of employment was information systems

17   director at MWI Corporation.

18   Q.    And that's Moving Waters, Incorporated?

19   A.    That's Moving Waters, Incorporated.

20   Q.    In Deerfield Beach, Florida?

21   A.    Deerfield Beach, Florida, that's correct.

22   Q.    And can you summarize your educational background

23   briefly?

24   A.    I went to college.  Well, I graduated high school in

25   Atlantic City, New Jersey, Atlantic City High School.  I

1   majored in business administration with a major in motor

2   transportation logistics, and a minor in accounting at

3   Tristate College in Angola, Indiana.  I got two things from

4   Indiana, a degree and a wife, and the wife was the better part

5   of the deal.

6      Q.   But you said your minor was in accounting, you're not a

7   CPA; is that correct?

8      A.   No, I am not a CPA, that's correct.

9      Q.   Now, you started -- came to work for MWI in the 1970s?

10     A.   1979.  Probably in March, I believe.

11     Q.   And what did you do right before you worked with -- for

12   them?

13     A.   I worked for a CPA firm, I was doing a little bit of

14   accounting, sales.  They were trying to build up their

15   bookkeeping business.  They had just gotten an IBM System 32,

16   and I was a noted expert in that particular piece of IBM

17   equipment in the area.

18         So basically, my job with them, I was bought out.  I

19   was with a firm that IBM recommended me to to run their 32

20   equipment and show them how to use it for accounting.  And

21   then this other CPA firm came in and bought them out, and they

22   bought me along with the computer.

23     Q.   And then you ended up moving to MWI, and Mr. David

24   Eller, he hired you; is that correct?

25     A.   Yeah.  I was doing missionary work as far as trying to

1    extend the customer base for this firm.

2    Q.   And when you say "missionary work," you're not talking

3    about in a religious sense, you're talking about sales?

4    A.   No, I was going out and selling the product --

5    Q.   Right.

6    A.   -- like we're selling the Bible, if the missionaries

7    are selling the Bible or the word, I was selling the company.

8    And their plan was to try to attend as many meetings of the

9    Kiwanis Club and the local Chamber of Commerce and so forth.

10   And we had a special offer, which was $50, we would come in

11   and evaluate your business to see if your firm could be

12   computerized.

13       And in Deerfield Beach, I went to the Deerfield Beach

14   Chamber of Commerce meeting at that time.  David Eller, who

15   was president of MWI Corporation, at the time it was M&W Pump

16   Works, was the president of the local chamber.  And after the

17   meeting we got to know each other, he shook my hand, and he

18   says, I got $50 for you, why don't you come down, I'd like to

19   computerize my business.

20       So I made an appointment and came in to see him.  And

21   he had a little, I don't know whether I'm showing my age, but

22   he had a TRS 80 laptop computer, which wasn't even a DOS level

23   computer, and he was thinking of putting his accounting on

24   that computer.  And I said, Mr. Eller, I said, that computer

25   is good for playing games and that's about it.  It's not the

1    type of equipment you need to --

2    Q.    And this was 1979?

3    A.    This was 1979, that's correct.

4    Q.    Okay.  And at that point, David Eller was president of

5    the Deerfield Beach Chamber of Commerce?

6    A.    Yes, he was.

7    Q.    And he made the decision to hire you at that point?

8    A.    Well, no, actually he hired me as an consultant, and as

9    an consultant my clock was ticking at a fairly high rate,

10   being that I was working for a CPA firm.  And I worked for him

11   for a couple of months analyzing his business and putting

12   together some of the things he would need to computerize the

13   company.  And one day he said, Neal, he says, your clock is

14   ticking for a pretty heavy price.

15   Q.    When you say your clock ticking, help me understand,

16   when you say clock ticking, that means you were billing a lot

17   of money?

18   A.    Exactly, just like an attorney.  Okay.  He asked me to

19   meet him after work and bring the family.  He had two sons at

20   the time, and he said, bring your wife and your two sons and

21   daughter, and we'll go to a movie, and you and I will sit and

22   talk while the children and the family go to the movie, it was

23   on a Saturday.  I said sure.

24        So we went to a movie in Boca Raton, and he and I sat

25   in the little cafeteria across from the movie and talked.  He

1   told me his life story, told me about how he wound up running

2   the company from his dad, the problems they went through,

3   about how the company was almost bankrupt, and how he pulled

4   it along and made it survive.  And he basically said, I'd

5   really like to have you on board, and he made me an offer, and

6   I said fine.

7           THE COURT:  And what's your next question, Mr.

8   Morgan?

9   BY MR. MORGAN:

10   Q.   And the position you obtained was controller; is that

11   correct?

12   A.   I came on board as controller, yes, as opposed to a

13   comptroller.

14   Q.   Okay.  In 1979 to 1983, you held this controller

15   position?

16   A.   I had the controller position.

17   Q.   And then you were replaced by Tom Roegiers as

18   controller?

19   A.   Well, what happened was the treasurer of the

20   corporation was Dave's mother, and she passed away.  And when

21   she passed away, Dave made me treasurer.

22   Q.   And that was in 1983?

23   A.   Yeah, that was in 1983.  And shortly after that, we

24   hired Tom Roegiers, who worked for the CPA firm that did our

25   taxes for the company, so I knew Tom, and I'd worked with him

1    on the books, and he was familiar with our company.

2         At the time Tom wasn't a CPA, but he had already taken

3    his exam, he just hadn't gotten the results of his exam.

4    Q.   And he took over the day-to-day, in 1983, of the

5    bookkeeping, so he was the one familiar with the books and

6    records as of 1983 going forward?

7    A.   I maintained the accounting system, the computer

8    system, and we had, by that time had gotten an IBM System 32,

9    and it was -- or actually System 34.

10   Q.   From 1979 to 1996, David Eller was your boss; is that

11   correct?

12   A.   That's correct.

13   Q.   Now, there came -- when you got to MWI, you got a

14   passport; is that correct?

15   A.   Yeah, for the first time in my life in 1979, Dave said

16   you're going to need to go down and take a look at about why

17   we're having problems getting payments from a job in Guyana,

18   South America, British Guyana.  And I said, well, okay, well,

19   I don't have a passport.  And I went and got a passport.  I

20   went up to visit the -- the project was a World Bank project

21   so I went up to the World Bank and --

22   Q.   And that's here in Washington, D.C.; is that correct?

23   A.   That's correct.  And Dave told me while I was up here,

24   why don't I go by and stop in and talk to the Ex-Im Bank and

25   see if they would finance things and so forth.

1   Q.   You didn't need the passport to come up here?

2   A.   No, no, I didn't.

3   Q.   You came here, and when you're at the World Bank, you

4   went to the Ex-Im Bank to generate business for MWI?

5   A.   To see how, you know, whether they could help us to do

6   business.

7   Q.   Okay.  And again, when you say help you, that meant

8   finance?

9   A.   Finance projects for us in the third world, yes.

10   Q.   Give you money, give MWI money; is that correct?

11   A.   No, not give MWI, giving our customers money to buy

12   equipment.

13   Q.   Okay.  And Ex-Im Bank said not interested in 1979 --

14   Ex-Im Bank said they were not interested in financing the

15   water pumps in 1979?

16   A.   That's correct.

17   Q.   So, are you familiar with work in Nigeria that MWI was

18   performing?

19   A.   At the time I wasn't.  I found out very quickly.

20   Q.   Very quickly in the early '80s, there were projects

21   that MWI was doing --

22   A.   That's correct.

23   Q.   Let me finish.

24           THE COURT:  Mr. Lang, please, just listen to the

25   question.  Let Mr. Morgan finish his questions, and then you

 1 | answer them.  The court reporter cannot take it down when the

 2 | two of you are talking.

 3 |         THE WITNESS:  I'm sorry.

 4 |         THE COURT:  Mr. Morgan, go ahead, please.

 5 | BY MR. MORGAN:

 6 |   Q.   In the early 1980s, MWI was involved in projects in

 7 | Nigeria; is that correct?

 8 |   A.   Yes.

 9 |   Q.   And in that 1980 to 1985 time period, Ex-Im Bank wasn't

10 | involved in those projects; is that correct?

11 |   A.   That's correct.

12 |   Q.   Now, there did become a time when Ex-Im did get

13 | involved in projects, MWI projects in Nigeria, is that

14 | correct, after 1985?

15 |   A.   That's correct.

16 |   Q.   And it was what's called River Basin Project?

17 |   A.   Yes.

18 |   Q.   And so it was the purpose of getting Ex-Im involved

19 | again was to finance the job so it would get -- be able to

20 | sell your pumps; is that correct, sell MWI pumps?

21 |   A.   To be able to sell larger projects, yes.

22 |   Q.   To make more money for the company?

23 |   A.   Make more money for the company and make the projects

24 | more logical for customers.

25 |   Q.   Now, you know a gentlemen named Alhaji Indimi; is that

1  correct?

2  A.   Yes, I do.

3  Q.   And you -- he had a relationship with MWI in the early

4  1980s; is that correct?

5  A.   Yes, I believe somewhere around '82 or '83.

6  Q.   And at that point in time you were -- in 1982, you were

7  responsible for the books and records of MWI; is that correct?

8  A.   That's correct.

9  Q.   And during that period, Mr. Indimi, you knew he was

10  receiving a commission; is that correct?

11  A.   Yes.

12  Q.   But he was also receiving other things from MWI, for

13  instance, they were sending over cars?

14  A.   He was receiving a commission.  He would instruct us to

15  use the commission to purchase a car, purchase a television

16  set, or something that he would like to have shipped to

17  Nigeria.

18  Q.   And MWI would purchase it and then ship it to Nigeria?

19  A.   Off his commission.

20  Q.   And you would help him purchase an airplane; is that

21  correct?

22  A.   Eventually, yes.

23  Q.   It was Jet Star airplane?

24  A.   Yes, it was a Jet Star airplane.

25  Q.   And you helped him set up a company to do that?

1    A.    Yes.

2    Q.    And where was that company located?

3    A.    That company was located for insurance reasons in

4    Bermuda.

5    Q.    Bermuda or --

6    A.    Not Bermuda, oh, boy.  Not the Bahamas.

7    Q.    Would it be Cayman Islands?

8    A.    Cayman Islands, excuse me, I'm sorry.  A lot of water

9    over the damn since then.

10   Q.    We'll get to that.  But in 1982, you knew he had these

11   relationships where he was getting cars, he had financed the

12   airplane, he was getting commissions.  He would also get

13   advances, cash advances on his commission; is that correct?

14   A.    That's --

15        MR. McLAUGHLIN:  Object to that predicate and the

16   state of the testimony.

17        THE COURT:  The objection is overruled.  Go ahead.

18   BY MR. MORGAN:

19   Q.    Several hundred thousands sometimes in cash advances?

20   A.    Depending on the commissions earned on a particular

21   project, yes, it could easily have been a couple hundred

22   thousand dollars.

23   Q.    And you actually met Mr. Indimi; is that correct?

24   A.    First time I had met Mr. Indimi would have probably

25   been right around 1983.

1    Q.    And that was in Nigeria?

2    A.    I believe I first met him in Boca Raton.

3    Q.    But then later you also met him in Nigeria; is that

4    correct?

5    A.    That's correct.

6    Q.    And you were one of the -- there were several -- who

7    else was at MWI in 1983 in terms of working with Mr. Indimi?

8    A.    We had a team that worked Nigeria specifically, that

9    was made up of myself, Juan Ponce, Bill Bucknam, Tony Dzegede,

10   and David Eller at times.

11   Q.    But David Eller was -- he was the boss of all the

12   people you named?

13   A.    He would make trips with us too.

14   Q.    But he was a supervisor, or the boss of all the people

15   you named?

16   A.    Yes, he was the president of the corporation.

17   Q.    But you also had an opportunity to meet Mr. Indimi in

18   Nigeria; is that correct?

19   A.    That's correct.

20   Q.    And that would have been in the same 1983, 1984 time

21   period?

22   A.    In that area, yes.

23   Q.    1983, 1984 time period?

24   A.    Yes, in that time period.

25   Q.    And during the time, in that time period when you

 1  observed Mr. Indimi, you observed him with large quantities of

 2  cash; is that correct?

 3  A.  I'm not sure I know how to answer that.  I don't

 4  understand the question, large quantities.

 5  Q.  You observed Mr. Indimi with cash in suitcases?

 6  A.  I've never noticed him with cash in suitcases, maybe a

 7  briefcase, but not a suitcase.

 8  You're talking about when I first met Mr. Indimi.

 9  Q.  Did there come a later time when you observed Mr.

10  Indimi with suitcases of cash?

11  A.  I've never really observed Mr. Indimi with a suitcase

12  full of cash.

13  MR. MORGAN:  Your Honor, I refer to Mr. Lang's

14  deposition, Page 115, Lines 20 through 25, continuing over to

15  Page 116, Lines 1 through 3, and I request permission to play

16  that.

17  THE COURT:  What are you --

18  MR. MORGAN:  I want to play that clip.

19  THE COURT:  That's fine.

20  (Videotape played.)

21  BY MR. MORGAN:

22  Q.  Now, there also came a time, Mr. Lang, when Mr. Indimi

23  specifically alluded to you that he, Mr. Indimi, paid bribes?

24  A.  They explained to me that he had expenses, cash

25  expenses.

1          MR. MORGAN:  Your Honor, I want to play for the

2    witness Page 118 of his deposition, Lines 19 through 22.

3          MR. McLAUGHLIN:  Your Honor, I would --

4          THE COURT:  Please come to the mic.  Is there an

5    objection or what?

6          MR. McLAUGHLIN:  I would simply move to, under Rule

7    32(a)(6), to have a more complete portion of the transcript

8    played for context.  If the party offers in evidence only part

9    of the deposition, an adverse party may require the offerer to

10   introduce the other parts that in fairness should be

11   considered with the part introduced, and I have a motion

12   concerning pages at that time.

13         THE COURT:  Does the Government have a position on

14   that?

15         MR. MORGAN:  Yes, Your Honor, I believe the portion

16   that I request playing is just the question and answer

17   directly what I just asked.  If he -- that is the full answer

18   to the question, you don't play the full deposition at this

19   point.  It is -- I ask the question and I get to play that

20   position -- that part that's directly related to the question

21   I asked.

22         THE COURT:  So are you now done with this part of

23   the deposition?

24         MR. MORGAN:  He hasn't played it -- we haven't

25   played that portion yet, which is in response, which is

1   related to the question that I asked.  He wants to play more,

2   as I -- my understanding is defense wants to play more, but I

3   think I'm entitled to play the portion that relates to the

4   question.

5           THE COURT:  You are.  Objection is overruled.

6       (Videotape played.)

7   BY MR. MORGAN:

8     Q.   Now, Mr. Lang, are you familiar with something called

9   the eight state project in Nigeria that MWI performed?

10    A.   I'm familiar with the seven state project, yeah.

11    Q.   Was that seven state project, was it referred to as an

12  eight state project or a seven state project?

13    A.   Seven state projects with eight projects, comprised of

14  eight projects.

15    Q.   Within MWI, it was referred to as the eight state

16  project; is that correct?

17    A.   I referred to it as seven state projects.

18    Q.   So seven state projects.

19          MR. MORGAN:  Exhibit 89, it's been -- I think

20  there's no objection to it, Plaintiff's Exhibit Number 89?

21          MR. McLAUGHLIN:  It's been admitted.

22          MR. MORGAN:  It's been admitted.

23  BY MR. MORGAN:

24    Q.   Are you familiar with that document?

25    A.   I've seen it before.

1    Q.    Didn't you prepare that document?

2    A.    I believe I did, yes.

3    Q.    And at the direction of Mr. Eller; is that correct?

4    A.    I think I prepared this document on my own.

5    Q.    I want to go to the chart on Page 20419.  Do you see

6    that chart?

7    A.    Yes.  It's a little difficult to see.

8    Q.    We're going to -- does this chart relate to the -- an

9    eight state project in -- the seven state project, I'm sorry,

10   in Nigeria?

11            THE COURT:  Excuse me a minute.  Would you find it

12   easier if you got a paper copy of that chart?

13            THE WITNESS:  It might be, yes, please.  The eyes

14   aren't as good as they used to be.

15            MR. MORGAN:  May I approach, Your Honor?

16            THE COURT:  Yes, you may.

17   BY MR. MORGAN:

18   Q.    You prepared this document in 1994?

19   A.    It appears as though I did.

20   Q.    Now, this document summarizes the seven state project;

21   is that correct?

22   A.    That's correct.

23   Q.    And it includes the total amount, including what Ex-Im

24   Bank financed and what the individual states financed as a

25   down payment, is that correct, on the left side at the top?

1    A.    That's correct.

2    Q.    And on the right side of the document, it summarizes

3  the commission percentage first that was paid on this

4  particular project; is that correct?

5        You can look at the screen, I think it's been

6  highlighted there.  It might be --

7    A.    It states the down payment paid, down payment unpaid,

8  commissions due and commissions paid.

9    Q.    What's the percentage of commission?

10   A.    36.6 -- 36.5.

11   Q.    And you prepared that document, including that 36 and a

12  half percent commission?

13   A.    The 36 percent commission was probably a function of

14  the total commission divided by the total value of the

15  projects.

16   Q.    And that commission was going to Alhaji Indimi; is that

17  correct?

18   A.    That's the intention, yes.

19   Q.    And that total amount is 27,907,868; is that correct?

20   A.    That's correct.  According to this sheet, yeah.

21   Q.    That you prepared?

22   A.    Yes.

23   Q.    In 1994?

24   A.    That's correct.

25   Q.    Now, you're familiar with -- you can put that document

1    aside for a moment.   Thank you.

2          In this seven state project, in order to get the Ex-Im

3    Bank funds, you had to -- when you shipped the product from

4    MWI to Nigeria, you had to submit certain documents to the

5    Export-Import Bank, including a Supplier Certificate; is that

6    correct?

7      A.   That's correct.

8      Q.   And you're familiar with the shipping process, that was

9    part of what you did at MWI; is that correct?

10     A.   That's correct.   I was very involved with creating the

11   paperwork for shipping.

12     Q.   Including preparing the Supplier Certificate?

13     A.   That's correct.

14     Q.   And on the seven state project there were regular

15   Supplier Certificates signed over the course of the project?

16   Supplier Certificates -- I'm sorry, that was my fault.

17         Supplier Certificates prepared and shipped as part of

18   the shipping in order to get the funding on the seven state

19   project; is that correct.   It wasn't just one, there was

20   several, is that correct, Supplier Certificates?

21     A.   Each shipment for each project required a separate

22   Supplier's Certificate.   I'm not sure of the total number of

23   shipments, but the minimum would have been if we shipped all

24   the project at one -- each of the projects at one time would

25   have been eight separate certificates.   I know it was more

1   than that because many of the projects took several shipments.

2   Q.   Several shipments.  And each time a Supplier

3   Certificate would be prepared?

4   A.   That's correct.  For just that portion of the project.

5   Q.   Just that portion that you were shipping?

6   A.   That's correct.

7   Q.   And look at -- it's an exhibit that's been admitted,

8   Exhibit 284.  Can you see that, is that a Supplier

9   Certificate?

10  A.   It looks like one, yes.

11  Q.   And these are the types of Supplier Certificates that

12  were prepared during the time you were at M&W Pump for the

13  seven state project?

14  A.   It sure looks like it, yes.

15  Q.   Now, there did come a time when you signed some of the

16  Supplier Certificate; is that correct?

17  A.   It looks like I signed the one that's on the screen.

18  Q.   And that's -- is that your signature on the second page

19  of that exhibit?

20  A.   That's correct.

21  Q.   That's your signature?

22  A.   Not a very good one, but that was my signature.

23  Q.   Okay.  And how much are you certifying with this

24  shipment, how much are you requesting or is being certified

25  with this particular shipment?

1   A.   Well, I'm requesting a payment of the amount that's on

2   the line there, it's very difficult to read, but -- there we

3   go, $3,029,072.

4   Q.   And of that amount, the commission payment to Mr.

5   Indimi would be applied to that $3 million; is that correct?

6   A.   A portion of it, yeah.

7   Q.   So he would get roughly a third of that $3 million?

8   A.   No, he wouldn't.

9   Q.   How much would he get?

10   A.   He would have -- this is the net amount of the

11   shipment. This shipment actually in actual value, this

12   represented 85 percent of the value of the actual goods being

13   shipped.  The 15 percent was part of the down payment.  He

14   would have gotten a -- his commission would have been applied

15   to both, the down payment and the financed portion.

16   Q.   So his commission would be applied to this $3 million?

17   A.   Yes, so that when you're looking at that commission you

18   pointed me to before, that was the commission of not just the

19   Ex-Im Bank finance portion, it was of the whole project,

20   including the down payment.

21   Q.   Including that 15 percent?

22   A.   Down payment, that's correct.

23   Q.   And the 85 percent of the full -- of the Ex-Im Bank

24   money; is that correct?

25   A.   Yes.

1    Q.   Can you look at Bates stamp 4565 of Exhibit 284?

2    A.   Help me out here.

3    Q.   He's going to -- it's going to come up on the screen.

4    Tim is going to help us out, help both us out.

5         So to be clear, Mr. Indimi is getting a commission --

6    excuse me, before we look at the document, Mr. Lang, Mr.

7    Indimi is getting a commission on the 85 percent from the

8    Export-Import Bank and the 15 percent from the states; is that

9    correct?

10              MR. McLAUGHLIN:  Objection, asked and answered.

11              THE COURT:  Overruled.

12   BY MR. MORGAN:

13   Q.   You can answer.

14   A.   Oh.  Yes, that's correct.

15   Q.   Okay.

16   A.   He's getting paid, his commission was based on a

17   hundred percent of the sales value of the total project.

18   Q.   Okay.  Now, looking at this document, did you sign this

19   particular Supplier Certificate?

20   A.   Yes, I did.

21   Q.   And how much is involved in that?

22   A.   Can you make it bigger?

23   Q.   He's going bump it out in a minute, on the first page.

24   A.   Okay.  It looks like this particular shipment was for

25   $317,483 even.

1    Q.    And Mr. Indimi's commission would be paid, was it 85

2    percent?

3    A.    Of his commission would have been applied to that.   In

4    addition, there would have been a 15 percent down payment

5    already paid that Indimi already would have been paid his

6    15 percent on.

7    Q.    So he got a hundred -- he got a hundred -- of the

8    hundred percent of the deal, he got his full 30 -- 35?

9    A.    Of the hundred percent of the value of the equipment

10   sold, he got his commission based on that.

11   Q.    Can you go to Bates, I think it's 1888 of Exhibit 284.

12   Did you sign that document?

13   A.    It appears as though I have, yes.

14   Q.    Yes, so these three Supplier Certificates you signed?

15   A.    It looks that way, yes.

16   Q.    And how much is on that particular one?

17   A.    Could you bring it up?

18   Q.    He's going to bring it up.

19   A.    $1,768,637 even.

20   Q.    Okay.   Now, at this point, this was in -- what is the

21   date that you signed that Supplier Certificate?

22   A.    6/15/94.

23   Q.    June 15th, 1994, and that was sometime into the seven

24   state project; is that correct?

25   A.    Yes, it was.

1    Q.    It had been ongoing for about two years at that point?

2    A.    Yes, it had.

3    Q.    And so other officers at MWI had been signing Supplier

4    Certificates too?

5    A.    Yes.

6    Q.    And Mr. -- including Mr. Eller?

7    A.    Yeah, typically either Tom Roegiers or David Eller

8    would sign them.

9    Q.    And it was a routine, if they were out, then you would

10   sign in their place?

11   A.    Exactly.

12   Q.    And the key thing at this point was you wanted to get

13   the Supplier Certificate out, this information out so you

14   could get the payments; is that correct?

15   A.    Exactly correct.  There's a time between having the

16   shipment go and getting paid that's very critical, and in that

17   time period all the documents needed to be completed and sent

18   to the bank.

19   Q.    Now, at this point, this is 1994, it had been 11 years

20   since you were involved in the day-to-day books and records of

21   MWI?

22   A.    Well, not full-time in the books and records.  In the

23   early part, yes.  Later on I was doing more finance stuff,

24   like working with the banks and --

25   Q.    So by 1994, you were not doing the day-to-day --

1    A.    Day-to-day books, no, I wasn't doing bookkeeping or any

2  kind of bookkeeping function.  I was still assisting with the

3  accounting system from a IT --

4    Q.    Technical standpoint?

5    A.    -- standpoint, but just to make sure it was cared

6  and --

7    Q.    But the actual numbers, you left that --

8    A.    The actual numbers, Tom had taken over those duties.

9    Q.    Now, at this point, and focus on 1994, you had had

10  regular contact with the Export-Import Bank starting in 1979;

11  is that correct?

12    A.    1979, when I went to the Export-Import Bank, they told

13  me that because we were selling pumps, it wasn't likely that

14  they would finance our project.

15        Now, if we had been selling Boeing airplanes to

16  Nigeria, then we would have had no problem.

17    Q.    They weren't interested in your pumps?

18    A.    They were not interested in selling pumps, they were

19  interested in selling Boeing airplanes.  Of course, the people

20  in Nigeria needed pumps, they didn't need Boeing airplanes.

21    Q.    They needed pumps; is that correct?

22    A.    Yeah, because it's an agricultural economy over there.

23    Q.    Okay.  In 19 -- by 1994, you knew Regina Brown; is that

24  correct?

25    A.    Yes, I did.

1    Q.   And what was her position?

2    A.   She was a high level secretary, very pleasant, very,

3  very nice woman.

4    Q.   She was a loan officer; is that correct?  Was she a

5  loan officer?

6    A.   She could have been a loan officer.  She wasn't one of

7  the executives of the bank, but she was very high up, and she

8  was responsible for the Nigerian, the African market.

9    Q.   Now, you even considered Ms. Brown a friend; is that

10  correct?

11   A.   I did, very much.

12   Q.   Yet in 1994, when you were signing these three Supplier

13  Certificates, you didn't speak to anyone at the Export-Import

14  Bank; is that correct?

15   A.   I can't say yes or no.

16        MR. MORGAN:  Your Honor, I'd like to play Page 231

17  of his deposition, Lines 11 through 14.

18     (Videotape played.)

19        MR. McLAUGHLIN:  I just want to object again, he's

20  inserting testimony, it's not for purposes of impeachment.

21        THE COURT:  You're going to have your opportunity

22  to put it in.

23  BY MR. MORGAN:

24   Q.   But you may have spoken to Mr. Ponce about disclosing

25  Indimi's commission on the Supplier Certificate?

1    A.   I don't recall.

2    Q.   You recall your deposition -- let me get the page

3    number.

4         MR. MORGAN:   One second, Your Honor, Court's

5    indulgence.

6         Page 228, lines 17 through 21, we'll play that

7    portion.

8       (Videotape played.)

9  BY MR. MORGAN:

10   Q.   Now, you may have also had discussions with Mr. Eller

11   about disclosing Mr. Indimi's commission on the Supplier

12   Certificate?

13   A.   Possibly.  On the same basis of Mr. Ponce.

14   Q.   Now, you're familiar with someone named Warren Glick,

15   is that right, he was an international lawyer?

16   A.   That's correct.

17   Q.   And he was someone that worked with MWI going back into

18   the 1980s?

19   A.   I'm --

20   Q.   I'm sorry.  He was someone that worked with MWI, was

21   MWI's outside counsel.  Mr. Bucknam was inside counsel, Mr.

22   Glick was outside counsel for MWI in the 1980s?

23   A.   We used him periodically, he wasn't a, you know, on a

24   fee basis counsel.  We would use him and pay for his

25   assistance as we needed him.  He wasn't on call.

1   Q.   He didn't work in the office like Mr. Bucknam did?

2   A.   No, he didn't work in the office like Mr. Bucknam, but

3   by the same token he wasn't a paid consultant on our tab all

4   the time.

5   Q.   But you paid him when you needed legal work?

6   A.   When we needed specific legal advice.

7   Q.   And in 1994, when you were signing the three Supplier

8   Certificates, he was a lawyer for MWI, and he had done work

9   for MWI?

10  A.   He was requested to.

11  Q.   He had done -- okay.  At that point he had been paid

12  and requested to do work for MWI?

13  A.   Yes.

14  Q.   Yet --

15  A.   Specific matters.

16  Q.   Specific matters.  Yet, he was not -- you didn't talk

17  with him and consult with him about signing the Supplier

18  Certificate in 1994?

19  A.   I don't recall talking to him about it.

20  Q.   Now, going back to the admitted Exhibit 89, which is

21  the document that you prepared.  It's the document that you

22  have, I'm going to call it up, going back to the -- going back

23  to the first page of that document.

24  A.   Okay.

25  Q.   Now, what was going on here?  This was done in 1994, is

1   that correct, in September, in the fall of 1994?  I think

2   maybe the date on the top of the page?

3      A.   I don't see a date on the cover.

4      Q.   On the second page, the top of the second page.

5      A.   Yes.  Most likely it was prepared October 6th.

6      Q.   And what was going on is that at this point MWI pumps

7   had been shipped from Florida to Nigeria; is that correct?

8      A.   That's correct.

9      Q.   And the production was a mess; is that correct?

10     A.   A certain portion of the equipment had to be

11  manufactured or put together or assembled in Nigeria.  MWI,

12  under a different Ex-Im Bank project, had, under agreement

13  with the Ministry of Agriculture, put a plant in Nigeria to

14  service and equip and supply pipe and so forth to these

15  various projects that they had in Nigeria.

16         So we went in partnership with Alhaji Indimi and built

17  a plant in Maiduguri to do those things.  And the purpose of

18  the plant was to find local work.  We were very interested at

19  the time of getting involved in rural water schemes, village

20  hand pumps and so forth.

21         We couldn't compete with the Indian pumps that were

22  being imported because we couldn't produce them in the states

23  for the same price, so we were going to produce that type of

24  equipment in --

25     Q.   Then there would be know U.S. jobs in this plant, this

1   would be Nigerian jobs; is that correct?

2   A.   Yes, that's correct, it would be Nigerian employees and

3   staff and so forth.  I probably was the only Nigerian

4   employee, I was the financial controller.

5   Q.   You misspoke, you were the only American?

6   A.   Only American employee.  I was the financial

7   controller.

8   Q.   And just to be clear, Mr. Indimi, Alhaji Indimi was

9   involved in setting this up?

10  A.   Yes.

11  Q.   In setting this up, this was to get money from the

12  states to put the projects together, this was the pumps

13  together in Nigeria; is that correct?  The pumps that were

14  part of the seven state project?

15  A.   It's like any joint venture, the partners put money up,

16  and we put money up and he put money up, we build a plant.

17  The plant from then -- therefore would sell projects and the

18  company in the United States would supply the raw materials,

19  and they would do the assembly and manufacturing there of

20  certain equipment, not all equipment.

21  Q.   But they would sell it there and then get more money

22  for Indimi and for MWI; is that correct?

23  A.   Exactly, hopefully be profitable.

24  Q.   But the relationship here is now they're shipping the

25  pumps from the seven state deal, and they're not being put

1   together; is that correct?

2   A.   Yes, some of the pumps, not all of the pumps, but some

3   of the pumps, particularly the rural water pumps, were shipped

4   as kits, and the kits were going to be assembled at the plant

5   in Maiduguri.

6   Q.   And at this point that's a complete mess, not taking

7   place, and you're going over to clear it up?

8   A.   It was not happening as we would hoped it would happen.

9   A big part of the problem, what we did --

10   Q.   When you say "we," do you include David Eller in that?

11   A.   I'm talking about the corporation, when I say "we," I'm

12   talking corporately.

13   Q.   Okay.

14   A.   Corporately we were expecting the states to be as

15   efficient as the federal government when it came to clearing

16   goods at ports, making the projects go.  We soon found out

17   primarily because there had been a number of coos in Nigeria,

18   there had been a change of administration, and the state level

19   governments now were being changed from being run by the

20   military to civilian leadership.

21        Well, it turned out that the civilian leaders of these

22   states just weren't equipped with the background or education

23   or --

24   Q.   But, but --

25   A.   -- or experience to handle these projects.  And all of

1   a sudden we realized we had a crisis, and that's what this --

2   Q.   But the pump --

3   A.   And that's what developed.

4   Q.   But at this point instead of taking a few years, this

5   is just like getting a vacuum cleaner delivered to you, and it

6   looks like great in the store, but when you get it, it doesn't

7   work anymore?

8   A.   It doesn't work, and you don't know how to assemble it.

9   Q.   And that's what you had delivered --

10  A.   We knew how to assemble it -- we knew how to assemble

11  it, we had a plant there to do that.  This whole document was

12  to see how can we get funds to get that done, at the least

13  possible cost at the quickest possible time.

14  Q.   To get additional funds; is that correct?

15  A.   Excuse me?

16  Q.   Additional funds?

17  A.   No, the funds were the funds.  That was -- the total

18  funds were what was available in the project.  That's the

19  reason the analysis takes into account everything, the down

20  payments, the portion financed and so forth.

21  Q.   And can you look at Page 2399 of that document?

22  A.   2399.

23  Q.   Yeah.

24  A.   2399, I don't see a 2399.

25          MR. MORGAN:  Can I approach, Your Honor?

1          THE COURT:  Yes, you may.

2          THE WITNESS:  I see a 23990.

3  BY MR. MORGAN:

4     Q.   Look at the screen, we're going to bump out there.

5          Do you see the paragraph that's been pulled up on the

6  screen?

7     A.   Yes, I do.

8     Q.   Now, it says the decision has to be -- in the second

9  sentence, it says, "Analyst used by Tom Roegiers and MWI

10 Nigeria provided for cost markups of one hundred percent"; is

11 that correct?

12    A.   That's correct.

13    Q.   So that means the cost of the material and the making

14 the pumps had to be double?

15    A.   Direct cost would probably be labor and materials, yes.

16    Q.   That's the direct cost.  And then you're including

17 other additional costs to double the cost of the pump; is that

18 correct?

19    A.   Yeah, and that in theory would cover profit and

20 administrative costs.

21    Q.   Separate from the commission?

22    A.   Yeah, there's no commissions involved in this.

23    Q.   And that's on some, and then other pumps were

24 75 percent, so not quite as much; is that correct?

25    A.   Depended, I guess, on the pumps we're talking about.

1  The pumps that we had to fabricate from the ground up like the

2  bore hole pump was probably a hundred percent, this is a long

3  time ago, and I --

4      Q.   I understand.

5      A.   Seventy-five percent was probably the pumps like the

6  little farm pumps that were used for small irrigation plots.

7  And all we had to do was take the Briggs and Stratton motor

8  and the pump and put them together in a frame and paint them

9  up.

10     Q.   The bulk of the project would involve the products with

11  a hundred percent markup.  Most of the products shipped would

12  have a hundred percent markup?

13     A.   A hundred percent markup on the cost of the materials,

14  yes.

15     Q.   And the last, I guess the last line, it says -- well,

16  the next sentence say, "To determine what the" --

17          MR. MORGAN:  I'm sorry, I need to slow down, let me

18  slow down.

19  BY MR. MORGAN:

20     Q.   "To determine what markup was appropriate, issues such

21  as setting an example for MWI Nigeria in future pricing and

22  the high commissions paid on the projects in question and the

23  administrative costs of M&W Pump were taken into

24  consideration."  The high commissions in that document; is

25  that correct?

1   A.   Yeah.

2   Q.   Now, just to be clear, in 1994, when you completed --

3   '94, when you completed this document, worked on this

4   document, it was not shared with Export-Import Bank; is that

5   correct, in 1994?

6   A.   There was no reason to share it with them.  This was

7   a --

8   Q.   No further questions.  You've answered the question,

9   thank you.

10   A.   Okay.

11        MR. MORGAN:  I'm finished with my direct

12   examination, Your Honor.  I'll do a little housekeeping here.

13        Thank you, Mr. Lang.

14        THE WITNESS:  You're welcome.

15        THE COURT:  All right.  We'll have cross at this

16   time.

17                    CROSS-EXAMINATION

18   BY MR. McLAUGHLIN:

19   Q.   Mr. Lang, this document that we've just been talking

20   about on the M&W Nigeria, what portion of the -- what portion

21   of the projects overall did this document relate to?

22   A.   A very minor portion.  These were the items that had to

23   be -- that work had to be done in Nigeria with the equipment.

24   Some of the equipment could be shipped directly to the states

25   as is and put to work.

39

1   Q.   Can you provide an estimate or to your knowledge what

2   that fraction or portion is?

3   A.   I might be able to if I look at some of my numbers to

4   refresh my memory.

5        Well, if you want to look at a document and put a

6   document up that might -- this is just one example of the many

7   of the eight projects for the seven states.  If you look at

8   MWI 024013.

9   Q.   Okay.  And your answer, sir?

10   A.   And in that project you'll see the total price is

11   $10 million for the entire project for everything we shipped,

12   including whatever was going to have to be prefabricated over

13   there in Nigeria.

14   Q.   Hang on one second.  Sorry.  Let's ask to pull it up,

15   PX89 at 024013.

16        THE COURT:  Is the same question pending for the

17   witness because he started to answer it.

18        MR. McLAUGHLIN:  I just want to make sure we get

19   the document on the screen so that everybody can follow,

20   including myself.

21   BY MR. McLAUGHLIN:

22   Q.   Okay.  Do you see the page on the screen in front of

23   you as well?

24   A.   Yeah.

25   Q.   Okay.  Now, can you answer as to what portion of the

1   projects -- hold on -- what portion of the projects this

2   document relates to?

3      A.   It relates to the -- one of the two projects we did for

4   Kaduna State.  This was Phase II.  This total project was

5   valued at $10 million.  Of that $10 million it appears as

6   though that $81,996.38 was going to be -- was going to involve

7   work, material and so forth in Nigeria.

8      Q.   Okay.  And where is that figure, the $81,000 figure?

9      A.   That $81,000 figure is under the column heading total

10  M&W Nigeria before the paid M&W Nigeria.

11     Q.   Okay.  And, Mr. Lang, you were asked questions -- Mr.

12  Lang?

13     A.   Yes.

14     Q.   Follow my question, please.

15     A.   Sorry.

16     Q.   That's okay.  I know you haven't seen that document.

17     A.   It's been awhile.

18     Q.   Okay, all right.  Put that down for a second, please.

19          You were asked questions about the pricing and profits,

20  et cetera, that are mentioned in this document.  Do you

21  remember that?

22     A.   Yes.

23     Q.   None of that pricing related to M&W's -- MWI's sale

24  prices for the eight state projects, did it?

25     A.   Not at the top area, yeah.  What we were talking about

1  is what profit level and what markups should be had by MWI --

2  M&W Nigeria, Limited, our subsidiary in Nigeria.

3  Q.   Okay.  So it's solely for -- hold on.  Solely for M&W

4  Nigeria?

5  A.   That's correct.

6  Q.   That fractional portion?

7  A.   For the work they were going to perform over there on

8  this project.

9  Q.   Okay.  All right.  You were asked some questions, Mr.

10  Lang, about seeing Mr. Indimi carrying cash currency; do you

11  remember that?

12  A.   Yes.

13  Q.   Okay, thank you.  And on your trips to Nigeria, did

14  you -- was it common to carry U.S. dollars or naira?

15  A.   You couldn't use U.S. dollars in Nigeria, it was

16  against the law.

17  Q.   Okay.  And what denomination or denominations of naira

18  did you typically see in your experience?

19  A.   I typically, when I would exchange money under the

20  official exchange, I would wind up with five naira notes.

21  Q.   So a naira, five naira, you said?

22  A.   Yes.

23  Q.   Okay.  And what was the value of that with respect to

24  U.S. dollars?

25  A.   Depends on what year you're talking about.

1    Q.   Okay.  In the early 1990s, can you say, as to what

2    value that might have been?

3    A.   1990, it was like 20 to 50 naira to one dollar bill.

4    Q.   Okay.  Twenty to 50 naira to one dollar?

5    A.   That's correct.

6    Q.   And how about earlier than that, in the 1980s?

7    A.   In 1980, when I first went to Nigeria, the government

8    pegged the naira to the British pound.  So it was $2 and

9    change per naira to -- on the U.S. dollar.  So it took $2.20

10   to buy a one naira note.

11        The -- on the street the value of the one naira note

12   was probably 20 cents or less.  It was an artificial currency.

13   Q.   Do you recall your testimony that was played on the

14   screen where you mentioned that currency valuation of 80 naira

15   to one dollar?

16   A.   Yes.

17   Q.   And during what time period did that apply?

18   A.   Towards -- what happened was they floated the currency

19   sometime around the 1994, '95, and when they floated the

20   currency in Nigeria, the internal actual value became the

21   street value.

22        So, the currency that -- on the, if you would, on the

23   black market in Nigeria, that was selling for 50 or $60 to one

24   was now officially exchanged for 50, 60 naira to one, not

25   dollars.

1    Q.   Okay.

2    A.   Fifty or 60 naira to one dollar was now being exchanged

3  officially for 50 to $60.

4    Q.   And so was it -- was it unusual to you to see Mr.

5  Indimi with a large amount of naira cash?

6    A.   No.  One of the other problems is --

7    Q.   Hold on, answer just my question, please.

8    A.   No, it wasn't unusual, and the rationale was that the

9  cash was the way they did business over there.

10    Q.   All right.  Were you able to use credit cards on your

11  trips to Nigeria?

12    A.   Possibly in some of the larger cities in hotels like

13  the Sheraton owned hotel or a Hilton owned hotel or hotels

14  such as that, they would accept a credit card.  But if you

15  wanted to go into a store and buy a bottle of water, they

16  wouldn't accept a credit card, you had to produce a --

17    Q.   How about travel expenses within the country?

18    A.   If you paid your -- they didn't have typically

19  taxicabs, they had drivers and cars that would -- that acted

20  in that vein.  They'd wait at the airport for people coming

21  out.  You know, you'd negotiate a price for them in naira to

22  drive you from the airport to the hotel.

23    Q.   Okay.  And how about, you had mentioned a plane before.

24  How about for refueling a plane in Nigeria, was cash used or

25  credit?

1   A.   In most cases, except maybe in the big cities at the

2   big airports, if you were -- we were traveling around to the

3   smaller states with the smaller airports, and it was all cash

4   and carry.

5   Q.   Okay, thank you.

6        Now, you were shown testimony from your deposition, Mr.

7   Lang, in which you were asked if -- you stated that Mr. Indimi

8   had alluded to making payments.  Do you recall that testimony?

9   A.   Yes.

10        MR. MORGAN:  Objection, Your Honor,

11   mischaracterizes the testimony.

12        THE COURT:  What's the objection?

13        MR. MORGAN:  It mischaracterizes his testimony.

14        THE COURT:  Objection's overruled.  Go ahead.

15   BY MR. McLAUGHLIN:

16   Q.   Can you explain, by example perhaps, what it was, what

17   your understanding was of what Mr. Indimi was alluding to?

18   A.   Well, if you needed to get an upgrade, even in the

19   Sheraton Hotel, you would tip the guy behind the counter, and

20   all of a sudden a room would be available.

21   Q.   Okay.

22   A.   That type of thing.

23   Q.   Okay.  So a tip for somebody in a hotel.  How -- did

24   Mr. Indimi ever tell you that he had paid a Nigerian state

25   official with respect to the eight state projects?

1    A.    Never.

2    Q.    Are you aware -- do you know -- excuse me.  To your

3  knowledge, did he ever make a payment to a Nigerian state

4  official in connection with these projects?  Your answer, sir?

5    A.    To my knowledge, no.

6    Q.    Did you ever approve the payment of any bribes or other

7  improper payments to any Nigerian state officials in

8  connection with these projects?

9    A.    I never would.

10    Q.    Okay.  And to your knowledge, did anyone else at MWI?

11    A.    To my knowledge, no.

12    Q.    Now, there was some questions regarding an airplane

13  that Mr. Indimi had purchased.  Did MWI purchase that with

14  MWI's money on his behalf?

15    A.    No, we purchased it with his commission money.

16    Q.    With Mr. Indimi's commission money?

17    A.    That's correct.

18    Q.    Okay.  And you mentioned some advances that were made

19  to Mr. Indimi.  Were those advances deducted from Mr. Indimi's

20  commissions?

21    A.    Everything we ever paid Mr. Indimi came off his

22  commissions.  The commissions would be accrued at the time of

23  the sales and contracts were sold, and we had a letter of

24  credit in the bank indicating that we would get paid.  At that

25  point we would allow Indimi, Mr. Indimi to collect funds

1 | against that future payment of the contract.

2 |       He actually would wind up, he earned, in effect, earned

3 | the commission when the commissions were sold, but he

4 | collected commissions when the payments were made.  In other

5 | words, he was obligated to help us get the payments paid.

6 | Q.   Okay.  And that chart that you were shown earlier that

7 | was for M&W Nigeria, that wasn't meant to be an actual

8 | calculation of the commission payments to Mr. Indimi, was it?

9 | A.   No, it was just an analysis of what commissions were

10 | available in Nigeria on the Nigerian portion of the project to

11 | do the things, we had things like inland transportation in

12 | Nigeria.  Well, that would be paid with naira and would be

13 | paid in Nigeria.

14 |       The commission, we were hoping that our partner would

15 | help us there and arrange for that inland transportation when

16 | the job was completely finalized to pay for it, and we would

17 | settle accounts.  So he would get back, you know, whatever he

18 | would advance from his payments, you know, his commission

19 | payments.

20 | Q.   Okay.  And to your knowledge, every payment made as a

21 | portion of Mr. Indimi's commissions was recorded on M&W's

22 | books and records; was it not?

23 | A.   I would be surprised if it hadn't been.  Tom Roegiers

24 | was a CPA, he was a very good accountant, and I would expect

25 | that he would have kept the books like I would have kept the

1 books.

2   Q.   And when you kept the books, everything was recorded;

3 correct?

4   A.   It all got posted properly.

5   Q.   When you -- you made the certification of a few of the

6 Supplier Certificates that are at issue in this case; did you

7 not?

8   A.   Yes, I did.

9   Q.   Were you concerned about making that certification?

10   A.   No, at the time I was comfortable that everything that

11 I was certifying to, including the commissions and including

12 the U.S. content, was correct.

13   Q.   Was there any doubt in your mind that the commissions

14 paid to Mr. Indimi were regular commissions?

15   A.   There was never a doubt in my mind.  They were the same

16 situation, whether it was Ex-Im Bank or any other project we

17 ever did in Nigeria, the commission structure was always the

18 same.  In fact, it was the same commission structure we used

19 with every agent, whether foreign or domestic.

20   Q.   Okay.  So the commission structure was the same for Mr.

21 Indimi's commissions for Ex-Im finance work and non-Ex-Im

22 finance work.  And it was the same structure that was used for

23 all of the rest of MWI's International agents; correct?

24   A.   And domestic agents.

25   Q.   And domestic.  And what was that structure based off

1  of?

2  A.   It was based on a formula of selling price.  It was

3  complicated, but to cut it down to a nutshell, the higher you

4  sold the product for over what we called a book price or a

5  rock bottom price, the higher you sold it for as an agent, the

6  more commissions you earn as percentage.

7      So if you would have sold a project for 20 percent over

8  our book price, we would take ten percent, and we'd give

9  ten percent to the agent.  So we would make ten percent more

10  profit, and the agent would get ten percent more commission,

11  and that would go up steadily, you know, as the value over

12  cost would go up.

13  Q.   Okay.  To your knowledge, was anyone at MWI concerned

14  that the commissions to Mr. Indimi did not qualify as regular

15  commissions?

16  A.   I was concerned about that.

17  Q.   And what was that concern?

18  A.   Well, not -- excuse me, I misunderstood, I should have

19  listened to the question.

20      No, I was not concerned whether -- ever was concerned

21  it was regular commissions.  I was -- my -- I had a concern

22  whether or not the commission should be counted as foreign

23  content, and that was the only concern I ever had.

24  Q.   Okay.  And was your concern alleviated?

25  A.   That was the only concern I ever had.

1   Q.   Mr. Lang, was that concern alleviated?

2   A.   Yes, it was, and that's my conversation with Mr. Glick

3  (phonetic).

4   Q.   When you --

5         MR. McLAUGHLIN:  Well, Court's indulgence one

6  moment.

7     (Pause.)

8         MR. McLAUGHLIN:  Your Honor, I think my -- I have a

9  couple more questions.  I think they're within the scope, but

10  they may be appropriate for direct, so I would ask to do my

11  direct at this point.  May I proceed?

12         THE COURT:  All right, you may proceed that way.

13  BY MR. McLAUGHLIN:

14   Q.   All right.  Mr. Lang, did you have occasion to observe

15  the -- some of the pumping equipment that MWI provided in its

16  projects from the 1980s or '90s?

17   A.   Yeah, the first project in Nigeria that I had a large

18  part of, getting it done, was the Shad, Lake Shad basin

19  project.

20   Q.   Okay.  And other than that, did you also observe

21  pumping equipment from other products that MWI had done?  I

22  just want to you to answer, just focus the question.

23   A.   Yeah, I saw the pumping equipment that we sold in 1980

24  somewhere in the 1990s fully performing its service,

25  in-service in Lake Shad when we went to Lake Shad with the

1   U.S. ambassador and delegation from the Lake Shad authority.

2   Q.   Do you recall seeing MWI's pumping equipment in other

3   areas as well?

4   A.   Yes, I did.

5   Q.   Okay.  And did you ever observe that equipment in use,

6   in operation?

7   A.   It was always in use and operation.

8   Q.   Okay.  Did you ever observe the equipment not in use?

9   A.   Yes, I did.

10   Q.   And can you explain the circumstances of that?

11   A.   Primarily, the primary function for the MWI pumps in

12   Nigeria was two-fold:  Irrigation and drainage.  In the rainy

13   season the pumps were necessary when there would be a flood,

14   so the pumps would be used to pump the water off land like we

15   experience in New Orleans, for instance.  We used our pumps in

16   New Orleans during the flood during the hurricane, the big

17   hurricane, Katrina.

18        We also used our pumps again primarily as agricultural

19   pumps.  And so during the dry season they would be used to

20   irrigate the crops, so they would move -- the pumps are

21   portable, they would move the pump to a particular field that

22   needed irrigation, and they would be used to irrigate the

23   field.  When they weren't being used, they were moved back to

24   storage sheds.

25        If you would leave equipment in the field like the

1    pumps unguarded and leave it there all year round, what would

2    happen is probably the batteries would be stole and other

3    parts of the pump would be taken.

4       Q.   Okay.  And these are mobile pumps; right?

5       A.   These are mobile pumps.

6       Q.   Okay.  So they're not fixed in one area at one time?

7       A.   We had some that were fixed in one area at one time,

8    but the majority of them were mobile pumps.

9       Q.   So what -- how many months out of the year would the

10   pumps be expected to be in operation?

11      A.   It depended on whereabouts in Nigeria you were.  I

12   would say that probably twice a year, the rainy season, there

13   would be a long portion of the rainy season where they would

14   be needed for flood control to drain rice fields and so forth.

15   And then during the dry season, they would be needed for

16   agriculture for three or four months.

17      Q.   Okay.  So what total amount of months, give an average

18   to your best knowledge?

19      A.   I would say an average, six to eight months out of the

20   year.

21      Q.   Okay.  And --

22      A.   And they may --

23           THE COURT:  Excuse me a minute.  Six to eight

24   months they were being used or not being used?

25           THE WITNESS:  Being used out of the year.

1            THE COURT:  Okay.

2   BY MR. McLAUGHLIN:

3    Q.   Okay.  Six to eight months the pumps would be in

4   operation out of the year, and what about the other six, four

5   to six months?

6    A.   They would be taken back to a central depot at the

7   river basin where they would be refurbished, maintained, kept

8   up-to-date, oil changed and all the necessary work done.  And

9   then they'd be secured within a fence so people wouldn't be

10   stealing parts off them.

11    Q.   Okay.  Secured, they would be stored away?

12    A.   Yes.

13    Q.   Okay.

14    A.   And they were stored in the open, but behind a fence.

15    Q.   Okay.  So it was normal then for the pumps to be used

16   part of the year, but not all of the year?

17    A.   That's correct.

18            MR. McLAUGHLIN:  Thank you very much, Mr. Lang.  No

19   further questions.

20            THE COURT:  All right, Mr. Morgan.

21                    REDIRECT EXAMINATION

22   BY MR. MORGAN:

23    Q.   Can you turn back to Exhibit 89?

24    A.   Is that in this book?

25    Q.   That's the exhibit -- that's your project.

1    A.   Oh, yeah, I see it right there.

2    Q.   Can you switch over, please?

3         Now, this is several -- the document is several pages;

4    is that correct?

5    A.   Oh, yeah.

6    Q.   And looking at the chart back on the screen, the chart

7    we looked at at the very beginning, that, to be clear, that

8    refers to the entire seven state project; is that correct?

9    A.   Let me find that page.

10   Q.   24019, the Bates number at the back.

11   A.   019.

12   Q.   24019.

13             THE COURT:  Mr. Morgan, why don't you come and --

14             MR. MORGAN:  I'll help him.

15             THE COURT:  -- try to help.

16             MR. MORGAN:  Thank you.

17             THE WITNESS:  Okay, let me read it a second here,

18   please.

19   BY MR. MORGAN:

20   Q.   And you can look at it on the screen, too.

21   A.   It's a summary by project, yes, it is, that's correct.

22   Q.   So that document doesn't just address certain aspects

23   of the project, parts of that document address the entire

24   project on the seven state project and it includes --

25   A.   This line represents an entire project.

1    Q.    Each line addresses a different state that's part of

2  the project?

3    A.    A different project in the different states, yes.

4    Q.    Can you read the state?

5    A.    Yes.   There's two projects for Kaduna, there's Kano,

6  Akwa Iborn, Anambra, Enugu, A&B, that's a two project state.

7  Imo state, and Taraba.

8    Q.    And that's the seven state project?

9    A.    That's correct.

10   Q.    And that's part of your compilation when -- at the end

11 of the project; is that correct?

12   A.    That's correct.

13   Q.    Now, you talked about this commission structure, but,

14 in fact, each -- agents in different countries would have

15 different amounts of money, is that correct, they'd make

16 different amounts of money; is that correct, sir?

17   A.    Yes.   Are you talking about all our agents or all

18 agents in general?

19   Q.    Yes.   Agents for -- sales agents would have different

20 amounts of --

21   A.    Sales --

22   Q.    Different amounts of money.

23   A.    Sales agents for MWI Corporation?

24   Q.    Yes.   Okay.   Now, they would have different amounts

25 of --

1   A.   Yeah, the commission was based on the selling price of

2   the product.

3   Q.   And Mr. Indimi had a --

4        THE COURT:  One at a time, please.  Both of you.

5   Mr. Lang, wait until the question is finished.

6        Mr. Morgan, ask your question, and then don't keep

7   adding onto it, that's part of what's confusing the witness.

8        MR. MORGAN:  I'm sorry.

9        THE WITNESS:  Thank you, Your Honor.

10  BY MR. McLAUGHLIN:

11  Q.   Did you finish your answer?

12  A.   Yes.

13  Q.   Mr. Indimi on this project, $27 million; is that right?

14  A.   Not on this --

15  Q.   That was --

16  A.   On these projects.

17  Q.   On this seven state projects.

18  A.   Compilation of eight projects, yes.

19  Q.   From the Export-Import Bank and the down payment from

20  the state?

21  A.   That's correct.

22  Q.   And that's the most that any other agent, to your

23  knowledge, has ever made on one group of projects?

24  A.   No agent ever sold that big of a project before.  Or

25  that many projects to accumulate that amount.

```
 1    Q.    And --
 2                MR. MORGAN:  No further questions.
 3                THE COURT:  All right.
 4                MR. MORGAN:  No further questions.
 5                THE COURT:  Are you finished, Mr. Morgan; is that
 6    right?
 7                MR. MORGAN:  Yes.
 8                THE COURT:  Okay, I wasn't sure.
 9                You may step down, sir, thank you.
10                THE WITNESS:  Thank you very much.  Who do I give
11    this to?
12                THE COURT:  For the moment, give it to me, and I'll
13    make sure it gets back to the right lawyer.
14                THE WITNESS:  Thank you, Your Honor, and how about
15    the waste?
16                THE COURT:  That you'll have to take care of, I'm
17    afraid.
18        (Witness excused.)
19                THE COURT:  Counsel, you have another witness for
20    this afternoon, don't you?  I think we can start with that
21    person.
22                MR. WISEMAN:  Your Honor, I've heard some
23    mentionings of a request for a short break, if that would be
24    possible, but yes, we have another witness.
25                THE COURT:  Okay.  You know, I'm not very generous
```

1    with breaks.  This is going to be our 15-minute break

2    everybody.

3            COURTROOM DEPUTY:  All rise.  This Honorable Court

4    will stand in a 15-minute recess.

5    BRIEF RECESS AT 2:55 P.M.

6                            AFTER RECESS

7            THE COURT:  I heard that counsel want to speak to

8    me about something.

9            MS. JACKSON:  Yes, Your Honor.  Alexina Jackson for

10   MWI.  I just wanted to point out quickly beforehand that I

11   think we're going to get into some documents with Ms. Ennis.

12           THE COURT:  Please talk into the mic.  Our court

13   reporter is really having trouble with everybody today -- this

14   afternoon.

15           MS. JACKSON:  I appreciate that.  I'm sorry.  So,

16   I believe that some documents will come up with Ms. Ennis

17   during her testimony that are subject to your order, 383,

18   which is our motion in limine, 315, which limits allegations

19   to the complaint, specifically with regard to bribery of

20   Nigerian state officials, and it's limited as to date range.

21           THE COURT:  As to what?

22           MS. JACKSON:  As to date range, November 1991

23   through May '92, as well as to Nigerian state officials

24   specifically.  And we'd ask the Court to help us ensure that

25   those limitations are imposed today on the testimony and the

1  documents.

2          And we would also like to make sure that these

3  documents are really only intended to try and prove up some

4  proof of the amount of commissions paid, or that Mr. Indimi is

5  a regular sales agent.  So, if it starts to go off into the

6  range of allegations of bribery, that it's very specifically

7  related to date and Nigerian state officials.

8          THE COURT:  Are you objecting to the admission of

9  the documents?

10          MS. JACKSON:  Well, we have objected to the

11  admission of the documents, but we understand --

12          THE COURT:  And I ruled on them.

13          MS. JACKSON:  That's correct.  But we also wanted

14  to bring to the Court's attention your ruling in your order,

15  383, which did grant us that limitation as to limiting it only

16  to the allegations in the complaint.

17          THE COURT:  Correct.

18          MS. JACKSON:  So, we just wanted to make sure that

19  our objections are going to focus on that and that the

20  testimony is limited to that.

21          THE COURT:  All right.  We are going to hear from

22  Ms. Judith Ennis, is that right?  And you have her down for

23  about an hour.  Do you think she'll take that long?  We better

24  line up our jury, please.

25          MS. YOUNG:  Beth Young for the United States.

1   Probably 45 minutes, depending on how she answers.

2                THE COURT:  Why don't you go out and get her

3   because it seems to take time to get all of our witnesses in,

4   I notice.

5                MS. YOUNG:  Defendants are providing her.  Thanks.

6                THE COURT:  Why don't you come up here, please, and

7   raise your right hand.

8   Thereupon,

9                          JUDITH ENNIS,

10  the witness, having been first duly sworn, was examined and

11  testified as follows:

12               THE COURT:  Please be seated.  We're just getting

13  the jury in.

14  JURY ESCORTED INTO THE COURTROOM AT 3:20 P.M.

15               THE COURT:  Please be seated, everyone.  The

16  witness has been sworn and, therefore, you may proceed.

17               MS. YOUNG:  Thank you, Your Honor.

18                     DIRECT EXAMINATION

19  BY MS. YOUNG:

20    Q.   Good afternoon, Ms. Ennis, my name is Beth Young.  We

21  haven't met before, but I represent the United States.

22         Could you please state your name for the record.

23    A.   Yes.  Judy Ennis.

24    Q.   How do you spell your last name?

25    A.   E-N-N-I-S.

1   Q.   Thank you.  You started working for MWI in February of
2   1986, is that right?
3   A.   Yes.
4   Q.   And what was your position at that time?
5   A.   Sales secretary.
6   Q.   And then you became Mr. David Eller's personal
7   assistant in 1987, is that right?
8   A.   Yes.
9   Q.   So, Mr. Eller was your boss, correct?
10  A.   Correct.
11  Q.   And your duties included typing, accounts receivable
12  and payroll, is that correct?
13  A.   Not at that time.
14  Q.   At that time as Mr. Eller's executive assistant, what
15  were your duties?
16  A.   I did -- I kept his calendar, I made appointments for
17  him, I did typing, letters, keeping his calendar.
18  Q.   Okay.  Do you still work at MWI, ma'am?
19  A.   Yes.
20  Q.   Yes, you do.  Now, Mrs. Ennis, did you meet Mr. Alhaji
21  Indimi at MWI in the 1980s when you were working there?
22  A.   I don't recall the year.
23  Q.   You recall meeting Mr. Indimi, right?
24  A.   Yes.
25  Q.   And are you aware that MWI had a contract with Nigeria

1   in the 1990s that was financed by the Export-Import Bank?

2      A.    I'm sorry.

3      Q.    Were you aware that in the early 1990s MWI had a

4   contract with Nigeria that was financed by the Export-Import

5   Bank?

6      A.    Yes.

7      Q.    And was one of your jobs as Mr. Eller's assistant to

8   process Mr. Indimi's invoices for his commission payments?

9      A.    I tracked invoices for Mr. Indimi.

10      Q.    And you tracked those invoices so that they later could

11   be deducted from Mr. Indimi's commission payments, is that

12   accurate?

13      A.    Correct.

14      Q.    Thank you.  So, MWI made commission payments to

15   Mr. Indimi once they shipped goods to Nigeria and then

16   received payment themselves, is that how it worked?

17      A.    I'm not sure.

18      Q.    Okay.  And MWI had a commission account for Mr. Indimi

19   where it tracked Mr. Indimi's commission payments, is that

20   accurate?

21      A.    Yes.

22      Q.    And MWI deposited checks for Mr. Indimi's commission

23   payment into Mr. Indimi's account at a bank called Standard

24   Chartered, is that right?

25      A.    I don't know.

1              MS. YOUNG:  Your Honor, I would like to show

2      Mrs. Ennis her deposition, Line 36 -- 25, excuse me, Page 36,

3      Line 25 to 37, Line 2.

4              MS. JACKSON:  Objection, Your Honor, the proper

5      procedure would be to show Ms. Ennis her deposition.

6              THE COURT:  Well, she's going to be shown it.

7              MS. JACKSON:  To have her read it and see if it

8      refreshes.

9              THE COURT:  Counsel approach, please.

10     SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

11             THE COURT:  You're referring to a particular

12     portion of her deposition?

13             MS. YOUNG:  That's right.  Just to show her the

14     bank name that she couldn't recall.

15             MS. JACKSON:  I'm saying that instead of what

16     appears to be an impeachment of Ms. Ennis, to show her the

17     testimony to refresh her recollection and then see if she has

18     her independent recollection so she can testify --

19             THE COURT:  It's up to counsel how she wants to

20     proceed.  Let's not waste time.

21             MS. JACKSON:  I just want to be to be --

22             THE COURT:  Let's go.

23     SIDEBAR DISCUSSION CONCLUDED

24             (Videotape played).

25     BY MS. YOUNG:

1    Q.   Mrs. Ennis, MWI could wire money into Mr. Indimi's

2  account at Standard Chartered Bank, is that correct?

3    A.   Could you repeat that.

4    Q.   MWI wired Mr. Indimi's commission payments into his

5  account at Standard Chartered Bank, is that right?

6    A.   Yes.

7    Q.   And that's something that you personally were in charge

8  of, wiring Mr. Indimi money for his commission payments,

9  correct?

10         THE COURT:  Wait a second, the record should be

11  clear.  The witness answered, why don't you repeat your

12  answer.  I think that Ms. Young was speaking over you.

13         MS. YOUNG:  I apologize.

14         THE WITNESS:  The question was --

15  BY MS. YOUNG:

16    Q.   Were you personally involved in wiring Mr. Indimi

17  commission payments to Standard Chartered Bank?

18    A.   No.

19         THE COURT:  Ms. Young, I think it would be easier

20  if everybody if you would speak more slowly in your questions.

21         MS. YOUNG:  I apologize.  I'd like to bring up

22  PTX-76.  And there is an objection, my understanding.  PTX-76.

23         MS. JACKSON:  Your Honor, we have just lodged our

24  continuing objection to these exhibits in general.

25         THE COURT:  Do you have it admitted?

1          DEPUTY CLERK:  It not admitted.

2          THE COURT:  All right.  That may be admitted and

3   published.

4          MS. YOUNG:  Thank you.  Tim, can we please go to

5   Page 4 of this document.

6   BY MS. YOUNG:

7   Q.   Mrs. Ennis, in the left-hand corner where it says:

8   Wired 1/20/94 and there's initials beneath it.  Do you

9   recognize those initials?

10  A.   Yes.

11  Q.   Those are your initials, right?

12  A.   Those are my initials.

13  Q.   And you're initialing here that you wired Mr. Indimi a

14  commission payment on 1/20/1994, right?

15  A.   It am initialing that it was wired on 1/20, not that I

16  did it.

17  Q.   Okay.  Thank you, Mrs. Ennis.  Is that normally how MWI

18  paid Mr. Indimi's commission by wiring money to Standard

19  Chartered Bank?

20  A.   I don't recall.

21  Q.   Now, every payment to Mr. Indimi had to be authorized

22  by Mr. David Eller, is that correct?

23  A.   I'm sorry.

24  Q.   Did every payment to Mr. Indimi have to be authorized

25  by Mr. David Eller?

```
 1    A.    To my knowledge, yes.

 2    Q.    Now, MWI also paid for Mr. Indimi's commission by

 3  putting money into Mr. Indimi's personal account at

 4  Consolidated Bank in Florida, is that correct?

 5    A.    Repeat that.

 6    Q.    Did MWI also pay Mr. Indimi's commission by putting

 7  money into his own personal account at Standard Charter Bank

 8  in Florida?

 9    A.    It wasn't Standard -- there is no Standard Chartered

10  Bank.

11    Q.    I apologize.  How about Consolidated Bank?

12    A.    I don't recall.

13    Q.    Okay.

14        MS. YOUNG:  Your Honor, I'd like to show the

15  witness a part of her deposition, Page 88, Line 13 to 18.

16        (Videotape played).

17  BY MS. YOUNG:

18    Q.    Mrs. Ennis, and sometimes MWI would put money into

19  Mr. Indimi's account at Consolidated Bank so that he could pay

20  his American Express bill, is that right?

21    A.    I don't recall.

22        MS. YOUNG:  Your Honor, I'd like to show Mrs. Ennis

23  a portion of her deposition, please.

24        THE COURT:  All right.

25        MS. YOUNG:  Page 88, Line 18 through 89, Line 8.
```

1              (Videotape played).

2    BY MS. YOUNG:

3      Q.    Mrs. Ennis, before Consolidated Bank could make a

4    statement on Mr. Indimi's American Express bill, a

5    representative from the bank would call you first so that you

6    could authorizes the payment on his American Express bill, is

7    that right?

8      A.    No.

9      Q.    I'd like to show you your deposition at Page 160, Lines

10   1 through 5.

11             (Videotape played).

12   BY MS. YOUNG:

13     Q.    Okay.  Now, MWI also paid Mr. Indimi's personal

14   expenses directly and then deducted Mr. Indimi's expenses from

15   his commission, is that accurate?

16     A.    Can you repeat that.

17     Q.    MWI also paid Mr. Indimi's personal expenses directly

18   and then deducted those expenses from a future commission

19   payment, is that accurate?

20     A.    Yes.

21     Q.    In order to track Mr. Indimi's expenses, you personally

22   kept a chart of his personal expenses, is that right?

23     A.    Correct.

24     Q.    And MWI paid Mr. Indimi's personal expenses before the

25   commission payment was due, so that you had to keep a running

1   tab of Mr. Indimi's expenses, right?

2       A.    Correct.

3       Q.    Now, Mr. Indimi, he didn't pay you to keep track of his

4   personal expenses, right?

5       A.    Correct, he did not.

6       Q.    And all of Mr. Indimi's personal expenses that were

7   deducted out of his commission had to be approved by Mr. David

8   Eller, right?

9       A.    That was the procedure.

10      Q.    And sometimes Mr. Indimi, he would call you and he

11  would ask for an advance on his commission, is that right?

12      A.    Correct.

13      Q.    But it was not normal practice to advance Mr. Indimi

14  money before it was due, right?

15      A.    Define normal.

16      Q.    How would you define normal, Mrs. Ennis?

17      A.    If he called up and asked for the money, I would put a

18  note for Mr. Eller whether he wanted to approve it or not.

19      Q.    How would you define normal, Mrs. Ennis?

20      A.    Something that occurred every day.

21      Q.    Using your definition of normal, was it normal for

22  Mr. Indimi to call up MWI and ask for an advance on his

23  commission?

24      A.    No, it wasn't an everyday occurrence.

25      Q.    Okay.  And you don't recall Mr. Eller ever refusing

 1  Mr. Indimi's request for an advance payment on his commission,

 2  right?

 3    A.   Yes, I do.

 4    Q.   I'd like to show you your deposition at Page 97, Lines

 5  10 through 12.

 6           (Videotape played).

 7           MS. YOUNG:  Your Honor, I'd like to submit PTX-47,

 8  please.  It has an objection, is my understanding.

 9           MS. JACKSON:  It's subject to our --

10           THE COURT:  Did you say 47?

11           MS. YOUNG:  Yes, Your Honor.

12           MS. JACKSON:  The exhibits in general in this

13  inquiry are subject to our continuing objection.

14           THE COURT:  All right.  I don't know -- you can

15  come forward -- do you need to come forward?

16           MS. JACKSON:  No, I don't.  I'm just noting that we

17  lodged the objection and I don't need to stand up and object

18  to them.

19           THE COURT:  All right.  Please, proceed.

20           MS. YOUNG:  With Your Honor's permission, I'd like

21  to admit Exhibit 47 into evidence, please.

22           DEPUTY CLERK:  Counsel is asking about Exhibit

23  47 -- Plaintiff's Exhibit Number 47.

24           THE COURT:  That's not admitted either.

25           MS. YOUNG:  Your Honor, I was asking if we could

1    admit PTX-47, please.

2              THE COURT:  But there will be no objection right.

3              MS. JACKSON:  No additional objections, Your Honor.

4              THE COURT:  47 will be admitted.  I thought I just

5    said that.

6              MS. YOUNG:  Thank you.  Tim, could you blow up the

7    phone message, please.

8    BY MS. YOUNG:

9      Q.    Mrs. Ennis, this is a phone message from you to David

10   Eller reporting that Mr. Indimi wants Juan Ponce to bring him

11   $10,000 cash, right?

12     A.    Correct.

13     Q.    And those are your initials on the bottom?

14     A.    Yes.

15     Q.    And that's Mr. Eller's "OK"?

16     A.    Correct.

17     Q.    Could we go to Page 2, please.  And this is a check

18   from M&W Pump to Juan Ponce to Mr. Indimi, is that correct?

19     A.    I'm sorry.

20     Q.    This is a check from M&W Pump to Juan Ponce for Mr.

21   Indimi, is that right?

22     A.    Correct.

23             MS. YOUNG:  Tim, could we have the last page of 47,

24   please.  Would you blow up the note for me.

25

1  BY MS. YOUNG:

2   Q.   Now, Mrs. Ennis, you wrote this note to Mr. Eller

3  stating that Mr. Indimi is requesting $5,000 cash to be

4  brought to him in Egypt because he forgot his credit cards in

5  the United States and he forgot his cash in Nigeria, is that

6  right?

7   A.   Correct.

8   Q.   And those are David Eller's initials at the bottom --

9  excuse me, in the middle of the document OK'ing the payment,

10  right?

11   A.   Correct.

12   Q.   Was it common for Mr. Indimi to forget $5,000 cash in

13  Nigeria?

14   A.   I wouldn't know.

15       MS. YOUNG:   Could we go to the third page of

16  PTX-47, please, Tim.

17  BY MS. YOUNG:

18   Q.   This is another $5,000 check made out to Mr. Indimi

19  directly, right, Mrs. Ennis?

20   A.   Correct.

21   Q.   And that's Mr. Eller's signature at the bottom, right?

22   A.   Correct.

23   Q.   Because Mr. Eller, he signed the checks to Mr. Indimi,

24  right?

25   A.   Most of the time.

1    Q.    So, Mr. Indimi, he accepts checks and cash, is that how

2   it worked?

3    A.    This was an advance against his commission.

4    Q.    It was a check, right?

5    A.    This was a check, correct.

6    Q.    In advancing a commission it means that a commission

7   was not yet due when you gave him this money, right?

8    A.    Correct.

9    Q.    And you said giving him his money early was not a

10  normal occurrence, right?

11   A.    I didn't track any other advances for any other people.

12  Mine was only Mr. Indimi.

13   Q.    Okay.  So, this is the only sales agent that you

14  tracked commissions for, right?

15   A.    Correct.  Advances for.

16   Q.    Thank you.

17         MS. YOUNG:  Can we go to PTX-48.  It is my

18  understanding they have the same objection to this document.

19         THE COURT:  All right.

20         MS. YOUNG:  We'd like to move for it to be

21  admitted, Your Honor.

22         THE COURT:  It may be admitted.

23         MS. YOUNG:  Could we go to the second page, please,

24  Tim.

25

BY MS. YOUNG:

Q.   Now, Mrs. Ennis, this is a note from you to David Eller requesting that Tony bring Mr. Indimi $10,000 cash, right?

A.   Yes.

Q.   And that's Mr. Eller's OK at the bottom, correct?

A.   Correct.

Q.   And Tony is Tony Dzegede, correct?

A.   Correct.

Q.   And he was an MWI employee at this time, right?

A.   Yes.

        MS. YOUNG:  Could we go to Page 1, Tim.

BY MS. YOUNG:

Q.   This is the $10,000 check to Mr. Indimi, right?

A.   Correct.

Q.   That's being charged on his commissions account, is that correct?

A.   That's correct.

        MS. YOUNG:  Could we please go to the third page of the exhibit, Tim.

BY MS. YOUNG:

Q.   This is another check, this time it's to Nova Lusk asking for $5,000 cash for Indimi, right?

A.   Correct.

Q.   And Nova Lusk, she worked at MWI as well?

A.   Yes.

1    Q.   So, Ms. Lusk, she went to the bank, cashed the check,

2    and then gave Indimi the cash, is that how it worked?

3    A.   It would depend if Mr. Indimi was there or not.

4    Q.   Okay.  If he wasn't there, how would you get Mr. Indimi

5    the cash?

6    A.   It could have been given to another employee to bring

7    to him.

8    Q.   To him in Nigeria, is that right?

9    A.   Wherever he was.

10   Q.   Okay.

11        MS. YOUNG:  I'd like to put up PTX-49, Your Honor,

12   and ask that it be moved into evidence.  Excuse me, 49,

13   please.

14        THE COURT:  Okay.  All right.  That hasn't been

15   admitted either.  Any objection?

16        MS. JACKSON:  No additional objection, Your Honor.

17        THE COURT:  That may be admitted at this time.

18        MS. YOUNG:  Tim, can we have the last page, please.

19   BY MS. YOUNG:

20   Q.   And Ms. Ennis, this is a note typed by you, right?

21   A.   Yes.

22   Q.   And you're asking Brian Stair to bring $5,000 cash to

23   Mr. Indimi at the Abuja Hilton Hotel, right?

24   A.   Correct.

25   Q.   And Brian Stair, he worked for Mr. Indimi at this time,

1    is that right?

2      A.    No, Brian Stair worked for MWI.

3      Q.    Thank you.

4           MS. YOUNG:  Could we go to the second to the last

5    page, Tim?

6    BY MS. YOUNG:

7      Q.    This is a $5,000 check that Nova Lusk cashed and gave

8    to Brian Stair, correct?

9      A.    Correct.

10          MS. YOUNG:  Your Honor, I'd like to move into

11   evidence PTX-52.

12          THE COURT:  Any objection?

13          MS. JACKSON:  Just our continuing objection, Your

14   Honor.

15          THE COURT:  All right.  That may be admitted.

16   BY MS. YOUNG:

17     Q.    Mrs. Ennis, this is a note asking Mr. Eller to approve

18   a $5,000 cash payment for Mr. Indimi, is that right?

19     A.    Correct.

20     Q.    And those are Mr. Eller's initials approving the

21   payment, correct?

22     A.    Did you say Mr. Eller?

23     Q.    I did, yeah.

24     A.    Yes.

25          MS. YOUNG:  Could we go the second page, Tim.

1   BY MS. YOUNG:

2   Q.   Now, this is a check to an MWI employee, Nova Lusk, who

3   cashed the check for Mr. Indimi, right?

4   A.   Who cashed the check for --

5   Q.   -- for Mr. Indimi --

6   A.   -- cash to be given to Brian Stair for Mr. Indimi.

7   Q.   So, Brian Stair brought Mr. Indimi the cash, is that

8   how it worked?

9   A.   Correct.

10         MS. YOUNG:  And the third page, please, Tim.  I'm

11   sorry, I guess it's the last page of the document.

12   BY MS. YOUNG:

13   Q.   There's another check signed by you for Mr. Indimi, is

14   that right, Mrs. Ennis?

15   A.   No, that's not a check, that's just a receipt.

16   Q.   What is that receipt showing?

17   A.   That receipt is showing that Brian Stair collected the

18   $5,000 from me to bring to Mr. Indimi.

19   Q.   Okay.

20         MS. YOUNG:  I'd like to move PTX-53 into evidence,

21   Your Honor.

22         THE COURT:  Unless I hear an objection, that's

23   admitted.

24         MS. YOUNG:  Okay.  Could we go to the last page,

25   Tim.

1   BY MS. YOUNG:

2     Q.   Here is another note from you requesting $5,000 cash

3   for Mr. Indimi, is that right, Mrs. Ennis?

4     A.   That is correct.

5     Q.   And we have Mr. Eller's signature at the bottom, right?

6     A.   Correct.

7           MS. YOUNG:   I'd like to go to PTX-54, please, Your

8   Honor, and move that into evidence.

9           THE COURT:   That may be admitted unless I hear an

10  objection.

11  BY MS. YOUNG:

12    Q.   Okay.  On the first page of this document, this is your

13  handwriting instructing Steve Ahaneku to give $10,000 cash to

14  Mr. Indimi?

15    A.   Give to Steve Ahaneku $10,000 cash, yes.

16    Q.   For Mr. Indimi, right?

17    A.   For Mr. Indimi.

18    Q.   Steve Ahaneku was a Nigerian lawyer who worked for MWI

19  and Mr. Indimi, right?

20    A.   I don't know that he worked for MWI.

21    Q.   Did he work for Mr. Indimi?

22    A.   I don't know.

23    Q.   Okay.  At the bottom of this note it says, also:

24  $5,000 cash for Edota; is that correct?

25    A.   That is correct.

1    Q.   Are you aware that the name of the Nigerian official

2    who had to sign off on all the Ex-Im paperwork for this deal

3    was named Umaru Edota?

4    A.   No.

5    Q.   You know that bribery is illegal, Mrs. Ennis?

6    A.   Yes.

7            MS. YOUNG:   Could we go to the last page of 54,

8    please.

9    BY MS. YOUNG:

10   Q.   Is that Mr. Indimi's signature indicating that he got

11   the money?

12   A.   That is correct.

13           MS. YOUNG:   I'd like to move PTX-63 into evidence,

14   Your Honor.

15           THE COURT:   63 has been admitted, I believe.

16           DEPUTY CLERK:   PTX-36 is admitted?

17           THE COURT:   It has been admitted.

18           DEPUTY CLERK:   No, it has not.

19           THE COURT:   I have it down.   It may be admitted at

20   this time.

21           DEPUTY CLERK:   Okay.

22   BY MS. YOUNG:

23   Q.   Is this the note from you telling David Eller that

24   Mr. Indimi called and requested that Brian Stair bring him

25   $10,000 cash in Lagos, Nigeria?

1    A.    Brian is leaving for Lagos, yes.

2    Q.    And when you wrote large checks to Mr. Indimi and he

3    wanted to get cash out of the bank, you would have to call

4    ahead and make sure the bank had that much cash, right?

5    A.    Correct.

6          MS. YOUNG:  Could we go to the second page of this

7    exhibit, Tim?

8    BY MS. YOUNG:

9    Q.    This is a check to Brian Stair and it says that MWI is

10   giving Mr. Indimi a loan for the $10,000, right?

11   A.    Correct.

12   Q.    As you said earlier, loaning Mr. Indimi money in

13   advance of his commission was not normal, right?

14         MS. JACKSON:  Mischaracterizes the witness's prior

15   testimony, Your Honor.

16         THE COURT:  Overruled.  Go ahead.

17         THE WITNESS:  Can you repeat that.

18   BY MS. YOUNG:

19   Q.    Yes.  You testified earlier that giving Mr. Indimi

20   money in advance of his commission was not normal, right?

21   A.    Not.

22         MS. JACKSON:  Objection, mischaracterizes the

23   witness's testimony.

24         THE COURT:  You may answer.

25         THE WITNESS:  Not according to my definition of the

1   word "normal," which was daily basis.

2   BY MS. YOUNG:

3    Q.   So, according to your definition of normal, this wasn't

4   normal, right?

5    A.   It was an advance, which was tracked.

6         MS. YOUNG:   Okay.   Could we go to PTX-65, please.

7   I'd like to move this into evidence, Your Honor, it has not

8   yet been admitted.

9         THE COURT:   65 has not been admitted.   Any

10  objection?

11        MS. JACKSON:   Continuing objection, Your Honor.

12        THE COURT:   It may be admitted.

13  BY MS. YOUNG:

14   Q.   Okay.   Mrs. Ennis, this is a $25,000 check for

15  Mr. Stair to take to Mr. Indimi?

16   A.   Correct.

17   Q.   That money was going to be charged to Mr. Indimi's

18  commission account, correct?

19   A.   Correct.

20        MS. YOUNG:   Could we go to the second page, please.

21  BY MS. YOUNG:

22   Q.   And here is a note from you to David Eller requesting

23  that this $25,000 payment be made, right?

24   A.   Correct.

25   Q.   And that's Mr. Eller, he's signing off on the payment,

1   his initials, correct?

2   A.   Mr. Eller?

3   Q.   Eller.

4   A.   Yes.

5   Q.   And, Ms. Ennis, did your name used to be Mrs. Phillips

6   at the time you worked at MWI?

7   A.   Yes.

8   Q.   That's why your initials are JP?

9   A.   JGP, yes.

10   Q.   JGP.   Thank you.

11           MS. YOUNG:   Your Honor, I'd like to move PTX-61

12   into evidence, please.   It has not yet been admitted --

13   probably will have the same objection.

14           THE COURT:   61 hasn't been admitted yet, am I

15   correct?

16           DEPUTY CLERK:   That's correct.

17           MS. JACKSON:   Your Honor, this exhibit was not on

18   the Government's list.

19           THE COURT:   It was not?

20           MS. JACKSON:   It was not.

21           MS. YOUNG:   It was on our initial list of exhibits.

22   I think -- I believe it's on Ms. Hightower's list, is that

23   right?

24           DEPUTY CLERK:   It is on my list.

25           THE COURT:   It is --

1          MS. JACKSON:  Your Honor, it was removed from the

2     Government's revised list -- the list that we have from them

3     does not include it.

4          MS. YOUNG:  Your Honor, it was on the Government's

5     initial exhibit list that was initially disclosed.

6          THE COURT:  Have you seen it at all?  It is

7     described here.

8          MS. JACKSON:  Several months ago we have seen it,

9     Your Honor.

10         THE COURT:  Any objection?

11         MS. JACKSON:  Just our continuing objection, Your

12    Honor.

13         THE COURT:  All right.  I will assume that a

14    mistake was made about 61.

15         MS. JACKSON:  We would like a copy of the document

16    though, Your Honor, please.

17         THE COURT:  What is it?

18         MS. JACKSON:  A copy of the document, please.

19         THE COURT:  Right.  Right.  Let's go.

20         DEPUTY CLERK:  It is admitted.

21    BY MS. YOUNG:

22    Q.   Okay, Mrs. Ennis, this is a $50,000 loan from MWI to

23    Mr. Indimi, right?

24    A.   Correct.

25    Q.   This is a check made out directly to Mr. Indimi, not

 1  cash, right?

 2   A.   Correct.

 3   Q.   Mr. Eller, that's his signature at the bottom, right?

 4   A.   Yes.

 5        MS. YOUNG:  Your Honor, I'd like to move Exhibit 68

 6  into evidence, please, it has not yet been admitted.

 7        THE COURT:  That has not been admitted.  Any

 8  objection?

 9        MS. JACKSON:  Just the continuing one.

10        THE COURT:  All right.  That may be admitted and

11  shown to the witness at this point.

12        MS. YOUNG:  I'd like to do two documents together.

13  If we could also move Exhibit 69 into evidence as well.

14        THE COURT:  What is the other one?

15        MS. YOUNG:  69.

16        THE COURT:  Any objection?

17        MS. JACKSON:  Just the continuing one, Your Honor.

18        THE COURT:  That is admitted.

19        MS. YOUNG:  Could we see both of the documents

20  together, please?  Tim, could you blow up the check portion of

21  these documents?

22  BY MS. YOUNG:

23   Q.   Okay, Mrs. Ennis, at the top we have the $20,000 check

24  to Mr. Indimi, right?

25   A.   Correct.

1      Q.    And it's dated 5/5/94, right?

2      A.    It looks like 5/5.

3      Q.    Now, on the bottom, that's a $10,000 check to

4    Mr. Indimi, is that correct?

5      A.    Yes.

6      Q.    And it's dated 5/13/94, right?

7      A.    Correct.

8      Q.    Shortly after the first check?

9      A.    Correct.

10           MS. YOUNG:   Tim, could we go to the note portions

11   of both checks.

12   BY MS. YOUNG:

13     Q.    On the top check it says it was a $20,000 loan to

14   Mr. Indimi, right?

15     A.    Correct.

16     Q.    And the bottom check, that was also a loan to

17   Mr. Indimi, is that right?

18     A.    Correct.

19           MS. YOUNG:   Could we go to the second page of both

20   documents, please, Tim.

21   BY MS. YOUNG:

22     Q.    These are two notes from you to David Eller requesting

23   cash for Mr. Indimi, is that right?

24     A.    Yes.

25     Q.    And he OK'd both of your requests, correct?

1    A.    Correct.

2    Q.    So, Mr. Eller, he personally OK'd every single payment

3    that we just reviewed for Mr. Indimi, right?

4    A.    I believe his OK was on every one of them.

5    Q.    And you've been working for Mr. Eller for a long time,

6    right, Mrs. Ennis?

7    A.    Correct.

8    Q.    Would you describe Mr. Eller as being careful?

9    A.    Yes.

10   Q.    Mr. Eller, he's the kind of person who would read

11   something before he signs it, right?

12   A.    I can't vouch for that, but I would hope so.

13   Q.    Thank you.

14         MS. YOUNG:   Your Honor, I'd like to move DTX --

15   excuse me, PTX-78 into evidence.

16         THE COURT:   That has not yet been admitted either

17   and it will be admitted at this time, subject to any

18   objection.

19         MS. JACKSON:   Just the continuing one, Your Honor.

20   BY MS. YOUNG:

21   Q.    Okay.  Mrs. Ennis, these are the household expenses we

22   talked about earlier, right -- you tracked for Mr. Indimi?

23   A.    Correct.

24   Q.    So, you track all of his expenses and you deduct it

25   from his commission payment later, right?

1    A.   Some of them, yes.

2    Q.   You only deduct some of these expenses?

3    A.   I would deduct his advances -- some of the expenses

4  that were paid by MWI as indicated on this sheet.

5    Q.   So, MWI paid for these expenses and they never charged

6  Mr. Indimi back for these expenses, is that correct?

7    A.   They may have charged some of it back.

8    Q.   But MWI didn't charge all expenses back to Mr. Indimi?

9    A.   They may or they may not have, according to whatever

10 their agreement was.

11   Q.   You're not aware what that agreement was?

12   A.   Well, there was an agreement at one time that because

13 people were traveling -- MWI employees were traveling to

14 Nigeria, he won't submit a bill to us and we would pay for

15 things like lawn service, pool service and water here for him.

16 What the dollar amount was, I don't know.

17   Q.   Thank you.

18        MS. YOUNG:   Tim, could we show the note at the

19 bottom of the document, please.

20 BY MS. YOUNG:

21   Q.   Could you read that note for me, Mrs. Ennis?

22   A.   Yes.  Out loud?

23   Q.   Yes, please.

24   A.   Okay.  David, these are the monthly bills which MWI

25 typically pays.  So far this year we have absorbed over

1    $12,000 for Indimi.  What, if any, do you want to charge back

2    to Mr. Indimi?

3      Q.    So, you're asking Mr. Eller if he's going to charge any

4    of this back to Mr. Indimi, right?

5      A.    That is correct.

6      Q.    Thank you.

7            MS. YOUNG:  Your Honor, I'd like to move DTX-58

8    into evidence.  It's a defense exhibit, and I'm assuming they

9    don't have any objections.

10           THE COURT:  58.  All right.  That may be admitted.

11           MS. YOUNG:  Thank you.  Tim, could we go to DTX-58,

12   104 and 105, please.

13   BY MS. YOUNG:

14     Q.    Okay.  Mrs. Ennis, you created this chart, as well, to

15   track Mr. Indimi's expenses, is that right?

16     A.    I'm not sure that's the exact one because mine was in

17   an Excel spreadsheet.

18     Q.    So, this could be a printed out copy of your Excel

19   spreadsheet, is that right?

20     A.    Yes.

21     Q.    And that is your handwriting on the bottom, is that

22   right?

23     A.    That's correct.

24     Q.    I'd like to just go over a few expenses on this chart.

25   On 12/5/1990, do you see a $12,470 payment for Mr. Indimi's

1  Lexus?

2      A.   Yes.

3      Q.   On 2/19/91, do you see a $29,000 advance to Mr. Indimi

4  for his American Express card?

5      A.   Yes.

6      Q.   In February of 1991, do you see a $3,720 cash payment

7  to Mr. Indimi?

8      A.   It says:  Indimi cash.

9      Q.   In October of 1991 on the right-hand side, do you see a

10  $12,000 bill for Hilton Hotel guests?

11      A.   Yes.

12      Q.   On 10/14/91, do you see a $5,000 loan to Indimi for

13  Tony Dzegede to hand carry?

14      A.   Yes.

15      Q.   Below that do you see a $10,000 loan for Juan Ponce to

16  hand carry?

17      A.   Yes.

18      Q.   And below that do you see another $5,000 advance, this

19  time Tony is carrying it again?

20      A.   Yes.

21      Q.   And below that do you see a $5,000 advance to Indimi

22  with Juan carrying the money?

23      A.   Correct.

24      Q.   Lower down do you see a $10,000 advance to Indimi for

25  Tony to carry?

1    A.    Yes.

2    Q.    Another $5,000 advance for Juan to carry?

3    A.    On 4/19, yes.

4    Q.    That's right.  And you see the $3,285 American Express

5  payment?

6    A.    Yes.

7    Q.    And a $5,000 advance for Tony to carry?

8    A.    Yes.

9    Q.    Another $5,000 advance for Brian Stair to carry?

10   A.    On 6/5?

11   Q.    That's right?

12   A.    Yes.

13   Q.    Now, down at the bottom, $5,000 cash to be given to

14  Mr. Indimi and then four days later another $5,000 cash to be

15  given to Mr. Indimi, is that right?

16   A.    On 7/18 and 7/22 at the bottom?

17   Q.    Yep.

18   A.    Yes.

19   Q.    Okay.

20         MS. YOUNG:   Tim, could we please go to Page 9 of

21  this exhibit.

22  BY MS. YOUNG:

23   Q.    Mrs. Ennis, did you make this chart as well to track

24  Mr. Indimi's expenses?

25   A.    Yes.

1   Q.   And do you see a $40,000 American Express bill payment?

2   A.   Yes.

3   Q.   Do you see $65,000 in escrow for Mr. Indimi's house

4 down payment?

5   A.   Yes.

6   Q.   Do you see $10,000 for Steve Ahaneku to give cash to

7 Mr. Indimi?

8   A.   Yes.

9   Q.   Do you see $5,000 cash for Steve Ahaneku to Mr. Edota?

10   A.   Yes.

11   Q.   Do you see the $200,000 payment to R & R Builders for

12 Mr. Indimi's home?

13   A.   Yes.

14   Q.   At the bottom there is a $500,000 payment for the

15 closing of Mr. Indimi's house?

16   A.   Correct.

17        MS. YOUNG:  Could we go to PTX-80.  Your Honor, it

18 hasn't been admitted yet.

19        THE COURT:  80 did you say?

20        MS. YOUNG:  Yes, 80.

21        MS. JACKSON:  Continuing objection, Your Honor.

22        THE COURT:  All right.

23        MS. JACKSON:  We need a copy as well, Your Honor.

24 It's no longer on the Government's list.

25        THE COURT:  All right.  This may be admitted then.

1  BY MS. YOUNG:

2    Q.   This is the check, Mrs. Ennis, for Fatima Indimi for

3  summer school registration, is that right?

4    A.   Correct.

5    Q.   And Fatima, that's one of Mr. Indimi's wives, right?

6    A.   That's the name of one of his wives.  I'm not sure if

7  it's also the name of one of his children.

8    Q.   Thank you.

9         MS. YOUNG:  Could we go to Page 2, Tim.  And then

10  Page 3, do it side-by-side.  Would you blow both of those

11  notes up, please, Tim?

12  BY MS. YOUNG:

13    Q.   So, the top, Mrs. Ennis.  Dana Eller -- you know who

14  Dana Eller is, right?

15    A.   Yes.

16    Q.   Sorry, it disappeared.  Mrs. Ennis, on the top -- that

17  note on the top is from Dana Eller, is that right?

18    A.   That's correct.

19    Q.   Could you read that for me, please?

20    A.   Judy, I'm curious, we pay for their tuition, Indimi

21  pays us back.

22    Q.   Could you finish the rest of the note.

23    A.   I can't read the next word.  They paid for this tuition

24  and we're paying them back.  I'm confused.

25    Q.   What was your response below, Mrs. Ennis?

1    A.    Fatima paid for this out of her allowance and wants the

2    money back.

3    Q.    So, you're explaining that Mr. Indimi's wife is asking

4    MWI for reimbursement for summer school expenses, right?

5    A.    Correct.

6    Q.    Mrs. Ennis, we went over a variety of ways that

7    Mr. Indimi was paid for his commission, correct?

8    A.    I'm sorry.

9    Q.    Did MWI pay Mr. Indimi's commission in a variety of

10   ways?

11   A.    Yes.

12   Q.    You wired Mr. Indimi's money to his account in London,

13   right?

14   A.    Correct.

15   Q.    You wired money to Mr. Indimi's personal account in

16   Florida, right?

17   A.    I don't remember if I saw documents to that today.

18   Q.    Okay.  Well, you cut him checks in his own name, right?

19   A.    Correct.

20   Q.    You paid his AmEx bill, right?

21   A.    Correct.

22   Q.    You paid for his household expenses?

23   A.    Correct.

24   Q.    And sometimes your coworkers, they brought him cash,

25   right?

1    A.    To be charged against his advance, yes.

2    Q.    Now, to your knowledge, MWI did not pay the personal

3    expenses of any other sales agent, right?

4    A.    I don't know the answer to that question.

5          MS. YOUNG:  Your Honor, I'd like to show Mrs. Ennis

6    her deposition, Page 145, Line 17 through 25.

7          THE COURT:  145 has not been admitted.

8          MS. YOUNG:  I'm sorry, it's a deposition page, Your

9    Honor.  I'd like to show her her deposition video, Page 145,

10   Line 17 through 25.

11         THE COURT:  All right.  Go ahead.

12         (Videotape played).

13   BY MS. YOUNG:

14   Q.    Mrs. Ennis, you can't name one other sales agent who

15   received a loan from MWI before a commission payment was due,

16   right?

17   A.    In advance against a commission?

18   Q.    Right.

19   A.    Yes, I can.

20   Q.    What was the name of that sales agent?

21   A.    I'm sorry.

22   Q.    What was the name of the sales agent who received an

23   advance?

24   A.    Humberto Peraza, P-E-R-A-Z-A.

25         MS. YOUNG:  Your Honor, I'd like to show Mrs. Ennis

1    her deposition transcript on Page 146, Lines 11 through 15.

2                   (Videotape played).

3                   MS. YOUNG:  I have no further questions at this

4    time.  Thank you.

5                           CROSS-EXAMINATION

6    BY MS. JACKSON:

7      Q.   I'm Alexina Jackson for MWI.  Good afternoon,

8    Ms. Ennis.

9      A.   Good afternoon.

10     Q.   You take your work responsibilities seriously, don't

11   you?

12     A.   Yes, I do.

13     Q.   One of those responsibilities was to type

14   correspondence for Mr. Eller?

15     A.   Yes.

16     Q.   Another might have been to mail or fax correspondence

17   for him?

18     A.   Yes.

19     Q.   Yet another was to keep records of expenses paid or

20   advances that were made from commissions that Mr. Indimi had

21   earned on sales for MWI?

22     A.   That is correct.

23     Q.   In fact, that's why the Government has called you to

24   testify today, isn't it?

25     A.   I don't know why they called me.

1    Q.   Well, at least you kept these records diligently, your

2    name is on them, your notations are on them, and the

3    Government just brought you up to talk about those records;

4    isn't that right?

5    A.   Correct.

6         THE COURT:  That's not testimony, by the way,

7    that's just counsel talking.  Go ahead, please.

8    BY MS. JACKSON:

9    Q.   So, Ms. Ennis, why were you keeping the records that

10   the Government has shown you today?

11   A.   Because it was part of my job to make sure that things

12   got tracked properly and recorded.

13   Q.   And why were you tracking and recording those items?

14   A.   So that they could be deducted from the commissions as

15   they were paid.

16   Q.   And you were careful in keeping those records so that

17   MWI could be sure to debit those amounts from Mr. Indimi's

18   total commissions, isn't that right?

19   A.   I was careful, yes.

20   Q.   To make sure that MWI didn't pay him twice?

21   A.   Correct.

22   Q.   You also testified that you didn't track advances or

23   payments for other MWI sales agents, is that right?

24   A.   I did not keep any spreadsheets for any other sales

25   agents, to my knowledge.

1    Q.    Why didn't you track such advances?

2    A.    I was only assigned Mr. Indimi's.  I wasn't responsible

3    for commissions.

4    Q.    Do you know whether someone else was?

5    A.    As far as tracking them?

6    Q.    Correct.

7    A.    I don't know.

8    Q.    Were you responsible for calculating Mr. Indimi's

9    commission?

10   A.    No.

11   Q.    For paying him those commissions?

12   A.    No.

13   Q.    Were you responsible for determining whether the money

14   that was paid to Mr. Indimi by MWI was called an advance?

15   A.    Can you repeat that.

16   Q.    Absolutely.  Were you responsible for determining

17   whether the money that was paid to Mr. Indimi by MWI --

18   whether it was called an advance against his commissions?

19   A.    I don't understand the question.

20   Q.    I'll try it one more time, it could be my bad question.

21   Among your responsibilities, were you tasked with deciding

22   whether some money that MWI was paying to Mr. Indimi from his

23   commissions was titled, labeled, named, a loan?

24   A.    It would still be put against his advance for

25   commissions, whether the name on it was loan or advance or --

1     Q.    And that wasn't your responsibility to determine how it
2   was labeled?
3     A.    No.
4           THE COURT:  Who told you to -- who, if anybody,
5   told you to label something either a loan or an advance?
6           THE WITNESS:  It would be the person -- since I
7   wasn't the one typing the checks that were -- whoever they
8   were to, whether they were for cash or Mr. Indimi, would be up
9   to the person who was actually typing the check.  And if they
10  didn't want to type the full advance to Mr. Indimi, they just
11  type "loan."
12          THE COURT:  I see.
13  BY MS. JACKSON:
14    Q.    Did you consider it improper for MWI to pay some amount
15  of Mr. Indimi's commissions in cash or personal expenses?
16    A.    No.
17    Q.    And why not?
18    A.    It was his money which he earned through the
19  commissions.
20    Q.    So, you believed that Mr. Indimi could use his personal
21  income as he pleased?
22    A.    Correct.
23    Q.    Now, you testified today that you recalled another
24  sales agent to whom MWI provided advances, is that right?
25    A.    That is correct.

1    Q.    And then Government counsel showed you your deposition

2    where you said you didn't know or you didn't recall?

3    A.    Correct.

4    Q.    Why do you recall today?

5    A.    Well, after several questions from the deposition were

6    asked, I went back and did some research on them, and that was

7    one of the questions.  Because at the time of the deposition,

8    I could not recall -- I could not recall it, so...

9    Q.    So, you do recall today?

10   A.    I do.

11   Q.    You were also asked, after testifying, that -- well,

12   let me take that one step at a time.  You testified that you

13   now know that Mr. Eller, at least on an occasion or two, said

14   no to advances requested by Mr. Indimi; is that right?

15   A.    That is correct.

16   Q.    And Government counsel, again, showed you deposition

17   testimony to the contrary.  Do you recall that?

18   A.    Yes.

19   Q.    And why do you now recall that Mr. Eller had said no to

20   Mr. Indimi?

21   A.    Because, again, after asking those questions in the

22   deposition, there were some that I went back to the office and

23   did some research on.

24   Q.    So, now today you recall that Mr. Eller had said no to

25   Mr. Indimi on at least one or more occasions?

1    A.   Correct.

2         MS. JACKSON:  Matt, could you please bring up

3    DTX-58 at Bates -- or at page number of the document 104.

4    Thank you, Matt.

5    BY MS. JACKSON:

6    Q.   So, Ms. Ennis, do you recognize this document from your

7    testimony earlier today?

8    A.   Yes.

9    Q.   That's DTX-58 at Page 104?

10   A.   Yes.

11        MS. JACKSON:  Matt, could you please highlight

12   Ms. Ennis's handwriting at the bottom of the page.

13   BY MS. JACKSON:

14   Q.   Ms. Ennis, can you read that for me, please?

15   A.   $175,000 deducted from commissions.

16   Q.   So, Ms. Ennis, it is correct then that all these

17   expenses that the Government walked you through today on this

18   document were in fact deducted from Mr. Indimi's commissions?

19   A.   I can't be 100 percent certain they were.

20   Q.   Does your handwriting indicate that they were?

21   A.   My handwriting on this document indicates that they

22   were.

23   Q.   Do you have any reason to believe otherwise?

24   A.   No.

25        MS. JACKSON:  Matt, you can put that exhibit away,

1   please.  And, Matt, could you also, please, bring up

2   Plaintiff's Exhibit PTX-78.

3   BY MS. JACKSON:

4     Q.   Ms. Ennis, do you recall this exhibit from your

5   testimony earlier today regarding household expenses?

6     A.   Yes.

7     Q.   And this is a chart of -- a 1995 chart of household

8   expenses that you testified may or may not have been charged

9   back in full against Mr. Indimi's commissions, is that

10  correct?

11    A.   That is correct.

12         MS. JACKSON:  And, Matt, could you highlight the

13  far right total amount.

14  BY MS. JACKSON:

15    Q.   And the number there at the bottom, Ms. Ennis, what

16  amount do you see down there?

17    A.   $12,367.02.

18    Q.   And from your understanding of this chart, does that

19  represent an amount that totals for the entire year?

20    A.   November and December are missing from the year, so

21  that would have been through October.

22    Q.   Okay.  And you testified that MWI paid for --

23  potentially paid for some of these expenses because of an

24  exchange they had with Mr. Indimi, isn't that right?

25    A.   That is correct.

1    Q.   That because Mr. Indimi paid for the expenses of

2  certain MWI employees when they were in Nigeria, MWI paid for

3  some of these expenses, is that right?

4    A.   That is correct.

5    Q.   And, again, the total amount that we saw on this chart

6  was 12 -- just over $12,000, isn't that right?

7    A.   Correct.

8    Q.   And that's just two months shy of an entire year of

9  expenses?

10   A.   Well, it's actually more than two months because if you

11  look at October, there's no electric, there's no cable,

12  there's no phone or cleaning.  So, it's almost three months'

13  worth.

14   Q.   Is it possible that there were not expenses in those

15  categories during October?

16   A.   It's possible, but because my notes says:  So far this

17  year -- those were probably the bills written through a

18  certain amount of time.

19   Q.   Okay.  Do you -- so, do you have reason to believe that

20  the expenses for 1995 would have been more than $1,000?

21   A.   They could have been higher since November and December

22  are not there and all of October.

23   Q.   Okay.  By $1,000 maybe?

24   A.   It looks like between $800 and $1,000 there as an

25  average.

1    Q.    So, at most, $13,000 for the entire year?

2    A.    $13,000-$14,000 for the entire year.

3    Q.    Okay.  Thank you.  And, Ms. Ennis, just to wrap up with

4    you.  You testified that you carefully tracked the expenses

5    and advances that were paid against Mr. Indimi's commissions,

6    is that correct?

7    A.    That is correct.

8    Q.    Where did you record those?

9    A.    On an Excel spreadsheet.

10   Q.    What sort of information did you record on that

11   spreadsheet?

12   A.    The date, the dollar amount, and who the check was paid

13   to.

14   Q.    Anything else?

15   A.    No.

16   Q.    And why did you track this information?

17   A.    To be deducted from his commission payment.

18   Q.    And to your knowledge were they deducted back against

19   Mr. Indimi's commissions?

20   A.    Yes.

21              MS. JACKSON:  Thank you, Ms. Ennis.

22              THE COURT:  All right.  Redirect, please.

23                        REDIRECT EXAMINATION

24   BY MS. YOUNG:

25   Q.    Mrs. Ennis, just a few brief questions.

1    A.   Okay.

2    Q.   You said you went back after your deposition and did a

3    little investigation, right?

4    A.   Correct.

5    Q.   And you determined that what you said at your

6    deposition was not accurate, is that right?

7    A.   Correct.

8    Q.   But you never submitted a correction of your

9    deposition, did you?

10   A.   No.

11           MS. YOUNG:  Thank you.

12           THE COURT:  All right.  Thank you.  Ms. Ennis, you

13   may step down.

14           THE WITNESS:  Thank you.

15           THE COURT:  Let me talk with counsel at the bench

16   for just a minute, please.

17   SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

18           THE COURT:  Okay.  We have Mr. Roegiers next?

19           MR. WISEMAN:  As I mentioned just before the break,

20   we're going to do Ms. Zimmer so that we could start

21   Mr. Roegiers first thing Monday because he's sort of a lengthy

22   witness.

23           THE COURT:  How long -- well, how long will her

24   whole direct be?

25           MR. WISEMAN:  Well --

1               THE COURT:  Yes.  How long will her whole direct

2   be?

3               MR. WISEMAN:  Ms. Zimmer?

4               THE COURT:  Yes.

5               MR. WISEMAN:  I'll check with Ms. Young, but I

6   think she said 15 to 25 minutes.

7               MS. JACKSON:  Our cross certainly will be longer

8   than that.

9               THE COURT:  We can make it through direct.  And

10  you're going to be how long?

11              MS. JACKSON:  I would imagine probably 30 minutes,

12  35 minutes.

13              THE COURT:  I'm not going to keep them any later.

14              MS. JACKSON:  Certainly, Your Honor.

15              THE COURT:  So, we'll definitely get through

16  direct, and we'll see what if anything we can do on cross.

17  Are you going to want to call Mr. Roegiers first thing on

18  Monday?

19              MR. WISEMAN:  Assuming we get through Ms. Zimmer.

20              THE COURT:  You do want to get through Ms. Zimmer.

21              MR. WISEMAN:  Yeah, I'm just saying, if Ms. Zimmer

22  is held over for some reason, we'll call Mr. Roegiers right

23  after her, that is all I was trying to say.

24              THE COURT:  Okay.  All right.

25  SIDEBAR DISCUSSION CONCLUDED

1          THE COURT:  The Government's next witness is --

2    ladies and gentlemen, why don't you stand up and just kind of

3    take a stretch and move around a little bit.

4    Thereupon,

5                        EILEEN ZIMMER,

6    the witness, having been first duly sworn, was examined and

7    testified as follows:

8          THE COURT:  And let me remind Ms. Young, don't go

9    too fast so the witness -- she'll ask you to repeat it,

10   please.

11         MS. YOUNG:  Thank you, Your Honor.

12                    DIRECT EXAMINATION

13   BY MS. YOUNG:

14    Q.   Good afternoon, Ms. Zimmer.

15    A.   Good afternoon.

16    Q.   Could you please tell the jury your first and last

17   name.

18    A.   My name is Eileen Zimmer.

19    Q.   Could you spell that for the court reporter.

20    A.   Sure.  It's E-I-L-E-E-N, and the last name is

21   Z-I-M-M-E-R.

22    Q.   Ms. Zimmer, I want to show you PTX-288, it's already

23   been admitted as evidence.

24         MS. YOUNG:  Could we go to the second page, please,

25   Tim?  Blow it up a little bit.

BY MS. YOUNG:

Q.   Ms. Zimmer, could you please explain what this chart represents?  I'm sorry, I should have introduced you.  Could you please tell everyone -- the jury your background?

A.   I'm a senior financial analyst for the Civil Division in the Department of Justice.

Q.   And what is your educational background?

A.   I have a BS and an MBA in finance and investments, and I'm a Chartered Financial Analyst or CFA.

Q.   Thank you, Ms. Zimmer.  Now we can look at the chart. Ms. Zimmer, what does this chart represent?

A.   This chart is a summary chart of all of the transactions that are included in Exhibit 235, and also the deposition of the MWI's company witness that was done in 2007, Mr. Roegiers.  And it listed all of the -- it's a summary chart that lists transactions from 1990 through 1994.

So, you can see on the various columns -- column five lists the total sales transaction amounts, and the column before that, column four, lists the commissions that were paid on each transaction.

Q.   Okay.  Ms. Zimmer, to be clear, is this -- are these commission payments from MWI to its sales agents?

A.   Yes.

Q.   Between 1990 and 1994?

A.   Yes.

1    Q.   And was this chart created by the United States?

2    A.   Yes, I believe so.

3         MS. YOUNG:  I would like to also, Your Honor, show

4    PTX-35.  It has not yet been admitted.  Are there any

5    objections?

6         MS. JACKSON:  Your Honor, we made objections to

7    this chart and you overruled us on them.  So, we'd just

8    continue to assert them.

9         THE COURT:  You'll get an instruction on how to

10   weigh the chart.  Certainly it may be shown to the jury.

11   You're not moving it into evidence or are you?

12        MS. YOUNG:  No, Your Honor.  These are the

13   underlying documents in the chart and we would like to move

14   these business records from MWI into evidence, please.

15        THE COURT:  Well, we'll come back to that later.

16   Certainly, the chart and the records can be shown to the

17   witness now.  I'm not sure whether they will come into

18   evidence or not.

19        MS. YOUNG:  Thank you, Your Honor.

20   BY MS. YOUNG:

21   Q.   Ms. Zimmer, do you recognize this exhibit, Exhibit 235?

22   A.   Yes, I do.

23   Q.   What is Exhibit 235?

24   A.   235 are -- this is just -- on the screen is one page

25   from Exhibit 235, and it's a number of similar documents as

1    the one that's shown on the screen.  It lists -- each page

2    lists each transaction.  The documents were provided from

3    MWI and each page in that Exhibit 235 lists the sales -- each

4    sales transaction, and you can see the various pieces of

5    information.  This is -- these are the raw material documents

6    that form the basis for the chart that we were just looking

7    at, Exhibit 288.

8              MS. YOUNG:  Tim, if you could put 288 and 235

9    side-by-side, the second page of both documents, please.

10             MS. JACKSON:  Your Honor, just for clarification,

11   were we intending to publish 235?  I don't think it's been

12   entered into evidence.

13             THE COURT:  235.  Yeah -- no, I had indicated that

14   it could be published to the jury.

15             MS. JACKSON:  Thank you.  I'm sorry, Your Honor.

16             MS. YOUNG:  Tim, if we could go to the second page

17   of each of these documents, please.  Could we go to the

18   blow-outs, please.

19   BY MS. YOUNG:

20    Q.   Okay.  Ms. Zimmer, could you just walk us through how

21   the chart reflects the documents in Exhibit 235?

22    A.   Okay.  When you're looking at -- this is one

23   transaction, so the first line in the -- on the display

24   screen, it starts with Number 24, that is listing a particular

25   transaction where the sales total was $25,533, that's from

1   Exhibit 288.

2        The bigger -- the larger blow-up is from   Exhibit 235,

3   and you can see that 235 was the source document for the line

4   items that are listed on Exhibit 288 on the larger blow-up,

5   which is 235, you can see the selling price is $25,533, and

6   that matches the transaction price listed on the top line,

7   which is Exhibit 288.

8        And moving backward to the fourth column on the first

9   line, which is exhibit -- it was just highlighted -- Exhibit

10  288.  The actual commission paid on this particular

11  transaction was $2,494.  If you look at the bottom square

12  under the second highlighted highlight on -- that is

13  Exhibit 235, and you it's circled.  That number is $2,494.

14  That was the commission paid to -- and you can see on the line

15  commission payable to Herrera y Herrera Company, Limited.

16  Q.   Okay.  Ms. Zimmer, how did you arrive at the percentage

17  on the far right-hand column of the chart, that 10 percent?

18  A.   That is just a simple average.  You take the -- looking

19  at that line 24, you take the $2,494 divided by $25,533, and

20  you get an average percentage of around 10 percent.

21  Q.   Thank you.

22        MS. YOUNG:  Tim, could we go back to PTX-288,

23  please?

24  BY MS. YOUNG:

25  Q.   So, Ms. Zimmer, did you go through each line of this

1    chart?

2    A.   I did go through each line of this chart and I matched

3    them to exhibit -- this is 288.  I matched them to Exhibit

4    235, and I also read the deposition transcript of Mr.

5    Roegiers, which was done in 2007.

6        And in the first column on this particular exhibit, it

7    actually has the reference page to where this trans -- where

8    each transaction was talked about in that deposition.

9    Q.   Thank you.  Could we go to the final page of PTX-288,

10   please.  Ms. Zimmer, could you explain the bottom numbers on

11   the chart?

12       MS. YOUNG:  If you can make it bigger, Tim.  There

13   you go.

14       THE WITNESS:  Well, the first series of numbers is

15   the last transaction, that's the $59,381.  And then the total

16   was a total of all of the previous -- this is just one page --

17   all of the previous commissions that were paid reflected on

18   this particular exhibit.

19   Q.   What was the average commission of the commissions that

20   were contained in this chart?

21   A.   The average -- the number that is listed here is

22   $13,956.43.

23   Q.   So, that was the average commission paid of the sales

24   agent commissions that you reviewed underlying this chart, is

25   that right?

1    A.    That's the number on the chart.

2    Q.    Okay.  And what was the average commission percentage

3    of the commissions that you reviewed on this chart?

4    A.    The number shown on this chart is 9 percent.  If you

5    take the -- if you look on that last column on all of the

6    previous pages of this exhibit, and just add those percentages

7    and just divide it by the number of commissions that were --

8    the commission percentages that were shown on this chart, it's

9    a simple average of around 9 percent.

10    Q.    Thank you, Ms. Zimmer.

11          MS. YOUNG:  Tim, I'd like to go to Defendant

12    Demonstrative 500-C, please.

13    BY MS. YOUNG:

14    Q.    Ms. Zimmer, are you familiar with this demonstrative

15    chart?

16    A.    Yes.

17    Q.    And what is this chart?

18    A.    This is a recording of -- this is, I think, the

19    defendant's exhibit, and it's a listing of all transactions

20    from an earlier period, 1990 through -- actually, I think it

21    goes through 1994, I'm not sure if it goes beyond that.

22    Q.    Does this chart include the commission payments that

23    were we just looking at in the United States' chart?

24    A.    Yes.  The commission payments that were reflected in

25    that previous 288 -- Exhibit 288, are shown here, but there

1   are others as well because the time period was earlier.

2   Q.   Ms. Zimmer, did you determine what the average

3   commission was on this chart provided by the defendant?

4   A.   Yes, I did.

5   Q.   And what was that average commission?

6   A.   I believe it was around $338,000.

7   Q.   $338,000.  Thank you.  And did you analyze what the

8   total commissions were paid on the defendant's chart?

9   A.   I did compute that and that total, I believe, and I'm

10  working from my memory, I believe it was around $56 million.

11  Q.   Did you determine why the chart provided by the

12  defendant had such higher numbers than the chart provided by

13  the United States?

14         MS. JACKSON:  Your Honor, objection lack of

15  foundation.

16         THE COURT:  The objection is overruled.  She can

17  certainly testify as to what her own opinion is on that

18  subject.

19         THE WITNESS:  What I did was, I looked at this

20  chart, and it does encompass a broader time period than the

21  previous chart, Exhibit 288.  But you can look at this Exhibit

22  500 and just eyeball it and you'll notice that there are a

23  number of payments -- large payments made to one particular

24  individual, Mr. Indimi.

25         And, so, if you -- I actually looked at those --

1   the number -- this exhibit is a number of pages, this is only

2   one page on this screen, but there are a number of pages and

3   if you look through -- you can just look through it and notice

4   all of the payments made to this one particular individual.

5          What I did was I took those payments made to

6   Mr. Indimi out and separated those out and computed an average

7   of commission payments made to everyone but Mr. Indimi.

8   BY MS. YOUNG:

9    Q.   What was the average commission payment once you

10  removed Mr. Indimi's commission from the defendant's chart?

11   A.   It was in the range of around $31,000.

12   Q.   And what were the total commissions paid without

13  Mr. Indimi's commission payments?

14   A.   It was in the range of about $5 million.

15   Q.   How much, according to the defendant's chart, how much

16  did Mr. Indimi receive in commission payments?

17   A.   Mr. Indimi received over $51 million.

18   Q.   And what were the total commissions paid on the chart,

19  including Mr. Indimi?

20   A.   The total commissions shown on this Exhibit 500 were --

21  it was over $56 million.  It was $56.4 million.

22   Q.   So, defendants paid $56 million in commissions and

23  $51 million went to Mr. Indimi?

24   A.   Yes.

25          MS. YOUNG:  Thank you, Ms. Zimmer.

1          MS. JACKSON:  Permission to approach the witness to

2    provide her with a copy of her exhibit?

3          THE COURT:  Yes.

4                    CROSS-EXAMINATION

5    BY MS. JACKSON:

6    Q.    Good afternoon, Ms. Zimmer.

7    A.    Good afternoon.

8    Q.    So, can you remind us again, what is your educational

9    background?

10   A.    I have a BS and an MBA in finance and investments, and

11   I'm a Chartered Financial Analyst.

12   Q.    How long have you been practicing in that field?

13   A.    For a long time.  I started with the Government in

14   1979, I think, and I started with Justice in 1984.

15   Q.    So, you currently work with the Department of Justice?

16   A.    Yes.

17   Q.    And you said you started there in 1984?

18   A.    Yes.

19   Q.    And what is your position at the Department of Justice?

20   A.    I'm a Senior Financial Analyst in the Civil Division.

21   Q.    What do your responsibilities generally entail?

22   A.    Generally, I work on ability to pay matters with the

23   Civil Division and other financial matters that arise in their

24   litigation.

25   Q.    So, you work in their litigation group?

1   A.   Yes.

2          MS. JACKSON:   Matt, could you please bring up

3   Plaintiff's Exhibit 288.

4   BY MS. JACKSON:

5   Q.   Ms. Zimmer, you testified that PTX-288 is dated from

6   1990 through 1994, is that correct?

7   A.   Yes.   Uh-huh.

8   Q.   And you said that it was based on all of the

9   transactions included in a deposition of a witness -- an MWI

10  witness, Roegiers; is that correct?

11  A.   I testified that all of the transactions shown on this

12  exhibit were included in the deposition.

13  Q.   And how were these specific transactions selected?

14  A.   Actually, I did not prepare this chart, so I actually

15  do not know.

16  Q.   So, you don't know whether these specific transactions

17  were chosen by counsel for the Government?

18  A.   I did not prepare it, so I don't -- I know Kimberly

19  Knight did -- she is not counsel, but I don't know.

20  Q.   You didn't ask to review documents outside of this time

21  period.

22  A.   No, I was just looking -- I was just asked to look at

23  this chart and Exhibit 500.

24  Q.   And you didn't ask to see documents in addition to the

25  ones in PTX-235 that you spoke about as well?

1    A.    I looked at the Exhibit 235.

2    Q.    But no documents in addition to that?

3    A.    No.

4    Q.    And if you look even on the first page here of PTX-288,

5    you see under the transaction column that there are at least

6    two fields that are marked as "Unknown," do you see that?

7    A.    Yes, I do.

8    Q.    And did you ask to see documents to try and resolve

9    those Unknown amounts?

10   A.    No.  I looked on the transcript of Mr. Roegiers, and he

11   could not -- he could not identify those particular

12   transactions.

13   Q.    And so he was also limited by the documents that were

14   provided to him, is that right?

15   A.    I wasn't -- I don't know.  I wasn't at the deposition.

16   Q.    But you didn't ask to see any more documents than what

17   were presented to Mr. Roegiers at his deposition, did you?

18   A.    No.

19   Q.    So, you, too, could not resolve those Unknown values in

20   this chart?

21   A.    No.  I could not.

22   Q.    PTX-288, I know you didn't make the chart, but PTX-288

23   does not include any reference to the commissions at issue in

24   this litigation, does it?

25   A.    I have only a limited knowledge of this case, to tell

1    the truth, and I think if you're talking about whether or not

2    they include the commissions that were made to Mr. Indimi,

3    this particular exhibit does not show that -- shows those.

4      Q.   And then if you look through the chart, what is the

5    highest commission rate that you see on the chart?

6      A.   Exhibit 288?

7      Q.   Yes please.

8      A.   It's shown on the first page, it's the sixth line down.

9    It's 26 percent.

10     Q.   That's for the June 1990 commission paid to Sumiten for

11   26 percent, is that what you're indicating?

12     A.   Yes.

13     Q.   And when you paged through the Exhibit PTX-288, did you

14   see any commissions in the 30 percent range?

15     A.   There were none.  There were none in this exhibit.

16     Q.   Thank you.

17          MS. JACKSON:  Matt, would you please bring up

18   DTX-91.  Your Honor, there have been no objections interposed

19   by plaintiffs, and I would request that this is admitted into

20   evidence.

21          THE COURT:  91 may be admitted then.

22          MS. JACKSON:  And published to the jury, please.

23   BY MS. JACKSON:

24     Q.   Ms. Zimmer, do you see --

25          MS. JACKSON:  -- actually, Matt, could you go to

1    Page 3 of the document.

2    BY MS. JACKSON:

3      Q.    Ms. Zimmer, do you see in the upper right-hand corner a

4    January 9, 1990 date?

5      A.    Yes, I do.

6      Q.    And this is a 1990 commission that was paid in Mexico

7    with an FOB value of $62,496.  Do you see that value around

8    the middle of the page, FOB, $62,046 [sic]?

9      A.    Did you say 496?  $62,496.

10     Q.    Yes.  Thank you.  And below that do you see two sales

11   agents, Plus and Campeche, each one -- Plus is at the

12   20 percent.

13            MS. JACKSON:  Matt, if you could highlight that,

14   please.

15   BY MS. JACKSON:

16     Q.    And Campeche at 10 percent?  On this transaction, do

17   you see that?

18     A.    I see that.

19            MS. JACKSON:  And, Matt, if you'd click out of

20   that.  And the line just above it.  If you'd bring that up and

21   adding that 20 percent and 10 percent on this particular

22   transaction, we see a commission of 30 percent on the FOB

23   amount.  Do you see that?

24     A.    I see that on this document, yes.

25     Q.    And, so, do you see this 30 percent commission in

1  Plaintiff's Exhibit 288?

2   A.   No, I don't believe it's there.  I actually haven't

3  seen this one.  The highest percentage commission was 26,

4  so...

5   Q.   So, you haven't reviewed this document?

6   A.   Right.

7        MS. JACKSON:  And, Matt, could you please bring up

8  DTX-209.  Your Honor, again, there are no objections to these

9  exhibits, so I would move for this to be entered into

10  evidence.

11        THE COURT:  It may be admitted and shown to the

12  jury.

13        MS. JACKSON:  And published to the jury, please.

14  And, Matt, we're going to have to enlarge this for everyone.

15  If you can take the -- I guess basically the bottom three

16  lines, but the -- that would be fine.  I think as long as

17  you -- that would probably be enough.  Although, if you could

18  also highlight the top row so that everyone can see.  I think

19  you're going to need a few more lines than that, Matt.

20        Thank you.

21  BY MS. JACKSON:

22   Q.   So, Ms. Zimmer, I'm going to focus your attention on

23  what would be the middle entry there, Comision Nacional de

24  Agua, for five mobile pumps; do you see that?

25   A.   Yes, I do.

1    Q.    And do you see an FOB value of $642,000 and change?

2    A.    Yes, I do.

3    Q.    And a commission amount of $190,864.39?

4    A.    I see that.

5    Q.    And if you'd just do me the favor of doing the

6    calculation of that amount, dividing the commission by -- the

7    commission dollar amount by the FOB value.

8    A.    Just bear with me for a --

9    Q.    No worries, take your time.

10   A.    Just to use round numbers, it's about 30 percent.

11   Q.    Thank you.  And do you see this 30 percent commission

12   on your PTX-288?

13   A.    I didn't see a percentage over that 26, so I'll take

14   your word that it's not in here.

15   Q.    Thank you.

16          MS. JACKSON:  And, Matt, could you please --

17   actually, you know what, you can stay on that chart, but if

18   you would highlight -- clear the highlighting there, you can

19   leave the part you have up.  If you'd highlight now the last

20   row, Comision Nacional de Agua, it is another five mobile

21   pumps, but this time in an FOB amount of $749,220.

22          Do you see that, Ms. Zimmer?

23   A.    Yes, I do.

24   Q.    And the amount of $224,766; do you see that?

25   A.    Yes, I do.

1    Q.   And I'm happy if you would like to calculate it, but

2   will you take my world that it's 30 percent commission as

3   well?

4    A.   Sure.  I can tell it's about 30 percent.

5    Q.   That's not on the PTX-288 either, is it?

6    A.   No.  I'll take your word, again, because it's --

7   there's nothing above 26.

8    Q.   Thank you.

9           MS. JACKSON:  Matt, could you please bring up

10   DTX-211.  Your Honor, I'd request that this be moved into

11   evidence.  Again, plaintiffs have not objected to our

12   exhibits.

13           THE COURT:  Do you have anything down for 211?

14           DEPUTY CLERK:  It has not been admitted.  Counsel

15   is moving it in now.

16           THE COURT:  All right.  No objection from the

17   Government?

18           MR. WISEMAN:  No objection, Your Honor.

19           THE COURT:  211 may be admitted.

20           MS. JACKSON:  And be published, please.  Matt,

21   could you please move to Page 8 of this exhibit.

22   BY MS. JACKSON:

23    Q.   Ms. Zimmer, I'm going to make it a little easier on you

24   this time.

25           MS. JACKSON:  Matt, could you highlight the

1   30 percent commission in the middle of the page.

2   BY MS. JACKSON:

3     Q.   And do you see that amount there, Ms. Zimmer,

4   30 percent -- which calculates out to $891,626.70?

5     A.   Yes, I see that.

6     Q.   And this 30 percent commission on PTX-288?

7     A.   I haven't matched it, but I will assume it isn't

8   because it's 30 percent.

9     Q.   Thank you.

10         MS. JACKSON:  Matt, could you please bring up

11   DTX-185.  Can you move to Page 2, please.  This one is going

12   to be a little harder to fit to the screen and will take a

13   couple of steps, so please bear with me here.  Matt, why don't

14   we start with the middle paragraph.  "We have recently

15   sold" -- can you blow up that paragraph?  "We have recently

16   sold three mixed flow pumps."  Can you highlight the last

17   line.  "I propose that we pay approximately 30 percent" --

18         Oh, I'm sorry.  I apologize.  Your Honor, I don't

19   know if this has yet been moved into evidence, it's DTX-185.

20         THE COURT:  Okay.  So that replaces 211?

21         MS. JACKSON:  No, Your Honor, we did cover 211

22   and --

23         THE COURT:  Okay.

24         MS. JACKSON:  -- that was already in evidence.  But

25   now I'm moving into evidence DTX-0185.

1          THE COURT:  Has that been admitted?

2          DEPUTY CLERK:  It has not been admitted.

3          THE COURT:  Any objection?

4          MS. YOUNG:  No, Your Honor.

5          THE COURT:  That may be admitted.

6          MS. JACKSON:  And published, please.  Thank you

7   very much.

8          THE COURT:  And published.

9   BY MS. JACKSON:

10   Q.   So, now we have it blown up, and hopefully everyone can

11   see it.  I was focusing on the first paragraph on the

12   document, and specifically the line: "I propose that we pay

13   approximately 30 percent on each invoice, which breaks down as

14   follows.

15          Do you see that, Ms. Zimmer?

16   A.   Yes, I do.

17   Q.   So, 30 percent commission to start with.

18          MS. JACKSON:  And then, Matt, if you'd back out of

19   that.  You see that that amount comes to a total of $5,865.80

20   for the base 30 percent.  Do you see that calculation,

21   Ms. Zimmer?

22   A.   Yes.

23   Q.   And then, Matt, if you back out of that and go to the

24   bottom paragraph.  "In order to satisfy other reimbursement of

25   the balance in this letter of credit, I propose that an

1    additional 30 percent on each of the above invoices be paid

2    either to the rep or directly to Mr. Brol."  Do you see that

3    where I'm reading, Ms. Zimmer?

4       A.   Yes, I do.

5       Q.   Did I read that correctly?

6       A.   Yes, you did.

7            MS. JACKSON:  And, Matt, if you highlight the

8    handwritten text next to that, where it says "Pay to rep."

9    Do you see that, Ms. Zimmer?  We just blew it up.

10           THE WITNESS:  I do see it.  There's something

11   crossed out as well.

12   BY MS. JACKSON:

13      Q.   There's a scratched mark and then a Pay to Rep.  Did I

14   read that correctly?

15      A.   Yes.

16      Q.   And so then the amount next to that Pay to Rep --

17           MS. JACKSON:  Matt, if you'd enlarge that box that

18   starts with Job Number all the way down to Total.  So, then we

19   have an additional $20,758.50 that is being paid to the rep.

20   Do you see that?

21      A.   Yes, I do.

22      Q.   And I read that correctly?

23      A.   Yes.

24           MS. JACKSON:  So, Matt, if you back out and

25   highlight or enlarge the $5,865.80 from above, and the

1    $20,758.50 from below.  If we add those two up, Ms. Zimmer, do

2    you mind helping me with this since you have the calculator?

3    Matt, I don't know if you can split the screen and bring up

4    the calculator, too, and keep track of this for everyone?

5    A.    Do you want --

6    Q.    You can do this first step for us and tell us -- do you

7    know what -- do you have the amount there?

8    A.    Yeah, I have the total.

9    Q.    Okay.

10         MS. JACKSON:  Matt, could you type the total in as

11   she reads it out?  Do you have the same total?  $26,624.30?

12   A.    I certainly do.

13   Q.    Great.  And we have an FOB amount on the document,

14   which we can look go back and look at it in a second -- if

15   Matt can move those around -- of $69,195 in the middle of the

16   page.  Do you see how the FOB calculates out to that?

17   A.    Yes, I see that.

18         MS. JACKSON:  So, Matt, if you bring up the

19   calculator again.  We have the $26,624.30, correct, Ms.

20   Zimmer?

21   A.    Uh-huh.

22   Q.    Divided by $69,195.  And what's the total?

23   A.    Yeah, I have -- I have 38.4772.  I don't have a

24   floating decimal like this calculator.

25   Q.    But it's a 38.5 rounding up commission?

1    A.    Yes.

2    Q.    And is that on PTX-288?

3    A.    No.  No, it is not.  Again, there are no commission --

4    there are not commission percentages over 26 percent on 288.

5    So, I'll -- I haven't compared the names, I'll just assume

6    that you're correct that it's not on here.

7    Q.    I have a couple more that I don't know that we need to

8    go through, but you would agree with me now that within this

9    time period of the PTX chart, there are at least a number of

10   30 percent and higher commissions that have not been included;

11   is that correct?

12   A.    There appear to be, yes.

13   Q.    And, in fact, PTX-288 not only doesn't include a number

14   of higher percentage commissions during the time period, but

15   it doesn't even contemplate time periods prior to 1990, does

16   it?

17   A.    No, it does not.

18   Q.    So, it doesn't include any information from the years

19   1980 through 1990?

20   A.    It include some from 1990.

21   Q.    Excuse me, you're absolutely correct.

22   A.    Prior to 1990.

23   Q.    Yes.  So, from 1980 through 1989, it doesn't include

24   any data?

25   A.    Correct.

1    Q.   In fact, it doesn't include any information about the

2    prior transactions that MWI did in Nigeria with the very same

3    sales agent that's at issue in this litigation, isn't that

4    right?

5    A.   Again, we're referring to 288, right?

6    Q.   Correct.

7    A.   Yes.  And the answer is:  Yes, it does not.

8    Q.   So, it doesn't include any of those as a point of

9    reference?

10   A.   Right.

11            THE COURT:  Any further?  I think it's time for us

12   to take our recess.  You may step down for now.  Thank you.  I

13   know you're ready for a break.  And, remember, we're not

14   sitting tomorrow.  We're certainly sitting next week and I

15   guess the only good news is we're going to start at 9:30 next

16   week, and that will be everyday that we start at 9:30.

17            Your usual warnings, everybody.  Don't talk about

18   the case with anyone, especially over the weekend when people

19   may really start asking you questions like:  Where have you

20   been all this time?  Don't talk about it amongst yourselves,

21   definitely too early to do that.

22            Remember, as always, to keep an open mind because

23   there is still more testimony to come.  I'll see you all

24   Monday morning at 9:30.

25   JURY ESCORTED OUT OF THE COURTROOM AT 5:00 P.M.

1

2

3                          C E R T I F I C A T E

4              I, Lisa M. Foradori, RPR, FCRR, certify that

5     the foregoing is a correct transcript from the record of

6     proceedings in the above-titled matter.

7

8

9     _____       _____

10    Date:                          Lisa M. Foradori, RPR, FCRR

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$1,000 [3]** 100/20 100/23 100/24
**$1,768,637 [1]** 26/19
**$10 [3]** 39/11 40/5 40/5
**$10 million [3]** 39/11 40/5 40/5
**$10,000 [11]** 69/11 72/3 72/13 76/13 76/15 77/25 78/10 83/3 87/15 87/24 89/6
**$12,000 [3]** 86/1 87/10 100/6
**$12,367.02 [1]** 99/17
**$12,470 [1]** 86/25
**$13,000 [2]** 101/1 101/2
**$13,000-$14,000 [1]** 101/2
**$13,956.43 [1]** 109/22
**$14,000 [1]** 101/2
**$175,000 [1]** 98/15
**$190,864.39 [1]** 119/3
**$2 [1]** 42/8
**$2,494 [3]** 108/11 108/13 108/19
**$2.20 [1]** 42/9
**$20,000 [2]** 82/23 83/13
**$20,758.50 [2]** 123/19 124/1
**$200,000 [1]** 89/11
**$224,766 [1]** 119/24
**$25,000 [2]** 79/14 79/23
**$25,533 [3]** 107/25 108/5 108/19
**$26,624.30 [2]** 124/11 124/19
**$27 [1]** 55/13
**$27 million [1]** 55/13
**$29,000 [1]** 87/3
**$3 [3]** 24/5 24/7 24/16
**$3 million [3]** 24/5 24/7 24/16
**$3,029,072 [1]** 24/3
**$3,285 [1]** 88/4
**$3,720 [1]** 87/6
**$31,000 [1]** 112/11
**$317,483 [1]** 25/25
**$338,000 [2]** 111/6 111/7
**$40,000 [1]** 89/1
**$5 [1]** 112/14
**$5 million [1]** 112/14
**$5,000 [19]** 70/3 70/12 70/18 72/22 73/22 74/7 74/18 75/18 76/2 76/24 87/12 87/18 87/21 88/2 88/7 88/9 88/13 88/14 89/9
**$5,865.80 [2]** 122/19 123/25
**$50 [2]** 8/10 8/18
**$50,000 [1]** 81/22
**$500,000 [1]** 89/14
**$51 [2]** 112/17 112/23
**$51 million [2]** 112/17 112/23
**$56 [3]** 111/10 112/21 112/22
**$56 million [2]** 111/10 112/21
**$56.4 [1]** 112/21
**$56.4 million [1]** 112/21
**$59,381 [1]** 109/15
**$60 [2]** 42/23 43/3
**$62,046 [1]** 117/8
**$62,496 [2]** 117/7 117/9
**$642,000 [1]** 119/1
**$65,000 [1]** 89/3
**$69,195 [2]** 124/15 124/22
**$749,220 [1]** 119/21
**$800 [1]** 100/24
**$81,000 [2]** 40/8 40/9
**$81,996.38 [1]** 40/6
**$891,626.70 [1]** 121/4

**'80s [1]** 12/20
**'82 [1]** 14/5
**'83 [1]** 14/5
**'90s [1]** 49/16

**'93 [1]** 57/23
**'94 [1]** 58/3
**'95 [1]** 42/19

**0**

**0132 [1]** 1/19
**0185 [1]** 121/25
**019 [1]** 53/11
**024013 [2]** 39/8 39/15

**1**

**1/20 [1]** 64/15
**1/20/1994 [1]** 64/14
**1/20/94 [1]** 64/8
**10 [2]** 68/5 117/16
**10 percent [3]** 108/17 108/20 117/21
**10/14/91 [1]** 87/12
**100 percent [1]** 98/19
**1000 [1]** 2/13
**1001 [5]** 2/18 2/22 3/2 3/6 3/10
**101 [1]** 4/5
**104 [4]** 4/6 86/12 98/3 98/9
**105 [1]** 86/12
**11 [3]** 27/19 29/17 93/1
**1100 [2]** 2/22 3/2
**113 [1]** 4/6
**115 [1]** 17/14
**116 [1]** 17/15
**118 [1]** 18/2
**12 [2]** 68/5 100/6
**12/5/1990 [1]** 86/25
**13 [1]** 65/15
**14 [2]** 1/5 29/17
**145 [3]** 92/6 92/7 92/9
**146 [1]** 93/1
**15 [2]** 93/1 103/6
**15 percent [5]** 24/13 24/21 25/8 26/4 26/6
**15-minute [1]** 57/1 57/4
**15th [1]** 26/23
**160 [1]** 66/9
**17 [3]** 30/6 92/6 92/10
**18 [3]** 65/15 65/25 88/16
**185 [2]** 121/11 121/19
**1888 [1]** 26/11
**19 [3]** 18/2 28/23 88/3
**1970s [1]** 7/9
**1979 [11]** 7/10 9/2 9/3 10/14 11/10 11/15 12/13 12/15 28/10 28/12 113/14
**1980 [5]** 13/9 42/7 49/23 125/19 125/23
**1980s [7]** 13/6 14/4 30/18 30/22 42/6 49/16 60/21
**1982 [2]** 14/6 15/10
**1983 [9]** 10/14 10/22 10/23 11/4 11/6 15/25 16/7 16/20 16/23
**1984 [4]** 16/20 16/23 113/14 113/17
**1985 [2]** 13/9 13/14
**1986 [1]** 60/2
**1987 [1]** 60/7
**1989 [1]** 125/23
**1990 [13]** 42/3 86/25 105/16 105/24 110/20 114/6 116/10 117/4 117/6 125/15 125/19 125/20 125/22
**1990s [4]** 42/1 49/24 61/1 61/3
**1991 [3]** 57/22 87/6 87/9
**1994 [20]** 20/18 21/23 26/23 27/19 27/25 28/9 28/23 29/12 31/7 31/18 31/25 32/1 38/2 38/5 42/19 64/14 105/16 105/24 110/21 114/6
**1995 [2]** 99/7 100/20
**1996 [1]** 11/10
**1:35 [1]** 1/5

**2**

**2/19/91 [1]** 87/3

**20 [4]** 17/11 42/3 42/13 64/15
**20 percent [3]** 48/7 117/12 117/21
**20001 [1]** 3/16
**20004 [2]** 1/18 2/14
**20004-2505 [3]** 2/18 3/7 3/11
**20005 [1]** 1/23
**2007 [2]** 105/14 109/5
**2013 [1]** 1/5
**202 [17]** 1/19 1/19 1/24 2/4 2/5 2/9 2/10 2/14 2/19 2/19 3/3 3/4 3/7 3/8 3/11 3/12 3/17
**202-624-2721 [1]** 2/23
**202-776-7801 [1]** 2/15
**20419 [1]** 20/5
**20530 [2]** 2/4 2/9
**2088 [2]** 1/4 5/3
**209 [1]** 118/8
**21 [1]** 30/6
**211 [5]** 120/10 120/13 120/19 121/20 121/21
**22 [2]** 18/2 88/16
**228 [1]** 30/6
**231 [1]** 29/16
**235 [17]** 105/13 106/21 106/23 106/24 106/25 107/3 107/8 107/11 107/13 107/21 108/2 108/3 108/5 108/13 109/4 114/25 115/1
**2399 [4]** 35/21 35/22 35/24 35/24
**23990 [1]** 36/2
**24 [2]** 107/24 108/19
**24019 [2]** 53/10 53/12
**25 [6]** 17/14 62/2 62/3 92/6 92/10 103/6
**2500 [2]** 3/3 3/11
**2505 [3]** 2/18 3/7 3/11
**252-2531 [1]** 2/9
**2531 [1]** 2/9
**2545 [1]** 2/19
**2595 [2]** 2/23 3/3
**26 [3]** 118/3 119/13 120/7
**26 percent [3]** 116/9 116/11 125/4
**27,907,868 [1]** 21/19
**2721 [1]** 2/23
**284 [3]** 23/8 25/1 26/11
**288 [28]** 104/22 107/7 107/8 108/1 108/4 108/7 108/10 108/24 109/3 109/9 110/25 110/25 111/21 114/3 114/5 115/4 115/22 115/22 116/6 116/13 118/1 119/12 120/5 121/6 125/2 125/4 125/13 126/5
**2948 [1]** 3/7
**2:55 [1]** 57/5

**3**

**30 [3]** 26/8 103/11 119/10
**30 percent [16]** 116/14 117/22 117/25 119/11 120/2 120/4 121/1 121/4 121/6 121/8 121/17 122/13 122/17 122/20 123/1 125/10
**307-3852 [1]** 1/19
**315 [1]** 57/18
**32 [4]** 7/15 7/19 11/8 18/7
**3269 [1]** 3/17
**333 [1]** 3/16
**34 [1]** 11/9
**35 [3]** 26/8 103/12 106/4
**354-3269 [1]** 3/17
**36 [4]** 21/11 62/2 62/2 77/16
**36 percent [1]** 21/13
**36.5 [1]** 21/10
**36.6 [1]** 21/10
**37 [1]** 62/3
**38 [1]** 4/4
**38.4772 [1]** 124/23

**38.5 [1]** 124/25
**383 [2]** 57/17 58/15
**3852 [1]** 1/19
**3:20 [1]** 59/14

**4**

**4/19 [1]** 88/3
**4311 [1]** 1/24
**45 [1]** 59/1
**4565 [1]** 25/1
**47 [9]** 68/7 68/10 68/21 68/23 68/23 69/1 69/4 69/23 70/16
**48 [1]** 71/17
**49 [2]** 73/11 73/12
**496 [1]** 117/9

**5**

**5/13/94 [1]** 83/6
**5/5 [1]** 83/2
**5/5/94 [1]** 83/1
**50 [5]** 42/3 42/4 42/23 42/24 43/3
**500 [3]** 111/22 112/20 114/23
**500-C [1]** 110/12
**505 [1]** 2/13
**5116 [4]** 2/19 3/4 3/8 3/12
**514-0132 [1]** 1/19
**514-7228 [1]** 2/4
**514-8780 [2]** 2/5 2/10
**52 [2]** 4/4 74/11
**53 [1]** 75/20
**532-4311 [1]** 1/24
**54 [2]** 76/7 77/7
**555 [2]** 2/3 2/8
**58 [5]** 86/7 86/10 86/11 98/3 98/9
**59 [1]** 4/5
**5:00 [1]** 126/25

**6**

**6/15/94 [1]** 26/22
**6/5 [1]** 88/10
**60 [2]** 42/24 43/2
**601 [2]** 1/17 1/22
**61 [3]** 80/11 80/14 81/14
**624-2500 [2]** 3/3 3/11
**624-2545 [1]** 2/19
**624-2948 [1]** 3/1
**628-5116 [4]** 2/19 3/4 3/8 3/12
**63 [2]** 77/13 77/15
**65 [2]** 79/6 79/9
**6706 [1]** 3/15
**68 [1]** 82/5
**69 [2]** 82/13 82/15
**6th [1]** 32/5

**7**

**7/18 [1]** 88/16
**7/22 [1]** 88/16
**7228 [1]** 2/4
**75 percent [1]** 36/24
**76 [2]** 63/22 63/22
**776-7824 [1]** 2/14
**78 [2]** 84/15 99/2
**7801 [1]** 2/15
**7824 [1]** 2/14

**8**

**80 [5]** 8/22 42/14 89/17 89/19 89/20
**85 [4]** 24/12 24/23 25/7 26/1
**8780 [2]** 2/5 2/10
**88 [2]** 65/15 65/25
**89 [5]** 19/19 19/20 31/20 52/23 65/25

**9 percent [2]** 110/4 110/9
**9032 [1]** 1/18
**91 [4]** 87/3 87/12 116/18 116/21
**9237 [1]** 1/23
**93 [1]** 4/5
**94 [4]** 26/22 64/8 83/1 83/6
**97 [1]** 68/4
**98-2088 [2]** 1/4 5/3
**9:30 [3]** 126/15 126/16 126/24

**A**

**ability [1]** 113/22
**able [4]** 13/19 13/21 39/3 43/10
**about [47]** 6/5 6/6 8/3 8/3 8/25 10/1 10/3 11/16 17/8 27/1 29/24 30/11 31/17 31/19 34/11 36/25 38/20 40/19 40/25 41/10 41/25 42/6 43/17 43/23 43/24 47/9 48/16 52/4 54/17 56/14 57/8 58/23 65/11 68/22 81/14 84/22 94/3 109/8 112/14 114/25 116/1 119/10 120/4 126/1 126/17 126/20
**above [5]** 117/20 120/7 123/1 123/25 127/6
**above-titled [1]** 127/6
**absolutely [2]** 95/16 125/21
**absorbed [1]** 85/25
**Abuja [1]** 73/23
**accept [2]** 43/14 43/16
**accepts [1]** 71/1
**according [5]** 21/20 78/25 79/3 85/9 112/15
**account [12]** 35/19 61/18 61/23 63/2 63/5 65/3 65/7 65/19 72/15 79/18 91/12 91/15
**accountant [1]** 46/24
**accounting [7]** 7/2 7/6 7/14 7/20 8/23 11/7 28/3
**accounts [2]** 46/17 60/11
**accrued [1]** 45/22
**accumulate [1]** 55/25
**accurate [5]** 61/12 61/20 66/15 66/19 102/6
**across [1]** 9/25
**acted [1]** 43/19
**actual [7]** 24/11 24/12 28/7 28/8 42/20 46/7 108/10
**actually [15]** 9/8 11/9 15/23 24/11 46/2 96/9 100/10 109/7 110/20 111/25 114/14 114/14 116/25 118/2 119/17
**add [2]** 110/6 124/1
**adding [2]** 55/7 117/21
**addition [3]** 26/4 114/24 115/2
**additional [7]** 35/14 35/16 36/17 69/3 73/16 123/1 123/19
**address [2]** 53/22 53/23
**addresses [1]** 54/1
**administration [2]** 7/1 34/18
**administrative [2]** 36/20 37/23
**admission [2]** 58/18 58/11
**admit [2]** 68/21 69/1
**admitted [46]** 19/21 19/22 23/7 31/20 63/25 64/1 64/2 68/24 69/4 71/21 71/22 73/15 73/17 74/15 75/23 76/9 77/15 77/16 77/17 77/19 79/8 79/9 79/12 80/12 80/14 81/20 82/6 82/7 82/10 82/18 84/16 84/17 86/10 89/18 89/25 92/7 104/23 106/4 116/19 116/21 118/11 120/14 120/19 122/1 122/2 122/5
**advance [25]** 46/18 67/11 67/13 67/22 68/1 71/3 78/13 78/20 79/5 87/3 87/18 87/21 87/24 88/2 88/7 88/9 92/1 92/17

92/23 95/11 95/18 95/24 95/25 96/5 96/9 96/19 97/25
**advances [14]** 15/13 15/13 15/19 45/18 45/19 71/11 71/15 85/3 93/20 94/22 95/1 96/24 97/14 101/5
**advancing [1]** 71/6
**advancing a [1]** 71/6
**adverse [1]** 18/9
**advice [1]** 31/6
**afraid [1]** 56/17
**African [1]** 29/8
**after [11]** 8/16 9/19 10/23 13/14 57/6 83/8 97/5 97/11 97/21 102/2 103/23
**afternoon [13]** 5/7 5/20 5/21 5/25 56/20 57/14 59/20 93/7 93/9 104/14 104/15 113/6 113/7
**again [15]** 12/7 13/19 29/19 50/18 87/19 97/16 97/21 100/5 113/8 118/8 120/6 120/11 124/19 125/3 126/5
**against [10]** 41/16 46/1 71/3 92/1 92/17 95/18 95/24 99/9 101/5 101/18
**age [1]** 8/21
**agent [15]** 47/19 48/5 48/9 48/10 55/22 55/24 58/5 71/13 92/3 92/14 92/20 92/22 96/24 109/24 126/3
**agents [12]** 47/23 47/24 54/14 54/17 54/18 54/19 54/19 54/23 94/23 94/25 105/22 117/11
**ago [2]** 37/3 81/8
**agree [1]** 125/8
**agreement [4]** 32/12 85/10 85/11 85/12
**agricultural [2]** 28/22 50/18
**agriculture [2]** 32/13 51/16
**Agua [2]** 118/24 119/20
**Ahaneku [5]** 76/13 76/15 76/18 89/6 89/9
**ahead [7]** 13/4 15/17 44/14 78/4 78/16 92/11 94/7
**aided [1]** 3/23
**airplane [5]** 14/20 14/23 14/24 15/12 45/12
**airplanes [3]** 28/15 28/19 28/20
**airport [1]** 43/20 43/22
**airports [2]** 44/2 44/3
**Akwa [1]** 54/6
**Alexina [3]** 2/21 57/9 93/7
**Alhaji [5]** 13/25 21/16 32/16 33/8 60/20
**aljackson [1]** 2/24
**all [66]** 16/11 16/14 22/23 27/17 31/3 33/20 34/2 34/25 37/7 38/15 40/18 41/9 43/10 44/3 44/20 47/4 47/23 49/12 49/14 51/1 52/8 52/16 52/20 54/17 54/17 56/3 57/3 58/21 59/3 64/2 65/24 67/6 68/14 68/19 71/19 73/14 74/15 77/2 81/6 81/13 82/10 84/24 85/8 86/10 89/22 89/25 92/11 98/16 100/22 101/22 102/12 103/23 103/24 105/12 105/15 109/16 109/17 110/5 110/19 112/4 114/8 114/11 120/16 123/18 126/20 126/23
**allegations [3]** 57/18 58/6 58/16
**alleviated [2]** 48/24 49/1
**allow [1]** 45/25
**allowance [1]** 91/1
**alluded [2]** 17/23 44/8
**alluding [1]** 44/17
**almost [2]** 10/3 100/12
**along [2]** 7/22 10/4
**already [5]** 11/2 26/5 26/5 104/22 121/24
**also [26]** 14/12 15/12 16/3 16/17 17/22 30/10 49/20 50/18 58/2 58/13 65/2 65/6 66/13 66/17 76/23 82/13 83/16 90/7 94/22 97/11 99/1 105/13 106/3 109/4

**A**  Case 1:98-cv-02088-GK

also... [2]  115/13 118/18
**Although** [1]  118/17
**always** [3]  47/17 50/7 126/22
**am** [3]  7/8 64/15 80/14
**ambassador** [1]  50/1
**AMERICA** [2]  1/3 11/18
**American** [8]  33/5 33/6 65/20 66/4 66/6
  87/4 88/4 89/1
**AmEx** [1]  91/20
**Among** [1]  95/21
**amongst** [1]  126/20
**amount** [28]  20/23 21/19 24/1 24/4
  24/10 43/5 51/17 55/25 58/4 85/16
  96/14 99/13 99/16 99/19 100/5 100/18
  101/12 117/23 119/3 119/6 119/7
  119/21 119/24 121/3 122/19 123/16
  124/7 124/13
**amounts** [8]  54/15 54/16 54/20 54/22
  54/24 94/17 105/18 115/9
**analysis** [2]  35/19 46/9
**analyst** [5]  36/9 105/5 105/9 113/11
  113/20
**analyze** [1]  111/7
**analyzing** [1]  9/11
**Anambra** [1]  54/6
**Angola** [1]  7/3
**another** [15]  56/19 56/24 70/18 72/21
  73/6 75/13 76/2 87/18 88/2 88/9 88/14
  93/16 93/19 96/23 119/20
**answer** [16]  13/1 17/3 18/16 18/17 25/13
  39/9 39/17 39/25 43/7 45/4 49/22 55/11
  63/12 78/24 92/4 126/7
**answered** [3]  25/10 38/8 63/11
**answers** [1]  59/1
**any** [34]  28/1 33/15 45/6 45/7 47/13
  47/16 55/22 71/11 71/11 73/15 74/12
  79/9 81/10 82/7 82/16 84/17 86/1 86/3
  86/9 92/3 94/24 94/24 98/23 103/13
  106/4 115/16 115/23 116/14 122/3
  125/18 125/24 126/1 126/8 126/11
**anybody** [1]  96/4
**anymore** [1]  35/7
**anyone** [4]  29/13 45/10 48/13 126/18
**anything** [3]  101/14 103/16 120/13
**apologize** [4]  63/13 63/21 65/11 121/18
**appear** [1]  125/12
**APPEARANCES** [1]  1/14
**appears** [4]  20/19 26/13 40/5 62/16
**applied** [4]  24/5 24/14 24/16 26/3
**apply** [1]  42/17
**appointment** [1]  8/20
**appointments** [1]  60/16
**appreciate** [1]  57/15
**approach** [4]  20/15 35/25 62/9 113/1
**appropriate** [2]  37/20 49/10
**approve** [3]  45/6 67/18 74/17
**approved** [1]  67/7
**approving** [1]  74/20
**approximately** [2]  121/17 122/13
**are** [61]  8/7 12/17 13/2 17/17 18/22 19/5
  19/8 19/24 23/11 23/23 23/24 40/20
  45/2 47/6 50/20 51/4 51/5 54/17 56/5
  57/17 57/25 58/3 58/8 58/19 58/21 59/5
  60/25 64/11 64/12 68/13 69/13 70/8
  74/20 77/1 80/8 83/22 84/21 85/24 94/2
  99/20 100/22 103/17 105/13 105/21
  106/4 106/11 106/12 106/24 107/5
  108/4 110/14 110/25 111/1 111/22
  112/2 115/5 115/6 118/8 125/3 125/4
  125/9
**area** [5]  7/17 16/22 40/25 51/6 51/7
**areas** [1]  50/3

---

aren't [1]  20/14
**arise** [1]  115/23
**Aronica** [1]  2/12
**around** [12]  14/5 15/25 42/19 44/2 104/3
  108/20 110/9 111/6 111/10 112/11
  117/7 124/15
**arrange** [1]  46/15
**arrive** [1]  108/16
**artificial** [1]  58/16
**as** [82]  5/16 6/6 7/25 7/25 8/8 9/8 9/8
  10/12 10/12 10/17 11/6 19/2 19/11
  19/15 19/17 20/14 20/14 20/19 20/24
  22/17 26/13 30/25 34/4 34/8 34/14
  34/15 36/24 37/21 38/25 39/23 39/25
  40/5 42/1 43/14 46/20 48/5 48/6 48/11
  48/14 48/22 50/3 50/18 57/20 57/21
  57/22 57/23 57/23 58/15 59/11 60/14
  61/7 62/10 72/24 78/12 82/13 84/8 85/4
  86/14 88/23 89/23 94/14 95/5 95/5
  96/21 100/24 102/17 102/19 104/7
  104/23 106/25 111/1 111/17 114/25
  115/6 118/16 118/16 120/2 122/13
  123/11 124/10 126/8 126/22
**aside** [1]  22/1
**ask** [13]  18/19 39/14 49/10 55/6 57/24
  67/11 67/22 73/12 104/9 114/20 114/24
  115/8 115/16
**asked** [13]  9/18 18/17 18/21 19/1 25/10
  40/11 40/19 41/9 44/7 67/17 97/6 97/11
  114/22
**asking** [9]  68/22 68/25 72/22 73/22
  74/17 86/3 91/3 97/21 126/19
**aspects** [1]  53/22
**assemble** [3]  35/8 35/10 35/10
**assembled** [2]  32/11 34/4
**assembly** [1]  33/19
**assert** [1]  106/8
**assigned** [1]  95/2
**assistance** [1]  30/25
**assistant** [3]  60/7 60/14 61/7
**assisting** [1]  28/2
**assume** [3]  81/13 121/7 125/5
**assuming** [2]  86/8 103/19
**Atlantic** [2]  6/25 6/25
**attend** [1]  8/8
**attention** [2]  58/14 118/22
**attorney** [1]  9/18
**ATTORNEY'S** [2]  2/2 2/7
**authority** [1]  50/1
**authorized** [2]  64/21 64/24
**authorizes** [1]  66/6
**available** [3]  35/18 44/20 46/10
**Avenue** [6]  2/18 2/22 3/2 3/6 3/10 3/16
**average** [14]  51/17 51/19 100/25 108/18
  108/20 109/19 109/21 109/23 110/2
  110/9 111/2 111/5 112/6 112/9
**aware** [5]  62/20 62/25 61/3 77/1 85/11
**away** [4]  10/20 10/21 52/11 98/25
**awhile** [1]  40/17

**B**

**back** [31]  5/2 30/17 31/20 31/22 31/22
  46/17 50/23 52/6 52/23 53/6 53/10
  56/13 85/6 85/7 85/8 86/1 86/4 90/21
  90/24 91/2 97/6 97/22 99/9 101/18
  102/2 106/15 108/22 122/18 122/23
  123/24 124/14
**background** [5]  6/22 34/22 105/4 105/7
  113/9
**backward** [1]  108/8
**bad** [1]  95/20
**Bahamas** [1]  15/6
**balance** [1]  122/25
**bank** [42]  11/20 11/21 11/24 12/3 12/4

---

  29/14 32/12 38/4 45/24 47/16 55/19
  61/1 61/5 61/23 62/14 63/2 63/5 63/17
  64/19 65/4 65/7 65/10 65/11 65/19 66/3
  66/5 73/1 78/3 78/4
**bankrupt** [1]  10/3
**banks** [1]  27/24
**base** [2]  8/1 122/20
**based** [6]  25/16 26/10 47/25 48/2 52/5
  114/8
**basically** [3]  7/18 10/4 118/15
**basin** [3]  13/16 49/18 52/7
**basis** [4]  30/13 30/24 79/1 107/6
**Bates** [4]  25/1 26/11 53/10 98/3
**batteries** [1]  51/2
**be** [130]
**Beach** [5]  6/20 6/21 8/13 8/13 9/5
**bear** [2]  119/8 121/13
**became** [2]  42/20 60/6
**because** [23]  23/1 28/13 28/22 32/22
  34/17 39/17 59/3 70/4 70/23 85/12
  86/16 94/1 97/7 97/21 99/23 100/1
  100/10 100/16 102/21 111/1 120/6
  121/8 126/22
**become** [1]  13/12
**been** [62]  5/15 15/21 15/25 16/20 19/19
  19/21 19/22 21/5 22/23 22/25 23/7
  24/14 26/3 26/4 26/5 27/1 27/3 27/19
  28/15 29/6 31/11 32/7 34/17 34/18 36/5
  38/19 40/17 42/2 46/23 59/10 59/16
  73/6 73/14 77/15 77/17 79/8 79/9 80/12
  80/14 82/6 82/7 84/5 84/16 89/18 92/7
  93/16 99/8 99/21 100/20 100/21 104/6
  104/23 106/4 107/11 113/12 116/18
  120/14 121/19 122/2 122/5 125/10
  126/20
**before** [16]  1/11 7/11 19/25 24/18 25/6
  40/10 43/23 55/24 59/21 66/3 66/24
  67/14 84/11 92/15 102/19 105/19
**beforehand** [1]  57/10
**beginning** [1]  53/7
**behalf** [2]  5/8 45/14
**behind** [2]  44/19 52/14
**being** [15]  9/10 23/24 24/12 32/22 33/25
  34/19 34/19 43/24 50/23 51/24 51/24
  51/25 72/15 84/8 123/19
**believe** [24]  14/5 16/2 18/15 20/2
  57/16 77/15 80/22 84/4 98/23 100/19
  106/2 111/6 111/9 111/10 118/2
**believed** [1]  96/20
**below** [6]  87/15 87/18 87/21 90/25
  117/10 124/1
**bench** [1]  102/15
**beneath** [1]  64/8
**Bermuda** [3]  15/4 15/5 15/6
**best** [1]  51/18
**Beth** [2]  58/25 59/20
**better** [2]  7/4 58/23
**between** [3]  27/15 100/24 105/24
**Beverly** [1]  2/7
**beverly.russell** [1]  2/10
**beyond** [1]  110/21
**Bible** [2]  8/6 8/7
**big** [5]  34/9 44/1 44/2 50/16 55/24
**bigger** [3]  25/22 108/2 109/12
**bill** [9]  16/9 42/3 65/20 66/4 66/6 85/14
  87/10 89/1 91/20
**billing** [1]  9/16
**bills** [2]  85/24 100/17
**bit** [3]  7/13 104/3 104/25
**black** [1]  42/23
**blew** [1]  123/9
**blow** [9]  69/6 69/24 82/20 90/10 104/25

**B** Case 1:98-cv-02088-GK

67/17 77/21 93/23 93/25 95/14 95/18
Filed 08/04/14 Page
Document 117 79 79/2 79/8 8/20 10/12 11/13 123
17/22 34/15 45/21

119/17 10/22 110/22 111/3 111/8
111/9 111/12 111/20 111/21 112/10
112/15 112/18 114/14 114/23 115/20
115/22 116/4 116/5 119/17 125/9

blow... [4]  107/18 108/2 108/4 121/15
blow-outs [1]  107/18
blow-up [2]  108/2 108/4
blown [1]  122/10
bmclaughlin [1]  3/4
board [2]  10/5 10/12
Boca [2]  9/24 16/2
Boeing [3]  28/15 28/19 28/20
book [3]  48/4 48/8 52/24
bookkeeping [4]  7/15 11/5 28/1 28/2
books [10]  11/1 11/5 14/7 27/20 27/22
28/1 46/22 46/25 47/1 47/2
bore [1]  37/2
boss [4]  11/10 16/11 16/14 60/9
both [9]  24/15 25/4 55/4 82/19 83/11
83/19 83/25 90/10 107/9
bottle [1]  43/15
bottom [21]  48/5 69/13 70/8 70/21 72/5
76/5 76/23 82/3 83/3 83/16 85/19 86/21
88/13 88/16 89/14 98/12 99/15 108/11
109/10 118/15 122/24
bought [3]  7/18 7/21 7/22
box [1]  123/17
boy [1]  15/6
Branch [1]  1/16
break [4]  56/23 57/1 102/19 126/13
breaks [2]  57/1 122/13
Brian [12]  3/1 73/22 73/25 74/2 74/8
75/6 75/7 75/17 77/24 78/1 78/9 88/9
bribery [3]  57/19 58/6 77/5
bribes [2]  17/23 45/6
brief [2]  57/5 101/25
briefcase [1]  17/7
briefly [1]  6/23
Briggs [1]  37/7
bring [22]  9/19 9/20 26/17 26/18 58/14
63/21 69/10 72/3 73/6 73/22 75/18
77/24 98/2 99/1 114/2 116/17 117/20
118/7 120/9 121/10 124/3 124/18
British [2]  11/18 42/8
broader [1]  111/20
Brol [1]  123/2
brought [4]  70/4 75/7 91/24 94/3
Brown [2]  28/23 29/9
BS [2]  105/8 113/10
Bucknam [4]  16/9 30/21 31/1 31/2
build [2]  7/14 33/16
Builders [1]  89/11
Building [1]  2/3
built [1]  32/16
bulk [1]  37/10
bump [2]  25/23 36/4
business [9]  7/1 7/15 8/11 8/19 9/11
12/4 12/6 43/9 106/14
but we [1]  58/11
buy [3]  12/11 42/10 43/15

**C**

C-O-R-N-E-L-I-U-S [1]  6/4
CA [2]  1/4 5/3
cable [1]  100/11
cafeteria [1]  9/25
calculate [1]  120/1
calculates [1]  121/4 124/16
calculating [1]  95/8
calculation [3]  46/8 119/6 122/20
calculator [4]  124/2 124/4 124/19
124/24
calendar [2]  60/16 60/17
call [9]  5/8 30/25 31/22 66/5 67/10
67/22 78/3 103/17 103/22
called [12]  6/8 6/8 13/16 19/8 48/4 61/23

came [9]  79/17 87/5 88/20 10/12 11/13 123
Campeche [2]  117/11 117/16
can [61]  6/1 6/22 21/5 21/25 23/8 25/1
25/13 25/22 26/11 35/12 35/21 35/25
39/1 39/19 39/25 42/1 44/16 52/10
52/23 53/2 53/20 54/4 56/20 62/18 64/4
66/16 68/14 71/17 73/18 78/17 92/19
95/15 98/14 98/25 103/9 103/16 105/10
105/17 106/16 107/4 108/3 108/5
108/14 109/12 111/16 111/21 112/3
113/8 118/15 118/18 119/17 119/18
120/4 121/11 121/15 121/16 122/10
124/3 124/6 124/14 124/15
can't [5]  29/15 84/12 90/23 92/14 98/19
cannot [1]  13/1
car [1]  14/15
card [3]  43/14 43/16 87/4
cards [2]  43/10 70/4
care [1]  56/16
cared [1]  28/5
careful [3]  84/8 94/16 94/19
carefully [1]  101/4
carry [8]  41/14 44/4 87/13 87/16 87/25
88/2 88/7 88/9
carrying [1]  41/10 87/19 87/22
cars [3]  14/13 15/11 43/19
case [3]  47/6 115/25 126/18
cases [1]  44/1
cash [44]  15/13 15/19 17/2 17/5 17/6
17/10 17/12 17/24 41/10 43/5 43/9
43/24 44/3 69/11 70/3 70/5 70/12 71/1
72/3 72/22 73/2 73/5 73/22 74/18 75/6
75/7 76/2 76/13 76/15 76/24 77/25 78/3
78/4 82/1 83/23 87/6 87/8 88/13 88/14
89/6 89/9 91/24 96/8 96/15
cashed [4]  73/1 74/7 75/3 75/4
categories [1]  100/15
Cayman [2]  15/7 15/8
Center [1]  2/3
central [1]  52/6
cents [1]  42/12
certain [7]  22/4 32/10 33/20 53/22 98/19
100/2 100/18
certainly [1]  103/7 103/14 106/10
106/16 111/17 124/12 126/14
Certificate [12]  22/5 22/12 22/22 23/3
23/9 23/16 25/19 26/21 27/13 29/25
30/12 31/18
certificates [11]  22/15 22/16 22/17
22/20 22/25 23/11 26/14 27/4 29/13
31/8 47/6
certification [2]  47/5 47/9
certified [1]  23/24
certify [1]  127/4
certifying [2]  23/23 47/11
cetera [1]  40/20
CFA [1]  105/9
cgillingham [1]  3/8
chamber [4]  8/9 8/14 8/16 9/5
change [3]  34/18 42/9 119/1
changed [2]  34/19 52/8
charge [4]  63/7 85/8 86/1 86/3
charged [6]  72/15 79/17 85/5 85/7 92/1
99/8
Charlotte [1]  3/5
chart [59]  20/5 20/6 20/8 20/12 46/6
53/6 53/6 66/22 86/14 86/24 88/23 99/7
99/7 99/18 100/5 105/2 105/10 105/11
105/12 105/12 105/16 106/1 106/7
106/10 106/13 106/16 107/6 107/21
108/17 109/1 109/2 109/11 109/20
109/24 110/1 110/3 110/4 110/8 110/15

Charter [1]  65/7
Chartered [8]  61/24 63/2 63/5 63/17
64/19 65/9 105/9 113/11
check [27]  69/17 69/20 70/18 71/4 71/5
72/13 72/21 73/1 74/7 75/2 75/3 75/4
75/13 75/15 78/9 79/14 81/25 82/20
82/23 83/3 83/8 83/13 83/16 90/2 96/9
101/12 103/5
checks [7]  61/22 70/23 71/1 78/2 83/11
91/18 96/7
children [2]  9/22 90/7
chosen [1]  114/17
circled [1]  108/13
circumstances [1]  50/10
cities [2]  43/12 44/1
City [2]  6/25 6/25
Civil [5]  1/17 2/8 105/5 113/20 113/23
civilian [2]  34/20 34/21
clarification [1]  107/10
cleaner [1]  35/5
cleaning [1]  100/12
clear [8]  25/5 33/8 34/7 38/2 53/7 63/11
105/21 119/18
clearing [1]  34/15
click [1]  117/19
clip [1]  17/18
clock [4]  9/9 9/13 9/15 9/16
closing [1]  89/15
Club [1]  8/9
collect [1]  45/25
collected [2]  46/4 75/17
college [2]  6/24 7/3
COLUMBIA [1]  1/1
column [9]  40/9 105/17 105/18 105/19
108/8 108/17 109/6 110/5 115/5
columns [1]  105/17
come [15]  8/10 8/18 12/1 17/9 18/4
23/15 25/3 53/13 57/16 59/6 68/15
68/15 106/15 106/17 126/23
comes [1]  122/19
comfortable [1]  47/10
coming [1]  43/20
Comision [2]  118/23 119/20
Commerce [3]  8/9 8/14 9/5
Commercial [1]  1/16
commission [105]  14/10 14/14 14/15
14/19 15/13 21/3 21/9 21/12 21/13
21/14 21/16 24/4 24/14 24/16 24/17
24/18 25/5 25/7 25/16 26/1 26/3 26/10
29/25 30/11 36/21 45/15 45/16 46/3
46/8 46/14 46/18 47/17 47/18 47/20
48/10 48/22 54/13 55/1 61/8 61/11
61/14 61/18 61/19 61/22 63/4 63/8
63/17 64/14 64/18 65/2 65/6 66/15
66/18 66/25 67/7 67/11 67/23 68/1 71/3
71/6 71/6 78/13 78/20 79/18 84/25 91/7
91/9 92/15 92/17 95/9 101/17 105/22
108/10 108/14 108/15 109/19 109/23
110/2 110/8 110/22 110/24 111/3 111/5
112/7 112/9 112/10 112/13 112/16
116/5 116/10 117/6 117/22 117/25
118/3 119/3 119/6 119/17 119/11 120/2
121/1 121/6 122/17 124/25 125/3 125/4
commissions [56]  15/12 15/20 21/8 21/8
36/22 37/22 37/24 45/20 45/22 45/22
46/3 46/4 46/9 46/21 47/11 47/13 47/14
47/21 48/6 48/14 48/15 48/21 58/4
71/14 72/15 93/20 94/14 94/18 95/3
95/11 95/18 95/23 95/25 96/15 96/19
98/15 98/18 99/9 101/5 101/19 105/19

**C** Case 1:98-cv-02088-GK

**commissions...** [15] 109/17 109/19
109/24 110/3 110/7 111/8 112/12
112/18 112/20 112/22 115/23 116/2
116/14 125/10 125/14
**common** [2] 41/14 70/12
**company** [14] 8/7 9/13 10/2 10/3 10/25
11/1 13/22 13/23 14/25 15/2 15/3 33/18
105/14 108/15
**compared** [1] 125/5
**compete** [1] 32/21
**compilation** [2] 54/10 55/18
**complaint** [2] 57/19 58/16
**complete** [2] 18/7 34/6
**completed** [2] 27/17 38/2 38/3
**completely** [1] 46/16
**complicated** [1] 48/3
**comprised** [1] 19/13
**comptroller** [1] 10/13
**compute** [1] 111/9
**computed** [1] 112/6
**computer** [7] 3/23 7/22 8/22 8/23 8/24
8/24 11/7
**computer-aided** [1] 3/23
**computerize** [2] 8/19 9/12
**computerized** [1] 8/12
**concern** [6] 48/17 48/21 48/23 48/24
48/25 49/1
**concerned** [5] 47/9 48/13 48/16 48/20
48/20
**concerning** [1] 18/12
**CONCLUDED** [2] 62/23 103/25
**confused** [1] 90/24
**confusing** [1] 55/7
**connection** [2] 45/4 45/8
**consider** [1] 96/14
**consideration** [1] 37/24
**considered** [2] 18/11 29/9
**Consolidated** [4] 65/4 65/11 65/19 66/3
**Constitution** [1] 3/16
**consult** [1] 31/17
**consultant** [3] 9/8 9/9 31/3
**contact** [1] 28/10
**contained** [1] 109/20
**contemplate** [1] 125/15
**content** [2] 47/12 48/23
**context** [1] 18/8
**continue** [1] 106/8
**continuing** [10] 17/14 63/24 68/13 74/13
79/11 81/11 82/9 82/17 84/19 89/21
**contract** [3] 46/1 60/25 61/4
**contracts** [1] 45/23
**contrary** [1] 97/17
**control** [1] 51/14
**controller** [7] 10/10 10/12 10/14 10/16
10/18 33/4 33/7
**conversation** [1] 49/2
**coos** [1] 34/17
**copy** [6] 20/12 81/15 81/18 86/18 89/23
113/2
**Cornelius** [3] 5/8 5/14 6/3
**corner** [2] 64/7 117/3
**corporately** [2] 34/12 34/14
**corporation** [7] 1/6 6/17 8/15 10/20
16/16 34/11 54/23
**correct** [208]
**correction** [1] 102/8
**correctly** [3] 123/5 123/14 123/22
**correspondence** [2] 93/14 93/16
**cost** [8] 35/13 36/10 36/13 36/15 36/16
36/17 37/13 48/12
**costs** [3] 36/17 36/20 37/23
**could** [84] 8/11 12/5 15/21 26/17 27/14

29/6 38/24 59/22 61/19 63/1 63/6 65/19
66/3 66/6 66/25 69/6 69/17 69/23 70/15
71/23 72/11 72/18 73/6 74/4 74/25
75/24 77/7 78/6 79/6 79/20 82/13 82/19
82/20 83/10 83/19 85/18 85/21 86/11
86/18 88/20 89/17 90/9 90/19 90/22
94/14 94/17 95/20 96/20 97/8 97/8 98/2
98/11 99/1 99/12 100/21 102/20 104/16
104/19 104/24 105/2 105/3 107/8
107/14 107/16 107/17 107/20 108/22
109/9 109/10 114/2 115/11 115/11
115/19 115/21 116/25 117/13 118/7
118/17 119/16 120/9 120/21 120/25
121/10 124/10
**couldn't** [4] 32/21 32/22 41/15 62/14
**counsel** [16] 30/21 30/21 30/22 30/24
56/19 57/7 62/9 62/19 68/22 94/7 97/1
97/16 102/15 114/17 114/19 120/14
**counted** [1] 48/22
**counter** [1] 44/19
**countries** [1] 54/14
**country** [1] 43/17
**couple** [5] 9/11 15/21 49/9 121/13 125/7
**course** [2] 22/15 28/19
**court** [8] 1/1 3/14 3/15 13/1 57/3 57/12
57/24 104/19
**Court's** [3] 30/4 49/5 58/14
**Courthouse** [1] 3/15
**COURTROOM** [3] 5/4 59/14 126/25
**cover** [3] 32/3 36/19 121/21
**coworkers** [1] 91/24
**CPA** [8] 7/7 7/8 7/13 7/21 9/10 10/24
11/2 46/24
**created** [2] 86/14 106/1
**creating** [1] 22/10
**credit** [7] 43/10 43/14 43/16 43/25 45/24
70/4 122/25
**crisis** [1] 35/1
**critical** [1] 27/16
**crops** [1] 50/20
**cross** [7] 4/2 38/15 38/17 93/5 103/7
103/16 113/4
**CROSS-EXAMINATION** [3] 38/17 93/5
113/4
**crossed** [1] 123/11
**CROWELL** [5] 2/17 2/21 3/1 3/6 3/10
**crowell.com** [4] 2/20 2/24 3/4 3/8
**curious** [1] 90/20
**currency** [6] 41/10 42/12 42/14 42/18
42/20 42/22
**currently** [1] 113/15
**customer** [1] 8/1
**customers** [2] 12/11 13/24
**cut** [2] 48/3 91/18

**D**

**D.C** [1] 11/22
**dad** [1] 10/2
**daily** [1] 79/1
**damn** [1] 15/9
**Dana** [3] 90/13 90/14 90/17
**data** [1] 125/24
**date** [10] 26/21 32/2 32/3 52/8 57/20
57/22 58/7 101/12 117/4 127/10
**dated** [3] 83/1 83/6 114/5
**daughter** [1] 9/21
**Dave** [3] 10/21 11/15 11/23
**Dave's** [1] 10/20
**David** [20] 1/15 7/23 8/14 9/4 11/10
16/10 16/11 27/7 34/10 60/6 64/22
64/25 67/7 69/9 70/8 72/2 77/23 79/22
83/22 85/24
**david.wiseman** [1] 1/20
**day** [11] 1/6 9/13 11/4 11/4 27/20 27/20

27/25 27/25 28/1 28/1 67/20
**day-to-day** [4] 11/4 27/20 27/25 28/1
**days** [1] 88/14
**DC** [12] 1/4 1/18 1/23 2/4 2/9 2/14 2/18
2/23 3/3 3/7 3/11 3/16
**de** [2] 118/23 119/20
**deal** [4] 7/5 26/8 33/25 77/2
**debit** [1] 94/17
**December** [2] 99/20 100/21
**deciding** [1] 95/21
**decimal** [1] 124/24
**decision** [2] 9/7 36/8
**deduct** [3] 84/24 85/2 85/3
**deducted** [10] 45/19 61/11 66/14 66/18
67/7 94/14 99/18 101/10 101/17 101/18
**Deerfield** [5] 6/20 6/21 8/13 8/13 9/5
**defendant** [4] 1/7 110/11 111/3 111/12
**defendant's** [4] 110/19 111/8 112/10
112/15
**defendants** [3] 2/17 59/5 112/22
**defense** [2] 19/2 86/8
**define** [3] 67/15 67/16 67/19
**definitely** [2] 103/15 126/21
**definition** [3] 67/21 78/25 79/3
**degree** [1] 7/4
**delegation** [1] 50/1
**delivered** [2] 35/5 35/9
**demonstrative** [2] 110/12 110/14
**denomination** [1] 41/17
**denominations** [1] 41/17
**DEPARTMENT** [5] 1/16 1/22 105/6
113/15 113/19
**depend** [1] 73/3
**depended** [2] 36/25 51/11
**depending** [2] 15/20 59/1
**Depends** [1] 41/25
**deposited** [1] 61/22
**deposition** [34] 17/14 18/2 18/9 18/18
18/23 29/17 30/2 44/6 62/2 62/5 62/12
65/15 65/23 66/9 68/4 92/6 92/8 92/9
93/1 97/1 97/5 97/7 97/16 97/22 102/2
102/6 102/9 105/14 109/4 109/8 114/9
114/12 115/15 115/17
**depot** [1] 52/6
**describe** [1] 84/8
**described** [1] 81/7
**determine** [5] 37/16 37/20 96/1 111/2
111/11
**determined** [1] 102/5
**determining** [2] 95/13 95/16
**developed** [1] 35/3
**did** [89] 6/6 7/11 10/24 13/12 13/12 17/9
20/2 20/19 22/9 23/15 25/18 25/20
26/12 28/25 29/11 31/1 34/9 38/21 40/3
40/24 41/13 41/18 42/17 43/9 44/23
45/3 45/6 45/10 45/13 47/6 47/8 47/17
48/14 49/14 49/20 50/4 50/5 50/8 50/9
55/11 58/15 60/16 60/17 60/20 64/16
64/24 65/6 67/5 68/10 74/22 74/23
76/21 80/5 88/23 89/19 91/9 92/2 94/24
96/14 97/6 97/23 101/8 101/10 101/16
102/2 102/9 108/16 108/25 109/2 111/2
111/4 111/7 111/9 111/11 111/19 112/5
112/16 114/14 114/18 114/19 115/8
115/17 116/13 117/9 121/21 123/5
123/6 123/13 126/2
**didn't** [24] 6/5 12/1 12/2 20/1 28/20
29/13 31/1 31/2 31/16 43/18 67/3 71/11
85/8 94/20 94/22 95/1 96/10 97/2 97/2
114/20 114/24 115/16 115/22 119/13
**different** [10] 32/12 54/1 54/3 54/3 54/14
54/15 54/16 54/19 54/22 54/24
**difficult** [2] 20/7 24/2
**diligently** [1] 94/1

**D**

direct [13]  4/2 5/18 36/15 36/16 38/11
49/10 49/11 59/18 102/24 103/1 103/9
103/16 104/12
direction [1]  20/3
directly [8]  18/17 18/20 38/24 66/14
66/17 70/19 81/25 123/2
director [1]  6/17
disappeared [1]  90/16
disclosed [1]  81/5
disclosing [2]  29/24 30/11
DISCUSSION [4]  62/10 62/23 102/17
103/25
discussions [1]  30/10
display [1]  107/23
DISTRICT [3]  1/1 1/1 1/12
divide [1]  110/7
divided [3]  21/14 108/19 124/22
dividing [1]  119/6
Division [4]  2/8 105/5 113/20 113/23
do [112]  6/6 6/10 6/10 7/11 12/5 14/2
14/25 20/5 31/12 32/17 33/19 34/10
35/11 36/5 36/7 37/7 38/12 39/22 40/20
41/10 42/13 44/8 45/2 46/11 49/10 50/2
56/10 58/23 59/24 60/18 60/20 63/25
64/8 68/3 68/15 82/12 86/1 86/25 87/3
87/6 87/9 87/12 87/15 87/18 87/21
87/24 89/1 89/3 89/6 89/9 89/11 90/10
93/12 95/4 97/4 97/9 97/10 97/17 97/19
98/6 98/23 99/4 99/14 100/16 100/19
102/20 103/16 103/20 106/21 106/22
113/21 114/15 115/6 115/7 116/24
117/3 117/5 117/7 117/10 117/16
117/23 117/25 118/24 118/25 119/1
119/2 119/5 119/11 119/22 119/23
119/24 119/25 120/13 121/3 122/15
122/16 122/20 123/2 123/4 123/9
123/10 123/20 123/21 124/1 124/5
124/6 124/6 124/7 124/11 124/12
124/16 126/21
document [48]  19/24 20/1 20/4 20/18
20/20 21/2 21/11 21/25 25/6 25/18
26/12 31/21 31/21 31/23 35/11 35/21
37/24 38/3 38/4 38/19 38/21 39/5 39/6
39/19 40/2 40/16 40/20 53/3 53/22
53/23 64/5 70/9 71/18 75/11 76/12
81/15 81/18 85/19 98/3 98/6 98/18
98/21 108/3 117/1 117/24 118/5 122/12
124/13
documents [26]  22/4 27/17 57/11 57/16
58/1 58/3 58/9 58/11 82/12 82/19 82/21
83/20 91/17 106/13 106/25 107/2 107/5
107/9 107/17 107/21 114/20 114/24
115/2 115/8 115/13 115/16
does [14]  18/13 20/8 81/3 98/20 99/18
105/11 110/22 111/20 115/23 115/24
116/3 125/15 125/17 126/7
doesn't [9]  35/6 35/8 53/22 125/13
125/15 125/18 125/23 126/1 126/8
doing [7]  7/13 7/25 12/21 27/23 27/25
28/1 119/5
dollar [8]  42/3 42/4 42/9 42/15 43/2
85/16 101/12 119/7
dollars [15]  15/22 41/14 41/15 41/24
42/25
domestic [3]  47/19 47/24 47/25
don't [51]  8/18 8/21 11/19 11/24 17/3
18/18 30/1 31/19 32/3 35/8 35/24 53/13
55/6 56/20 59/2 59/6 60/22 61/25 63/11
64/20 65/12 65/21 67/25 68/14 68/16
68/17 76/20 76/22 85/16 86/9 91/17
92/4 93/10 93/25 95/7 95/19 104/2
104/8 107/11 114/16 114/18 114/19

done [11]  18/22 31/8 31/11 31/25 35/12
38/23 49/18 49/21 52/8 105/14 109/5
DOS [1]  8/22
double [2]  36/14 36/17
doubt [2]  47/13 47/15
down [30]  8/18 11/16 13/1 20/25 21/7
21/7 24/13 24/15 24/20 24/22 26/4
35/19 37/17 37/18 40/18 48/3 55/19
56/9 58/22 77/19 87/24 88/13 89/4
99/16 102/13 116/8 120/13 122/13
123/18 126/12
drain [1]  51/14
drainage [1]  50/12
drive [1]  43/22
drivers [1]  43/19
dry [2]  50/19 51/15
DTX [11]  84/14 86/7 86/11 98/3 98/9
116/18 118/8 120/10 121/11 121/19
121/25
DTX-0185 [1]  121/25
DTX-185 [2]  121/11 121/19
DTX-209 [1]  118/8
DTX-211 [1]  120/10
DTX-58 [4]  86/7 86/11 98/3 98/9
DTX-91 [1]  116/18
DUANE [1]  2/12
duanemorris.com [1]  2/15
due [5]  21/8 66/25 67/14 71/7 92/15
duly [3]  55/9 55/10 104/6
during [11]  14/9 16/25 23/12 42/17
50/16 50/16 50/19 51/15 57/17 100/15
125/14
duties [3]  28/8 60/11 60/15
Dzegede [3]  16/9 72/7 87/13

**E**

E-I-L-E-E-N [1]  104/20
E-N-N-I-S [1]  59/25
each [19]  8/17 22/21 22/21 22/24 23/2
54/1 54/14 105/20 107/1 107/2 107/3
107/3 107/17 108/25 109/2 109/8
117/11 122/13 123/1
earlier [9]  42/6 46/6 78/12 78/19 84/22
98/7 99/5 110/2 111/1
early [8]  12/20 13/6 14/3 27/23 42/1
61/3 71/9 126/21
earn [2]  48/6
earned [5]  15/20 46/2 46/2 93/21 96/18
easier [3]  20/12 63/19 120/23
easily [1]  15/21
economy [1]  28/22
Edota [3]  76/24 77/3 89/9
education [1]  34/22
educational [3]  6/22 105/7 113/8
effect [1]  46/2
Egypt [1]  70/4
eight [14]  19/9 19/12 19/13 19/14 19/15
20/9 22/25 39/7 40/24 44/25 51/19
51/23 52/3 55/18
EILEEN [3]  4/6 104/5 104/18
either [7]  27/7 68/24 73/15 84/16 96/5
120/5 123/2
electric [1]  100/11
Elizabeth [1]  1/21
elizabeth.young [1]  1/24
Eller [43]  7/24 8/14 8/24 9/4 11/10 16/10
16/11 20/3 27/6 27/7 30/10 34/10 60/9
64/22 64/25 67/8 67/18 67/25 69/10
70/2 70/23 72/2 74/17 74/22 77/23
79/22 79/25 80/2 80/3 82/3 83/22 84/2
84/5 84/8 84/10 86/3 90/13 90/14 90/17

93/14 97/13 97/18 97/24
Eller [4]  50/6 60/14 61/7 69/15 70/8
70/21 72/5 74/20 76/5
else [4]  16/7 45/10 95/4 101/14
employee [5]  33/4 33/6 72/9 73/6 75/2
employees [3]  33/2 85/13 100/2
employment [2]  6/15 6/16
encompass [1]  111/20
end [1]  54/10
ended [1]  7/23
enlarge [3]  118/14 123/17 123/25
ENNIS [56]  4/5 57/11 57/16 58/22 59/9
59/20 59/23 60/20 62/2 62/5 62/16 63/1
64/7 64/17 65/18 65/22 66/3 67/16
67/19 69/9 70/2 70/19 72/2 73/20 74/17
75/14 76/3 77/5 79/14 80/5 81/22 82/23
84/6 84/21 85/21 86/14 88/23 90/2
90/13 90/16 90/25 91/6 92/5 92/14
92/25 93/8 94/9 98/6 98/14 98/16 99/4
99/15 101/3 101/21 101/25 102/12
Ennis's [1]  98/12
enough [1]  118/17
ensure [1]  57/24
entail [1]  113/21
entered [2]  107/12 118/9
entire [8]  39/11 53/8 53/23 53/25 99/19
100/8 101/1 101/2
entitled [1]  19/3
entry [1]  118/23
Enugu [1]  54/6
equip [1]  32/14
equipment [18]  7/17 7/20 9/1 12/12 26/9
32/10 32/24 33/20 33/20 38/23 38/24
49/15 49/21 49/23 50/2 50/5 50/8 50/25
equipped [1]  34/22
ESCORTED [3]  5/4 59/14 126/25
escrow [1]  89/3
especially [1]  126/18
Esquire [10]  1/15 1/21 2/2 2/7 2/12 2/17
2/21 3/1 3/5 3/9
estimate [1]  39/1
et [1]  40/20
evaluate [1]  8/11
even [7]  8/22 25/25 26/19 29/9 44/18
115/4 125/15
Eventually [1]  14/22
ever [13]  44/24 45/3 45/6 45/21 47/17
48/20 48/23 48/25 50/5 50/8 55/23
55/24 67/25
every [7]  46/20 47/19 64/21 64/24 67/20
84/2 84/4
everybody [5]  39/19 57/2 57/13 63/20
126/17
everyday [2]  67/24 126/16
everyone [7]  59/15 105/4 112/7 118/14
118/18 122/10 124/4
everything [5]  35/19 39/11 45/21 47/2
47/10
evidence [24]  4/18 68/21 73/12 74/11
75/20 76/8 77/13 79/7 80/12 82/6 82/13
84/15 86/8 104/23 106/11 106/14
106/18 107/12 116/20 118/10 120/11
121/19 121/24 124/1 126/6
ex [17]  1/3 11/24 12/4 12/13 12/14 13/9
13/12 13/18 20/23 22/2 24/19 24/23
32/12 47/16 47/21 47/21 77/2
Ex-Im [15]  11/24 12/4 12/13 12/14 13/9
13/12 13/18 20/23 22/2 24/19 24/23
32/12 47/16 47/21 77/2
exact [1]  86/16
Exactly [4]  9/18 27/11 27/15 33/23
exam [2]  11/3 11/3
examination [9]  5/18 38/12 38/17 52/21
59/18 93/5 101/23 104/12 113/4

## E

examined [3]  5/15 59/10 104/6
example [3]  37/21 39/6 44/16
Excel [3]  86/17 86/18 101/9
except [1]  44/1
exchange [3]  41/19 41/20 99/24
exchanged [2]  42/24 43/2
excuse [12]  15/8 20/11 25/6 35/15 45/2 48/18 51/23 62/2 70/9 73/12 84/15 125/21
excused [1]  56/18
executive [1]  60/14
executives [1]  29/7
exhibit [61]  19/19 19/20 23/7 23/8 23/19 25/1 26/11 31/20 52/23 52/25 68/21 68/22 68/23 72/19 78/7 80/17 81/5 82/5 82/13 86/8 88/21 98/25 99/2 99/4 105/13 106/21 106/21 106/23 106/25 107/3 107/7 107/21 108/1 108/2 108/4 108/7 108/9 108/9 108/13 109/3 109/3 109/6 109/18 110/6 110/19 110/25 111/21 111/21 112/1 112/20 113/2 114/3 114/12 114/23 115/1 116/3 116/6 116/13 116/15 118/1 120/21
exhibits [5]  63/24 68/12 80/21 118/9 120/12
expect [1]  46/24
expected [1]  51/10
expecting [1]  34/14
expenses [38]  17/24 17/25 43/17 66/14 66/14 66/17 66/18 66/21 66/22 66/24 67/1 67/4 67/6 84/21 84/24 85/2 85/3 85/5 85/6 85/8 86/15 86/24 88/24 91/4 91/22 92/3 93/19 96/15 98/17 99/5 99/8 99/23 100/1 100/3 100/9 100/14 100/20 101/4
experience [3]  34/25 41/18 50/15
expert [1]  7/16
explain [4]  44/16 50/10 105/2 109/10
explained [1]  17/24
explaining [1]  91/3
Export [9]  22/5 25/8 28/10 28/12 29/13 38/4 55/19 61/1 61/4
Export-Import [9]  22/5 25/8 28/10 28/12 29/13 38/4 55/19 61/1 61/4
Express [6]  65/20 66/4 66/6 87/4 88/4 89/1
extend [1]  8/1
eyeball [1]  111/22
eyes [1]  20/13

## F

fabricate [1]  37/1
fact [6]  47/18 54/14 93/23 98/18 125/13 126/1
fairly [1]  9/9
fairness [1]  18/10
fall [1]  32/1
familiar [10]  11/1 11/5 12/17 19/8 19/10 19/24 21/25 22/8 30/14 110/14
family [2]  9/19 9/22
far [6]  7/25 85/25 95/5 99/13 100/16 108/17
farm [1]  37/6
fast [1]  104/9
father [1]  6/8
Fatima [3]  90/2 90/5 91/1
fault [1]  22/16
favor [1]  119/5
fax [9]  1/19 2/5 2/10 2/15 2/19 3/4 3/8 3/12 93/16
FCRR [3]  3/14 127/4 127/10
February [2]  60/1 87/6

federal [1]  34/15
fee [1]  30/24
fence [2]  52/9 52/14
few [5]  35/4 47/5 86/24 101/25 118/19
field [4]  50/21 50/23 50/25 113/12
fields [2]  51/14 115/6
Fifty [1]  43/2
figure [3]  40/8 40/8 40/9
final [1]  109/9
finalized [1]  46/16
finance [11]  11/25 12/8 12/9 13/19 24/19 27/23 28/14 47/21 47/22 105/8 113/10
financed [7]  15/11 20/24 20/24 24/15 35/20 61/1 61/4
financial [7]  33/4 33/6 105/5 105/9 113/11 113/20 113/23
financing [1]  12/14
find [3]  20/11 32/18 53/9
fine [3]  10/6 17/19 118/16
finish [4]  12/23 12/25 55/11 90/22
finished [3]  38/11 55/5 56/5
firm [7]  7/13 7/19 7/21 8/1 8/11 9/10 10/24
first [28]  5/15 6/2 6/3 11/15 15/24 16/2 17/8 21/3 25/23 31/23 42/7 49/17 59/10 66/5 76/12 83/8 102/21 103/17 104/6 104/16 107/23 108/8 109/6 109/14 115/4 116/8 122/11 124/6
fit [1]  121/12
five [6]  37/5 41/20 41/21 105/17 118/24 119/20
fixed [2]  51/6 51/7
floated [2]  42/18 42/19
floating [1]  124/24
flood [3]  50/13 50/16 51/14
Florida [6]  6/20 6/21 32/7 65/4 65/8 91/16
flow [1]  121/16
FOB [8]  117/7 117/8 117/22 119/1 119/7 119/21 124/13 124/16
focus [4]  28/9 49/22 58/19 118/22
focusing [1]  122/11
fold [1]  50/12
follow [2]  39/19 40/14
follows [6]  5/16 59/11 62/10 102/17 104/7 122/14
Foradori [3]  3/14 127/4 127/10
foregoing [1]  127/5
foreign [2]  47/19 48/22
forget [1]  70/12
forgot [2]  70/4 70/5
form [1]  107/6
formula [1]  48/2
forth [8]  8/9 11/25 32/14 32/20 33/3 35/20 40/7 51/14
forward [3]  11/6 68/15 68/15
found [2]  12/19 34/16
foundation [1]  111/15
four [4]  51/16 52/4 88/14 105/19
fourth [3]  2/3 2/8 108/8
fraction [1]  39/2
fractional [1]  41/6
frame [1]  37/8
Fraud [1]  1/17
friend [1]  29/9
front [1]  39/22
full [8]  17/12 18/17 18/18 24/23 26/8 27/22 96/10 99/9
full-time [1]  27/22
fully [1]  49/24
function [3]  21/13 28/2 50/11
funding [1]  22/18
funds [8]  22/3 35/12 35/14 35/16 35/17

35/17 35/18 45/25
further [6]  38/8 52/19 56/2 56/4 93/3 126/11
future [3]  37/21 46/1 66/18

## G

games [1]  8/25
gave [3]  71/7 73/2 74/7
general [3]  54/18 63/24 68/12
generally [2]  113/21 113/22
generate [1]  12/4
generous [1]  56/25
gentlemen [2]  13/25 104/2
get [34]  13/12 13/19 15/10 15/12 18/19 22/2 22/18 24/7 24/9 27/12 27/14 30/2 33/11 33/21 35/6 35/12 35/12 35/14 39/18 44/18 45/24 46/5 46/17 48/10 57/11 59/2 59/3 73/4 78/3 103/15 103/19 103/20 106/9 108/20
gets [1]  56/13
getting [12]  11/17 13/18 15/11 15/12 25/5 25/7 25/16 27/16 32/19 35/5 49/18 59/12
Gillingham [1]  3/5
give [10]  12/10 12/10 12/11 48/8 51/17 56/10 56/12 76/13 76/15 89/6
given [4]  73/6 75/6 88/13 88/15
giving [4]  12/11 71/9 78/10 78/19
GLADYS [1]  1/11
Glick [3]  30/14 30/22 49/2
go [59]  6/7 9/21 9/22 11/16 11/24 13/4 15/17 20/5 24/3 26/11 27/16 34/16 43/15 44/14 48/11 48/12 58/5 59/2 62/22 64/4 69/17 70/15 71/7 71/23 72/11 72/18 74/4 74/25 75/24 76/7 77/7 78/6 78/16 79/6 79/20 81/19 83/10 83/19 86/11 86/24 88/20 89/17 90/9 92/11 94/7 104/8 104/24 107/16 107/17 108/22 108/25 109/2 109/9 109/13 110/11 116/25 122/23 124/14 125/8
goes [2]  110/21 110/21
going [43]  8/4 11/6 11/16 20/8 21/16 25/3 25/3 25/4 25/23 26/18 29/21 30/17 31/20 31/22 31/22 31/22 31/25 32/6 32/23 34/4 34/7 36/4 39/12 40/6 40/6 41/7 57/1 57/11 58/19 58/21 62/6 79/17 86/3 102/20 103/10 103/13 103/17 114/18 114/19 118/22 120/23 121/11 126/15
good [16]  5/7 5/20 5/21 5/25 8/25 20/14 23/22 46/24 59/20 93/7 93/9 104/14 104/15 113/6 113/7 126/15
goods [3]  24/12 34/16 61/15
got [15]  6/6 7/3 8/17 8/18 11/13 11/13 11/19 20/12 26/7 26/7 26/8 26/10 47/4 77/10 94/12
got a [1]  26/7
gotten [4]  7/15 11/3 11/8 24/14
government [12]  18/13 34/15 42/7 93/23 94/3 94/10 97/1 97/16 98/17 113/13 114/17 120/17
Government's [5]  80/18 81/2 81/4 89/24 104/1
governments [1]  34/19
graduated [1]  6/24
grant [1]  58/15
great [2]  35/6 124/13
ground [1]  37/1
group [2]  55/23 113/25
guess [5]  36/25 37/15 75/11 118/15 126/15
guests [1]  87/10
Guiomar [1]  2/21
guy [1]  44/19

**G**  Case 1:98-cv-02088-GK

**Guyana [2]**  11/17 11/18

**H**

**had [74]**  7/15 8/10 8/21 8/22 9/19 10/16
11/2 11/8 14/3 15/10 15/11 15/24 16/8
16/17 17/24 22/3 22/4 27/1 27/2 27/3
27/19 28/8 28/9 28/9 28/15 28/16 30/10
31/8 31/11 31/11 32/7 32/10 32/12
32/15 34/17 34/18 35/1 35/9 35/11
36/14 37/1 37/7 38/22 38/23 41/1 43/16
43/19 43/23 44/8 44/24 45/13 45/23
46/11 48/21 48/23 48/25 49/17 49/21
51/7 55/3 60/25 61/3 61/18 64/21 66/25
67/7 72/2 78/4 93/20 97/19 97/24 99/24
107/13 111/12
**had, [1]**  11/8
**had, by [1]**  11/8
**hadn't [2]**  11/3 46/23
**half [1]**  21/12
**hand [9]**  8/17 32/20 59/7 64/7 87/9
87/13 87/16 108/17 117/3
**handle [1]**  34/25
**handwriting [5]**  76/13 86/21 98/12 98/20
98/21
**handwritten [1]**  123/8
**Hang [1]**  39/14
**happen [2]**  34/8 51/2
**happened [2]**  10/19 42/18
**happening [1]**  34/8
**happy [1]**  120/1
**harder [1]**  121/12
**has [23]**  36/8 55/23 59/16 62/17 68/8
77/15 77/17 77/18 79/7 79/9 80/12 82/6
82/7 84/16 92/7 93/23 94/10 106/4
109/7 120/14 121/19 122/1 122/2
**hasn't [4]**  18/24 73/14 80/14 89/18
**have [99]**  6/5 10/5 11/19 14/16 15/21
15/24 16/20 18/7 18/11 18/13 22/23
22/25 24/10 24/14 24/14 26/3 26/4 26/5
26/13 28/16 29/6 29/21 29/24 30/10
31/22 37/12 38/15 39/12 42/2 43/18
46/25 46/25 48/7 48/18 49/8 49/14
54/14 54/19 54/24 56/16 56/19 56/24
58/10 58/22 62/7 63/23 63/25 64/24
69/23 71/18 73/6 73/18 76/5 77/19 78/3
80/13 81/2 81/6 81/8 82/23 85/7 85/9
85/25 86/9 93/3 93/16 98/23 99/8 99/21
100/19 100/20 100/21 102/18 105/3
105/8 113/10 113/12 115/25 116/18
118/14 119/19 120/11 120/13 121/14
121/15 122/10 123/19 124/2 124/7
124/8 124/11 124/13 124/19 124/23
124/23 124/23 125/7 125/10 126/19
**haven't [7]**  18/24 40/16 59/21 118/2
118/5 121/7 125/5
**having [6]**  5/15 11/17 27/15 57/13 59/10
104/6
**he [109]**  7/24 8/17 8/17 8/21 8/22 8/23
9/6 9/7 9/8 9/12 9/13 9/13 9/18 9/19
9/20 9/24 9/25 10/1 10/3 10/4 10/5 11/1
11/2 11/3 11/4 11/5 14/3 14/9 14/12
14/14 14/14 14/16 15/10 15/11 15/11
15/12 15/12 16/11 16/13 16/14 16/16
17/23 17/24 18/11 18/24 19/1 24/7 24/8
24/9 24/10 24/13 26/7 26/7 26/8 26/10
30/15 30/17 30/20 30/23 30/25 31/1
31/2 31/3 31/8 31/8 31/10 31/11 31/11
31/16 33/16 39/17 44/24 45/3 46/2 46/2
46/3 46/5 46/17 46/17 46/24 46/25
65/19 67/3 67/5 67/10 67/10 67/17
67/18 70/4 70/5 70/23 71/1 72/9 73/4
73/9 73/25 76/20 76/21 77/10 78/2
**he's [9]**  25/3 25/16 25/23 26/18 29/19
79/25 84/10 86/3 102/21
**heading [1]**  40/9
**hear [3]**  58/21 75/22 76/9
**heard [2]**  56/22 57/7
**heavy [1]**  9/14
**held [2]**  10/14 103/22
**Hello [2]**  5/24 5/25
**help [19]**  9/15 12/5 12/7 14/20 25/2 25/4
25/4 46/5 46/15 53/14 53/15 57/24
**helped [1]**  14/25
**helping [1]**  124/2
**her [26]**  29/1 57/17 58/22 59/2 59/5 62/2
62/5 62/7 62/12 62/13 62/16 62/17
62/18 65/15 65/23 91/1 92/6 92/9 92/9
93/1 102/23 103/1 103/23 111/17 113/2
113/2
**here [22]**  5/10 11/22 11/23 12/1 12/3
25/2 31/25 33/24 38/12 53/17 59/6
64/13 76/2 79/22 81/7 85/15 109/21
110/25 115/4 119/14 121/13 125/6
**Herrera [2]**  108/15 108/15
**high [7]**  6/24 6/25 9/9 29/2 29/7 37/22
37/24
**higher [6]**  48/3 48/5 100/21 111/12
125/10 125/14
**highest [2]**  116/5 118/3
**highlight [11]**  98/11 99/12 108/12
117/13 118/18 119/18 119/19 120/25
121/16 123/7 123/25
**highlighted [3]**  21/6 108/9 108/12
**highlighting [1]**  119/18
**Hightower's [1]**  80/22
**him [33]**  8/20 9/10 9/19 10/25 14/20
14/25 16/2 16/3 17/1 17/6 30/23 30/24
30/25 31/5 31/17 31/17 31/19 53/14
60/17 69/10 70/4 71/7 71/9 73/7 73/8
77/24 85/15 91/18 91/24 93/17 94/20
95/11 115/14
**hire [1]**  9/7
**hired [3]**  7/24 9/8 10/24
**his [69]**  8/23 9/11 10/1 10/2 11/3 11/3
12/25 14/19 15/13 18/2 24/14 24/16
25/16 26/3 26/5 26/8 26/10 29/17 30/24
44/13 45/14 45/15 45/21 46/18 46/18
60/16 60/17 61/8 63/4 63/8 65/7 65/20
66/6 66/15 66/22 67/3 67/7 67/11 67/22
68/1 70/4 70/5 71/3 71/9 72/15 73/8
78/20 80/1 82/3 84/4 84/24 84/25 85/3
87/4 90/6 90/7 91/7 91/12 91/18 91/20
91/22 92/1 95/18 95/22 95/24 96/18
96/20 101/17 115/17
**hold [3]**  40/1 41/3 43/7
**hole [1]**  37/2
**home [1]**  89/12
**Honor [71]**  5/7 17/13 18/1 18/3 18/15
20/15 29/16 30/4 35/25 38/12 44/10
49/8 55/9 56/14 56/22 57/9 57/17 62/1
62/4 63/23 65/14 65/22 68/7 68/11
68/25 69/3 71/21 73/11 73/16 74/10
74/14 75/21 76/8 77/14 78/15 79/7
79/11 80/11 80/17 81/1 81/4 81/9 81/12
81/16 82/5 82/17 84/14 84/19 86/7
89/17 89/21 89/23 92/5 92/9 92/25
103/14 104/11 106/3 106/6 106/12
106/19 107/10 107/15 111/14 116/18
118/8 120/10 120/18 121/18 121/21
122/4
**Honor's [1]**  68/20
**HONORABLE [2]**  1/11 57/3
**hope [1]**  84/12
**hoped [1]**  34/8
**hopefully [2]**  33/23 122/10
**hoping [1]**  46/14
**hotel [7]**  43/13 43/13 43/22 44/19 44/23
73/23 87/10
**hotels [2]**  43/12 43/13
**hour [1]**  58/23
**house [2]**  89/3 89/15
**household [4]**  84/21 91/22 99/5 99/7
**housekeeping [1]**  38/12
**how [47]**  7/20 10/1 10/3 10/3 12/5 17/3
23/23 23/24 24/9 25/21 26/16 35/8
35/10 35/10 35/12 42/6 43/17 43/23
43/24 44/23 51/9 56/14 59/1 59/24
61/16 62/19 64/17 65/11 67/16 67/19
71/1 73/2 73/4 75/8 96/1 102/23 102/23
103/1 103/10 106/9 107/20 108/16
112/15 112/13 114/13 114/13 124/16
**huh [2]**  114/7 124/21
**Humberto [1]**  92/24
**hundred [12]**  15/19 15/21 15/25 26/7
26/7 26/8 26/9 36/10 37/2 37/11 37/12
37/13
**hurricane [2]**  50/16 50/17

**I**

**I'd [28]**  8/18 10/4 10/25 29/16 63/21
65/14 65/22 66/9 68/4 68/7 68/20 73/11
74/10 75/20 76/7 77/13 79/7 80/11 82/5
82/12 84/14 86/7 86/24 92/5 92/9 92/25
117/11 120/10
**I'll [10]**  38/12 53/14 56/12 95/20 103/5
119/13 120/6 125/5 125/5 126/23
**I'm [56]**  6/9 6/11 8/21 13/3 15/8 17/3
19/3 19/10 20/9 22/16 22/22 24/1 30/19
30/20 31/22 34/11 34/11 37/17 38/11
55/8 56/16 56/25 57/15 61/2 61/17
62/15 64/23 68/16 69/19 75/10 86/8
86/16 90/6 90/20 90/24 91/8 92/8 92/21
93/7 103/13 103/21 105/3 105/5 105/9
106/17 107/15 110/21 111/9 113/11
113/20 118/22 120/1 120/23 121/18
121/25 123/3
**I've [4]**  17/6 17/11 19/25 56/22
**IBM [4]**  7/15 7/16 7/19 11/8
**lborn [1]**  54/6
**identify [1]**  115/11
**II [1]**  40/4
**illegal [1]**  77/5
**lm [16]**  11/24 12/4 12/13 12/14 13/9
13/12 13/18 20/23 22/2 24/19 24/23
32/12 47/16 47/21 47/21 77/2
**imagine [1]**  103/11
**lmo [1]**  54/7
**impeachment [2]**  29/20 62/16
**Import [9]**  22/5 25/8 28/10 28/12 29/13
38/4 55/19 61/1 61/4
**imported [1]**  32/22
**imposed [1]**  57/25
**improper [2]**  45/7 96/14
**in 2007 [2]**  105/14 109/5
**in-service [1]**  49/25
**include [11]**  34/10 81/3 110/22 115/23
116/2 125/13 125/18 125/20 125/23
126/1 126/8
**included [5]**  60/11 105/13 114/9 114/12
125/10
**includes [2]**  20/23 53/24
**including [13]**  20/23 21/11 22/5 22/12
24/20 24/21 27/6 36/16 39/12 39/20
47/11 47/11 112/19
**income [1]**  96/21
**Incorporated [2]**  6/18 6/19
**independent [1]**  62/18

125/6 126/11
items [3] 58/22 94/13 106/4

Case 1:98-cv-02088-GK    Document 489    Filed 08/04/14

114/15 114/16 114/18 114/19 115/15
115/20 115/19 117/7 121/19 124/3 124/7
125/7 126/13

## I

**Indian [1]** 32/21
**Indiana [2]** 7/3 7/4
**indicate [1]** 98/20
**indicated [2]** 85/4 107/13
**indicates [1]** 98/21
**indicating [3]** 45/24 77/10 116/11
**Indimi [134]**
**Indimi's [51]** 26/1 29/25 30/11 45/16
45/19 46/21 47/21 61/8 61/11 61/19
61/22 61/23 63/1 63/4 64/18 65/2 65/3
65/6 65/19 66/4 66/13 66/14 66/17
66/21 66/24 67/1 67/6 68/1 77/10 79/17
86/15 86/25 88/24 89/3 89/12 89/15
90/5 91/3 91/9 91/12 91/15 94/17 95/2
95/8 96/15 98/18 99/9 101/5 101/19
112/10 112/13
**individual [3]** 20/24 111/24 112/4
**indulgence [2]** 30/5 49/5
**information [7]** 6/16 27/13 101/10
101/16 107/5 125/18 126/1
**initial [2]** 80/21 81/5
**initialing [2]** 64/13 64/15
**initially [1]** 81/5
**initials [9]** 64/8 64/9 64/11 64/12 69/13
70/8 74/20 80/1 80/8
**inland [2]** 46/1 46/15
**inquiry [1]** 68/13
**inserting [1]** 29/20
**inside [1]** 30/21
**instance [2]** 14/13 50/15
**instead [2]** 35/4 62/15
**instruct [1]** 14/14
**instructing [1]** 76/13
**instruction [1]** 106/9
**insurance [1]** 15/3
**intended [1]** 58/3
**intending [1]** 107/11
**intention [1]** 21/18
**interested [6]** 12/13 12/14 28/17 28/18
28/19 32/18
**internal [1]** 42/20
**international [2]** 30/15 47/23
**interposed [1]** 116/18
**introduce [1]** 18/10
**introduced [2]** 18/11 105/3
**investigation [1]** 102/3
**investments [2]** 105/8 113/10
**invoice [1]** 122/13
**invoices [4]** 61/8 61/9 61/10 123/1
**involve [2]** 37/10 40/6
**involved [11]** 13/6 13/10 13/13 13/18
22/10 25/21 27/20 32/19 33/9 36/22
63/16
**irrigate [2]** 50/20 50/22
**irrigation [3]** 37/6 50/12 50/22
**is [289]**
**is several [1]** 53/3
**Islands [2]** 15/7 15/8
**isn't [7]** 93/24 94/4 94/18 99/24 100/6
121/7 126/3
**issue [3]** 47/6 115/23 126/3
**issues [1]** 37/20
**it [268]**
**it's [55]** 8/25 19/19 19/21 19/22 20/7
21/5 23/7 24/2 25/3 26/11 28/22 29/20
31/21 33/15 40/17 41/3 53/21 57/20
58/6 62/19 68/9 72/21 75/11 80/22 83/1
83/6 86/8 89/24 90/7 92/8 100/10
100/12 100/16 104/20 104/22 105/15
106/25 107/11 108/13 110/8 110/19
116/8 116/8 116/9 118/2 119/10 119/14
120/2 120/4 120/6 121/8 121/19 124/25

## J

**Jackson [3]** 2/21 57/9 93/7
**January [1]** 117/4
**January 9 [1]** 117/4
**Jason [1]** 3/9
**Jersey [1]** 6/25
**Jet [2]** 14/23 14/24
**JGP [2]** 80/9 80/10
**jjaronica [1]** 2/15
**job [6]** 7/18 11/17 13/19 46/16 94/11
123/18
**jobs [3]** 32/25 33/1 61/7
**John [2]** 6/3 6/4
**joint [1]** 33/15
**Joseph [1]** 2/12
**JP [1]** 80/8
**Jr [1]** 6/9
**Juan [7]** 16/9 69/10 69/18 69/20 87/15
87/22 88/2
**JUDGE [1]** 1/12
**Judiciary [1]** 2/3
**JUDITH [3]** 4/5 58/22 59/9
**Judy [2]** 59/23 90/20
**June [2]** 26/23 116/10
**June 15th [1]** 26/23
**June 1990 [1]** 116/10
**jury [13]** 1/11 5/4 58/24 59/13 59/14
104/16 105/4 106/10 107/14 116/22
118/12 118/13 126/25
**just [72]** 7/15 9/18 11/3 12/24 18/16
18/17 22/19 23/4 23/5 24/18 28/5 29/19
33/8 34/22 35/5 38/2 38/19 39/6 39/18
43/7 46/9 49/22 49/22 53/22 57/10
58/18 59/12 62/13 62/21 63/23 68/16
69/4 74/13 75/15 81/11 82/9 82/17 84/3
84/19 86/24 94/3 94/7 96/10 100/6
100/8 101/3 101/25 102/16 102/19
103/21 104/2 106/7 106/24 107/6
107/10 107/20 108/9 108/18 109/16
110/6 110/7 110/23 111/22 112/3
114/22 114/22 117/20 119/5 119/8
119/10 123/9 125/5
**JUSTICE [6]** 1/16 1/22 105/6 113/14
113/15 113/19

## K

**Kaduna [2]** 40/4 54/5
**Kano [1]** 54/5
**Katrina [1]** 50/17
**keep [8]** 55/6 66/25 67/3 93/19 94/24
103/13 124/4 126/22
**keeping [3]** 60/17 94/9 94/16
**Keith [4]** 2/2 5/7 5/22 5/24
**keith.morgan [1]** 2/5
**kept [7]** 46/25 46/25 47/2 52/7 60/16
66/22 94/1
**KESSLER [1]** 1/11
**key [1]** 27/12
**Kimberly [1]** 114/18
**kind [3]** 28/2 84/10 104/2
**kits [2]** 34/4 34/4
**Kiwanis [1]** 8/9
**knew [6]** 10/25 14/9 15/10 28/23 35/10
35/10
**Knight [1]** 114/19
**know [42]** 8/17 8/21 12/5 13/25 17/3
22/25 30/23 32/25 35/8 40/16 43/21
45/2 46/17 46/18 48/11 56/25 61/25
68/14 70/14 76/20 76/22 77/5 85/16
90/13 92/4 93/25 95/4 95/7 97/2 97/13

## L

**L-A-N-G [1]** 6/4
**label [1]** 96/5
**labeled [2]** 95/23 96/2
**labor [1]** 36/15
**lack [1]** 111/14
**ladies [1]** 104/2
**Lagos [2]** 77/25 78/1
**Lake [4]** 49/18 49/25 49/25 50/1
**land [1]** 50/14
**LANG [21]** 4/4 5/9 5/14 5/20 5/25 6/3 6/4
12/24 17/22 19/8 25/6 38/13 38/19
40/11 40/12 41/10 44/7 49/1 49/14
52/18 55/5
**Lang's [1]** 17/13
**laptop [1]** 8/22
**large [6]** 17/1 17/4 43/5 49/17 78/2
111/23
**larger [6]** 42/1 43/12 108/2 108/4
**last [18]** 6/2 6/14 6/16 37/15 37/15
59/24 69/23 73/18 74/4 75/11 75/24
77/7 104/16 104/20 109/15 110/5
119/19 121/16
**later [8]** 16/3 17/9 27/23 61/10 84/25
88/14 103/13 106/15
**law [1]** 41/16
**lawn [1]** 85/15
**lawyer [4]** 30/15 31/8 56/13 76/18
**leaders [1]** 34/21
**leadership [1]** 34/20
**least [6]** 35/12 94/1 97/13 97/25 115/5
125/9
**leave [3]** 50/25 51/1 119/19
**leaving [1]** 78/1
**left [3]** 20/25 28/7 64/7
**left-hand [1]** 64/7
**legal [2]** 31/5 31/6
**lengthy [1]** 102/21
**less [1]** 42/12
**let [9]** 12/23 12/25 30/2 37/17 53/9
53/17 97/12 102/15 104/8
**Let's [4]** 39/14 62/20 62/22 81/19
**letter [2]** 45/23 122/25
**letters [1]** 60/17
**level [4]** 8/22 29/2 34/18 41/1
**Lexus [1]** 87/1
**life [2]** 10/1 11/15
**like [59]** 8/6 8/18 9/18 10/5 14/16 23/10
23/14 23/17 25/24 27/24 29/16 31/1
31/2 33/15 35/5 35/6 37/1 37/5 42/3
43/12 46/1 46/25 50/14 50/25 58/2
62/1 63/21 65/14 65/22 66/9 68/4 68/7
68/20 71/20 73/11 74/10 75/20 76/7
77/13 79/7 80/11 81/15 82/5 82/12 83/2
84/14 85/15 86/7 86/24 92/5 92/9 92/25
100/24 106/3 106/13 110/11 120/1
124/24 126/19
**likely [2]** 28/13 32/5
**limine [1]** 57/18
**limitation [1]** 58/15
**limitations [1]** 57/25
**limited [6]** 41/2 57/20 58/20 108/15
115/13 115/25
**limiting [1]** 58/15
**limits [1]** 57/18
**line [25]** 24/2 37/15 53/25 54/1 58/24
62/2 62/3 62/3 65/15 65/25 65/25 92/6

**L**

**line... [13]** 92/10 107/23 108/3 108/6
108/9 108/14 108/19 108/25 109/2
116/8 117/20 121/17 122/12
**lines [10]** 17/14 17/15 18/2 29/17 30/6
66/9 68/4 93/1 118/16 118/19
**Lisa [3]** 3/14 127/4 127/10
**list [8]** 80/18 80/21 80/22 80/24 81/2
81/2 81/5 89/24
**listed [4]** 105/15 108/4 108/6 109/21
**listen [1]** 12/24
**listened [1]** 48/19
**listing [2]** 107/24 110/19
**lists [6]** 105/16 105/18 105/19 107/1
107/2 107/3
**litigation [5]** 1/16 113/24 113/25 115/24
126/3
**little [11]** 7/13 8/21 9/25 20/7 37/6 38/12
102/3 104/3 104/25 120/23 121/12
**LLP [5]** 2/17 2/21 3/1 3/6 3/10
**loan [14]** 29/4 29/5 29/6 78/10 81/22
83/13 83/16 87/12 87/15 92/15 95/23
95/25 96/5 96/11
**loaning [1]** 78/12
**local [3]** 8/9 8/16 32/18
**located [2]** 15/2 15/3
**lodged [2]** 63/23 68/17
**logical [1]** 13/24
**logistics [1]** 7/2
**London [1]** 91/12
**long [11]** 37/2 51/13 58/23 84/5 102/23
102/23 103/1 103/10 113/12 113/13
118/16
**longer [2]** 89/24 103/7
**look [23]** 11/16 21/5 23/7 25/1 25/6
35/21 36/4 39/3 39/5 39/7 53/20 100/11
105/10 108/1 110/5 111/21 112/3
112/3 114/22 115/4 116/4 124/14
124/14
**looked [5]** 53/7 111/19 111/25 115/1
115/10
**looking [8]** 24/17 25/18 53/6 107/6
107/22 108/18 110/23 114/2
**looks [8]** 23/10 23/14 23/17 25/24 26/15
35/6 83/2 100/24
**lot [2]** 9/16 15/8
**loud [1]** 85/22
**Lower [1]** 87/24
**Lusk [5]** 72/21 72/24 73/1 74/7 75/2
**Lynch [1]** 3/9

**M**

**ma'am [1]** 60/18
**made [24]** 8/20 9/7 10/4 10/5 10/21 16/9
45/18 46/4 46/20 47/5 55/23 60/16
61/14 70/18 79/23 81/14 81/25 93/20
106/6 111/23 112/4 112/5 112/7 116/2
**Maiduguri [2]** 32/17 34/5
**mail [1]** 93/16
**maintained [1]** 11/7 52/7
**major [1]** 7/1
**majored [1]** 7/1
**majority [1]** 51/8
**make [22]** 13/22 13/23 13/23 16/13
25/22 28/5 39/18 45/3 48/9 54/15 56/13
58/2 58/18 66/3 78/4 88/23 94/11 94/20
103/9 109/12 115/22 120/23
**making [4]** 34/16 36/13 44/8 47/9
**manufactured [1]** 32/11
**manufacturing [1]** 33/19
**many [5]** 8/8 23/1 39/6 51/9 55/25
**March [1]** 7/10
**Maria [1]** 2/7

**mark [1]** 123/13
**marked [1]** 115/6
**market [2]** 29/8 42/23
**markup [4]** 37/11 37/12 37/13 37/20
**markups [2]** 36/10 41/1
**matched [3]** 109/2 109/3 121/7
**matches [1]** 108/6
**material [3]** 36/13 40/7 107/5
**materials [3]** 33/18 36/15 37/13
**Matt [29]** 98/2 98/4 98/11 98/25 99/1
99/12 114/2 116/17 116/25 117/13
117/19 118/7 118/14 118/19 119/16
120/9 120/20 120/25 121/10 121/13
122/18 122/23 123/7 123/17 123/24
124/3 124/10 124/15 124/18
**matter [2]** 5/23 127/6
**matters [4]** 31/15 31/16 113/22 113/23
**may [38]** 5/17 18/9 20/15 20/16 29/24
30/10 36/1 49/10 49/11 49/12 51/22
56/9 57/23 59/16 64/2 71/22 73/17
74/15 76/9 77/19 78/24 79/12 82/10
85/7 85/9 85/9 86/10 89/25 99/8 99/8
102/13 106/10 116/21 118/11 120/19
122/5 126/12 126/19
**maybe [4]** 17/6 32/2 44/1 100/23
**MBA [2]** 105/8 113/10
**McLaughlin [1]** 3/1
**me [47]** 7/19 7/22 9/8 9/15 9/18 10/1
10/1 10/5 10/21 11/23 12/23 15/8 17/24
20/11 24/18 25/2 25/6 28/13 30/2 35/15
37/17 45/2 48/18 51/23 53/9 53/17
56/12 57/8 62/2 69/24 70/9 73/12 75/18
84/15 85/21 90/19 93/25 97/12 98/14
102/15 104/8 119/5 119/8 121/13 124/2
125/8 125/21
**means [2]** 9/16 36/13 71/6
**meant [2]** 12/7 46/7
**mechanical [1]** 3/23
**meet [3]** 9/19 16/17 60/20
**meeting [3]** 8/14 8/17 60/23
**meetings [1]** 8/8
**memory [2]** 39/4 111/10
**mentioned [5]** 40/20 42/14 43/23 45/18
102/19
**mentionings [1]** 56/23
**mess [2]** 32/9 34/6
**message [2]** 69/7 69/9
**met [6]** 15/23 15/24 16/2 16/3 17/8
59/21
**Mexico [1]** 117/6
**mic [2]** 18/4 57/12
**middle [6]** 70/9 117/8 118/23 121/1
121/14 124/15
**might [6]** 20/13 21/6 39/3 39/6 42/2
93/16
**military [1]** 34/20
**million [14]** 24/5 24/7 24/16 39/11 40/5
40/5 55/13 111/10 112/14 112/17
112/21 112/21 112/22 112/23
**mind [4]** 47/13 47/15 124/2 126/22
**mine [2]** 71/12 86/16
**minimum [1]** 22/23
**Ministry [1]** 32/13
**minor [3]** 7/2 7/6 38/22
**minute [6]** 20/11 25/23 51/23 57/1 57/4
102/16
**minutes [4]** 59/1 103/6 103/11 103/12
**mischaracterizes [4]** 44/11 44/13 78/14
78/22
**missing [1]** 99/20
**missionaries [1]** 8/6
**missionary [2]** 7/25 8/2
**misspoke [1]** 33/5
**mistake [1]** 81/14

**misunderstood [1]** 48/18
**mixed [1]** 127/16
**mobile [5]** 51/4 51/5 51/8 118/24 119/20
**moment [3]** 22/1 49/6 56/12
**Monday [3]** 102/21 103/18 126/24
**money [41]** 9/17 12/10 12/10 12/11
13/22 13/23 24/24 33/11 33/15 33/16
33/16 33/21 41/19 45/14 45/15 45/16
54/15 54/16 54/22 63/1 63/8 64/18 65/3
65/7 65/18 67/14 67/17 71/7 71/9 77/11
78/12 78/20 79/17 87/22 92/1 92/1/2
91/15 95/13 95/17 95/22 96/18
**monthly [1]** 85/24
**months [11]** 9/11 51/9 51/16 51/17
51/19 51/24 52/3 52/5 81/8 100/8
100/10
**months' [1]** 100/12
**more [42]** 13/22 13/23 13/24 18/7 19/1
19/2 22/25 27/23 33/21 48/6 48/9 48/10
49/9 63/20 95/20 97/25 100/10 100/20
115/16 118/19 125/7 126/23
**Morgan [10]** 2/2 5/8 5/22 10/8 12/25
13/4 52/20 53/13 55/6 56/5
**MORING [5]** 2/17 2/21 3/1 3/6 3/10
**morning [1]** 126/24
**MORRIS [1]** 2/12
**most [6]** 32/5 37/11 44/1 55/22 70/25
101/1
**mother [1]** 10/20
**motion [2]** 18/11 57/18
**motor [2]** 7/1 37/7
**move [20]** 18/6 50/20 50/21 71/20 74/10
75/20 76/8 77/13 79/7 80/11 82/5 82/13
84/14 86/7 104/3 106/13 118/9 120/21
121/11 124/15
**moved [4]** 50/23 73/12 120/10 121/19
**movie [4]** 9/21 9/22 9/24 9/25
**moving [7]** 6/18 6/19 7/23 106/11 108/8
120/15 121/25
**Mr [225]**
**Mr. [21]** 5/20 7/23 14/9 29/24 30/13 33/8
49/2 60/6 60/20 63/1 63/4 64/22 64/25
67/7 79/15 81/23 89/9 90/5 102/18
115/17 123/2
**Mr. Alhaji [1]** 60/20
**Mr. Brol [1]** 123/2
**Mr. David [5]** 7/23 60/6 64/22 64/25 67/7
**Mr. Edota [1]** 89/9
**Mr. Glick [1]** 49/2
**Mr. Indimi [4]** 14/9 33/8 79/15 81/23
**Mr. Indimi's [3]** 63/1 63/4 90/5
**Mr. Lang [1]** 5/20
**Mr. Ponce [2]** 29/24 30/13
**Mr. Roegiers [2]** 102/18 115/17
**Mrs [34]** 60/20 62/2 63/1 64/7 64/17
65/18 65/22 66/3 67/16 67/19 69/9 70/2
70/19 72/2 74/17 75/14 76/3 77/5 79/14
81/22 82/23 84/6 84/21 85/21 86/14
88/23 90/2 90/13 90/16 90/25 92/5
92/14 92/25 101/25
**Mrs. [2]** 80/5 91/6
**Mrs. Ennis [1]** 91/6
**Mrs. Phillips [1]** 80/5
**Ms [60]** 29/9 57/11 57/16 58/22 59/20
62/5 62/16 63/12 63/19 73/1 73/20 80/5
80/22 93/8 94/9 98/6 98/12 98/14 98/16
99/4 99/15 101/3 101/21 102/12 102/20
103/3 103/5 103/19 103/20 103/21
104/8 104/14 104/22 105/2 105/10
105/25 106/21 106/21 107/20 108/16
108/25 109/10 110/10 110/14 111/2
112/25 113/6 114/5 116/24 117/3
118/22 119/22 120/23 121/3 122/15
122/21 123/3 123/9 124/1 124/19

**M** Case 1:98-cv-02088-GK

much [15] 5/12 6/5 23/23 23/24 24/9
25/21 26/16 29/11 36/24 52/18 56/10
78/4 112/15 112/15 122/7
MWI [101] 1/6 5/3 6/17 7/9 7/23 8/15
11/13 12/4 12/10 12/11 12/17 12/21
13/6 13/13 13/20 14/3 14/7 14/12 14/18
16/7 19/9 19/15 22/4 22/9 27/3 27/21
30/17 30/20 30/22 31/8 31/9 31/12 32/6
32/11 33/22 36/9 37/21 39/8 41/1 45/10
45/13 48/13 49/15 49/21 50/11 54/23
57/10 60/1 60/18 60/21 60/25 61/3
61/14 61/18 61/22 63/1 63/4 64/17 65/2
65/6 65/18 66/13 66/17 66/24 67/22
72/9 72/24 74/2 75/2 76/18 76/20 78/9
80/6 81/22 85/4 85/5 85/8 85/13 85/24
91/4 91/9 92/2 92/15 93/7 93/21 94/17
94/20 94/23 95/14 95/17 95/22 96/14
96/24 99/22 100/2 100/2 105/22 106/14
107/3 114/9 126/2
MWI's [6] 30/21 40/23 45/14 47/23 50/2
105/14
my [41] 5/22 6/8 6/16 7/18 8/7 8/19
8/21 9/9 11/15 19/2 20/4 22/16 23/22
38/11 39/3 39/4 40/14 43/7 45/5 45/11
47/15 48/21 49/2 49/8 49/10 59/20
63/22 64/12 65/1 68/8 71/17 78/25
80/24 94/11 94/25 96/20 98/21 100/16
104/18 111/10 120/2
myself [2] 16/9 39/20

**N**

Nacional [2] 118/23 119/20
naira [17] 41/14 41/17 41/20 41/21
41/21 42/3 42/4 42/8 42/9 42/10 42/11
42/14 42/24 43/4 43/5 43/21 46/12
name [22] 5/22 6/1 6/2 6/3 6/5 59/20
59/22 59/24 62/14 77/1 80/5 90/6 90/7
91/18 92/14 92/20 92/22 94/2 95/25
104/17 104/18 104/20
named [6] 13/25 16/12 16/15 30/14 77/3
95/23
names [1] 125/5
NEAL [5] 4/4 6/7 6/8 6/8 9/13
necessary [2] 50/13 52/8
need [11] 9/1 9/12 11/16 12/1 28/20
37/17 68/15 68/17 89/23 118/19 125/7
needed [10] 27/17 28/20 28/21 30/25
31/5 31/6 44/9 52/22 51/14 51/15
negotiate [1] 43/21
net [1] 24/10
never [7] 17/6 17/11 45/1 45/9 47/15
85/5 102/8
New [3] 6/25 50/15 50/16
news [1] 126/15
next [10] 5/5 10/7 37/16 90/23 102/18
104/1 123/8 123/16 126/14 126/15
nice [1] 29/3
Nigeria [56] 12/17 13/7 13/13 14/17
14/18 16/1 16/3 16/8 16/18 19/9 20/10
22/4 28/16 28/20 32/7 32/11 32/13
32/15 33/13 34/17 36/10 37/21 38/20
38/23 39/13 40/7 40/10 40/10 41/2 41/2
41/4 41/13 41/15 42/7 42/20 42/23
43/11 43/24 46/7 46/16 46/12 46/13
47/17 49/17 50/12 51/11 60/25 61/4
61/15 70/5 70/13 73/8 77/25 85/14
100/2 126/2
Nigerian [13] 29/8 33/1 33/2 33/3 44/24
45/3 45/7 46/10 57/20 57/23 58/7 76/18
77/1
Ninth [1] 2/13
no [77] 1/4 7/8 8/4 9/8 12/2 12/2 12/11

19/20 24/8 28/1 28/16 29/15 31/2 35/17
36/22 38/6 38/8 43/6 43/8 45/5 45/11 47/14
45/15 46/9 47/10 48/20 52/18 55/24
56/2 56/4 63/18 65/9 66/8 67/24 68/16
69/2 69/3 73/16 74/2 75/15 77/4 77/18
89/24 93/3 95/10 95/12 96/3 96/16
97/14 97/19 97/24 98/24 100/11 100/11
100/12 101/15 102/10 106/12 107/13
114/22 115/2 115/3 115/10 115/18
115/21 116/18 118/2 118/8 119/9 120/6
120/16 120/18 121/21 122/4 125/3
125/3 125/3 125/17
non [1] 47/21
non-Ex-Im [1] 47/21
none [3] 40/23 116/15 116/15
normal [13] 52/15 67/13 67/15 67/16
67/19 67/21 67/21 71/10 78/13 78/20
79/1 79/3 79/4
normally [1] 64/17
not [114] 7/6 7/8 8/2 8/25 12/11 12/13
12/14 15/6 15/6 17/3 17/7 22/22 23/22
24/18 27/22 27/25 28/18 29/20 31/16
33/20 33/25 34/2 34/6 34/8 36/24 38/4
40/25 42/24 46/22 47/7 48/14 48/18
48/20 48/22 50/8 51/6 51/24 52/16
55/14 56/25 60/13 61/17 62/20 64/1
64/15 67/5 67/13 67/18 68/24 71/7 71/9
73/3 75/15 77/18 78/13 78/20 78/21
78/25 79/7 79/9 80/12 80/17 80/19
80/20 81/3 81/25 82/6 82/7 84/16 85/9
85/11 86/16 90/6 92/2 92/7 94/6 94/24
96/17 97/8 97/8 99/8 100/14 100/22
102/6 103/13 106/4 106/11 106/17
106/18 110/21 114/14 114/15 114/18
114/19 115/11 115/11 115/19 115/21
115/23 116/11 116/3 119/14 120/5
120/11 120/14 122/12 125/3 125/4 125/6
125/10 125/13 125/17 126/7 126/13
not been [1] 92/7
notations [1] 94/2
note [17] 42/10 42/11 67/18 69/24 70/2
72/2 73/20 74/17 76/2 76/23 77/23
79/22 83/10 85/18 85/21 90/17 90/22
noted [1] 7/16
notes [4] 41/20 83/22 90/11 100/16
nothing [1] 120/7
notice [3] 59/4 111/22 112/3
noticed [1] 17/6
noting [1] 68/16
Nova [4] 72/21 72/24 74/7 75/2
November [4] 1/5 57/22 99/20 100/21
November 1991 [1] 57/22
now [56] 6/10 7/9 11/13 13/12 13/25
17/22 18/22 19/8 20/20 21/25 23/15
25/18 26/20 27/19 28/9 28/15 29/9
30/10 30/14 31/20 31/25 33/24 34/19
36/8 38/2 39/25 42/24 43/2 44/6 45/12
53/3 54/13 54/24 60/20 64/21 65/2
66/13 67/3 70/2 72/2 75/2 83/3 88/13
92/2 96/23 97/13 97/19 97/24 105/10
106/17 119/19 120/15 121/25 122/10
125/8 126/12
number [22] 19/20 22/22 30/3 34/17
53/10 68/23 98/3 99/15 106/25 107/24
108/13 109/21 110/1 110/4 110/7
111/23 112/1 112/1 112/2 123/18 125/9
125/13
numbers [7] 28/7 28/8 39/3 109/10
109/14 111/12 119/10
nutshell [1] 48/3
NW [11] 1/17 1/22 2/3 2/8 2/13 2/18
2/22 3/2 3/6 3/10 3/16

**O**

object [3] 15/15 29/19 68/17

objected [2] 58/10 120/11
objecting [1] 58/8
objection [36] 15/17 18/5 19/5 19/20
25/10 44/10 44/12 62/4 63/22 63/24
68/8 68/13 68/17 69/2 71/18 73/15
73/16 74/12 74/13 75/22 76/10 78/22
79/10 79/11 80/13 81/10 81/11 82/8
82/16 84/18 89/21 111/14 111/16
120/16 120/18 122/3
Objection's [1] 44/14
objections [7] 58/19 69/3 86/9 106/5
106/6 116/18 118/8
obligated [1] 46/5
observe [4] 49/14 49/20 50/5 50/8
observed [5] 17/1 17/1 17/5 17/9 17/11
obtained [1] 10/10
occasion [2] 49/14 97/13
occasions [1] 97/25
occurred [1] 67/20
occurrence [2] 67/24 71/10
October [6] 32/5 87/9 99/21 100/11
100/15 100/22
October 6th [1] 32/5
October of [1] 87/9
off [8] 14/19 45/21 47/25 50/14 52/10
58/5 77/2 79/25
offer [2] 8/10 10/5
offerer [1] 18/9
offers [1] 18/8
office [5] 2/2 2/7 31/1 31/2 97/22
officer [3] 29/4 29/5 79/6
officers [1] 27/3
official [5] 3/15 41/20 44/25 45/4 77/1
officially [2] 42/24 43/3
officials [4] 45/7 57/20 57/23 58/7
oh [5] 15/6 25/14 53/1 53/5 121/18
oil [1] 5/3
OK [3] 69/15 72/5 84/4
OK'd [2] 83/25 84/2
OK'ing [1] 70/9
okay [97] 9/4 9/18 10/14 11/18 12/7
12/13 23/23 25/15 25/18 25/24 26/20
28/23 31/11 31/24 34/13 38/10 39/9
39/22 39/25 40/8 40/11 40/16 40/18
41/3 41/9 41/13 41/17 41/23 42/1 42/4
43/1 43/23 44/5 44/21 44/23 45/10
45/18 46/6 46/20 47/20 48/13 48/24
49/20 50/5 50/8 51/4 51/6 51/17 51/21
52/1 52/3 52/11 52/13 52/15 53/17
54/24 56/8 56/25 60/18 61/18 64/17
65/13 66/13 67/25 71/13 73/4 73/10
73/14 75/19 75/24 76/12 76/23 77/21
79/6 79/14 81/22 82/23 84/21 85/24
86/14 88/19 91/18 99/22 100/19 100/23
101/3 102/1 102/18 103/24 105/21
107/20 107/22 108/16 110/2 121/20
121/23 124/9
older [1] 6/6
once [2] 61/15 112/9
one [60] 9/13 11/5 16/6 22/19 22/24
22/24 23/10 23/17 23/22 26/16 29/6
30/4 36/10 39/6 39/14 40/3 42/3 42/4
42/10 42/11 42/15 42/23 42/24 43/2
43/6 49/5 51/6 51/6 51/7 51/7 55/4
55/23 61/7 82/9 82/14 82/17 84/4 84/19
85/12 86/16 90/5 90/6 90/7 92/14 93/13
95/20 96/7 97/7 97/12 97/25 106/24
107/1 107/22 109/16 111/23 112/2
112/4 117/11 118/3 121/11
ones [1] 114/25
ongoing [1] 27/1
only [16] 18/8 33/3 33/5 33/6 48/23
48/25 58/3 58/15 71/12 71/13 85/2 95/2
112/1 115/25 125/13 126/15

**O** Case 1:98-cv-02088-GK

**open** [2] 52/14 126/22
**operation** [4] 50/6 50/7 51/10 52/4
**opinion** [1] 111/17
**opportunity** [2] 16/17 29/21
**opposed** [1] 10/12
**order** [6] 22/2 22/18 57/17 58/14 66/21 122/24
**Orleans** [2] 50/15 50/16
**other** [26] 7/21 8/17 14/12 18/10 27/3 36/17 36/23 43/6 45/6 46/4 47/16 49/20 49/21 50/2 51/2 52/4 55/22 71/11 71/11 82/14 92/3 92/14 94/23 94/24 113/23 122/24
**others** [1] 111/1
**otherwise** [1] 98/23
**our** [27] 5/5 10/24 11/1 12/11 28/14 31/3 41/2 46/14 48/8 50/15 50/18 54/17 57/1 57/12 57/18 58/19 58/24 59/3 63/23 68/9 68/13 74/13 80/21 81/11 103/7 120/11 126/12
**out** [39] 7/18 7/21 8/4 12/19 25/2 25/4 25/4 25/23 27/9 27/13 27/13 34/16 34/21 36/4 43/21 51/9 51/19 51/25 52/4 57/10 59/2 67/7 70/18 78/3 81/25 85/22 86/18 91/1 112/6 112/6 117/19 121/4 122/18 122/23 123/11 123/24 124/11 124/16 126/25
**outs** [1] 107/18
**outside** [3] 30/21 30/22 114/20
**over** [26] 11/4 14/13 15/9 17/14 22/15 28/8 28/22 34/7 39/12 41/7 43/9 48/4 48/7 48/11 53/2 63/12 85/25 86/24 91/6 100/6 103/22 112/17 112/21 119/13 125/4 126/18
**overall** [1] 38/21
**overruled** [7] 15/17 19/5 25/11 44/14 78/16 106/7 111/16
**own** [4] 20/4 65/7 91/18 111/17
**owned** [2] 43/13 43/13

**P**

**P-E-R-A-Z-A** [1] 92/24
**p.m** [4] 1/5 57/5 59/14 126/25
**page** [67] 17/14 17/15 18/2 20/5 23/18 25/23 29/16 30/2 30/6 31/23 32/2 32/4 32/4 35/21 39/22 53/9 62/2 64/5 65/15 65/25 66/9 68/4 69/17 69/23 70/15 71/23 72/11 72/18 73/18 74/5 74/25 75/10 75/11 75/24 76/12 77/7 78/6 79/20 83/19 88/20 90/9 90/10 92/6 92/8 92/9 93/1 98/3 98/9 98/12 104/24 106/24 107/1 107/3 107/9 107/16 109/7 109/9 109/16 112/2 115/4 116/8 117/1 117/8 120/21 121/1 121/11 124/16
**paged** [1] 116/13
**pages** [5] 18/12 53/3 110/6 112/1 112/2
**paid** [58] 17/23 21/3 21/7 21/8 25/16 26/1 26/5 26/5 27/16 31/3 31/5 31/11 37/22 40/10 43/18 44/24 45/21 45/24 46/5 46/12 46/13 47/14 58/4 64/18 65/2 66/13 66/17 66/24 85/4 85/5 90/23 91/1 91/7 91/20 91/22 93/19 94/15 95/14 95/17 99/22 99/23 100/1 100/2 101/5 101/12 105/19 108/10 108/14 109/17 109/23 111/8 112/12 112/18 112/22 116/10 117/6 123/1 123/19
**paint** [1] 37/8
**paper** [1] 20/12
**paperwork** [2] 22/11 77/2
**paragraph** [5] 36/5 121/14 121/15 122/11 122/24
**part** [19] 7/4 18/8 18/11 18/20 18/22

22/9 22/17 24/13 27/22 33/14 34/6 43/18 52/16 54/7 54/10 55/7 65/15 94/11 119/19
**particular** [18] 7/16 15/20 21/4 23/25 25/19 25/24 26/16 50/21 62/11 107/24 108/10 109/6 109/18 111/23 112/4 115/11 116/3 117/21
**particularly** [1] 34/3
**partner** [1] 46/14
**partners** [1] 33/15
**partnership** [1] 32/16
**parts** [4] 18/10 51/3 52/10 53/23
**party** [2] 18/8 18/9
**passed** [2] 10/20 10/21
**passport** [4] 11/14 11/19 11/19 12/1
**Pause** [1] 49/7
**pay** [17] 30/24 46/16 65/6 65/19 67/3 85/14 90/20 91/9 92/2 94/20 96/14 113/22 121/17 122/12 123/8 123/13 123/16
**payable** [1] 108/15
**paying** [3] 90/24 95/11 95/22
**payment** [41] 20/25 21/7 21/7 24/1 24/4 24/13 24/15 24/20 24/22 26/4 45/3 45/6 46/1 46/20 55/19 61/16 61/23 64/14 64/21 64/24 66/6 66/9 66/25 68/1 70/9 74/18 74/21 79/23 79/25 84/2 84/25 86/25 87/6 88/5 89/1 89/4 89/11 89/14 92/15 101/7 112/9
**payments** [28] 11/17 27/14 35/20 44/8 45/7 46/4 46/5 46/8 46/18 46/9 61/8 61/11 61/14 61/19 63/4 63/8 63/17 94/23 105/22 110/22 110/24 111/23 111/23 112/4 112/5 112/7 112/13 112/16
**payroll** [1] 60/12
**pays** [2] 85/25 90/21
**pegged** [1] 42/8
**pending** [1] 39/16
**Pennsylvania** [5] 2/18 2/22 3/2 3/6 3/10
**people** [8] 16/12 16/14 28/19 43/20 52/9 71/11 85/13 126/18
**per** [1] 42/9
**Peraza** [1] 92/24
**percent** [55] 21/12 21/13 24/12 24/13 24/21 24/23 25/7 25/8 25/17 26/2 26/4 26/6 26/8 26/9 36/10 36/24 37/2 37/5 37/11 37/12 37/13 48/7 48/8 48/9 48/9 48/10 98/19 108/17 108/20 110/4 110/9 116/9 116/11 116/14 117/12 117/16 117/21 117/21 117/22 117/25 119/10 119/11 120/2 120/4 121/1 121/4 121/6 121/8 121/17 122/13 122/17 122/20 123/1 125/4 125/10
**percentage** [9] 21/3 21/9 48/6 108/16 108/20 110/2 118/3 119/13 125/14
**percentages** [3] 110/6 110/8 125/4
**perform** [1] 41/7
**performed** [1] 19/9
**performing** [2] 12/18 49/24
**perhaps** [1] 44/16
**period** [14] 13/9 14/9 16/21 16/23 16/24 16/25 27/17 42/17 110/20 111/1 111/20 114/21 125/9 125/14
**periodically** [1] 30/23
**periods** [1] 125/15
**permission** [3] 17/15 68/20 113/1
**person** [4] 56/21 84/10 96/6 96/9
**personal** [13] 60/6 65/3 65/7 66/13 66/17 66/22 66/24 67/4 67/6 91/15 92/2 96/15 96/20
**personally** [4] 63/7 63/16 66/21 84/2
**Phase** [1] 40/4
**Phillips** [1] 80/5

**phone** [3] 69/6 69/9 100/12
**phonetic** [1] 49/3
**piece** [1] 7/16
**pieces** [1] 107/4
**pipe** [1] 32/14
**place** [2] 27/10 34/7
**Plaintiff** [1] 1/4
**Plaintiff's** [5] 19/20 68/23 99/2 114/3 118/1
**plaintiffs** [4] 1/15 4/3 116/19 120/11
**plan** [1] 8/8
**plane** [2] 43/23 43/24
**plant** [8] 32/13 32/17 32/18 32/25 33/16 33/17 34/4 35/11
**play** [10] 17/15 17/18 18/1 18/18 18/19 19/1 19/2 19/3 29/16 30/6
**played** [15] 17/20 18/8 18/24 18/25 19/6 29/18 30/8 42/13 62/24 65/16 66/1 66/11 68/6 92/12 93/2
**playing** [2] 8/25 18/16
**pleasant** [1] 29/2
**please** [85] 5/6 5/11 12/24 13/4 18/4 20/13 40/14 40/18 43/7 53/2 53/18 55/4 57/12 58/24 59/6 59/12 59/15 59/22 62/9 64/4 65/23 68/8 68/19 68/21 69/1 69/7 69/17 69/24 70/16 71/23 72/18 73/13 73/18 73/10 76/7 77/8 79/6 79/20 80/12 81/16 81/18 82/6 82/20 83/20 85/19 85/23 86/12 88/20 90/11 90/19 94/7 98/2 98/11 98/14 99/1 99/1 101/22 102/16 104/10 104/16 104/24 105/2 105/4 106/14 107/9 107/17 107/18 108/23 109/10 110/12 114/2 116/7 116/17 116/22 117/14 118/7 118/13 119/16 120/20 120/21 121/10 121/11 121/13 122/6
**pleased** [1] 96/21
**plots** [1] 37/6
**Plus** [2] 117/11 117/11
**point** [18] 9/4 9/7 14/6 18/19 26/20 27/1 27/12 27/19 28/9 31/11 32/6 34/6 35/4 35/25 49/11 57/10 82/11 126/8
**pointed** [1] 24/18
**Ponce** [7] 16/9 29/24 30/13 69/10 69/18 69/20 87/15
**pool** [1] 85/15
**portable** [1] 50/21
**portion** [25] 18/7 18/15 18/25 19/3 23/4 23/5 24/6 24/15 24/19 30/7 32/10 35/20 38/20 38/20 38/22 39/2 39/25 40/1 41/6 46/10 46/21 51/13 62/12 65/23 82/20
**portions** [1] 83/10
**ports** [1] 34/16
**position** [10] 6/14 6/16 10/10 10/15 10/16 18/13 18/20 29/1 60/4 113/8
**possible** [5] 35/13 35/13 56/24 100/14 100/16
**Possibly** [2] 30/13 43/12
**posted** [1] 47/4
**potentially** [1] 99/23
**pound** [1] 42/8
**practice** [1] 67/13
**practicing** [1] 113/12
**predicate** [1] 15/15
**prefabricated** [1] 39/12
**prepare** [3] 20/1 114/14 114/18
**prepared** [9] 20/4 20/18 21/11 21/21 22/17 23/3 23/12 31/21 32/5
**preparing** [1] 22/12
**presented** [1] 115/17
**president** [4] 8/15 8/16 9/4 16/16
**pretty** [1] 9/14
**previous** [5] 109/16 109/17 110/6 110/25 111/21

**P**

**price [11]** 9/14 32/23 39/10 43/21 48/2 48/4 48/5 48/8 55/1 108/5 108/6
**prices [1]** 40/24
**pricing [3]** 37/21 40/19 40/23
**primarily [3]** 34/17 50/11 50/18
**primary [1]** 50/11
**printed [1]** 86/18
**prior [4]** 78/14 125/15 125/22 126/2
**probably [15]** 7/10 15/24 21/13 33/3 36/15 37/2 37/5 42/12 51/2 51/12 59/1 80/13 100/17 103/11 118/17
**problem [2]** 28/16 34/9
**problems [3]** 10/2 11/17 43/6
**procedure [2]** 62/5 67/9
**proceed [5]** 49/11 49/12 59/16 62/20 68/19
**proceedings [2]** 3/23 127/6
**process [2]** 22/8 61/8
**produce [3]** 32/22 32/23 43/16
**produced [1]** 3/23
**product [4]** 8/4 22/3 48/4 55/2
**production [1]** 32/9
**products [3]** 37/10 37/11 49/21
**profit [3]** 36/19 41/1 48/10
**profitable [1]** 33/23
**profits [1]** 40/19
**project [53]** 11/20 11/20 13/16 15/21 19/9 19/10 19/11 19/12 19/12 19/16 20/9 20/9 20/20 21/4 22/2 22/14 22/15 22/19 22/21 22/24 23/4 23/13 24/19 25/17 26/24 28/14 32/12 33/14 35/18 37/10 39/10 39/11 40/4 41/8 46/10 47/16 48/7 49/17 49/19 52/25 53/8 53/21 53/23 53/24 53/25 54/2 54/3 54/6 54/8 54/11 55/13 55/24
**projects [38]** 12/9 12/20 13/6 13/10 13/13 13/13 13/21 13/23 19/13 19/13 19/14 19/17 19/18 21/15 22/24 23/1 32/15 33/12 33/17 34/16 34/25 37/22 38/21 39/7 40/1 40/1 40/3 40/24 44/25 45/4 45/8 49/16 54/5 55/16 55/17 55/18 55/23 55/25
**proof [1]** 58/4
**proper [1]** 62/4
**properly [2]** 47/4 94/12
**propose [3]** 121/17 122/12 122/25
**prove [1]** 58/3
**provide [2]** 39/1 113/2
**provided [8]** 36/10 49/15 96/24 107/2 111/3 111/11 111/12 115/14
**providing [1]** 59/5
**PTX [33]** 63/22 63/22 68/7 69/1 70/16 71/17 73/11 74/11 75/20 76/7 77/13 77/16 79/6 80/11 84/15 89/17 99/2 104/22 106/4 108/22 109/9 114/5 114/25 115/4 115/22 115/22 116/13 119/12 120/5 121/6 125/2 125/9 125/13
**PTX-235 [1]** 114/25
**PTX-288 [13]** 104/22 108/22 109/9 114/5 115/4 115/22 115/22 116/13 119/12 120/5 121/6 125/2 125/13
**PTX-35 [1]** 106/4
**PTX-36 [1]** 77/16
**PTX-47 [3]** 68/7 69/1 70/16
**PTX-48 [1]** 71/17
**PTX-49 [1]** 73/11
**PTX-52 [1]** 74/11
**PTX-53 [1]** 75/20
**PTX-54 [1]** 76/7
**PTX-61 [1]** 80/11
**PTX-63 [1]** 77/13
**PTX-65 [1]** 79/6

**PTX-76 [2]** 63/22 63/22
**PTX-78 [2]** 84/15 99/2
**PTX-80 [1]** 89/17
**publish [1]** 107/11
**published [7]** 64/3 107/14 116/22 118/13 120/20 122/6 122/8
**pull [1]** 39/14
**pulled [2]** 10/3 36/5
**pump [12]** 8/15 23/12 35/2 36/17 37/2 37/8 37/23 50/14 50/21 51/3 69/18 69/20
**pumping [4]** 49/15 49/21 49/23 50/2
**pumps [41]** 12/15 13/20 13/20 28/13 28/17 28/18 28/20 28/21 32/6 32/20 32/21 33/12 33/13 33/25 34/2 34/2 34/3 34/3 36/14 36/23 36/25 37/1 37/5 37/6 50/11 50/13 50/14 50/15 50/18 50/19 50/20 51/1 51/4 51/5 51/8 51/10 52/3 52/15 118/24 119/21 121/16
**PURCELL [1]** 1/3
**purchase [2]** 14/15 14/15 14/18 14/20 45/13
**purchased [2]** 45/13 45/15
**purpose [2]** 13/18 32/17
**purposes [1]** 29/20
**put [19]** 21/25 29/22 32/11 32/13 33/12 33/15 33/16 33/16 33/25 37/8 38/25 39/5 40/18 65/18 67/17 73/11 95/24 98/25 107/8
**putting [4]** 8/23 9/11 65/3 65/6
**PX89 [1]** 39/15

**Q**

**qualify [1]** 48/14
**quantities [2]** 17/1 17/4
**question [22]** 10/7 12/25 17/4 18/16 18/18 18/19 18/20 19/1 19/4 37/22 38/8 39/16 40/14 43/7 48/19 49/22 55/5 55/6 63/14 92/4 95/19 95/20
**questions [17]** 12/25 38/8 40/11 40/19 41/9 45/12 49/9 52/19 56/2 56/4 63/20 93/3 97/5 97/7 97/21 101/25 126/19
**quickest [1]** 35/13
**quickly [3]** 12/19 12/20 57/10
**quite [1]** 36/24

**R**

**rainy [3]** 50/12 51/12 51/13
**raise [1]** 59/7
**range [6]** 57/20 57/22 58/6 112/11 112/14 116/14
**rate [2]** 9/9 116/5
**rationale [1]** 43/8
**Raton [2]** 9/24 16/2
**raw [2]** 33/18 107/5
**read [13]** 24/2 53/17 54/4 62/7 84/10 85/21 90/19 90/23 98/14 109/4 123/5 123/14 123/22
**reading [1]** 123/3
**reads [1]** 124/11
**ready [2]** 5/5 126/13
**realized [1]** 35/1
**really [6]** 10/5 17/11 57/13 58/3 126/19
**reason [5]** 35/19 38/6 98/23 100/19 103/22
**reasons [1]** 15/3
**recall [22]** 30/1 30/2 31/9 42/13 44/8 50/2 60/22 60/23 62/14 62/15 62/12 65/21 67/25 97/2 97/4 97/8 97/8 97/9 97/17 97/19 97/24 99/4
**recalled [1]** 96/23
**receipt [3]** 75/15 75/16 75/17
**receivable [1]** 60/11
**receive [1]** 112/16

**received [4]** 61/16 92/15 92/22 112/17
**receiving [3]** 14/10 14/12 14/14
**recently [2]** 121/14 121/15
**recess [4]** 57/4 57/5 57/6 126/12
**recognize [3]** 64/9 98/6 106/21
**recollection [2]** 62/17 62/18
**recommended [1]** 7/19
**record [9]** 5/2 6/1 59/22 62/10 63/10 101/8 101/10 102/17 127/5
**recorded [4]** 3/23 46/21 47/2 94/12
**recording [2]** 94/13 110/18
**records [12]** 11/6 14/7 27/20 27/22 46/22 93/19 94/1 94/3 94/9 94/16 106/14 106/16
**REDIRECT [4]** 4/2 52/21 101/22 101/23
**refer [1]** 17/13
**reference [3]** 109/7 115/23 126/9
**referred [3]** 19/11 19/15 19/17
**referring [2]** 62/11 126/5
**refers [1]** 53/8
**reflected [2]** 109/17 110/24
**reflects [1]** 107/21
**refresh [2]** 39/4 62/17
**refreshes [1]** 62/8
**refueling [1]** 43/24
**refurbished [1]** 52/7
**refusing [1]** 67/25
**regard [1]** 57/19
**regarding [2]** 45/12 99/5
**Regina [1]** 28/23
**registration [1]** 90/3
**regular [6]** 22/14 28/10 47/14 48/14 48/21 58/5
**reimbursement [2]** 91/4 122/24
**rel [1]** 1/3
**relate [2]** 20/8 38/21
**related [4]** 18/20 19/1 40/23 58/7
**relates [1]** 19/3 40/2 40/3
**relationship [2]** 14/3 33/24
**relationships [1]** 15/11
**religious [1]** 8/3
**remember [5]** 40/21 41/11 91/17 126/13 126/22
**remind [2]** 104/8 113/8
**removed [2]** 81/1 112/10
**rep [5]** 123/2 123/8 123/13 123/16 123/19
**repeat [7]** 63/3 63/11 65/5 66/16 78/17 95/15 104/9
**replaced [1]** 10/17
**replaces [1]** 121/20
**reporter [5]** 3/14 3/15 13/1 57/13 104/19
**reporting [1]** 69/10
**represent [4]** 5/22 59/21 99/19 105/11
**representative [1]** 66/5
**represented [1]** 24/12
**represents [2]** 53/25 105/3
**request [6]** 17/15 18/16 56/23 68/1 116/19 120/10
**requested [4]** 31/10 31/12 77/24 97/14
**requesting [7]** 23/24 24/1 70/3 72/3 76/2 79/22 83/22
**requests [1]** 83/25
**require [1]** 18/9
**required [2]** 22/21
**research [2]** 97/6 97/23
**resolve [2]** 115/8 115/19
**respect [2]** 41/23 44/25
**response [2]** 18/25 90/25
**responsibilities [4]** 93/10 93/13 95/21 113/21
**responsibility [1]** 96/1
**responsible [6]** 14/7 29/8 95/2 95/8 95/13 95/16

## R

rest [2]  47/23 90/22
results [1]  11/3
retired [4]  6/11 6/12 6/13 6/14
review [1]  114/20
reviewed [4]  84/3 109/24 110/3 118/5
revised [1]  81/2
Rhoad [1]  2/17
rice [1]  51/14
right [147]
right-hand [3]  87/9 108/17 117/3
rise [1]  57/3
river [2]  13/16 52/7
ROBERT [2]  1/3 2/17
rock [1]  48/5
Roegiers [14]  10/17 10/24 27/7 36/9
46/23 102/18 102/21 103/17 103/22
105/15 109/5 114/10 115/10 115/17
room [4]  1/18 1/23 3/15 44/20
roughly [1]  24/7
round [2]  51/1 119/10
rounding [1]  124/25
routine [1]  27/9
row [2]  118/18 119/20
RPR [3]  3/14 127/4 127/10
rrhoad [1]  2/20
Rule [1]  18/6
ruled [1]  58/12
ruling [1]  58/14
run [2]  7/19 34/19
running [2]  10/1 66/25
rural [2]  32/19 34/3
Russell [1]  2/7

## S

said [25]  7/6 8/24 8/24 9/13 9/20 9/23
10/4 10/6 11/15 11/18 12/13 12/14
41/21 69/5 71/9 78/12 97/2 97/13 97/19
97/24 102/2 102/5 103/6 113/17 114/8
sale [1]  40/23
sales [26]  7/14 8/3 25/17 45/23 54/19
54/21 54/23 58/5 60/5 71/13 92/3 92/14
92/20 92/22 93/21 94/23 94/24 96/24
105/18 105/22 107/3 107/4 107/25
109/23 117/10 126/3
same [14]  16/20 30/13 31/3 32/23 39/16
47/15 47/18 47/18 47/20 47/22 71/18
80/13 124/11 126/2
sat [1]  9/24
satisfy [1]  122/24
Saturday [1]  9/23
saw [3]  49/23 91/17 100/5
say [17]  6/5 8/2 9/15 9/16 12/7 29/15
34/10 34/11 37/16 42/1 51/12 51/19
68/10 74/22 89/19 103/23 117/9
saying [2]  62/15 103/21
says [12]  8/18 9/13 36/8 36/9 37/15 64/7
76/23 78/9 83/13 87/8 100/16 123/8
schemes [1]  32/19
school [4]  6/24 6/25 90/3 91/4
scope [1]  49/9
scratched [1]  123/13
screen [16]  21/5 23/17 25/3 36/4 36/6
39/19 39/22 42/14 53/6 53/20 106/24
107/1 107/24 112/2 121/12 124/3
season [5]  50/13 50/19 51/12 51/13
51/15
seated [3]  5/17 59/12 59/15
second [20]  23/18 30/4 32/4 32/4 36/8
39/14 40/18 53/17 63/10 71/23 74/4
74/25 78/6 79/20 83/19 104/24 107/9
107/16 108/12 124/14
secretary [2]  29/2 60/5

Section [1]...1/17489
secured [2]  52/9 52/11
see [81]  8/11 8/20 11/25 12/5 20/5 20/7
23/8 32/3 35/12 35/24 36/2 36/5 39/10
39/22 41/18 43/4 53/1 62/7 62/17 82/19
86/25 87/3 87/6 87/9 87/12 87/15 87/18
87/21 87/24 88/4 89/1 89/3 89/6 89/9
89/11 96/12 99/16 103/16 105/17 107/4
108/3 108/5 108/14 114/24 115/5 115/6
115/8 115/16 116/5 116/14 116/24
117/3 117/7 117/10 117/17 117/18
117/22 117/23 117/24 117/25 118/18
118/24 119/1 119/4 119/11 119/13
119/22 119/24 121/3 121/5 122/11
122/15 122/19 122/20 123/2 123/9
123/10 123/20 124/16 124/17 126/23
seeing [2]  41/10 50/2
seems [1]  57/3
seen [5]  19/25 40/16 81/6 81/8 118/3
selected [1]  14/13
sell [5]  13/20 13/20 13/21 33/17 33/21
selling [12]  8/4 8/6 8/7 8/7 28/13 28/15
28/18 28/19 42/23 48/2 55/1 108/5
sending [1]  14/13
senior [2]  105/5 113/20
sense [1]  8/3
sent [1]  27/17
sentence [2]  36/9 37/16
separate [3]  22/21 22/25 36/21
separated [1]  112/6
September [1]  32/1
series [1]  109/14
seriously [1]  93/10
service [5]  32/14 49/24 49/25 85/15
85/15
set [2]  14/16 14/25
setting [1]  33/9 33/11 37/21
settle [1]  46/17
seven [20]  19/10 19/11 19/12 19/13
19/17 19/18 20/9 20/20 22/2 22/14
22/18 23/13 26/23 33/14 33/25 39/7
53/8 53/24 54/8 55/17
Seventy [1]  37/5
Seventy-five percent [1]  37/5
several [9]  15/19 16/6 22/20 23/1 23/2
53/3 53/3 81/8 97/5
Shad [5]  49/18 49/18 49/25 49/25 50/1
share [1]  38/6
shared [1]  38/4
she [20]  10/20 10/21 29/2 29/4 29/4
29/6 29/6 29/7 29/7 59/1 62/14 62/17
62/18 62/19 72/24 73/1 103/6 111/16
114/19 124/11
she'll [2]  58/23 104/9
she's [1]  62/6
sheds [1]  50/24
sheet [2]  21/20 85/4
Sheraton [2]  43/13 44/19
ship [1]  14/18
shipment [7]  22/21 23/24 23/25 24/11
24/11 25/24 27/16
shipments [3]  22/23 23/1 23/2
shipped [11]  14/16 22/3 22/17 22/23
24/13 32/7 34/3 37/11 38/24 39/11
61/15
shipping [2]  22/8 22/11 22/18 23/5
33/24
shook [1]  8/17
short [1]  56/23
shortly [2]  10/23 83/8
should [6]  18/10 41/1 48/18 48/22 63/10
105/3
show [16]  7/20 62/1 62/5 62/13 62/16
65/14 65/22 66/9 68/4 85/18 92/5 92/9

92/25 104/22 106/3 116/3
showed [2]  97/1 97/16
showing [3]  8/21 75/16 75/17
shown [15]  44/6 46/6 62/6 82/11 94/10
106/10 106/16 107/1 110/4 110/8
110/25 112/20 114/11 116/8 118/11
shows [1]  116/3
shy [1]  100/8
sic [1]  117/8
side [7]  20/25 21/2 87/9 90/10 90/10
107/9 107/9
side-by-side [2]  90/10 107/9
SIDEBAR [4]  62/10 62/23 102/17 103/25
sign [5]  25/18 26/12 27/8 27/10 77/2
signature [2]  23/18 23/21 23/22 70/21
76/5 77/10 82/3
signed [7]  22/15 23/15 23/17 26/14
26/21 70/23 75/13
signing [5]  27/3 29/12 31/7 31/17 79/25
signs [1]  84/11
similar [1]  106/25
simple [2]  108/18 110/9
simply [1]  18/6
since [5]  15/9 27/20 96/6 100/21 124/2
single [1]  84/2
sir [6]  34/9 45/4 54/16 56/9
sit [1]  9/21
sitting [2]  126/14 126/14
situation [1]  47/16
six [5]  51/19 51/23 52/3 52/4 52/5
sixth [1]  116/8
slow [2]  37/17 37/18
slowly [1]  63/20
small [1]  37/6
smaller [2]  44/3 44/3
so [130]
sold [10]  26/10 45/23 46/3 48/4 48/5
48/7 49/23 55/24 121/15 121/16
solely [2]  41/3 41/3
some [30]  9/12 23/15 34/2 34/2 36/23
38/24 39/3 41/9 43/12 45/12 45/18
49/15 51/7 56/22 57/11 57/16 58/3 85/1
85/2 85/3 85/7 95/22 96/14 97/6 97/22
97/23 99/23 100/3 103/22 125/20
somebody [1]  44/23
someone [4]  30/14 30/17 30/20 95/4
something [9]  6/6 14/16 19/8 57/8 63/7
67/20 84/11 96/5 123/10
sometime [2]  26/23 42/19
sometimes [4]  15/19 65/18 67/10 91/24
somewhere [2]  14/5 49/24
sons [2]  9/19 9/20
soon [1]  34/16
sorry [21]  13/3 15/8 20/9 22/16 30/20
37/17 39/14 40/15 55/8 57/15 61/2
64/23 69/19 75/11 90/16 91/8 92/8
92/21 105/3 107/15 121/18
sort [2]  101/10 102/21
source [1]  108/3
South [1]  11/18
speak [3]  29/13 57/7 63/20
speaking [1]  63/12
special [1]  8/10
specific [5]  31/6 31/15 31/16 114/13
114/16
specifically [6]  16/8 17/23 57/19 57/24
58/6 122/12
spell [3]  6/1 59/24 104/19
split [1]  124/3
spoke [1]  114/25
spoken [1]  29/24
spreadsheet [4]  86/17 86/19 101/9
101/11
spreadsheets [1]  94/24

**S**

**square** [1] 108/11
**staff** [1] 33/3
**Stair** [11] 73/22 73/25 74/2 74/8 75/6 75/7 75/17 77/24 78/9 79/15 88/9
**stamp** [1] 25/1
**stand** [4] 5/10 57/4 68/17 104/2
**Standard** [8] 61/23 63/2 63/5 63/17 64/18 65/7 65/9 65/9
**standpoint** [2] 28/4 28/5
**Star** [2] 14/23 14/24
**start** [7] 56/20 102/20 121/14 122/17 126/15 126/16 126/19
**started** [6] 7/9 39/17 60/1 113/13 113/14 113/17
**starting** [1] 28/10
**starts** [3] 58/5 107/24 123/18
**state** [41] 6/1 15/16 19/9 19/10 19/11 19/12 19/12 19/13 19/15 19/17 19/18 20/9 20/9 20/20 22/2 22/14 22/18 23/13 26/24 33/14 33/25 34/18 40/4 40/24 44/24 44/25 45/3 45/7 53/8 53/24 54/1 54/4 54/6 54/7 54/8 55/17 55/20 57/20 57/23 58/7 59/22
**stated** [1] 44/7
**statement** [1] 66/4
**states** [23] 1/1 1/3 1/12 5/3 5/8 5/23 20/24 21/7 25/8 32/22 33/12 33/18 34/14 34/22 38/24 39/7 44/3 54/3 58/25 59/21 70/5 106/1 111/13
**States'** [1] 110/23
**stating** [1] 70/3
**stay** [1] 119/17
**steadily** [1] 48/11
**stealing** [1] 52/10
**stenography** [1] 3/23
**step** [5] 56/9 97/12 102/13 124/6 126/12
**steps** [1] 121/13
**Steve** [5] 76/13 76/15 76/18 89/6 89/9
**still** [4] 28/2 60/18 95/24 126/23
**stole** [1] 51/2
**stop** [1] 11/24
**storage** [1] 50/24
**store** [2] 35/6 43/15
**stored** [2] 52/11 52/14
**story** [1] 10/1
**Stratton** [1] 7/7
**street** [7] 1/17 1/22 2/3 2/8 2/13 42/11 42/21
**stretch** [1] 104/3
**structure** [6] 47/17 47/18 47/20 47/22 47/25 54/13
**stuff** [1] 27/23
**subject** [5] 57/17 68/9 68/13 84/17 111/18
**submit** [2] 22/4 68/7 85/14
**submitted** [1] 102/8
**subsidiary** [1] 41/2
**such** [4] 37/20 43/14 95/1 111/12
**sudden** [2] 35/1 44/20
**suitcase** [2] 17/7 17/11
**suitcases** [3] 17/5 17/6 17/10
**Suite** [3] 2/13 2/22 3/2
**Sumiten** [1] 116/10
**summarize** [1] 6/22
**summarizes** [2] 20/20 21/2
**summary** [3] 53/21 105/12 105/15
**summer** [2] 90/3 91/4
**supervisor** [1] 16/14
**Supplier** [21] 22/5 22/12 22/15 22/16 22/17 22/20 23/2 23/8 23/11 23/16 25/19 26/14 26/21 27/3 27/13 29/12 29/25 30/11 31/7 31/17 47/6

**supply** [2] 33/14 33/18
**sure** [21] 9/23 17/3 22/22 23/14 28/5 39/18 56/8 56/13 58/2 58/18 61/17 78/4 86/16 90/6 94/11 94/17 94/20 104/20 106/17 110/21 120/4
**surprised** [1] 46/23
**survive** [2] 6/13 10/4
**switch** [1] 53/2
**sworn** [4] 5/15 59/10 59/16 104/6
**system** [6] 7/15 11/7 11/8 11/8 11/9 28/3
**systems** [1] 6/16

---

**T**

**tab** [2] 31/3 67/1
**take** [21] 11/16 13/1 37/7 48/8 56/16 58/23 59/3 79/15 93/10 97/12 104/3 108/18 108/19 110/5 118/15 119/9 119/13 120/2 120/6 121/12 126/12
**taken** [5] 11/2 28/8 37/23 51/3 52/6
**takes** [1] 35/19
**taking** [2] 34/6 35/4
**talk** [8] 9/22 11/24 31/16 57/12 94/3 102/15 126/17 126/20
**talked** [4] 9/25 54/13 84/22 109/8
**talking** [14] 8/2 8/3 13/2 17/8 31/19 34/11 34/12 36/25 38/19 40/25 41/25 54/17 94/7 116/1
**Taraba** [1] 54/7
**tasked** [1] 95/21
**taxes** [1] 10/25
**taxicabs** [1] 43/19
**team** [1] 16/8
**Technical** [1] 28/4
**television** [1] 14/15
**tell** [6] 44/24 104/16 105/4 115/25 120/4 124/6
**telling** [1] 77/23
**ten** [4] 48/8 48/9 48/9 48/10
**ten percent** [4] 48/8 48/9 48/9 48/10
**terms** [1] 16/7
**testified** [12] 5/16 59/11 78/19 94/22 96/23 97/12 99/8 99/22 101/4 104/7 114/5 114/11
**testify** [3] 62/18 93/24 111/17
**testifying** [1] 97/11
**testimony** [18] 15/16 29/20 42/13 44/6 44/8 44/11 44/13 57/17 57/25 58/20 62/17 78/15 78/23 94/6 97/17 98/7 99/5 126/23
**text** [1] 123/8
**than** [10] 23/1 42/6 49/20 100/10 100/20 103/8 111/12 111/20 115/16 118/19
**thank** [51] 5/12 22/1 38/9 38/13 41/13 44/5 52/18 53/16 55/9 56/9 56/10 56/14 59/17 60/1 61/14 64/4 64/17 69/6 71/16 74/3 80/10 84/13 85/17 86/6 86/11 90/8 93/4 98/4 101/3 101/21 102/12 102/14 104/11 105/10 106/19 107/15 108/21 109/9 110/10 111/7 112/25 116/16 117/10 118/20 119/11 119/15 120/8 121/9 122/6 126/12
**Thanks** [1] 59/5
**that** [607]
**that's** [104] 6/18 6/19 6/21 7/8 8/25 9/3 11/12 11/22 11/23 12/16 12/22 13/11 13/15 14/8 15/14 16/5 16/19 17/19 18/20 20/22 21/1 21/18 21/20 21/24 27/16 30/16 32/8 33/2 34/6 35/1 35/3 35/9 35/18 36/5 36/12 36/16 36/23 40/16 41/5 42/5 45/17 49/2 52/17 52/25

**52/25 53/21 54/1 54/6 64/8 54/9 54/10 54/1 54/5 7 55/2 55/22 58/13 62/13 63/7 68/24 69/15 70/21 72/5 72/15 72/17 75/15 75/15 75/22 79/25 80/8 80/16 82/3 83/3 86/16 86/23 88/4 88/11 90/5 90/6 90/18 93/23 94/6 94/7 98/9 100/8 107/1 107/25 109/15 110/1 116/10 120/5 126/3**
**their** [8] 7/14 7/19 8/8 27/10 85/10 90/20 113/23 113/25
**them** [28] 7/12 7/18 7/20 7/21 13/1 27/8 32/22 37/8 37/8 38/6 43/21 51/8 52/10 58/12 68/18 81/2 84/4 85/1 90/24 94/2 94/2 95/5 97/6 103/13 106/7 106/8 109/3 109/3
**themselves** [1] 61/16
**then** [37] 7/21 7/23 10/17 12/25 14/18 15/9 16/3 27/9 28/16 32/25 33/17 33/21 36/16 36/23 51/15 52/9 52/15 55/6 60/6 61/15 62/17 66/14 66/18 73/2 88/14 89/25 90/9 97/1 98/16 109/15 116/4 116/21 122/18 122/23 123/13 123/16 123/18
**theory** [1] 36/19
**there** [69] 11/13 12/20 13/12 16/6 17/9 17/22 18/4 21/6 22/14 22/19 23/15 24/2 24/2 26/4 28/22 32/25 33/19 33/21 34/17 34/18 35/11 36/4 38/6 39/13 41/7 43/9 45/12 46/15 47/13 47/15 50/13 51/1 51/12 53/1 60/21 63/22 65/9 69/2 73/3 73/4 85/12 89/14 97/22 99/15 99/16 100/14 100/22 100/24 106/4 109/12 110/25 111/22 112/2 113/17 115/5 116/15 116/15 116/18 118/2 118/8 118/23 119/18 121/3 124/7 125/3 125/4 125/9 125/12 126/23
**there's** [13] 19/20 27/15 36/22 54/5 54/5 64/8 75/13 100/11 100/11 100/12 120/7 123/10 123/13
**therefore** [2] 33/17 59/16
**Thereupon** [3] 5/13 59/8 104/4
**these** [34] 15/10 23/11 26/14 29/12 32/14 34/21 34/25 38/22 45/4 45/8 51/4 51/5 55/16 58/2 63/24 82/21 83/22 84/21 85/2 85/5 85/6 85/24 94/1 98/16 99/23 100/3 105/21 106/12 106/14 107/5 107/17 114/13 114/16 118/8
**they** [72] 7/14 7/15 7/21 10/2 11/25 12/5 12/14 14/13 17/24 20/14 27/9 28/12 28/14 28/17 28/18 28/18 28/20 28/21 32/15 33/19 33/21 41/7 42/18 42/19 43/9 43/14 43/15 43/18 43/19 47/15 49/10 50/19 50/20 50/21 50/22 50/23 50/23 51/13 51/15 51/22 51/24 52/6 52/7 52/11 52/14 54/24 61/10 61/15 71/18 85/5 85/7 85/9 85/9 86/8 90/23 91/24 93/25 94/14 94/15 96/7 96/8 96/9 96/10 98/19 98/20 98/21 99/24 100/2 100/21 101/18 106/17 106/23
**they'd** [3] 43/20 52/9 54/15
**they're** [4] 33/24 33/25 49/9 51/6
**thing** [4] 27/12 44/22 102/21 103/17
**things** [9] 7/3 9/12 11/25 14/12 32/17 46/11 46/11 85/15 94/11
**think** [23] 19/3 19/19 20/4 21/5 26/11 32/1 49/8 49/9 56/20 57/11 58/23 63/12 63/19 80/22 103/6 107/11 110/18 110/20 113/14 116/1 118/16 118/18 126/11
**thinking** [1] 8/23
**third** [6] 6/9 12/9 24/7 70/15 72/18 75/10
**this** [208]
**those** [35] 13/10 28/8 32/17 45/19 57/25

**those... [30]** 61/10 64/9 64/11 64/12
66/18 69/13 70/8 74/20 90/10 93/13
94/3 94/13 94/16 94/17 95/11 97/21
100/14 100/17 101/8 110/6 111/25
112/5 112/6 115/9 115/11 115/19 116/3
124/1 124/15 126/8
**though [4]** 20/19 26/13 40/6 81/16
**thought [1]** 69/4
**thousand [1]** 15/22
**thousands [1]** 15/19
**three [7]** 26/14 29/12 31/7 51/16 100/12
118/15 121/16
**through [35]** 10/2 17/14 17/15 18/2
29/17 30/6 57/23 65/25 66/10 68/5 92/6
92/10 93/1 96/18 98/17 99/21 100/17
103/9 103/15 103/19 103/20 105/16
107/20 108/25 109/2 110/20 110/21
112/3 112/3 114/6 116/4 116/13 125/8
125/19 125/23
**ticking [4]** 9/9 9/14 9/15 9/16
**Tim [28]** 25/4 64/4 69/6 69/23 70/16
71/24 72/11 72/19 73/18 74/5 74/25
75/10 75/25 78/7 82/20 83/10 83/20
85/18 86/11 88/20 90/9 90/11 104/25
107/8 107/16 108/22 109/12 110/11
**time [71]** 6/5 8/14 8/15 9/20 11/2 11/8
11/15 12/19 13/9 13/12 14/6 15/24
16/20 16/23 16/24 16/25 16/25 17/9
17/22 18/12 22/24 23/2 23/12 23/15
27/15 27/17 27/22 31/4 32/19 35/13
37/3 38/16 42/17 45/22 47/10 51/6 51/7
55/4 59/3 60/4 60/13 60/14 62/20 70/25
72/9 72/21 73/17 73/25 77/20 80/6 84/5
84/17 85/12 87/19 93/4 95/20 97/7
97/12 100/18 111/1 111/20 113/13
114/20 119/9 119/21 120/24 125/9
125/14 125/15 126/11 126/20
**times [1]** 16/10
**tip [2]** 44/19 44/23
**titled [2]** 95/23 127/6
**today [12]** 57/13 57/25 91/17 93/24
94/10 96/23 97/4 97/9 97/24 98/7 98/17
99/5
**together [8]** 9/12 32/11 33/12 33/13
34/1 37/8 82/12 82/20
**token [1]** 49/5
**told [6]** 10/1 10/1 11/23 28/12 96/4 96/5
**Tom [8]** 10/17 10/24 10/25 11/2 27/7
28/8 36/9 46/23
**tomorrow [1]** 126/14
**Tony [8]** 16/9 72/3 72/7 72/7 87/13
87/19 87/25 88/7
**too [7]** 16/13 27/4 53/20 104/9 115/19
124/4 126/21
**took [4]** 11/4 23/1 42/9 112/5
**top [11]** 20/25 32/2 32/4 40/25 82/23
83/13 90/13 90/16 90/17 108/6 118/18
**total [29]** 20/23 21/14 21/14 21/19 22/22
25/17 35/17 39/10 40/4 40/9 51/17
94/18 99/13 100/5 105/18 107/25
109/15 109/16 111/8 111/9 112/12
112/18 112/20 122/19 123/18 124/8
124/10 124/11 124/22
**totals [1]** 99/19
**Towards [1]** 42/18
**track [10]** 66/21 67/3 71/11 84/24 86/15
88/23 94/22 95/1 101/16 124/4
**tracked [8]** 61/9 61/10 61/19 71/14 79/5
84/22 94/12 101/4
**tracking [2]** 44/13 95/5
**trans [1]** 109/7
**transaction [13]** 105/18 105/20 107/2

**transactions [9]** 105/13 105/16 110/19
114/9 114/11 114/13 114/16 115/12
126/2
**transcript [7]** 1/11 3/23 18/7 93/1 109/4
115/10 127/5
**transcription [1]** 3/23
**transportation [3]** 7/2 46/11 46/15
**travel [1]** 43/17
**traveling [3]** 44/2 85/13 85/13
**treasurer [2]** 10/19 10/21
**TRIAL [1]** 1/11
**trips [3]** 16/13 41/13 43/11
**Tristate [1]** 7/3
**trouble [1]** 57/13
**TRS [1]** 8/22
**truth [1]** 116/1
**try [5]** 8/8 53/15 58/3 95/20 115/8
**trying [4]** 6/3 71/14 7/25 103/23
**tuition [2]** 90/20 90/23
**turn [1]** 52/23
**turned [1]** 34/21
**Twenty [1]** 42/4
**twice [2]** 51/12 94/20
**two [7]** 7/3 9/19 9/20 13/2 27/1 40/3
50/12 54/5 54/6 82/12 83/22 97/13
100/8 100/10 115/6 117/10 124/1
**two-fold [1]** 50/12
**type [7]** 9/1 32/23 44/22 93/13 96/10
96/11 124/10
**typed [1]** 73/20
**types [1]** 23/11
**typically [5]** 27/7 41/18 41/19 43/18
85/25
**typing [4]** 60/11 60/17 96/7 96/9

# U

**U.S [12]** 1/16 1/22 2/2 2/7 3/15 32/25
41/14 41/15 41/24 42/9 47/12 50/1
**Uh [2]** 114/7 124/21
**Uh-huh [2]** 114/7 124/21
**Umaru [1]** 77/3
**under [7]** 18/6 32/12 32/12 40/9 41/19
108/12 115/5
**underlying [2]** 106/13 109/24
**understand [5]** 9/15 17/4 37/4 58/11
95/19
**understanding [6]** 19/2 44/17 63/22 68/8
71/18 99/18
**unguarded [1]** 51/1
**UNITED [13]** 1/1 1/3 1/12 5/2 5/8 5/22
33/18 58/25 59/21 70/5 106/1 110/23
111/13
**Unknown [3]** 115/6 115/9 115/19
**unless [2]** 75/22 76/9
**unpaid [1]** 47/1
**until [1]** 55/5
**unusual [2]** 43/4 43/8
**up [68]** 5/10 7/14 7/23 10/1 11/20 11/21
11/23 12/1 14/25 16/9 25/3 26/17 26/18
29/7 31/22 33/9 33/11 33/15 33/16
33/16 34/7 36/5 37/1 37/9 39/6 39/14
41/20 46/2 48/11 48/12 52/8 57/16 58/3
58/24 59/6 62/19 63/21 67/17 67/22
68/17 69/6 69/24 73/11 82/20 90/11
94/3 96/8 98/2 99/1 101/3 104/2 104/25
108/2 108/4 114/2 116/17 117/20 118/7
119/19 120/9 121/10 121/15 122/10
123/9 124/1 124/3 124/18 124/25
**up-to-date [1]** 52/8
**upgrade [1]** 44/18
**upper [1]** 117/3
**us [18]** 12/5 12/9 14/14 16/13 25/4 25/4

**46/5 46/15 57/24 58/15** 85/14 90/21
94/7 107/20 113/6 124/6 126/11
**usdoj.gov [4]** 1/20 1/24 2/5 2/10
**use [10]** 7/20 14/15 30/4 41/15 43/10
50/5 50/7 50/8 96/20 119/10
**used [18]** 20/14 30/23 36/9 37/6 43/24
47/18 47/22 50/14 50/15 50/18 50/19
50/22 50/23 51/24 51/24 51/25 52/15
80/5
**Using [1]** 67/21
**usual [1]** 126/17

# V

**vacuum [1]** 35/5
**valuation [1]** 42/14
**value [15]** 21/14 24/11 24/12 25/17 26/9
41/23 42/2 42/11 42/20 42/21 48/11
117/7 117/7 119/1 119/7
**valued [1]** 40/5
**values [1]** 115/19
**variety [2]** 91/6 91/9
**various [3]** 32/15 105/17 107/4
**vein [1]** 43/20
**venture [1]** 33/15
**versus [1]** 5/3
**very [23]** 5/12 6/4 12/19 12/20 22/10
23/22 24/2 27/16 29/2 29/2 29/3 29/7
29/11 32/18 38/22 46/24 52/18 53/7
52/10 56/25 58/6 122/7 126/2
**video [1]** 92/9
**Videotape [11]** 17/20 19/6 29/18 30/8
62/24 65/16 66/1 66/11 68/6 92/12 93/2
**village [1]** 32/19
**visit [1]** 11/20
**vouch [1]** 84/12

# W

**W's [2]** 40/23 46/21
**wait [3]** 43/20 55/5 63/10
**walk [1]** 107/20
**walked [1]** 98/17
**Wallace [1]** 1/21
**want [15]** 17/18 18/1 20/5 29/19 39/5
39/18 49/22 57/7 62/21 86/1 96/10
103/17 103/20 104/22 124/5
**wanted [7]** 27/12 43/15 57/10 58/13
58/18 67/18 78/3
**wants [5]** 19/1 19/2 62/19 69/10 91/1
**warnings [1]** 126/17
**Warren [1]** 30/14
**was [304]**
**Washington [11]** 1/4 1/18 1/23 2/4 2/9
2/14 2/18 2/23 3/3 3/7 3/11 3/16 11/22
**wasn't [23]** 8/22 11/2 12/19 13/9 22/19
28/1 28/13 29/6 30/23 30/25 31/3 43/8
46/7 56/8 65/9 67/24 73/4 79/3 95/2
96/1 96/7 115/15 115/15
**waste [2]** 56/15 62/20
**water [7]** 12/15 15/8 32/19 34/3 43/15
50/14 85/15
**Waters [2]** 6/18 6/19
**way [6]** 5/10 26/15 43/9 49/12 94/6
123/18
**ways [2]** 91/6 91/10
**we [148]**
**we'd [4]** 48/8 57/24 71/20 106/7
**we'll [8]** 9/21 15/10 30/6 38/15 103/15
103/16 103/22 106/15
**we're [16]** 5/2 5/5 8/6 11/17 20/8 36/4
36/25 57/11 59/12 90/24 102/20 118/14
126/5 126/13 126/14 126/15
**we've [2]** 38/19
**week [2]** 126/14 126/16
**weekend [1]** 126/18

**W**

weigh [1] 106/10
welcome [1] 38/14
well [38] 6/24 9/8 10/19 11/18 11/18
24/1 27/22 34/21 37/15 39/5 39/23
44/18 46/12 48/18 49/5 50/3 57/23
58/10 62/6 72/24 82/13 85/12 86/14
88/23 89/23 91/18 94/1 97/5 97/11
100/10 102/23 102/25 106/15 109/14
111/1 114/25 120/3 123/11
went [18] 6/24 8/13 9/24 10/2 11/19
11/20 11/21 12/4 28/12 32/16 42/7
49/25 73/1 91/6 97/6 97/22 102/2
112/23
were [120] 7/14 9/16 10/17 12/14 12/20
14/6 14/6 14/13 16/6 16/6 22/14 23/5
23/12 23/12 27/9 27/20 27/25 28/13
28/18 28/18 29/12 31/7 32/18 32/21
32/23 33/5 33/13 34/3 34/4 34/14 34/19
35/17 35/18 36/23 37/6 37/23 38/22
40/11 40/19 40/25 41/7 41/9 43/10 44/2
44/2 44/6 44/7 45/18 45/19 45/23 46/3
46/4 46/6 46/9 46/14 47/9 47/14 47/15
50/13 50/23 51/7 51/8 51/11 51/24
52/14 60/15 60/21 61/3 63/7 63/16 67/6
85/4 85/13 85/13 93/20 94/9 94/13
94/15 94/16 95/8 95/13 95/16 95/21
96/7 96/8 96/8 97/5 97/11 97/22 98/18
98/19 98/20 98/22 100/2 100/14 100/17
101/5 101/15 105/19 107/2 107/6
107/11 109/17 109/20 110/7 110/8
110/23 110/24 111/8 112/12 112/18
112/20 114/12 114/13 114/17 115/13
115/17 116/2 116/15 116/15
weren't [3] 28/17 34/22 50/23
what [88] 6/10 6/14 7/11 10/19 17/17
18/5 18/17 20/23 20/24 22/9 26/20 29/1
31/25 32/6 34/9 35/1 35/3 35/9 35/18
37/16 37/20 38/20 38/20 39/1 39/25
40/1 40/25 41/1 41/1 41/17 41/23 41/25
42/1 42/17 42/18 44/16 44/16 44/17
46/9 47/25 48/4 48/17 51/1 51/9 51/17
52/4 57/21 60/4 60/14 62/15 75/16
81/17 82/14 85/11 85/16 86/1 90/25
92/20 92/22 99/15 101/10 102/5 103/16
105/2 105/7 105/11 106/23 109/19
110/2 110/17 111/2 111/5 111/7 111/17
111/19 112/5 112/9 112/12 112/18
113/8 113/19 113/21 115/16 116/4
116/11 118/23 119/17 124/7
what's [6] 10/7 13/16 21/9 44/12 55/7
124/22
whatever [3] 39/12 46/17 85/9
when [47] 8/2 9/15 9/16 10/20 11/13
12/3 12/7 13/1 13/12 16/25 17/8 17/9
17/22 22/3 23/15 24/17 28/12 29/12
31/5 31/6 31/7 34/10 34/11 34/15 35/6
38/2 38/3 41/19 42/7 42/19 46/3 46/4
46/15 47/2 47/5 49/4 49/25 50/13 50/23
54/10 60/21 71/7 78/2 100/2 107/22
116/13 126/18
where [16] 15/2 15/11 40/8 42/14 51/13
52/7 61/19 64/7 97/2 101/8 107/25
109/7 109/7 123/3 123/8 126/19
whereabouts [1] 51/11
Wherever [1] 73/9
whether [17] 8/21 12/5 47/16 47/19
48/20 48/22 67/18 95/4 95/13 95/17
95/18 95/22 95/25 96/8 106/17 114/16
116/1
which [20] 8/10 8/22 18/25 18/25 31/20
44/7 57/18 57/18 58/15 79/1 79/5 85/24
96/18 108/5 108/7 108/9 109/5 121/4

**[22/13 124/14 489]**
while [2] 9/22 11/23
who [16] 8/14 10/24 16/6 56/10 75/2
75/4 76/18 77/2 84/10 90/13 92/14
92/22 96/4 96/4 96/9 101/12
whoever [1] 96/7
whole [4] 24/19 35/11 102/24 103/1
whom [1] 96/24
why [20] 8/18 11/16 11/24 53/13 59/2
59/6 63/11 80/8 93/23 93/25 94/9 94/13
95/1 96/17 97/4 97/19 101/16 104/2
111/11 121/13
wife [4] 7/4 7/4 9/20 91/3
will [16] 9/21 57/4 57/16 69/2 69/4 80/13
81/13 84/17 102/23 103/1 103/7 106/17
120/2 121/7 121/12 126/16
wind [2] 41/20 46/2
wire [1] 63/1
wired [6] 63/4 64/8 64/13 64/15 91/12
91/15
wiring [3] 63/8 63/16 64/18
Wiseman [1] 1/15
within [5] 19/15 43/17 49/9 52/9 125/8
without [1] 112/12
witness [24] 4/2 5/5 5/10 5/15 18/2
39/17 55/7 56/18 56/19 56/24 59/10
59/16 63/11 65/15 82/11 102/22 104/1
104/6 104/9 105/14 106/17 113/1 114/9
114/10
witness is [1] 104/1
witness's [2] 78/14 78/23
witnesses [1] 59/3
wives [2] 90/5 90/6
woman [1] 29/3
won't [1] 85/14
word [5] 8/7 79/1 90/23 119/14 120/6
words [1] 46/5
work [26] 7/9 7/25 8/2 9/19 12/17 31/1
31/2 31/5 31/8 31/12 32/18 35/7 35/8
38/23 38/25 40/7 41/7 47/21 47/22 52/8
60/18 76/21 93/10 113/15 113/22
113/25
worked [19] 7/11 7/13 9/10 10/24 10/25
16/8 30/17 30/20 38/3 61/16 71/2 72/24
73/2 73/25 74/2 75/8 76/18 76/20 80/6
working [7] 9/10 16/7 27/24 60/1 60/21
84/5 111/10
Works [1] 8/16
world [5] 11/20 11/21 12/3 12/9 120/2
worries [1] 119/9
worth [1] 100/13
would [141]
would get [1] 13/19
wouldn't [4] 24/8 43/16 52/9 70/14
wound [1] 10/1
wrap [1] 101/3
written [1] 100/17
wrote [2] 70/2 78/2

**Y**

yeah [25] 6/8 7/25 10/23 11/15 19/10
21/20 24/6 27/7 28/22 35/23 36/19
36/22 38/1 39/24 40/25 49/17 49/23
53/1 53/5 55/1 74/23 103/21 107/13
124/8 124/23
year [17] 41/25 51/1 51/9 51/12 51/20
51/25 52/4 52/16 52/16 60/22 85/25
99/19 99/20 100/8 100/17 101/1 101/2
years [4] 27/1 27/19 35/4 125/18
Yep [1] 88/17
yes [175]
yet [14] 18/25 29/12 31/14 31/16 71/7
79/8 80/12 80/14 82/6 84/16 89/18
93/19 106/4 121/19

**you [560]**
you'd [7] 43/21 117/19 117/20 119/5
119/19 122/18 123/17
you'll [4] 39/10 56/16 106/9 111/22
you're [31] 6/12 7/6 8/2 8/3 11/16 12/3
17/8 21/25 22/8 24/17 29/21 30/14 34/7
36/16 38/14 41/25 62/11 64/13 73/22
85/11 86/3 91/3 103/10 106/11 107/22
116/1 116/11 118/19 125/6 125/21
126/13
you've [2] 38/8 84/5
young [8] 1/21 6/4 58/25 59/20 63/12
63/19 103/5 104/8
your [167]
yourselves [1] 126/20

**Z**

Z-I-M-M-E-R [1] 104/21
ZIMMER [37] 4/6 102/20 103/3 103/19
103/20 103/21 104/5 104/14 104/18
104/22 105/2 105/10 105/11 105/21
106/21 107/20 108/16 108/25 109/10
110/10 110/14 111/2 112/25 113/6
114/5 116/24 117/3 118/22 119/22
120/23 121/3 122/15 122/21 123/3
123/9 124/1 124/20