UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT R. PURCELL,** ) | |
| **Ex Rel United States of** ) | |
| **America,** ) | Civil Action |
| ) | No. 98-2088 |
| **Plaintiffs,** ) | |
| ) | November 13, 2013 |
| **v.** ) | 9:30 a.m. |
| ) | |
| **MWI Corporation,** ) | Washington, D.C. |
| ) | |
| **Defendant.** ) | |

*DAY 4 - MORNING SESSION*
*TRANSCRIPT OF JURY TRIAL PROCEEDINGS*
*BEFORE THE HONORABLE GLADYS KESSLER,*
*UNITED STATES DISTRICT COURT JUDGE*

APPEARANCES:

For the Plaintiffs:         **Beverly Maria Russell, Trial**
**Attorney**
U.S. ATTORNEY'S OFFICE
Civil Division
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2531
Fax: (202) 514-8780
Email: Beverly.russell@usdoj.gov

**David B. Wiseman, Trial Attorney**
U.S. DEPARTMENT OF JUSTICE
Commercial Litigation Branch, Civil
Fraud Section
601 D Street, NW
Room 9032
Washington, DC 20004
(202) 514-0132
Fax: (202) 307-3852
Email: David.wiseman@usdoj.gov

APPEARANCES:   Cont.

For the Plaintiffs:        **Elizabeth Wallace Young, Trial Attorney**
U.S. DEPARTMENT OF JUSTICE
601 D Street, NW
Room 9237
Washington, DC 20005
(202) 532-4311
Email: Elizabeth.young@usdoj.gov

**Joseph J. Aronica, Esq.**
DUANE MORRIS
505 Ninth Street, NW
Suite 1000
Washington, DC 20004
(202) 776-7824
Email: Jjaronica@duanemorris.com

**Keith V. Morgan, Trial Attorney**
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530
(202) 514-7228
Email: Keith.morgan@usdoj.gov

For the Defendant:         **Robert T. Rhoad, Esq.**
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
(202) 624-2545
Email: Rrhoad@crowell.com

**Jason C. Lynch, Esq.**
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
(202) 624-2500
Fax: (202) 628-5116

**Brian T. McLaughlin, Esq.**
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Suite 1100
Washington, DC 20004-2595
(202) 624-2500: (202) 628-5116
Email: Bmclaughlin@crowell.

**Charlotte E. Gillingham, Esq.**
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
(202) 624-2948
Fax: (202) 628-5116
Email: Cgillingham@crowell.com

**Alexina Guiomar Jackson, Esq.**
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Suite 1100
Washington, DC 20004-2595
202-624-2721
Email: Aljackson@crowell.com

Court Reporter:          **Scott L. Wallace, RDR, CRR**
                        Official Court Reporter
                        Room 6503, U.S. Courthouse
                        Washington, D.C. 20001
                        202.354.3196
                        scottlyn01@aol.com

Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.

<u>**MORNING SESSION, NOVEMBER 13, 2013**</u>

(9:30 a.m.)

  (Jury in at 9:30 a.m.)

  THE COURT:  Please be seated, everybody.  And we have Mr. Wallace for the third time in a row, which is exhausting, I know that.  *United States versus MWI Corporation*, CA 98-2088. Everybody finally made it in from the Red Line.  What can I say, we're going to do our best this morning.  We are ready for a government witness, please, and I believe that's Mr. Ponce; is that right?

  MR. WISEMAN:  Yes.  Good morning, Your Honor, David Wiseman for the United States, and the United States calls Juan Ponce.

  (JUAN PONCE, PLAINTIFFS' WITNESS, SWORN)

  DIRECT EXAMINATION OF JUAN PONCE

BY MR. WISEMAN:

**Q.** Good morning, Mr. Ponce.

**A.** Good morning.

**Q.** Would you please introduce yourself to the jury and spell your name for the court reporter.

**A.** My name is Juan, J-U-A-N, last name, Ponce, P-O-N-C-E.

**Q.** Mr. Ponce, could you briefly summarize your educational background beginning with your undergraduate degree?

**A.** Well, I did my last two years of high school in -- because I'm -- I'm from Cuba, born in Cuba, and I did my last

1    two years of high school in LaSalle High School in Miami, and

2    then I did my degree in University of Florida.  I graduated as

3    an agrineer [sic].

4          THE COURT REPORTER:  I'm sorry?

5          THE WITNESS:  As an agricultural engineer.

6    BY MR. WISEMAN:

7    Q.    And Mr. Ponce, what year did you graduate from college?

8    A.    1968, March 1968 was my graduation.

9    Q.    And where were you employed after you graduated?

10   A.    I went to work for a consulting firm in Miami called

11   Maurice H. Cornell and Associates.  I worked there for a couple

12   of years, and then I was hired by another consulting firm in

13   Boca Raton, the name was Gonzalez Carmen and Associates.

14   Q.    And Mr. Ponce, while you were working at Gonzalez Carmen

15   and Associates, did you meet David Eller?

16   A.    Yes, I did.

17   Q.    And what were the circumstances under which you met

18   Mr. Eller?

19   A.    We were the -- assigned in a shopping center, and there

20   was a need for a sewage pumping station, and at the time it was

21   not called MWI, it was called M & W Iron Works.  Later on it was

22   called M & W Pumps, but at that time they were manufacturing

23   these package sewage pumping stations, and David was the

24   salesman of the company.  His father was still alive, and he

25   came, and he sold me on the -- on these package pumping stations

1   and we installed them in that project.

2   Q.    And at some point did Mr. Eller offer you a position at

3   MWI?

4   A.    Well, during this early time -- early days, I think -- I

5   think I met him probably around 1971, '72.  For the next two,

6   three years we became very good friends, so much, you know, that

7   him and his wife and my wife and I would go out to dinner.  Our

8   children were just born at the time, my oldest daughter and his

9   oldest son, and we became good friends.  So during the oil

10  crisis in 1974, consulting business in Florida just came to a

11  stop, and one day I called David and I told him, let's have

12  lunch together.  And then he came, we went to lunch, we sat on

13  the table, and I didn't even open my mouth and he said I already

14  talked to my dad and you can start working with us any time you

15  want.  So I said, oh, okay, I'll start Monday.  We didn't even

16  discuss salary or nothing.

17  Q.    And then do you recall what year that was?

18  A.    1975.

19  Q.    And what did Mr. Eller ask you to do when you started at

20  MWI?

21  A.    Well, prior to -- prior to me joining the company, he had

22  the visit of some people from Venezuela, and since he couldn't

23  speak Spanish, so he asked me to come and help him translate.

24  So not only I translated, but I helped him make the sale, and

25  the sale was made and that was before I was -- I joined the

1    company.

2    **Q.**    And so, what did he ask you to do when you actually

3    joined the company?

4    **A.**    He wanted me to take care of international sales,

5    especially Latin America, which at the time was on the scope.

6    **Q.**    Did MW -- was MWI doing much business in Latin America at

7    the time?

8    **A.**    To my recollection, internationally, before my times,

9    they had sold a couple of pumps to Ecuador, for -- to Ecuador,

10   the country of Ecuador.  Through some acquaintance of David, I

11   think it was his insurance man who had a brother-in-law that was

12   married to an Ecuadorian, so one thing or the other led to a

13   sale of a couple of pumps before I joined the company.  He had

14   also gone to Nigeria also and made a sale before my times.

15   **Q.**    In that 1975 to 1980 period, did you focus on developing

16   MWI's business in Latin America?

17   **A.**    Absolutely, yes.

18   **Q.**    And in what countries in particular?

19   **A.**    Well, we started in the two countries that -- that we

20   thought, you know -- where we had already made sales, Venezuela

21   and Ecuador.  And we actually developed the shrimp farm business

22   very nicely with the pumps that we manufactured.  Also in

23   Venezuela we started zeroing in on the cattle ranchers,

24   especially in the Maracaibo area in the southern part of the --

25   of the Maracaibo Lake where a lot of floods occurred normally,

1     and the farmers needed the type of pumps that we manufacture.

2     So, that's where we basically started.

3     **Q.**     And you've mentioned Venezuela and Ecuador.  Did you

4     develop business for MWI in any other countries in this 1975 --

5     **A.**     Well, at the time there was a contact that actually --

6     they contacted us from Guyana.  Guyana, as you know, is a

7     country east of Venezuela, and there was a tender, a World Bank

8     tender for a large drainage pumps, so that suited us very

9     nicely.  I went to Guyana several times.  We put together a

10    tender, and we were low bidders.  However, Guyana was a country,

11    mostly controlled by British companies and British consultants,

12    and since we bid the British in this particular tender, they

13    delay making the decision.  Actually, we had a span of about

14    eight to nine months before we actually said we need to do

15    something because if it had gone to a year, I think they would

16    have been able to declare the tender, you know, not -- not --

17    not active.  So, we moved through some contacts that we had with

18    the World Bank, and then they force the company, the company was

19    a British company called Sir William Halcrow and Partners, they

20    were the consultant --

21    **Q.**     I'm sorry, could you spell the last name of the company

22    for the court reporter?

23    **A.**     Sir, S-I-R, William, Halcrow, H-A-L-C-R-O-W, and

24    partners, Sir William Halcrow and Partners.

25         And the Sir William Halcrow and Partners then brought a

1    pump expert.  His name was Graham Knib.

2    **Q.**    Can you spell his last name?

3    **A.**    Knib, I think it was K-N-I-B.  I may be wrong, but I

4    think that's the way.  It's been too many years.

5         And Graham Knib met with me in Guyana in Georgetown.  We

6    had a very extensive technical exchange, and he learned to

7    respect my technical abilities.  And he said, well, the only

8    thing I need to do to make a decision is I need to visit your

9    factory, so I invited him to come to the Deerfield Beach.  He

10   came.  He, you know, he looked at our pumps, he looked at our

11   test tank and so forth, and he went back and he recommended us.

12   And that was -- that was one of our first, I would say, our

13   first multimillion dollar project, and at the time it was

14   $1.2 million.

15   **Q.**    And was that a large sale for MWI at that time?

16   **A.**    It was a huge sale.  I mean, at the time M & W, I

17   believe, did not come up to $1 million in sales a year.

18   **Q.**    And these countries that you were developing business in,

19   in Latin America, you've mentioned Venezuela, Ecuador and

20   Guyana, did you have sales agents in those countries?

21   **A.**    Yes, of course.

22   **Q.**    And were you involved in negotiating commissions with

23   these agents?

24   **A.**    Yes.  Yes, we did.

25   **Q.**    And was David Eller involved in negotiating commissions?

1   **A.**     Of course.  David -- David practiced what I call a very

2   controlled type micromanagement on the company.  And one of the

3   things that he usually did -- and he did it all the time -- was

4   he controlled all the payments and all -- you know, he had to

5   approve every payment made by the company.

6   **Q.**     So you couldn't finalize an agreement regarding a

7   commission without Mr. Eller's approval; is that right?

8   **A.**     Absolutely, yes.

9   **Q.**     And had he become president of the company by this time

10  in 1977 --

11  **A.**     Yes, he --

12  **Q.**     Wait.  Let me finish.

13         My question was:  Had Mr. Eller become president of the

14  company by this time?

15  **A.**     Yes, he became president.  I believe his father was still

16  alive.  His father then took control of the actual

17  manufacturing, and David became president, and then I was

18  made -- I believe my title at the time was Latin American

19  director or something like that.

20  **Q.**     Mr. Ponce, I want to focus you now on the period

21  beginning in 1980 and moving forward.  Was MWI doing any

22  business in Nigeria at that time?

23  **A.**     You have to come back a couple of years before 1980.  Due

24  to the Guyana project, this fellow Graham Knib, which I

25  mentioned before, was actually working for another consulting

1    firm called Sir Murdoch MacDonald.  I believe M-U-R-D-O-C [sic],

2    MacDonald.  And Sir Murdoch MacDonald had a project in Nigeria

3    with a Nigerian company on a partnership, and they had hired --

4    or actually they tendered the project and it was awarded to a

5    Greek contractor, and Graham Knib called me and he said, I

6    need -- you know, we need -- we've already completed all the

7    sewer works in the -- in the project was next to Lake Chad, at

8    the time was Lake Chad Basin Development Authority, and the

9    rainy season is approaching and we're afraid that the

10   embankments of the canals will be washed out, the pumps that we

11   have ordered are German pumps, conventional type pumps, and they

12   will not be delivered until six months from now.  So I believe

13   your pumps would be a great alternative to fill up the canals

14   with water and prevent the embankments from washing out.  So we

15   need you to come to Nigeria.  So I flew to Athens, the

16   contractor flew me in a Constellation, an old plane from Athens

17   to Geneva in Chad.  We crossed the Geneva River by road.  I

18   enter Nigeria through -- through the northeast corner of the

19   country.  I spent my first day in Nigeria in the bush, you might

20   say, and we visit the -- we visit the site, and I designed and

21   recommended the purchase of portable 24-inch diameter Hydraflo

22   pumps which was a new technology that M & W had developed at the

23   time.

24   **Q.**     And who were you recommending this to?

25   **A.**     I recommended it to the project.

**Q.**     And did MWI end up getting the business?

**A.**     Not MWI; at the time it was M & W Pumps.  And, yes, right in there they gave me the order and, you know, we -- I think we send those pumps by airplane, by air freight.

**Q.**     And this was before 1980?

**A.**     This was like around 1978.

**Q.**     And what happened next in terms of the development of M & W Pumps business in Nigeria?

**A.**     One of the engineers that -- that was working on that particular project was a good friend of a fellow, Nigerian fellow, which, you know, you will hear a little later, his name was Alhaji -- Alhaji Mohammed Indimi, and one day I get a call from Alhaji Indimi.  I was in the office in Deerfield Beach, and he says my name is Alhaji Indimi, I am in Nigeria, and I want to represent you in the country.  And I responded, I said we don't give representations, you know, to people that just call, we need performance.  I actually will we need to meet you before we actually can start talking.  So he told me I'll be there in two days, the day after tomorrow.  I didn't believe him.  So, two days later I get another call, he says, hi name is Alhaji Indimi, I am at Miami airport, how do I go to your office?  I said stay there and we'll go pick you up.  And that was basically it.  He came, we discussed.  He said I will call you within the next three weeks and, you know, we will make a sale of about $3 million.  Imagine at that time when M&W's largest

1    sale had been a $1.2 million, $3 million was a great opportunity

2    for us.

3    **Q.**    And was that sale completed?

4    **A.**    Three weeks later he called me and he said come to

5    Nigeria.  I went to Nigeria.  I arrived in my Maiduguri, which

6    is, you know, a town in the northeast part of the country near

7    Lake Chad, and the next day he took me -- we flew to another

8    town called Yola, and there I met a very young general manager

9    of -- we have to go in times -- those were the days where

10   President Alhaji Shehu Shagari was president of Nigeria.

11   S-H-E-H-U, Shehu, Shagari, S-H-A-G-A-R-I.  He was president of

12   Nigeria and he had come up with the idea what he called the

13   Green Revolution, and they were -- a Green Revolution was

14   actually developed in, you know, all the river basins in the

15   country.  So he created, I believe initially there were like six

16   or seven river basins.  Among them was the Upper Benue River

17   Basin Authority that was based in Yola.  So I met -- I met the

18   young general manager called Alhaji Hashidu, Hashidu

19   H-A-S-H-I-D-U.  And Alhaji Hashidu was a good friend of Indimi.

20   He is a good friend of Indimi, he hasn't died.  And Hashidu --

21   Hashidu send me with his engineers.  I met with them, and before

22   two, three days -- actually, Alhaji left me there and went back

23   to Maiduguri, and he put me in a house with one of his friends

24   because there was no hotels in the town.  And two, three days

25   later I came up with a proposal to the basin.  I believe it

1  approached the $3 million.  And before the end of the week on

2  Friday, we signed the contract.  Those days, Nigeria was a cash

3  society.  Everything, even the government paid with cash, and we

4  had -- we had a 30 percent deposit which was given to us in

5  cash.  At the time, the naira was stronger than the dollar.  I

6  believe one dollar was equivalent to .6 naira, you know, I'm

7  talking 1979, approximately.  And Alhaji, Indimi and I, we flew

8  to Lagos.  We didn't know what to do with the money.  We went to

9  a bank and -- the Bank of the North in Apapa, which is the port

10  in Lagos, and we asked how can we transfer this money to the

11  U.S.?  So then they said you have to open an account, so we open

12  an account.  To make this story short, in two, three days we

13  succeeded in transferring the money to the U.S.

14  **Q.**    And did Mr. Indimi receive a commission from MWI on this

15  first sale?

16  **A.**    Yes, of course.

17  **Q.**    And did you negotiate that commission with him?

18  **A.**    Yes.

19  **Q.**    And Mr. Eller approved it?

20  **A.**    As I said earlier, everything that was done with any of

21  our representatives was approved by David Eller.

22  **Q.**    And I want to move you forward a little bit.

23      Do you recall a project called the Chad Basin Units

24  project?

25  **A.**    Yes.

1   **Q.**    And was that one of the next projects that Mr. Indimi

2   worked on with MWI?

3   **A.**    The fellow that recommended Indimi to contact us later on

4   became a general manager of the Chad Basin Development

5   Authority, and later on became minister of agriculture.  He had

6   a very, very, you might say, steep career and very fast.  But at

7   the time he became general manager, since he was in love with

8   the Hydraflo pump, which he had seen at the -- in the first

9   project we sold to Chad, we came and we developed a project for

10  him, because they were growing wheat in Lake Chad Basin.

11  **Q.**    And do you remember the total value of the equipment that

12  MWI sold in the Chad Basin Units project?

13  **A.**    I mean, with so many projects, I want to say it was 10-,

14  10, $15 million.  I -- I -- don't count on that.

15  **Q.**    And did Mr. Indimi receive a commission on that project?

16  **A.**    He received a commission on every project that we did in

17  Nigeria.

18  **Q.**    And do you recall what his commission percentage was on

19  the Chad Basin Units project?

20  **A.**    Mr. Indimi was a very good negotiator, and basically

21  since we didn't have any competition, you know, he negotiated

22  high commissions with us.  I think throughout the history of our

23  dealings in Nigeria, his commissions ranged anywhere between

24  maybe 25 percent and 40 percent in some instances.

25  **Q.**    In this period in the early '80s, were you familiar with

1    the commissions that M & W Pump was paying to its sales agents

2    in other countries?

3    **A.**     Of course, I was in charge of international business.

4    **Q.**     And how did the commissions that Mr. Indimi was receiving

5    from M & W Pump compare to the commissions that --

6    **A.**     They were much higher, no question about that.

7    **Q.**     All right.  Why did Mr. Indimi receive commissions that

8    were so much higher than M & W Pumps?

9    **A.**     We didn't have any competition in Nigeria.  We could

10   afford to put the high commissions into the price of the pumps.

11   **Q.**     Did Mr. Indimi explain why he needed such high

12   commissions?

13   **A.**     No.

14   **Q.**     And when you say you could afford to put the commissions

15   into the price of the pumps, can you explain what you mean by

16   that?

17   **A.**     When I joined M & W, M&W's pricing structure was not

18   really fixed.  I remember David telling me that the price of --

19   the sale price of a pump had three-thirds.  One-third was cost

20   of materials, one-third was labor or manufacturing, and

21   one-third was profits, and what's what we call among ourselves

22   the rock-bottom price of our pumps.

23          So, basically, for Nigeria we established on the pumps a

24   multiplier of 2.7847 times the rock-bottom price, and for spare

25   parts, I think it was like 4.07.

1   Q.    And was this a higher multiplier than M & W Pumps used in

2   other countries?

3         MR. McLAUGHLIN:  Objection.

4         THE WITNESS:  Yes.  The pricing structure that --

5         MR. McLAUGHLIN:  Objection.  Objection, leading.

6         THE COURT:  Overruled.  Go ahead.

7   BY MR. WISEMAN:

8   Q.    So my question was:  Was this a higher multiplier than M

9   & W Pump was using for the sale of its pumps in other countries?

10  A.    Let me explain to you.  What we did was we took the

11  rock-bottom price and divided by .9 and by .9.  Actually, when

12  you multiply .9 by .9 it comes to, I believe, .81, and that gave

13  us what we call the domestic list price.  And then we took and

14  divided that by another .9 and .9 to give us what we called the

15  international list price.  So for Nigeria, consistently we sold

16  at the international list price.

17  Q.    And in this period in the early '80s, I think we're

18  talking about the Chad Basin Units project, does this mean that

19  the Nigerians who were purchasing the pumps were paying more for

20  them because of Mr. Indimi's high commissions?

21        MR. McLAUGHLIN:  Objection, leading.

22        THE COURT:  Sustained.

23  BY MR. WISEMAN:

24  Q.    Did Mr. -- the commissions that M & W was paying

25  Mr. Indimi on this -- these early projects in Nigeria, did they

 1    affect the price of the pumps?

 2    **A.**     Affect the price of the pumps?  In what respect?  I don't

 3    understand your question.

 4    **Q.**     I'll move on.

 5          Do you recall what the next project that M & W did with

 6    Mr. Indimi in Nigeria was?

 7    **A.**     A national project?

 8    **Q.**     I'm sorry, the next sale in the '80s?

 9    **A.**     Oh, the next sale?

10    **Q.**     Yeah.

11    **A.**     Yeah.  We did in Nigeria -- I mean, it's been so many

12    years, but with Indimi, we must have done at least eight to ten

13    projects, big projects, I'm talking about.  We did a project

14    with the minister of agriculture.  Yes, I think the next project

15    was the sale of generators, two large generators for a Nigeria

16    River Basin.

17    **Q.**     And do you recall what the total value of that project

18    was?

19    **A.**     I think it was 2-, $3 million.

20    **Q.**     Okay.  And as you continued to do projects with

21    Mr. Indimi in Nigeria, did the total value of those projects,

22    the price of those projects increase?

23    **A.**     Well, the value of the projects increased when we

24    discovered Ex-Im Bank.  That's basically what happened.

25    Somewhere along the line we met Bill Bucknam in Washington.  I

1    don't recall exactly what year he started with the company, but

2    it must have been around 1980, you know, 1981.  And I don't know

3    if this issue of Ex-Im Bank came from Bill Bucknam or from

4    somebody else, it's been too many years, but -- but we learned

5    that Nigeria was fully open for financing from Ex-Im Bank, and

6    that's where we saw an opportunity of doing big projects.

7    Q.    And what was the relationship between your discovery of

8    Ex-Im Bank and the fact that you could now do bigger projects?

9    A.    The relationship with whom?

10   Q.    How did -- if I understood you correctly, you said that

11   the projects began to increase in size once you discovered Ex-Im

12   Bank?

13   A.    We knew -- we knew that we had the connections in

14   Nigeria.  By this time Alhaji -- you have to understand the

15   Nigerian culture.  When somebody start making money in Nigeria,

16   they call them their big man.  So Alhaji by this time had become

17   a big man, and he was well-known now by all the general managers

18   of the country, of the River Basins.  He was beginning to make

19   big strides towards getting to know the ministers, especially

20   the minister of agriculture and the minister of water resources,

21   and also later on, the governors and the presidents.  I

22   personally met with Indimi several presidents of Nigeria.

23   Q.    I believe you said that Mr. Bucknam was the person who

24   brought the information about Ex-Im Bank to MWI; is that

25   correct?

A.      I -- I want to believe that it was him.  I'm not 100

percent sure, but I know that when we met Bucknam, Bucknam was,

I guess, a lawyer here in Washington, and he said that he didn't

want to be a lawyer, that he wanted to be a businessman.  So,

since he knew the ins and outs of Washington and, you know,

we -- we thought that he would be a good person, and I remember

David discussing that with me, and we said, yes, definitely,

because we can start touching now several government agencies

that could help us finance international projects, such as Ex-Im

Bank, USAID, et cetera.

Q.      And was Mr. Bucknam the primary person at MWI who dealt

with Ex-Im Bank?

A.      Yes.

Q.      And did you have meetings with Ex-Im Bank as well?

A.      Many times.

Q.      And that was in developing these projects in the 1980s?

A.      That's correct.  When we first met Ex-Im Bank, we met the

country officer of Nigeria, was a lady called Regina Brown.  And

she explained to us all the ins and outs of the -- doing

business in Nigeria with Ex-Im Bank.  At that time Ex-Im Bank,

as I said earlier, was fully open for financing.

Q.      And would you come to Washington for meetings with people

at Ex-Im?

A.      Yes.

Q.      And would you also meet with them in Florida?

**A.**     There was a time where the director or president of Ex-Im

Bank came to Florida and actually came to our factory.   I

remember flying -- we flew him in a helicopter from Miami to

Deerfield.

**Q.**     Do you recall what the first project was that MWI did

with Ex-Im?

**A.**     I don't remember which one.   I think it was the minister

of agriculture.   I think it was.

**Q.**     Do you remember during the 1980s, roughly, how many

projects MWI did with Ex-Im?

**A.**     I would say minimum five.

**Q.**     And was Mr. Indimi the -- I'm sorry, were all these

projects in Nigeria?

**A.**     Yes.

**Q.**     And was Mr. Indimi the sales agent on all of these

projects?

**A.**     That is correct.

**Q.**     And in your meetings with Ex-Im, did you ever discuss

Mr. Indimi's commissions with anyone at Ex-Im?

**A.**     We never discussed Indimi's commissions.   Of course that

would have been a dilemma, you know, and I'll tell you why.

When we first met Regina Brown, we -- you know, we wanted to

learn all of the guidelines of Ex-Im Bank.   We learned that you

needed the Letter of Intent, that you needed a preliminary

commitment, and then you, you know, needed a final commitment

1    before a project could be financed.  And, of course, one of the

2    issues was what are the guidelines for commissions.  I don't

3    recall exactly in what meeting and who was there with me.  I was

4    never alone, let me put it this way.  But I remember, if my mind

5    doesn't fail me because this is a very minor detail, I think

6    that they said that there was no guidelines for commissions

7    except that they felt they would be 2, 3 percent.  I remember

8    more vividly talking to the AID people and they did tell me 2,

9    3 percent.  But with Ex-Im Bank, I don't remember exactly what

10   they said, but I -- I know it wasn't more than 5 percent.

11   **Q.**    You know that Ex-Im told you it should be no more than

12   5 percent?

13   **A.**    Yes.

14          MR. McLAUGHLIN:  Objection, leading.

15          THE COURT:  Overruled.

16   BY MR. WISEMAN:

17   **Q.**    Mr. Ponce, you've been telling us about a number of

18   projects that MWI did in Nigeria during the 1980s.  Did you

19   travel to Nigeria frequently in the 1980s in connection with

20   these projects?

21   **A.**    I would say that I spent in Nigeria six months of the

22   year.

23   **Q.**    And on those trips, did you have occasion to see the

24   pumps that had been sold to Nigeria on previous projects?

25   **A.**    Many times.

1    **Q.**    And were they being used?

2    **A.**    Nope.  It was a shameful to see all those pumps.  I

3    remember -- I remember vividly in the Gongola Jamare River Basin

4    Authority, the fellow I named before Alhaji Hashidu, after --

5    after he was general manager of the Upper Benue River Basin

6    Authority he was moved to the Gongola River Basin Authority.

7    Gongola is G-O-N-G-O-L-A, Jamare is J-A-M-A-R-E.

8            THE COURT:  I want to be clear about one thing.  You

9    talked about visiting Nigeria and seeing the pumps.  Whose pumps

10   were you observing?  Who had made them?

11           THE WITNESS:  Oh, MWI Pumps.

12           THE COURT:  Okay.

13           THE WITNESS:  Yeah.  Actually, they were not just pumps,

14   Your Honor, there were many other things that we sold them as

15   well.  I mean, we sold them drilling rigs, we sold them small

16   pumps, we sold tractors, you know.

17   BY MR. WISEMAN:

18   **Q.**    And, Mr. Ponce, was any of this equipment that you sold

19   being used?

20   **A.**    Well, as I said, for years this yard was full of these

21   pumps and they were not used.  And every time we went by, you

22   know, we used to come, and this is a shame, you know, to see all

23   of this equipment here being unused.

24   **Q.**    And do you have a sense of why it wasn't being used?

25   **A.**    Yes, I do have a sense.

1   **Q.**      Okay.

2   **A.**      I would say that this was business that was done just for

3   the sake of doing business.

4   **Q.**      And could you tell us a little more what you mean by

5   that?

6          MR. McLAUGHLIN:  Objection, calls for speculation, Your

7   Honor.

8          THE COURT:  No.  Overruled, if he can answer it,

9   naturally.

10          THE WITNESS:  Well, what I mean by that is that the river

11   basins, you know, just bought a bunch of pumps, not having the

12   projects, really, to -- to install them in.  And even though they

13   may have had the intention of using them, they never found, you

14   know, a way to use them.

15   BY MR. WISEMAN:

16   **Q.**      And you said you were aware that the pumps and other

17   equipment were not being used by the time of the Gongola Jamare

18   project; is that right?

19   **A.**      Um-hmm.

20   **Q.**      And was that in the mid-1980s?

21   **A.**      That was -- yeah, I believe, it was in the mid-1980s.

22   **Q.**      And did other people at MWI also know that the pumps that

23   MWI was selling to Nigeria were not being used?

24   **A.**      As I said --

25          MR. McLAUGHLIN:  Objection, Your Honor, calls for hearsay

1    what other people knew.

2           THE COURT:  No.  Objection's overruled.

3    BY MR. WISEMAN:

4    Q.     So my question is -- go ahead.

5    A.     As I said, we used to travel -- all of us used to travel

6    all the time to Nigeria.  When I say all of us, I'm talking Bill

7    Bucknam, Neal Lang, Brian Stair, David Eller, even David

8    traveled many times with his wife and his family.  And we rode

9    those -- I mean, we took those roads all the time, so we -- we

10   saw the out -- and Tony Zagatay, Tony Zagatay was my assistant

11   in Nigeria.

12   Q.     And so all of you who traveled to Nigeria knew --

13   observed that the equipment that M & W was selling to Nigeria

14   was not being used?

15   A.     That's correct.

16   Q.     And could you explain to us, who -- what was

17   Mr. Roegiers' position at M & W Pump?

18   A.     Well, he was hired first as an accountant and then I

19   think he became the controller of the company.  Tom Roegiers

20   also traveled to Nigeria.  I knew I had -- I was missing one.

21   Q.     And what was Mr. Lang's position at the company?

22   A.     Before -- before Tom Roegiers came into the company, he

23   was basically the accountant and the treasurer.  And then when

24   Tom Roegiers came, Tom Roegiers became the accountant and the

25   controller.  And I believe he remained as treasurer, but he was

1    basically, I would say, in charge of the special projects.

2    There was a time when David could not find the right position

3    for Neal, and that's when he started traveling to Nigeria and

4    things like this.

5    **Q.**    Mr. Ponce, I want to shift our focus a little bit.

6         Are you familiar with the eight state project that's at

7    issue in this case?

8    **A.**    Of course.

9    **Q.**    And how are you familiar with it?

10   **A.**    Well, the eight state projects was, I believe, the last

11   Ex-Im Bank project that we did in Nigeria.  It was conceived I

12   think originally as a single project that we would sell to

13   different states.  I don't think we intended initially eight

14   states, but it was just going to be sold to states.  At the time

15   Indimi, as I said, had become a bigger man in Nigeria.  He was

16   talking at presidential level by this time, and he was friends

17   with all the governors, so we decided, let's sell different

18   packages of equipment to -- to all the states.  And, you know,

19   we went through many states talking to them to see the equipment

20   that they needed, and that's why when -- that's why we came

21   about other equipment that was not just pumps.  And we sold them

22   rigs, we even sold them steel plates so we could manufacture

23   pipe in our factory in Nigeria.

24   **Q.**    When the eight state project was conceived, did you have

25   a target sale price that you were aiming for?

1  A.    Basically our sales approach just was based on a -- a

2  total value package, and that was based on what Ex-Im Bank

3  limits were for the country.  So, when we started the project,

4  Ex-Im Bank was open for Nigeria, later on it was put on

5  limitations in -- because basically with the fluctuation of the

6  economy in the country Ex-Im -- or their ability to repay loans,

7  the limits were set.  So, I forgot now what the limits were, but

8  we -- we decided then to split the state projects from a single

9  project into many different projects so we could utilize the

10  limits that Ex-Im Bank had for Nigeria.

11  Q.    And did you have a total target sale price in mind at

12  that point?

13  A.    Well, as much as we could sell.  I think -- I think we

14  ended up with a 90-, $92 million total project for the eight

15  projects.

16  Q.    And I just want to clarify.  When the eight state project

17  was being developed, did you already know that a lot of the

18  equipment that you had sold to Nigeria on previous projects was

19  not used?

20  A.    Yes, we did.

21  Q.    And did Mr. Eller know that as well?

22  A.    Of course, everybody knew.

23  Q.    Everybody knew?  All the people we've mentioned before

24  knew?

25        MR. McLAUGHLIN:  Objection, leading, Your Honor.

1          THE COURT:  Overruled.

2     BY MR. WISEMAN:

3     Q.     And could you tell us what Mr. Indimi's role was in

4     putting the eight state project together?

5     A.     He obtained all the approvals from the state governments.

6     We -- we put together the packages.  Actually, what we did is we

7     visited every state, and we found out what their needs were, you

8     know, in talking to the governor or his people, and then we

9     would put together the packages to accommodate the total amount

10    that Ex-Im Bank would loan.  And actually, it was, you know,

11    85 percent because as you know, Ex-Im Bank loans 85 percent, and

12    the 15 percent is paid separately as a down payment.

13    Q.     Did Mr. Indimi receive a commission on the eight state

14    project?

15    A.     Of course.

16    Q.     And do you know what his commission percentage was?

17    A.     It's been too long for me to remember, but as I said

18    earlier, all his commissions ranged between 25, 27 percent to

19    40 percent, although the 40 percent commissions were received in

20    the earlier projects.  I think in the latter projects, they were

21    more closer to 30 percent.

22    Q.     And did you negotiate the commission with him on the

23    eight state project?

24    A.     I think the commissions were basically negotiated from

25    before, and we just applied what had been agreed with.

1    Q.    And focusing on this 1990 to '94 time period, were you

2    aware what MWI was paying its other -- its sales agents in other

3    countries as commissions?

4    A.    Of course.

5    Q.    And how did those commissions compare to what Mr. Indimi

6    was receiving?

7    A.    They were not as high, definitely.

8    Q.    During the -- just skipping ahead for one second.

9          How long did you end up working at MWI?

10   A.    21 years.

11   Q.    And during the time period that you worked at MWI, to

12   your knowledge, did MWI ever pay another agent in an

13   international sale a commission of $25 million?

14   A.    No.

15   Q.    $20 million?

16   A.    No.

17   Q.    $10 million?

18   A.    No.

19   Q.    $2 million?

20   A.    No.

21   Q.    1 million?

22   A.    Maybe 1 million, yes.

23   Q.    And again, focusing on this 1990 to '94 time period, as

24   someone involved in international sales for MWI, were you aware

25   what your competitor companies were paying their sales agents in

1   commissions?

2   **A.**     Well, as I said earlier, in Nigeria we have no

3   competition, you know.  We had competition in Latin America,

4   yes.  We had competition in Asia, and there, of course, we

5   couldn't afford paying such high commissions, so we were paying

6   maybe 10 percent or less.

7   **Q.**     And why couldn't you afford -- what do you mean when you

8   say you couldn't afford paying higher commissions in those

9   countries?

10  **A.**     Because we had competition.  We were participating in

11  tenders, and when you participate in tenders, you're competing

12  against other manufacturers, except that some of these sales

13  were with a traditional conventional pump where we had many,

14  many competitors.  The Hydraflo pump was a proprietary

15  equipment, and even though we had some competition later on, but

16  we were basically alone in the market with this particular

17  product.

18  **Q.**     And when you say you had competition in other countries,

19  you mean -- and that that affected the commissions, do you mean

20  that that put a limit on the amount you could charge for the

21  pumps?

22          MR. McLAUGHLIN:  Objection, Your Honor, leading.

23          THE WITNESS:  It had nothing --

24          THE COURT:  Excuse me.  No.  Overruled.

25          THE WITNESS:  I mean that this was a proprietary

1    equipment.  Nobody else -- we had patents, and nobody else

2    manufactured this same type of equipment, so if a customer wanted

3    to buy a Hydraflo pump, he couldn't find an equal in the market.

4    Actually, there were some other manufacturers, but they stayed

5    with a small sized pumps, maybe 4-inch, 6-inch, maximum 8-inch.

6    We developed pumps all the way up to 60-inch -- 60, 60-inch

7    diameter, hydraulic pumps.

8    BY MR. WISEMAN:

9    Q.    Going back -- let's go back to my original question which

10   was:  In these other countries where you were competing, did you

11   have an awareness of what your competitors -- the types of

12   commissions that your competitors were paying to their sales

13   agents?

14   A.    The commissions, the commissions are the result of how

15   much you can charge for the pumps, so basically if you're

16   competing in a tender and you have to lower prices to be able

17   to, you know, be awarded the contract, commissions cannot be

18   high.  Sometimes commissions cannot be any more than 5 percent.

19   Q.    And just, were you aware -- it sounds like you're saying

20   but I want to clarify, that you -- were you aware of the types

21   of commissions that your competitors were paying?

22   A.    Of course.

23          MR. McLAUGHLIN:  Objection, asked and answered twice now.

24          THE COURT:  No.  Overruled.  You may answer that question.

25          THE WITNESS:  Yes, of course, we knew what competitors

1    were paying.

2    BY MR. WISEMAN:

3    **Q.**    And when you say "we," are you referring to everyone at

4    MWI?

5    **A.**    Yes, of course.  MWI was a family, you know, and we all

6    share everything, all knowledge.

7         MR. WISEMAN:  Your Honor, I'd like to ask that a couple of

8    pages from an exhibit that's already been admitted, Plaintiffs'

9    Exhibit 284, be displayed to the jury.

10        THE COURT:  All right.  You may do that.

11   BY MR. WISEMAN:

12   **Q.**    Mr. Ponce, can you see this exhibit clearly or would you

13   like me to bring you a paper copy?

14   **A.**    No, I can see it clearly.

15   **Q.**    Mr. Ponce, are you familiar with this document?

16   **A.**    Very familiar.

17   **Q.**    And can you tell us what it is?

18   **A.**    It's called a Supplier's Certificate.  It's something

19   that we have to sign every time we make a shipment on projects

20   financed with Ex-Im Bank.

21   **Q.**    And can you tell me who signed this particular Supplier's

22   Certificate?

23   **A.**    This is signed by David Eller.

24   **Q.**    And during the time period we've been focusing on, 19 --

25   well, let me say, during the eight state project, were you aware

1   that MWI was submitting Supplier's Certificate to Ex-Im

2   requesting payments for sales made in connection with that

3   project?

4   **A.**     Of course.  We couldn't collect money unless we signed

5   this certificate.

6   **Q.**     And did you have any concerns about the Supplier's

7   Certificates?

8   **A.**     Yes, I did.

9   **Q.**     And what were your concerns.

10   **A.**     The concerns is that here it says that we're not paying

11   any commissions except regular commissions, and that -- that was

12   a concern.

13   **Q.**     And why was that a concern?

14   **A.**     Because I knew the high percentage of commission we were

15   paying.

16   **Q.**     And did you discuss those concerns with other people at

17   MWI?

18   **A.**     I didn't need to discuss them.  I mean, everybody knew

19   and everybody had the same concern.

20   **Q.**     And does that include Mr. Eller?

21   **A.**     Of course.

22   **Q.**     And Mr. Roegiers?

23   **A.**     Of course, Roegiers, Neal Lang, Bill Bucknam, Tony

24   Zagatay, everybody.

25   **Q.**     What was the concern that you had -- or let me rephrase.

1          Did you ever have discussions about what would happen if

2     Mr. Indimi's commissions were disclosed to Ex-Im?

3     **A.**     Well --

4          MR. McLAUGHLIN:  Objection, just verify discussions, it's

5     vague, discussions with whom?

6          THE COURT:  No.  Objection's overruled.  He can certainly

7     answer yes or no to the narrow question, and then we'll see what

8     comes after that.

9          THE WITNESS:  Could you repeat the question, please?

10    BY MR. WISEMAN:

11    **Q.**     Yes.  Did you ever have discussions with anyone else at

12    MWI about what would happen if Mr. Indimi's commissions on the

13    eight state project were disclosed on the Supplier's

14    Certificate?

15    **A.**     Yes.

16    **Q.**     And who did you have those discussions with?

17    **A.**     With everybody.

18    **Q.**     And that includes Mr. Eller?

19    **A.**     Yes.

20    **Q.**     And Mr. Lang?

21    **A.**     Yes.

22    **Q.**     And Mr. Bucknam?

23    **A.**     Yes.

24    **Q.**     And what was the concern that you had -- or what did

25    you -- let me rephrase.

1        What did you think would happen if Mr. Indimi's

2   commissions were disclosed to Ex-Im?

3   **A.**     Well, we knew that we were violating the -- the rules.

4   We just hoped that we would never get caught.  That's all.

5        MR. WISEMAN:  Your Honor, I'd just like to ask that a

6   couple of other pages from Plaintiffs' Exhibit 284, again, this

7   whole exhibit has previously been admitted.  I'd like to ask that

8   a couple of additional pages be displayed to the jury?

9        THE COURT:  All right.  Go ahead.

10  BY MR. WISEMAN:

11  **Q.**     Mr. Ponce, can you see this document clearly?

12  **A.**     Yes, of course.

13  **Q.**     And can you tell us what it is?

14  **A.**     It's another Supplier's Certificate.

15  **Q.**     And take a look, if you would, at the second page of this

16  document.

17  **A.**     Yes.

18  **Q.**     Is that your signature?

19  **A.**     It looks like my signature, yes.

20  **Q.**     You've told us you had concerns about the truthfulness of

21  these Supplier's Certificates; is that correct?

22  **A.**     Um-hmm.

23  **Q.**     In light of those concerns, why did you sign this

24  document?

25  **A.**     I signed it against my better judgment.  I decided that

1    this was the last one I would sign.

2    Q.     Did you ever sign any others after this?

3    A.     No.

4    Q.     Did anyone ever tell you to sign this document?

5    A.     I -- we kind of joked around in the office, you know,

6    nobody wanted to sign these documents.  That's basically what it

7    was, the way it was.  And I believe for some time Neal signed

8    them, then Roegiers signed them and I believe David signed the

9    rest.

10          MR. WISEMAN:  You can take that exhibit down.

11   BY MR. WISEMAN:

12   Q.     Mr. Ponce, I believe you said that during this 1990 to

13   '94 period, you traveled to Nigeria frequently; is that correct?

14   A.     More than frequently, I -- I almost lived there.

15   Q.     And did you travel with Mr. Indimi?

16   A.     Yes.

17   Q.     And did you ever stay at Mr. Indimi's house?

18   A.     Many times.

19   Q.     And where was this house located?

20   A.     Well, it depends which house you're talking about.

21   Indimi had houses in:  Maiduguri, was his base; in Abuja, the

22   capital; he had a house in Kano; and he had houses in Lagos.

23   Q.     And could you describe his house in Maiduguri for us?

24   A.     Well, we called it the palace.  I mean, it was -- to our

25   standards, it was a palace.  It was huge.  I think it was

1    something like about 50- to 70,000 square feet, a two-story

2    building.

3    Q.    And did you have an understanding of how -- let me ask

4    you:  Was this -- in your estimation, an expensive house to

5    build?

6          MR. McLAUGHLIN:  Objection.  Irrelevant, speculation.

7          THE COURT:  Sustained.

8    BY MR. WISEMAN:

9    Q.    Do you know who built this house for Mr. Indimi?

10   A.    Yes.

11         MR. McLAUGHLIN:  Objection, irrelevant.

12         THE COURT:  Overruled.

13         THE WITNESS:  Yes.  It was a friend of ours from Deerfield

14   Beach.  His name is Greg Rogers and he had a construction company

15   called R & R Construction.

16   BY MR. WISEMAN:

17   Q.    And you said that this house was 50,000 square feet; is

18   that correct?

19   A.    Well, it was a compound.

20         MR. McLAUGHLIN:  Objection.  May I have a continuing

21   objection on any testimony on this house?

22         THE COURT:  No.  The objection's overruled.

23         THE WITNESS:  It was not a house, it was a compound.  You

24   must be aware that the Muslims -- and Alhaji Indimi's a Muslim --

25   are allowed to have four wives, so he had his palace, which was

1    about 50,000 square feet, and then he had four houses, four

2    two-story houses surrounding the main house with gardens in the

3    middle, et cetera, and that's where each wife would live with

4    their families.

5    BY MR. WISEMAN:

6    Q.    And within the main house, I think you've called it the

7    mansion, did Mr. Indimi have a habit of naming suites in that

8    house after individuals?

9    A.    Yes, he did.

10   Q.    And was there suite named after Mr. Eller?

11   A.    Yes, that's correct.

12   Q.    And I believe you mentioned that Mr. Indimi had houses in

13   other cities in Nigeria as well?

14   A.    He had a big house in Kano, another compound in Abuja,

15   and he had another house in Lagos.

16   Q.    And did you have occasion to stay in all those houses?

17   A.    I did.

18   Q.    And were they as big as his --

19   A.    No.

20   Q.    -- compound --

21   A.    No.

22   Q.    -- in Maiduguri?

23   A.    No, Maiduguri was by far the largest.

24   Q.    And did you ever travel when you were in Nigeria with

25   Mr. Indimi?  Did you ever travel in any of his cars?

1   **A.**     Many times.  In fact, I never rented a car in Nigeria.  I

2   never hire a car.  We always used Indimi's cars.

3   **Q.**     And what kind of cars did he have?

4   **A.**     Mostly -- and it's, again, part of the culture there --

5   Mercedes 500s.

6   **Q.**     And do you know where he got these cars?

7   **A.**     He bought them in the U.S.

8   **Q.**     And did he buy them in Florida?

9   **A.**     Yes.

10  **Q.**     And did Mr. Eller assist him in transporting the cars to

11  Nigeria?

12  **A.**     Well, the company --

13         MR. McLAUGHLIN:  Objection, leading.

14         THE COURT:  Sustained.

15  BY MR. WISEMAN:

16  **Q.**     How did Mr. Indimi get these cars to Nigeria?

17  **A.**     He asked us to ship them for him.

18  **Q.**     And did Mr. Eller have a house -- excuse me, Mr. Indimi

19  have a house in Florida as well?

20  **A.**     Yes, he did, in Boca Raton.

21  **Q.**     And how big was that house?

22  **A.**     Well, it was in one of the top neighborhoods of Boca

23  Raton.  It was a big house.

24  **Q.**     And did he have a house in London as well?

25  **A.**     Yes, he did.

1    **Q.**    And how big was that?

2    **A.**    It was -- in London, houses are not necessarily large,

3    but they're located in the right place, they're very expensive,

4    yes.

5    **Q.**    And was his apartment located in the right place?

6    **A.**    Same, in one of the best places.

7    **Q.**    And did he have a car in London?

8    **A.**    Yes, he did.

9    **Q.**    And what kind of car was that?

10   **A.**    Rolls-Royce.

11   **Q.**    Mr. Ponce, during that performance of the eight state

12   project, did you travel with Mr. Indimi to visit various

13   Nigerian governors?

14   **A.**    Yes, we did.  In fact, I remember one particular trip

15   where we traveled, even David was with us.

16   **Q.**    And where did you go on that trip?

17   **A.**    Several states.  I believe we went to Calabar, to Enugu.

18   We went to Kano.  I believe we went to Niger.  We visited

19   several -- several governors, several states.

20   **Q.**    And what was the purpose of these visits to the

21   governors?

22   **A.**    To sell them our projects.  And basically what we did is

23   we used to sit down with the governor and his aides, and we used

24   to present the equipment that we had available, and then they

25   would say, yes, we want this and that we want the other.  There

1    was a particular case where we were in, I believe it was --

2    river state -- I forgot exactly, but it was one of the southeast

3    corner states in the country where the governor refused to buy

4    Hydraflo pumps, he refused to buy drilling rigs, everything that

5    we had to sell.  And I had an idea which I wanted to develop for

6    the country, which was to supply water to villages utilizing a

7    bicycle driven pump.  In fact, that idea came about from one of

8    my trips to Mexico where I was asked to supply water to 5,000

9    schools, and the secretary that asked me, he said I don't have

10   electricity, it has to be a pump that operates without

11   electricity, so when I came back to Deerfield Beach I initiated

12   the project to develop a bicycle driven pump.  And I had a

13   sketch with me in my -- in my briefcase and I told the governor,

14   governor, you have elections coming the next couple of months,

15   you want to win the elections?  He said, yes.  I said, well,

16   supply each village with one of these pumps.  And he said,

17   that's exactly what I was looking for.  So in that particular

18   state we ended up selling them -- selling him everything in

19   bicycle driven pumps.  And I remember David asking me, we have

20   not developed that.  You know, he took me to the side, and I

21   said don't worry, we'll get it built.  And we built them, you

22   know.  And actually later on, I think that was patented by M & W

23   and it has been sold, you know, to other places.

24   Q.    During these trips to visit the governors, did you ever

25   observe Mr. Indimi carrying cash in suitcases?

1   **A.**     Yes.   Nigeria, as I said earlier, is a cash society.

2   Everything you do when you go to stay in hotels, you pay with

3   cash.   You don't pay with credit cards.   At least that's the way

4   it used to be.   I don't know if now has changed because I

5   haven't traveled to Nigeria in quite a while.

6   **Q.**     Do you recall an occasion on which Mr. Indimi asked

7   Mr. Roegiers to count the money in his suitcase?

8          MR. McLAUGHLIN:   Objection, leading, Your Honor.

9          THE COURT:   Overruled.

10          THE WITNESS:   Yes, I remember.

11   BY MR. WISEMAN:

12   **Q.**     And where did this happen?

13   **A.**     I believe it was in Awari in Enugu state.   We were

14   staying at the -- at the -- at a house.   I forgot whose house it

15   was, but he asked that Roegiers and Brian Stair to -- to count

16   the money.

17   **Q.**     And do you know why he asked Mr. Roegiers and Mr. Stair

18   to count the money?

19          MR. McLAUGHLIN:   Objection, Your Honor, this is also

20   irrelevant and excluded by order in 383.

21          THE COURT:   Objection's overruled.   Go ahead.

22          THE WITNESS:   I don't know the reason why he asked him to

23   count the money, but, you know, he asked him to count the money,

24   both of them.

25   BY MR. WISEMAN:

1   Q.    Did you ever see Mr. Indimi pay Nigerian officials with

2   commission funds that he received from MWI?

3   A.    No.

4   Q.    Did you ever suspect that he was doing so?

5   A.    Yes.

6   Q.    Mr. Ponce, I'd like to ask you now to -- I believe you

7   mentioned before that you left MWI after 21 years; is that

8   correct?

9   A.    That is correct.

10  Q.    And what year was that?

11  A.    1996.

12  Q.    And --

13  A.    I didn't leave.  I was fired.

14  Q.    And could you tell us what the circumstances were

15  surrounding your firing?

16        MR. McLAUGHLIN:  Objection.

17        THE WITNESS:  Yes.

18        MR. McLAUGHLIN:  Objection, irrelevant.

19        THE COURT:  No.  Counsel may approach, please, for a

20  minute.

21        Sir, would you just step down for a minute, please.

22        THE WITNESS:  Me?

23        THE COURT:  Yes.

24        THE WITNESS:  Okay.

25        (Following sidebar discussion had on the record:)

1          THE COURT:  What's your objection now?

2          MR. McLAUGHLIN:  The government has called this witness as

3     their witness in their case-in-chief, and now they're attempting

4     to show a bias, I suppose, because this man was apparently

5     terminated, but the circumstances of that termination has no

6     relevance to this case at all.  There's no relevance to whether

7     there's a false claim here or not.

8          THE COURT:  What the government is trying to do, and does

9     in criminal cases all the time, is to take out the sting of what

10    will be your cross-examination, and the government's entitled to

11    do that.  Now, if you want to tell me that you're not going to

12    cross-examine this man on his firing and never even mention it, I

13    would at least consider your objection.

14         MR. McLAUGHLIN:  I -- my representation at this point is

15    that I do not believe that I would go there, but I certainly

16    agree that if I do go there that he may come back on that, but I

17    do not plan to go there at this point; however, there's a lot of

18    new things that have come out today and I'm having to consider

19    them all in terms of my cross.

20         THE COURT:  I'll bet.

21         MR. WISEMAN:  Your Honor, if Mr. McLaughlin can't

22    categorically represent that he's not going to go there --

23         THE COURT:  Right.

24         MR. WISEMAN:  -- I'm obviously entitled to --

25         THE COURT:  Right.

1          MR. WISEMAN:  -- develop this myself.

2          THE COURT:  That's right.  I'm not trying to bribe you

3     into making a decision, but it's got to be clear one way or the

4     other, that either you're not going to touch the firing, in which

5     case it's absolutely right that there'd be no discussion in

6     direct.

7          MR. McLAUGHLIN:  May I confer just for one very brief

8     moment?

9          THE COURT:  You may.  It's important.

10         (Discussion had off the record.)

11         MR. McLAUGHLIN:  All right.  We will represent that we

12    will -- we will not ask any questions related to the

13    circumstances of his leaving MWI.

14         MR. WISEMAN:  To any witness?

15         MR. McLAUGHLIN:  That's correct.

16         MR. WISEMAN:  Throughout the entire case?

17         MR. McLAUGHLIN:  That's correct.

18         MR. WISEMAN:  Because Mr. Ponce is going back to Mexico in

19    the next few days, so he's not going to be back for me to bring

20    back.

21         THE COURT:  I did want to point out to counsel that, just

22    so defense counsel is clear, Mr. Ponce did say he left in 1996

23    and he said -- and I'm quoting now from the realtime -- quote, I

24    was fired.  So it's in the record.

25         THE REPORTER:  I'm sorry, I didn't hear you.

1    THE COURT:  I'm sorry.  Mr. Ponce said, quote, I didn't

2 leave, I was fired, end of quote.  So I just want to make sure

3 that you know that sentence is in the record.  It was said

4 quickly, but I wouldn't be surprised if you didn't hear it, but

5 in any event I just want to make sure so that you don't get

6 sandbagged either.

7    MR. McLAUGHLIN:  I understand.  I'm not sure if the Court

8 might consider a limiting instruction that anything he said

9 should be disregarded at this point, because I did lodge an

10 objection and he spoke over my objection.

11    THE COURT:  And that --

12    MR. WISEMAN:  But I --

13    THE COURT:  Excuse me a minute.

14    MR. WISEMAN:  Sorry.

15    THE COURT:  That calls in for more attention to that

16 sentence.

17    MR. McLAUGHLIN:  We understand.  We'll accept that.  We'll

18 accept what is in the record.

19    THE COURT:  All right.  Now, what were you going to say?

20    MR. WISEMAN:  No, I was just going to say, I just want to

21 be 100 percent clear that there will be no reference or question,

22 no reference by any defense witness, nor any question to any

23 defense witness, about anything related to the circumstances of

24 Mr. Ponce's firing throughout the rest of the case.

25    THE COURT:  And I think that representation was made --

1          MR. McLAUGHLIN:  That's correct.

2          THE COURT:  -- am I right?

3          MR. McLAUGHLIN:  I've made that representation, and I am

4    not going to in any way attempt to elicit, certainly from

5    Mr. Ponce, nor will we from anybody else.  However, I just want

6    to note that Mr. Ponce is a witness who does like to talk a lot,

7    and if he does start talking about the issue, I will ask that he

8    stop immediately, but I will not go there myself.

9          MR. WISEMAN:  No, I'm done with him, basically.  Can I

10   just confer for one second?

11         THE COURT:  Yes, you may confer.

12         MR. WISEMAN:  Your Honor, we're fine with this whole

13   arrangement.

14         THE COURT:  All right.  And are you now done with your

15   direct?

16         MR. WISEMAN:  Yes.

17         THE COURT:  And about how long do you expect the cross to

18   be?

19         MR. McLAUGHLIN:  Well, I -- it may --

20         THE COURT:  A while?

21         MR. McLAUGHLIN:  Yes.  It may take an hour.  I hope it's

22   less, but, you know, there's a lot of ground here.

23         THE COURT:  I certainly understand.  Okay.

24         MR. McLAUGHLIN:  Thank you.

25         (Sidebar discussion concluded.)

1          THE COURT:  Mr. Ponce, please take the stand.

2          THE WITNESS:  Thank you.

3          MR. WISEMAN:  Mr. Ponce, I have no further questions at

4   this time.  Thank you.

5          THE COURT:  And in a minute or two we will start

6   cross-examination while everybody collects papers and things.

7          MR. McLAUGHLIN:  May I approach, Your Honor?

8          THE COURT:  Yes.

9                    CROSS-EXAMINATION OF JUAN PONCE

10  BY MR. McLAUGHLIN:

11  Q.     Good morning, Mr. Ponce.

12  A.     Good morning.

13  Q.     My name's Brian McLaughlin.  I'm going to ask you some

14  questions about your testimony, sir.

15         And I've handed you a copy of your deposition transcript.

16  You recall being deposed in this matter?

17  A.     Um-hmm.

18  Q.     Okay.  Now, you consider yourself a good salesman, do you

19  not?

20  A.     I don't know.  Who am I to judge?  But I've done well,

21  sir.

22  Q.     Okay.

23  A.     I'll put it this way.

24  Q.     And you were talking in your testimony about the first

25  time that MWI provided pumps in Nigeria, and MWI was called in

1   due to problems that the client there in Nigeria had had with

2   German technology pumps; isn't that right?

3   **A.**      Problems with German technology?  The first sale that M &

4   W Iron Works made in Nigeria was done by David Eller himself,

5   before my time with the company, and that must have been in 1974

6   or '75.

7   **Q.**      Okay, but --

8   **A.**      I even remember the fellow who he dealt with, his name

9   was John Ghana.

10  **Q.**      Okay.  And you were talking about a situation that

11  Mr. Indimi had heard about in which MWI brought pumps in in the

12  Chad Basin area; isn't that right?

13  **A.**      Second sale that was done was precisely as I said

14  earlier, through Graham Knib, the consultant, the British

15  consultant, and that had nothing to do with Alhaji Indimi at the

16  time.  I mean, I went there with the consultant and with the

17  contractor, the Greek contractor.  Alhaji Indimi learned about

18  the M & W Pumps from that particular sale because one of the

19  local engineers advised Indimi to contact us.

20  **Q.**      Okay.  And I apologize for that.  I wasn't clear there.

21          But, in that sale, in that instance, MWI brought its new

22  technology of Hydraflo pumps in to Chad, correct?

23  **A.**      To Chad Basin Development Authority.

24  **Q.**      Okay.  And that was because the pumps that Chad Basin

25  already had were not able to be used?

1  A.     Chad Basin did not have any pumps.  That's the reason

2  that we brought our pumps, because the pumps that had been

3  ordered that were conventional technology, they'd take a long

4  time to build and they also need concrete structures to be able

5  to set them in.  So rainy season was approaching and they needed

6  portable pumps to be able to fill up the canals, so that's why

7  we came in with the Hydraflo.

8  Q.     And that's what the Hydraflo provided which was the

9  portable pump?

10 A.     Exactly.

11 Q.     As opposed to the pumps that had previously ordered from

12 another manufacturer that had to be set in the ground in

13 concrete?

14 A.     That is correct.

15 Q.     And so those pumps would not have been useful in that

16 case?

17 A.     That's correct.

18 Q.     Okay.  So MWI's pumps saved the day in that project?

19 A.     Oh, absolutely, yes.

20 Q.     Okay.  And the pumps that had been ordered prior to that,

21 did you say that they were German pumps?

22 A.     German -- the brand name is MAN, M-A-N.

23 Q.     Okay.

24 A.     And, you know, they're a well-known pump manufacturer in

25 Germany.

1    **Q.**    So MWI's pumps were U.S. manufactured pumps, correct?

2    **A.**    That is correct.

3    **Q.**    Okay.  And those are the pumps that provided the actual

4    service in that project?

5    **A.**    Yeah, the M & W Hydraflo pumps, 24-inch in diameter.

6    **Q.**    Okay.

7    **A.**    There were nine units.

8    **Q.**    And you said that Mr. Indimi then got word of MWI's

9    patented -- or MWI's Hydraflo technology and got in touch with

10   you?

11   **A.**    That is correct.

12   **Q.**    Okay.  And he was interested in becoming M & W Pump's

13   sales representative?

14   **A.**    That is correct.

15   **Q.**    And you said you were -- that you told him we need to see

16   performance before we will engage you as our --

17   **A.**    We wanted to --

18   **Q.**    -- sales representative?

19   **A.**    -- meet you and we need to see your performance before we

20   give you representation.

21   **Q.**    Okay.  And just to be clear, try -- try to wait for the

22   end of my question so it doesn't get confused with the court

23   reporter.

24        And only two days later, Mr. Indimi had come to the

25   United States to meet with MWI to show his good faith that he

1    was interested in the engagement?

2    A.     That is correct.

3    Q.     And he then promised that he was going to deliver on a

4    $3 million project within a short amount of time?

5    A.     That is correct.

6    Q.     And he did that?

7    A.     And he did it, yeah.

8    Q.     And that was around 1980, was it not?

9    A.     No, before 1980.

10   Q.     Before 1980?

11   A.     It was 1978 -- the end of '78 or in '79.

12   Q.     Okay.  And at that point in time, Mr. Eller and MWI did

13   engage Mr. Indimi to become their sales agent for Nigeria,

14   correct?

15   A.     That is correct.

16   Q.     Okay.  And the exclusive sales agent?

17   A.     That is correct.

18   Q.     And he remained the exclusive sales agent for Nigeria all

19   the way up through the eight state projects, correct?

20   A.     That is correct.

21   Q.     Okay.  And you said that that $3 million project, that

22   was the first one that Mr. Indimi obtained for MWI, was in

23   regard to the Green Revolution in Nigeria?

24   A.     Well, the Green Revolution created by Alhaji Shehu

25   Shagari, the president then, created the river basins.  That was

1    his legacy.  He created all the river basins and he wanted to

2    make Nigeria green.  That's why he called it the Green

3    Revolution.  That's why the timing of bringing irrigation pumps

4    to Nigeria was great because it fit right in with the

5    president's program.

6    **Q.**    Okay.  And so that was a successful project that

7    Mr. Indimi helped provide M & W Pumps?

8    **A.**    That's correct.

9    **Q.**    Okay.  And that brought in -- that was one of the biggest

10   projects that M & W had had as -- from the time you had been

11   there?

12   **A.**    It was the largest --

13   **Q.**    Okay.

14   **A.**    -- ever.

15   **Q.**    And so it provided a lot of revenue stream into MWI?

16   **A.**    That is correct.

17   **Q.**    And it was good for the company?

18   **A.**    It was good for the company.

19   **Q.**    And it was good for M&W's jobs?

20   **A.**    Definitely.

21   **Q.**    Okay.  You said at that time, this is around -- is it

22   around 1980 this $3 million sale?

23   **A.**    '79 I think it is.

24   **Q.**    '79.  Okay.

25         And you said that Nigeria was a cash society, right?

1   A.      That is correct.

2   Q.      Okay.  And you said the government actually -- the -- was

3   it the government that was the buyer on that first project?

4   A.      Federal government.  River basins were part of sales of

5   the federal government.

6   Q.      The federal government of Nigeria?

7   A.      That is correct.

8   Q.      And they made a down payment on that sale?

9   A.      That is correct.

10  Q.      And they paid it all in cash; is --

11  A.      All in cash.

12  Q.      -- that right?

13          I'm sorry, let's be clear.

14          They paid it all in cash?

15  A.      All in cash.

16  Q.      Okay.  So it was completely the norm to operate in cash

17  in Nigeria?

18  A.      Absolutely.

19  Q.      And that remained true all the way through the mid-1990s

20  and beyond, did it not?

21  A.      That is correct, and probably still today.

22  Q.      Okay.  And you said that the minister for the Chad Basin

23  was in love with the Hydraflo technology; isn't that right?

24  A.      That is correct.

25  Q.      Because it was such an innovative technology; isn't that

1    right?

2    **A.**     Well, it is a very innovative technology.  I'm still in

3    love with it.

4    **Q.**     Okay.  You're still in love with it today?

5    **A.**     Yes.

6    **Q.**     Okay.  And that minister from Nigeria, he was in love

7    with it?

8    **A.**     That is correct.

9    **Q.**     Okay.  Now, on the pricing of the projects, when you

10   start talking about projects financed by Ex-Im Bank, M & W or

11   MWI did some Ex-Im Bank financed projects in the mid-1980s, did

12   they not?

13   **A.**     I think the first one was in the early 1980s, but I lost

14   a little bit of the concept of timing because it's been too

15   long.

16   **Q.**     Sure.  And -- but it's correct, is it not, that MWI did

17   complete its sales and projects in Nigeria with the use of Ex-

18   Im Bank financing to support them prior to the eight state projects

19   in the '90s?

20   **A.**     Oh, yes, definitely.  We did several projects.

21   **Q.**     And the purpose of Ex-Im Bank providing financing is to

22   assist U.S. exporters in getting sales in other countries,

23   right?

24   **A.**     That is correct.

25   **Q.**     Okay.  And what Ex-Im Bank's financing allows is for

1    exporters to sell their products and have the buyer receive

2    loans from Ex-Im Bank that they would later pay back?

3    A.    That is correct.

4    Q.    Okay.  And without Ex-Im Bank financing, your -- M&W's

5    projects would be limited exclusively to whatever the buyer

6    could pay directly at that time?

7    A.    That is correct.

8    Q.    So without financing by Ex-Im Bank, the buyer in this

9    case whether it's Nigeria or a state in Nigeria, couldn't buy or

10   order as many products as it may have wanted to because it was

11   limited by the lack of financing; isn't that correct?

12   A.    That is correct.

13   Q.    Okay.  And so when you say the Ex-Im Bank projects -- you

14   said that the Ex-Im financing allowed M & W to provide bigger

15   scale projects?

16   A.    It actually allowed us to grow to the proportions that we

17   grew, basically.

18   Q.    Right.  So bigger projects in size?

19   A.    Much bigger projects than normal, yes.

20   Q.    Bigger projects in scope?

21   A.    Bigger projects in scope.

22   Q.    Okay.  And ultimately bigger sales for the company?

23   A.    That is correct.

24   Q.    And again, those sales are benefitting MWI's work force,

25   are they not?

1    **A.**     Yes, of course.

2    **Q.**     And they're providing revenue to MWI?

3    **A.**     Absolutely, yes.

4    **Q.**     Okay.  Which is exactly the purpose of Ex-Im Bank's

5    financing, isn't it, to assist U.S. exporters by helping them

6    increase their sales?

7    **A.**     That is correct.

8    **Q.**     Now, you recall attending some meetings at the Ex-Im

9    Bank?

10   **A.**     Many times.

11   **Q.**     Okay.  You don't ever recall attending a meeting with

12   Marvin Solomon, do you?

13   **A.**     The name sounds familiar, but I don't recall exactly that

14   meeting, no.

15   **Q.**     Okay.  You recall the meeting where Regina Brown was

16   present, correct?

17   **A.**     Oh, yeah, with Regina we met several times.

18   **Q.**     Okay.  And you don't recall -- and that -- the meeting I

19   think that was referred to was one in which you said that there

20   was a discussion of some sort regarding commission guidelines;

21   isn't that right?

22   **A.**     I remember that the first meeting that we had with Regina

23   Brown was for us to enlight [sic] ourselves how to do business

24   with Ex-Im Bank, and we covered all the bases -- excuse me.

25   **Q.**     Okay.

**A.**     We covered all the bases of what needed to be done.  You know, as I said, starting with the preliminary commitment, and then the Letter of Intent, Letter of Commitment and then final commitment.

**Q.**     Do you recall attending a meeting at Ex-Im Bank in which Mr. Indimi was present?

**A.**     It may have happened.  I don't recall the time.

**Q.**     Okay.

**A.**     But I don't discard that it happened.

**Q.**     Okay.  So it would be perfectly normal, then, that Mr. Indimi, your sales agent, would have attended at least one or more meetings with Ex-Im Bank in Washington, D.C.?

**A.**     Yes.

**Q.**     And, therefore, Ex-Im Bank would have actually met in person Mr. Indimi?

**A.**     It's a possibility, although I can tell you I don't recall that; but it's a possibility.

**Q.**     And in one of these meetings that you had with Ms. Brown, you mentioned that -- what she or someone else from Ex-Im had stated to you was that regarding commissions, they said there were no guidelines; isn't that correct?

**A.**     Yes, the guidelines are not written, you know, regarding commissions.

**Q.**     Right.

**A.**     But -- but I do remember that -- that there were certain

1    percentages.  I don't recall the exact percentages, but I know

2    that they were very low percentages.

3    Q.    Um-hmm.  But as you said, they also said that there were

4    no guidelines, correct?

5         MR. WISEMAN:  Objection, Your Honor, it's been asked and

6    answered.

7         THE COURT:  Objection's overruled.  Go ahead.

8    BY MR. McLAUGHLIN:

9    Q.    You may answer.

10   A.    I think -- I think that was one of the answers, that

11   there is no guidelines.

12   Q.    Okay.  And Ex-Im didn't ever provide a list or document

13   to you that provided any -- with any ranges of commissions on it

14   that were acceptable or not?

15   A.    Not that I recall of.

16   Q.    Okay.  That never happened?

17   A.    I don't recall seeing any written documentation from

18   Ex-Im Bank regarding the percentages, no.

19   Q.    And you never saw any written documentation from Ex-Im

20   Bank whatsoever that touched on the topic of commissions at all,

21   did you?

22   A.    I don't remember.

23   Q.    The only document that you ever saw that mentioned

24   commissions that had to do with Ex-Im Bank was the Supplier's

25   Certificate that MWI provided; isn't that correct?

1    **A.**    That is correct.

2    **Q.**    And you had mentioned USAID.  That's also an organization

3    that supports U.S. exporters?

4    **A.**    Yes, of course.

5    **Q.**    Okay.  And it was your recollection that they did have

6    some specific guidelines on commissions?

7    **A.**    There I remember being told specifically that it was two

8    to three percent.

9    **Q.**    So, USAID told you specifically?

10   **A.**    Yes.

11   **Q.**    That two to three percent was what was allowable for

12   commissions?

13   **A.**    That is correct.

14   **Q.**    Okay.  So there's no doubt in your mind for USAID

15   projects that that was the allowable range?

16   **A.**    That is correct.

17   **Q.**    Now, you weren't very familiar with the Supplier's

18   Certificate while you were working at MWI, were you?

19   **A.**    Of course I was very familiar with it.

20   **Q.**    Well, you spent most of your time during the 1992 to '94

21   period, you spent a lot of that time working on the projects,

22   did you not?

23   **A.**    Selling.  After we sold then we had to ship it, so....

24   **Q.**    Okay.

25   **A.**    So I was involved in every step of the way of every sale.

1    **Q.**     So your answer is that you were primarily in Nigeria

2    during the 1992 to '94 period; isn't that right?

3    **A.**     That was our main market, you might say, and I handled

4    the market, you know, with priority.  Let's put it in those

5    words.

6    **Q.**     So the answer to my question is yes?

7    **A.**     Yes.

8    **Q.**     Okay.  So you weren't back at company headquarters in

9    Deerfield Beach during that period very often, were you?

10   **A.**     Well, I was.  As I said, I spent close to six months

11   traveling, but the other six months I was back in Deerfield

12   Beach.

13   **Q.**     Okay.  And it was shown to you, and we can pull it up,

14   Mr. Spalding, please, PX 284.  There was a Supplier's

15   Certificate that you signed?

16   **A.**     Yes.

17   **Q.**     It wasn't part of your normal duties to handle Supplier's

18   Certificates, was it?

19   **A.**     You have to take it in the context of timing.

20   **Q.**     Let's focus then on 1992 to '94 and the eight state

21   projects in question.  It wasn't your primary responsibility to

22   work with the Supplier's Certificate preparation, was it?

23   **A.**     At one time it was, and then after we hired Roegiers, who

24   came into the company much later -- in fact, there was a time

25   when even Brian Stair was handling these documents.

1    Q.    Okay.  Let's try to be clear.  Mr. Roegiers came to MWI

2    in 1983; isn't that correct?

3    A.    I don't remember the year, but we were already doing

4    business in Nigeria when he came.

5    Q.    Okay.  So he came to the company long before the eight

6    state projects in the 1990s?

7    A.    Oh, yes, that's correct.

8    Q.    So during the eight state project period, it was

9    Mr. Roegiers who was primarily responsible for preparing the

10   Supplier's Certificates; isn't that right?

11   A.    Ah, I don't know if it was Roegiers or if it was Lang,

12   but yes, one of the two was responsible for that.

13   Q.    It wasn't you?

14   A.    It wasn't me.

15   Q.    Okay.  And if we go to the second page of this Supplier's

16   Certificate -- bear with us here.

17         Mr. Spalding.

18         THE COURTROOM CLERK:  The exhibit number?

19         MR. McLAUGHLIN:  PX 284.

20         THE COURT:  Has 281 been admitted?

21         THE COURTROOM CLERK:  Exhibit 284.

22         THE COURT:  Oh, okay.

23   BY MR. McLAUGHLIN:

24   Q.    Do you see it on the screen in front of you, sir?

25   A.    That's correct.

1  Q.    This is the only Supplier's Certificate with regard to

2  the eight state projects that you signed, correct?

3  A.    That's correct.

4  Q.    Okay.  And you signed it at the direction of either

5  Mr. Eller or Mr. Roegiers, did you not?

6  A.    Well, you know, it's been a long time.  I think when I

7  signed these there was nobody else available in the company to

8  sign it except me.

9  Q.    Right.  Mr. Eller wasn't available to sign this one?

10  A.    Exactly.  And as I said earlier, I signed it reluctantly.

11  Q.    Okay.  But as to the extent you signed it, you did it at

12  the direction of your boss, which is Mr. Eller, correct?

13  A.    Of course.  Everything we did, you know, David was the

14  boss.

15  Q.    Okay.  And you were concerned that -- you say that you

16  were concerned because no commissions were being disclosed on

17  this form; is that correct?

18  A.    That is correct.

19  Q.    Okay.  And it was your belief, was it not, that all

20  commissions had to be disclosed on this form?

21  A.    Well, I mean, even though it says "except regular

22  commissions," it says that no commissions are paid, so it's a

23  little bit ambiguous, and so that's what concerned me because I

24  knew we were paying commissions.

25  Q.    And so that was your concern, that this form -- you felt

1    that this form required the disclosure of all commissions,

2    didn't you?

3    **A.**    That's correct.

4    **Q.**    But the form actually says that only regular commissions

5    are meant to be disclosed, right?

6    **A.**    It does say that, yeah.

7    **Q.**    So, if -- and just assume for a second -- if commissions

8    were paid that were qualified within what regular commissions

9    are, they would not have to be disclosed?

10   **A.**    Well, that's what the document says, yes.

11   **Q.**    Okay.  Thank you.  Mr. Ponce, you testified a little bit

12   regarding some of the pumps that had been sold on projects in

13   the 1980s in Nigeria?

14   **A.**    That's correct.

15   **Q.**    And I want to ask you a little bit more about that.  You

16   said that you observed that a lot of those pumps were not in use

17   when you went back into the country later?

18   **A.**    That's correct.

19   **Q.**    And you said that was a shame, wasn't it?

20   **A.**    Of course it's a shame.

21   **Q.**    And it was a shame.

22   **A.**    It is a shame, yes.

23   **Q.**    And your belief was -- and that's because when you sold

24   these projects, your understanding was that the buyers had every

25   intention of using them?

1  A.      Well, of course.

2  Q.      And you, as the -- you're an engineer, correct?

3  A.      I am an engineer, yes.

4  Q.      And you, as an engineer for M & W, had been recommending

5  these various products that were sold in these projects,

6  correct?

7  A.      Yes, we put together equipment packages, yes.

8  Q.      Okay.  And so you were -- when you sold the projects, you

9  were demonstrating to the various buyers what it was that would

10  meet their needs, correct?

11  A.      Yeah, we kind of, you know, recommended the type of pumps

12  that we thought that they could use.  The only project really

13  where -- or the only projects where we really went into details

14  about specific projects to use pumps was of course in the Lake

15  Chad Basin Project, the two projects that we did there, and also

16  in the first Upper Benue River Basin Authority project.  Most of

17  the other projects we just put together packages of equipment,

18  you know, for the state to use them wherever they need them --

19  Q.      Okay.

20  A.      -- or the minister of agriculture.

21  Q.      Okay.  And you found out that in some cases that the

22  reason that some of these pumps were not in use was because the

23  buyer in those cases had not been able to come up with funding

24  that was required to meet the rest of the projects; isn't that

25  right?

1   **A.**      Well, I don't know about the funding.  All I know is that

2   they were not used.

3   **Q.**      Okay.  But you don't disagree with me that there were

4   other reasons aside from the pumps that they didn't end up being

5   used?

6   **A.**      Whatever the reasons were were the customers' reasons.  I

7   don't know which reasons he had for not installing the pumps or

8   using the pumps.

9   **Q.**      Okay.  But MWI's responsibility after selling the project

10  was to get the pumps over to the client in Nigeria, correct?

11  **A.**      No, our responsibility was CIF, means deliver to the

12  port.

13  **Q.**      Okay.  So, the pumps -- MWI's responsibility then was to

14  get the pumps to the ports?

15  **A.**      And then the customer would clear the pumps and the

16  equipment from the port and take them to their yard.

17  **Q.**      Okay.  So, it's the customer's responsibility to take the

18  pumps from the ports?

19  **A.**      That is correct.

20  **Q.**      And so MWI's responsibility ended once it got the pumps

21  to the ports?

22  **A.**      That's correct.

23  **Q.**      And so if the pumps didn't end up getting used beyond

24  that, that wasn't MWI's responsibility, was it?

25  **A.**      There was only one case, one or two cases where we sold

1     them steel plates to manufacture these charge pipes in the

2     factory that we help set up in Madugari, and the client was

3     responsible to transport those steel plates for us to do the

4     manufacturing, which we did.  We did manufacture the pipe, and

5     that was part of the deal.  But normally Ex-Im Bank does not

6     finance local content.  You know, Ex-Im Bank finances just

7     delivery to the port.

8     Q.    Okay.  And that's -- MWI having responsibility to deliver

9     just to the port, that was true with respect to the eight state

10    projects, was it not?

11    A.    That is correct.

12    Q.    And MWI met that responsibility on each one of those

13    projects, didn't it?

14    A.    We did.

15    Q.    I'm sorry, say it again?

16    A.    We did.

17    Q.    Okay.  Thank you.  And during the 1980s and 1990s, there

18    was a lot of political instability in Nigeria, was there not?

19    A.    I don't think political instability.  We had economic

20    problems.

21    Q.    Do you recall changeovers in state governments in

22    Nigeria?

23    A.    There were changes in government, but, I mean, this is

24    normal in Nigeria.

25    Q.    Normal in Nigeria but not normal when you're in the

1    business of making sales in Nigeria, is it?

2    A.    For us, normal meant that Ex-Im Bank is open or Ex-Im

3    Bank is closed.

4    Q.    Okay.

5    A.    And most of the efforts that we put up with Ex-Im Bank

6    was really to help Nigeria reopen.

7    Q.    Okay.  And Ex-Im Bank was open in Nigeria for the eight

8    state projects, was it not?

9    A.    They had been closed for a while.  We assisted Ex-Im Bank

10   in repayment of loans from Nigeria and because of the

11   connections Indimi had with the government.  And then after

12   those payments were made, Ex-Im Bank reopened, but sometimes

13   they didn't open fully, they opened with restrictions, and I

14   remember with the state projects that they opened up with

15   restrictions.  It was limited to a specific amount.

16   Q.    Okay.  So, the answer to my question is -- my question is

17   whether they were, Ex-Im was open to finance the eight state

18   projects and the answer is correct, right --

19   A.    Yes.

20   Q.    -- or that it is or that it was, excuse me.  And you --

21   M & W, including yourself, was, with Mr. Indimi's assistance,

22   marketing its products to numerous states in the early 1990s --

23   or the late 1980s and early 1990s; is that correct?

24   A.    That is correct.

25   Q.    And, in fact, it marketed to many states that did not

1  ultimately sign on to a sales contract?

2  **A.**     That is correct.

3  **Q.**     So, when we talk about the eight state projects, those --

4  you recall that those were seven states with eight different

5  total sales?

6  **A.**     Maybe so.  I do not recall.  I know -- all I remember is

7  there were seven, eight states and total sales volume was like

8  $92 million.

9  **Q.**     Okay.  But M & W had marketed its products to many other

10 states in Nigeria as well, had it not?

11 **A.**     Basically our approach was we went to present the

12 package, the Ex-Im Bank finance package to many states, and we

13 said the first ones that take it is the ones that we're going to

14 do business with.  And some governors dragged their feet and

15 they didn't take it and some others ran with it and they took

16 it.

17 **Q.**     All right.  So, M & W did not complete sales with all of

18 the states that it marketed its projects to?

19 **A.**     That is correct.

20 **Q.**     Okay.  But one of the states -- you talked about this

21 Pedalflo product, and I would like to bring something up on the

22 screen, DTX530, please.

23         THE COURTROOM CLERK:  Has that been admitted?

24         MR. McLAUGHLIN:  It is a demonstrative, and I'd ask that

25 it be published to the jury.

1    BY MR. McLAUGHLIN:

2    **Q.**    Mr. Ponce, on the screen in front of you is a -- the

3    beginning of a pamphlet for the Solar Pedalflo, correct?

4    **A.**    That's correct.

5    **Q.**    And that is a later innovation off of the original

6    Pedalflo product that you had helped develop, is it not?

7    **A.**    Yes.  After we developed the -- or we -- we had the

8    original concept, which was developed by -- you know, a bicycle

9    driven pump, as it is.  We came up with the idea of utilizing

10   solar energy to drive the pump so it would operate normally

11   under solar energy, and if they needed to fill up the tanks, you

12   know, at night or in days where it was raining and there wasn't

13   any sun, that they could still pedal the water up.  So that was

14   done.  In fact, we even put up a demo at the factory.

15   **Q.**    Okay.  All right.  Let's turn to the third page of this

16   demonstrative, please, and maybe we can show the second and

17   third pages together.  Okay.

18        So, Mr. Ponce, this Pedalflo product was your innovation,

19   was it not?

20   **A.**    It was my idea, yes.

21   **Q.**    Okay.  And you recall, do you not, that you were

22   meeting -- when you first marketed this idea, you were meeting

23   with a governor from a state in Nigeria that ultimately became

24   one of the buyers on the eight state projects?

25   **A.**    He became the first buyer, yes.

1    **Q.**    You recall that was Akwa Ibon?

2    **A.**    Akwa Ibon, you're correct.  I was trying to remember

3    that.  I knew it was a southeast state; Akwa Ibon, yes.

4    **Q.**    Okay.  And the Akwa Ibon governor, in that meeting you

5    had with yourself -- let me start again.  I'm sorry.  The

6    meeting you had was with yourself and this governor and

7    Mr. Eller, correct?

8    **A.**    That's correct.

9    **Q.**    Okay.  And the governor had informed you that he did

10   not -- he was not very interested in the Hydroflo technology,

11   correct?

12   **A.**    He was not interested in the pumps.  He was not

13   interested in drilling rigs, no.

14   **Q.**    Okay.  But you then provided him this other idea of the

15   Hydroflo pump and he was interested in it?

16   **A.**    He became very interested in it.

17   **Q.**    And he was so interested that he ordered at least 800 on

18   the spot, did he not?

19   **A.**    Eight hundred was the amount.  You're refreshing my mind.

20   **Q.**    I'm glad.  And that was good salesmanship by yourself,

21   was it not?

22   **A.**    Well, we had -- we had to -- we had to pull one from

23   under our sleeves.

24   **Q.**    Okay.  But you're proud of this product you came up with?

25   **A.**    I'm very proud of this product.  I think it's a great

1    product and a great help to developing nations.

2    **Q.**    Okay.  Thank you.  We can take that down.

3          You stated that Mr. Indimi received a commission on all

4    of the projects that he completed, helped complete for MWI?

5    **A.**    Yes.

6    **Q.**    Okay.  He only received a commission on projects where

7    the sale was actually made, correct?

8    **A.**    Absolutely, yes.

9    **Q.**    He would not receive a commission if he didn't complete

10   the sale?

11   **A.**    No.

12   **Q.**    And his commission rate ranged, to your recollection,

13   from anywhere from about 25 percent to 40 percent?

14   **A.**    That is correct.

15   **Q.**    Okay.  But you said that when it came to the eight state

16   projects, the percentage was, to the best of your recollection,

17   less than 40 percent, correct?

18   **A.**    It was less than 40 percent.  I think it was close to

19   30 percent, my recollection.

20   **Q.**    So, it was lower than previous commissions that had been

21   paid to him?

22   **A.**    That is correct.

23   **Q.**    Okay.  And it was certainly within -- the commissions

24   paid on the eight state projects were certainly within the same

25   range by percentage rate that had been paid to him on prior

1   projects?

2   **A.**     Uh, yes, yes.  As I said, through the years the

3   commissions varied, you know.  They started very high and then

4   they settled down to around 30 percent.

5   **Q.**     Pull up DTX 94, please, and I would like to show both

6   pages.  And there's no objection to this document, so I would

7   ask that it be published to the jury.

8          THE COURT:  Any objection?

9          MR. WISEMAN:  No objection, Your Honor.

10         THE COURT:  All right.  That may be admitted and

11  published.

12         (Defendant's Exhibit 94 admitted into the record.)

13  BY MR. McLAUGHLIN:

14  **Q.**     Are you able to read this?

15  **A.**     It's very difficult to read.

16  **Q.**     Okay.  Let's -- Well, let's go to the second page first.

17  I just want you to confirm that that's your signature at the

18  bottom of the second page.

19  **A.**     Yes, that is.

20  **Q.**     Okay.  Now let's go back to -- and you see that

21  Mr. Indimi has signed this document as well?

22  **A.**     That is correct.

23  **Q.**     Okay.  Now let's go back to the first page.  And if we

24  can blow-up the first, the top half of the document.  Do you see

25  that this document is called A Full Service Principle

1  Distributor's Agreement?

2  **A.**     That's correct.

3  **Q.**     And it relates to -- it's for Mr. Indimi to take on that

4  engagement for M & W Pump; isn't that right?

5  **A.**     Yes.

6  **Q.**     Okay.  And now let's go back to the second page, back to

7  the signature area.  And you see there that it's dated in 1980?

8  **A.**     Yes.

9  **Q.**     And so M & W had not only an agreement with Mr. Indimi,

10  but a written agreement for his engagement back to 1980?

11  **A.**     That's correct.

12  **Q.**     Okay.  And when you helped introduce Mr. Indimi, you

13  helped introduce him to Mr. Eller, correct?

14  **A.**     Well, actually, we met him together.

15  **Q.**     Okay.

16  **A.**     I said earlier, Indimi came to Florida, I picked him up

17  at the airport -- I picked him up at the airport, but I brought

18  him immediately to the office, and there he met David.

19  **Q.**     Okay.  And you recall that -- Well, you had said that

20  Mr. Indimi needed to show performance, right?

21  **A.**     Yes, that's what we demanded from him.

22  **Q.**     And Mr. Eller also wanted some kind of a recommendation

23  from the embassy or the government, didn't he?

24  **A.**     I don't recall that.

25  **Q.**     You're not aware that --

1    A.    That particular case, I don't recall that.

2    Q.    So you're not aware that the U.S. government provided a

3    recommendation for Mr. Indimi?

4    A.    No.

5    Q.    Okay.  Now, regarding those commissions -- I'm sorry I

6    missed this question earlier -- but you don't dispute, do you,

7    that all of the commissions paid to Mr. Indimi were noted in

8    M & W's -- or MWI's books and records, do you?

9    A.    Oh, of course, yes.

10   Q.    Okay.  And the payment of those commissions was part of

11   MWI's ordinary course of business, wasn't it?

12   A.    Of course, we had to pay commissions to agents.

13   Q.    And you paid commissions to all your sales agents, didn't

14   you?

15   A.    Exactly.

16   Q.    And that's -- it was -- you used sales agents around the

17   world, did you not?

18   A.    Of course.

19   Q.    Okay.  And you testified about commissions that you did

20   pay to other sales agents.  You -- M & W paid commissions to

21   other sales agents that ranged from below 10 percent -- let's

22   start there, below 10 percent?

23   A.    Yes.

24   Q.    Above 10 percent?

25   A.    Yes.

1   **Q.**     Above 20 percent?

2   **A.**     Yes.

3   **Q.**     Above 30 percent?

4   **A.**     I think the maximum we paid to other agents was

5   30 percent, yes.

6   **Q.**     Okay.

7   **A.**     I think Mexico we did that at one time.  I don't recall

8   any place else.

9   **Q.**     If we could pull up DTX146, and let's highlight just the

10  top half of the document just for a second so you can orient

11  yourself.

12          THE COURT:  146, any objection?

13          MR. WISEMAN:  No objection, Your Honor.

14          THE COURT:  All right.  That may be admitted.

15          (Defendant's Exhibit 146 admitted into the record.)

16          THE WITNESS:  That's Mexico.

17  BY MR. McLAUGHLIN:

18  **Q.**     So this document refers to a transaction that MWI

19  completed in Mexico, correct?

20  **A.**     That's correct.

21  **Q.**     And this is your handwriting, isn't it?

22  **A.**     Yes.

23  **Q.**     Okay.  So, let's go down to the bottom of the page.  And

24  do you see in the bottom left -- the bottom left corner that

25  there's a commission rate noted of 30 percent?

1   A.    That's correct, as I said earlier, Mexico.

2   Q.    Okay.  Let's look -- I would like to pull up a different

3   exhibit, DTX199, and I'd ask that it be published.  There's no

4   objection to this exhibit.

5         THE COURT:  That may be admitted.

6         (Defendant's Exhibit 199 admitted into the record.)

7   BY MR. McLAUGHLIN:

8   Q.    And let's go to the second page of the exhibit, please.

9   And do you recognize that as a document relating to a

10  transaction in Panama?

11  A.    Yes, Cardoza Lindo was a representative in Panama.

12  Q.    And if we scroll down the page a little bit.

13        You see near the top what's highlighted, a total

14  commission of $16,838.60?

15  A.    Yes.

16  Q.    Okay.  And if you -- if we move back up the page, if you

17  look at the figure, the line that says "Price, FOB Factory."

18  A.    That's correct.

19  Q.    And the amount is $36,558?

20  A.    Yes.

21  Q.    The commission rate would be determined by applying the

22  commission to that price, correct?

23  A.    Um-hmm.

24  Q.    Okay.  I don't have a calculator right in front of me,

25  but --

1    A.     It's 20 percent right there.

2    Q.     Okay.  But if you take the commission percent amount of

3    $16,838.60 and you divide that by $36,558, you come out with a

4    figure that's about 45 percent, do you not?

5    A.     Well, I don't -- you know, we would have to analyze this

6    document for me to say I agree or not.  I read 20 percent in the

7    document.  Somewhere in there I saw it.

8    Q.     But you agree, do you not, that the commission amount

9    divided by the FOB price determines the rate of commission --

10          THE WITNESS:  -- I don't think the --

11          THE COURT:  One at a time, everybody.

12   BY MR. McLAUGHLIN:

13   Q.     I'm sorry.  Do you agree with me that the total

14   commission paid divided by the FOB price equals the commission

15   rate paid?

16   A.     I would have to analyze the document before I say yes or

17   no.

18   Q.     Do you --

19   A.     But.

20   Q.     Not looking at that document, do you agree with that in

21   terms of MWI's practice?

22   A.     If you divide 16 by 45, it's not 45 percent.

23   Q.     Okay.  I'm asking you, sir, if -- do you agree -- let's

24   forget this document for just a moment -- that for MWI, if you

25   wanted to come up with the percentage rate that was paid in

1    commission, that you would divide the amount of the commission

2    by the FOB price of the products?

3    A.    Yes, of course.  That's how you come up with the

4    commission -- or the percentage.

5    Q.    And so if that was -- if that was done in this exhibit

6    that we had looked at, whatever that percentage was would

7    effectively been the percent of commission that was paid?

8    A.    If that was everything that we sold, yes.

9    Q.    Okay.

10   A.    As I said, I would have to analyze the document before I

11   pass judgment on it.

12   Q.    And MWI paid -- had a formula that related to payment of

13   commissions, did it not?

14   A.    Yes.  Well, actually, not for payment of commissions; we

15   had a formula for reaching list price, international and

16   domestic.

17   Q.    The formula that MWI had, MWI had it while -- well,

18   there's that formula.  I want to talk about, there was a formula

19   from which you could reach the percent commission that would be

20   paid on a project, correct?

21   A.    I think that the commissions were negotiated on a

22   country-by-country basis.  I don't remember that we had a

23   specific formula that we would apply everywhere.

24   Q.    Okay.  Would that have been Mr. Rogiers or Mr. Lang's

25   responsibility?

**A.**     No.  The commissions were determined by myself and --

**Q.**     Okay.  So you negotiated then?

**A.**     Exactly.

**Q.**     Does that mean that there couldn't be a formula that applied as well?

**A.**     Maybe a formula was developed, which I don't remember, but all I know is we negotiated commissions with every agent.

**Q.**     And part of that negotiation was that the agent needed to sell the project at a certain price level to afford -- to make -- to justify the commission rate that they were seeking?

**A.**     As I say, it varies from country-to-country, and it also has to do with the ability of the agent to negotiate.

**Q.**     Okay.  And in countries in which there was -- Well, let me come back to that.  I was looking at your deposition, and I just wanted to ask you, Mr. Ponce, you were never involved in bribing any Nigerian state officials with respect to the eight state projects, were you?

**A.**     No, I wasn't.

**Q.**     Okay.  And Mr. Indimi was never involved in that either, was he?

**A.**     I cannot speak for Indimi.

**Q.**     You don't have any -- you don't have any evidence that he paid any state officials any bribes, do you?

**A.**     I don't have any evidence.  I never saw anything.

**Q.**     Thank you.  And MWI, had it not, had committed to a

1  policy that it would never be involved in anything like bribery;

2  isn't that right?

3  **A.**     That is correct.

4  **Q.**     And that was with Mr. Eller?

5  **A.**     Yes.

6  **Q.**     And that was with Mr. Roegiers?  That was with everybody

7  at MWI?

8  **A.**     Everybody, yes.

9  **Q.**     Including yourself?

10 **A.**     Including myself.

11 **Q.**     Now, we talked a little bit about carrying cash.

12 Mr. Indimi often carried cash, correct?

13 **A.**     All the time.

14 **Q.**     All the time.  And to your knowledge, so did all Nigerian

15 businessmen during this time, correct?

16 **A.**     Yes.

17 **Q.**     Usually in briefcases or other cases?

18 **A.**     Briefcases, brown bags, you know, whichever is available.

19 **Q.**     Okay.  In fact, if you -- if you arrived in Nigeria and

20 wanted to exchange some money to have naira or the local cash,

21 you would also receive it in a bag of some sort, would you not?

22 **A.**     Yeah, you would have to go to the black market, and that

23 was the main source of Nigerian currency.

24 **Q.**     And one of the reasons that cash was needed was because

25 there were concerns about the use of credit cards and whether

1  credit card information could be stolen?

2  **A.**     Well, concerns of credit cards stolen is not the issue.

3  I mean, many places they do not take credit cards, they only

4  accept cash.

5  **Q.**     So they would only accept cash, so you needed to have

6  cash?

7  **A.**     Exactly.

8  **Q.**     Okay.  And when you traveled around Nigeria or when other

9  people from Nigeria did, they needed to carry cash, too, didn't

10  they?

11  **A.**     Well, basically most of the time we traveled with Indimi,

12  and Indimi would take care of us, as we say.  When we travelled

13  by ourselves or were at a hotel, we paid cash, yes.

14  **Q.**     Okay.

15  **A.**     You had to exchange dollars on the black market to be

16  able to get the cash.

17  **Q.**     Okay.  So, Mr. Indimi, he had this cash on him in order

18  to pay expenses for MWI people?

19  **A.**     Oh, he did it all the time.

20  **Q.**     Okay.  And he had to have cash to pay other travel

21  expenses like refueling the plane, didn't he?

22  **A.**     That's correct.

23  **Q.**     Mr. Ponce, you considered Mr. Indimi a very good sales

24  agent, did you not?

25  **A.**     I considered him a very shrewd businessman.

1   Q.     Okay.  And it's your testimony, is it not, that without

2   Mr. Indimi's assistance, none of these projects like the eight

3   state projects would have ever come to fruition for MWI?

4   A.     That is absolutely right.

5   Q.     So without Mr. Indimi's help, none of the revenue and

6   jobs that were generated by these projects would have ever

7   materialized for MWI?

8   A.     There was only one project that we -- two projects that

9   were done without Indimi, the first one that David Eller sold in

10  Nigeria before I joined the company and the one that we sold

11  through the British company.

12  Q.     Okay.  And I think this may have been your word before,

13  but would you agree that he was instrumental in the sales?

14  A.     Without him, we couldn't have sold anything.

15  Q.     And when MWI, in terms of the price that MWI was able to

16  receive for the sale price that it was able to receive, that was

17  in part due to Mr. Indimi's efforts, was it not?

18  A.     Well, the fact -- I would call it the fact that we had no

19  competition, so we were able not only to pay Indimi the high

20  commissions, but also to have very high profits for the company.

21         THE COURT:  Do you need a break?

22         A JUROR:  I'm so sorry, yes.

23         THE COURT:  I kept looking at everybody to see how you all

24  were doing.  Let's take just a quick ten minutes, if we can,

25  please.

 1          (Thereupon, a break was had from 11:29 a.m. until

 2   11:43 a.m.)

 3          (Jury in at 11:44 a.m.)

 4          THE COURT:  Please be seated, everybody.

 5          Can you give me some idea about how long your cross will

 6   be counting, of course, the few minutes we've got left and

 7   tomorrow?

 8          MR. McLAUGHLIN:  I'm going to finish.  I'm going to finish

 9   within, I think, five minutes, Your Honor.  I'm almost completed

10   with his cross.

11          THE COURT:  This morning?

12          MR. McLAUGHLIN: Yes.

13          THE COURT:  Okay.  Well, go ahead.  That's fine.

14          MR. McLAUGHLIN:  Okay.

15   BY MR. McLAUGHLIN:

16   Q.    Okay.  Mr. Ponce, in situations in countries where there

17   was competition on various projects, those situations usually

18   resulted in lower commissions, correct?

19   A.    That's correct.

20   Q.    Because in those more competitive situations, it was --

21   it was more difficult to sell the product at a higher price?

22   A.    That is correct.

23   Q.    And so those situations would afford lower commissions?

24   A.    That is correct.

25   Q.    And it was the pricing that -- Well, MWI had to more

1   competitively price its product to the buyer because other

2   companies were also providing pricing, correct?

3   **A.**    That's correct.

4   **Q.**    Okay.  And that's -- and that's why the commission that

5   would come out of such a product would then be lower, because

6   the pricing had to be lower as well?

7   **A.**    Yeah.  Commission is a part of the price, so depending on

8   each particular project and the conditions of each project, you

9   know, determines the level of commission.

10   **Q.**    Okay.  And so it was in that way that you had an

11   understanding that other competitors were likely paying lower

12   commissions as well?

13   **A.**    That's correct.

14   **Q.**    Okay.  You didn't have some kind of list of competitor

15   commission rates that MWI had back at the office, right?

16   **A.**    Of course not.

17   **Q.**    Okay.  And these eight state projects, they took some

18   seven years to be fully completed end-to-end, correct?

19   **A.**    Took how much?

20   **Q.**    Some seven years, from the late 1980s all the way through

21   at least 1994?

22   **A.**    No.  The state projects is one that came about towards

23   the end of us doing business in Nigeria, and it was like the,

24   you might say, the ultimate thing for us because at that time

25   Indimi had basically a lot of influence, you know, a lot of

1    people he knew, and the governors were very receptive to us.

2    **Q.**    Right.  And he was a respected businessman in Nigeria?

3    **A.**    He was much respected, yes.

4    **Q.**    Okay.  And do you dispute that MWI was working on getting

5    the eight state projects to materialize as early as the late

6    1980s?

7    **A.**    We always worked to materialize projects as soon as

8    possible.

9    **Q.**    Okay.

10   **A.**    So, we didn't have a timeframe.

11   **Q.**    Okay.  So you don't dispute that MWI was working on what

12   ultimately became the eight state projects as early as the late

13   1980s?

14   **A.**    Late -- I think the eight state projects was something in

15   the '90s.  I don't recall -- it's -- because in the '80s we were

16   doing other projects as well.

17        Basically, basically, our promotion of projects in

18   Nigeria were based on when Ex-Im Bank was open.

19   **Q.**    Would you be willing to agree -- you would agree, though,

20   that if there were record documents showing MWI's efforts,

21   including negotiating with Ex-Im Bank that went back into the

22   early '90s or late 1980s, that that would show, would it not,

23   that MWI was working on these projects from back at that time?

24   **A.**    Well, as I said, if the evidence is there, I -- you're

25   talking a long time ago.

1   **Q.**    And you recall that the shipments took place in -- from

2   late 1992 all the way through late 1994, correct?

3   **A.**    Yes, I think that's about correct.

4   **Q.**    Okay.  And during all of this time that MWI was working

5   on these sales, Mr. Indimi would only earn commissions once the

6   sales were completed, correct?

7   **A.**    That is correct.

8        MR. McLAUGHLIN:  Okay.  Thank you very much.

9        THE COURT:  All right.  Counsel, if you would both

10  approach for just a minute, please.

11       (Following sidebar discussion had on the record:)

12       THE COURT:  I've been told -- I haven't seen it yet --

13  that at least one of the jurors has questions for this witness,

14  and I'm telling you that just in terms of his schedule.

15       MR. WISEMAN:  I think he can be here tomorrow morning if

16  we needed him to.

17       THE COURT:  All right.  That's what I wanted to check on.

18  How long would your redirect be?

19       MR. WISEMAN:  Three to five minutes.

20       THE COURT:  Okay.  What time do you have?

21       MR. McLAUGHLIN:  I have 10 of.

22       THE COURT:  Oh, good.  I will call for the questions,

23  then, and I'll let the jury go, and if we don't have time, at

24  least you know you'll get copies of them.

25       MR. McLAUGHLIN:  Sorry.  May I, just to clarify?

1    Mr. Wiseman is going to do his examination and then we'll remove

2    the jury and go over the questions?

3            THE COURT:  Yes, yes.

4            MR. McLAUGHLIN:  Thank you, understood.

5            (Sidebar discussion concluded.)

6            THE COURT:  Mr. Ponce, please, and we will have redirect

7    at this time.

8                    REDIRECT EXAMINATION OF JUAN PONCE

9    MR. WISEMAN:

10   Q.     Good morning again, Mr. Ponce.

11   A.     Almost good afternoon.

12   Q.     Almost.  I just have one or two questions for you.  Tim,

13   could I ask you to bring up Defendant's 146, please.  It's

14   admitted.  Mr. McLaughlin was asking some questions about this.

15          Mr. Ponce, can you see this exhibit?

16   A.     Yes.

17   Q.     And --

18          THE COURT:  146 is not in yet; is that correct?

19          THE COURTROOM CLERK:  146 has been admitted.

20          THE COURT:  Oh, it has been.  Okay.

21   BY MR. WISEMAN:

22   Q.     Was there a second page to this exhibit as well?  Could

23   you bring them both up?  And Mr. Ponce, do you recall

24   Mr. McLaughlin asking you some questions about this exhibit?

25   A.     Yes.

1  **Q.**     And you agreed with him that there was a 30 percent

2  commission paid.  And where was this -- did this transaction

3  occur?

4  **A.**     Mexico.

5  **Q.**     And was this an Ex-Im project?

6  **A.**     No.

7  **Q.**     And do you recall what the total commission was?  Can you

8  tell from the exhibit?

9  **A.**     $449,961.

10  **Q.**     And do you recall what Mr. Indimi's commission was, total

11  commission on the eight states project?

12  **A.**     Probably in the range of 27, $30 million.

13  **Q.**     So this is a lot smaller; is that correct?

14  **A.**     Yes, that's correct.

15  **Q.**     And Tim, could you pull up Defendant's 199?  And was

16  there a second page to this as well?

17         Do you recall Mr. McLaughlin asking you about this -- the

18  commission paid on this project as well?

19  **A.**     Yes.

20  **Q.**     And where did this project take place, if you can tell?

21  **A.**     In Panama.

22  **Q.**     And this was not an Ex-Im project, was it?

23  **A.**     No, it wasn't.

24  **Q.**     And what was the total commission paid on this project?

25  **A.**     $16,838.60.

1    Q.    And do you know what percentage that would be of 25

2    million?

3          MR. McLAUGHLIN:  Objection, irrelevant.

4          THE WITNESS:  Very, very small.

5          THE COURT:  It's overruled.  He may answer.

6          THE WITNESS:  It's -- I mean, it's very minute.

7          MR. WISEMAN:  No further questions, Your Honor.

8          THE COURT:  All right.  You may step down for a few

9    minutes.

10         And ladies and gentlemen, I've been told that one or more

11   of you do have questions, is that right?  Would you please hand

12   them to Ms. Hightower.  I'm going to excuse you now, Mr. Ponce,

13   as we -- not you, Mr. Ponce -- as we all agreed or understood.

14   Mr. Ponce will be back tomorrow morning.  And in the meantime, I

15   will follow the procedure that I told you.  I'll make sure that

16   copies are made of the questions so that counsel get a chance to

17   look at them before tomorrow morning, and if the questions, some

18   or all of them are appropriate for asking Mr. Ponce, he will be

19   here to answer your questions.

20         Remember all your warnings, everybody.  Don't talk about

21   the case with anyone.  It is -- you should absolutely have an

22   open mind at this point and you shouldn't jump to any conclusions

23   because there's more evidence to come in.  Of course, don't yet

24   start talking amongst yourselves about the case.  I can't -- I

25   don't want to guess as to when that will be.  And I'll see you

1    all tomorrow.  If the Red Line cooperates, I'll see you all at

2    9:00, all right.

3            (Jury out at 11:55 a.m.)

4            THE COURT:  And counsel -- everybody, please be seated --

5    I will have Ms. Hightower make copies right now so that we can

6    talk about the questions first thing tomorrow morning.  Everyone

7    may be excused, though, but you should wait for copies, please.

8            (Proceedings adjourned at 11:56 a.m.)

9                    **C E R T I F I C A T E**

10

11                   I, Scott L. Wallace, RDR-CRR, certify that
             the foregoing is a correct transcript from the record of
12           proceedings in the above-entitled matter.

13

14           ----------------------------        ----------------
             **Scott L. Wallace, RDR, CRR**              **Date**
15             **Official Court Reporter**

16

17

18

19

20

21

22

23

24

25

1

**I N D E X**

2

3

**EXAMINATIONS**                                                          **Page**

4

DIRECT EXAMINATION OF JUAN PONCE                          4
5
BY MR. WISEMAN
CROSS-EXAMINATION OF JUAN PONCE                          48
6
BY MR. McLAUGHLIN:
REDIRECT EXAMINATION OF JUAN PONCE                       88
7
MR. WISEMAN

8

**EXHIBITS**

9

**DESCRIPTION**

10

Defendant's Exhibit 94 admitted                          73
11
Defendant's Exhibit 199 admitted                         77
Defendant's Exhibit 146 admitted                         76

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$10** [1] - 29:17
**$15** [1] - 15:14
**$16,838.60** [3] - 77:14; 78:3; 89:25
**$20** [1] - 29:15
**$25** [1] - 29:13
**$30** [1] - 89:12
**$36,558** [2] - 77:19; 78:3
**$449,961** [1] - 89:9
**$92** [2] - 27:14; 69:8

## '

**'72** [1] - 6:5
**'75** [1] - 49:6
**'78** [1] - 52:11
**'79** [3] - 52:11; 53:23
**'80s** [4] - 15:25; 17:17; 18:8; 86:15
**'90s** [3] - 55:19; 86:15, 22
**'94** [6] - 29:1, 23; 36:13; 60:20; 61:2, 20

## 1

**1** [3] - 9:17; 29:21
**1.2** [2] - 9:14; 13:1
**10** [7] - 15:13; 30:6; 75:21, 24; 87:21
**100** [2] - 20:1; 46:21
**1000** [1] - 2:8
**1001** [5] - 2:16, 19, 23; 3:3, 7
**1100** [2] - 2:23; 3:7
**11:29** [1] - 84:1
**11:43** [1] - 84:2
**11:44** [1] - 84:3
**11:55** [1] - 91:3
**11:56** [1] - 91:8
**13** [2] - 1:6; 4:1
**146** [6] - 76:12, 15; 88:13, 18-19; 92:11
**15** [1] - 28:12
**16** [1] - 78:22
**19** [1] - 32:24
**1968** [2] - 5:8
**1971** [1] - 6:5
**1974** [2] - 6:10; 49:5
**1975** [3] - 6:18; 7:15; 8:4
**1977** [1] - 10:10
**1978** [2] - 12:6; 52:11
**1979** [1] - 14:7
**1980** [11] - 7:15; 10:21, 23; 12:5; 19:2; 52:8-10; 53:22; 74:7, 10
**1980s** [12] - 20:16; 21:9; 22:18; 55:13; 64:13; 67:17; 68:23; 85:20; 86:6, 13, 22
**1981** [1] - 19:2
**1983** [1] - 62:2
**199** [3] - 77:6; 89:15; 92:11
**1990** [3] - 29:1, 23; 36:12

**1990s** [4] - 62:6; 67:17; 68:22
**1992** [4] - 60:20; 61:2, 20; 87:2
**1994** [2] - 85:21; 87:2
**1996** [2] - 43:11; 45:22

## 2

**2** [4] - 18:19; 22:7; 29:19
**2.7847** [1] - 16:24
**20** [3] - 76:1; 78:1, 6
**20001** [1] - 3:12
**20004** [2] - 1:21; 2:9
**20004-2505** [3] - 2:16, 20; 3:3
**20004-2595** [2] - 2:24; 3:8
**20005** [1] - 2:5
**2013** [2] - 1:6; 4:1
**202** [10] - 1:16, 22; 2:5, 9, 13, 17, 20-21, 24; 3:4
**202-624-2721** [1] - 3:8
**202.354.3196** [1] - 3:13
**20530** [2] - 1:16; 2:13
**21** [2] - 29:10; 43:7
**24-inch** [2] - 11:21; 51:5
**25** [4] - 15:24; 28:18; 72:13; 90:1
**252-2531** [1] - 1:16
**27** [2] - 28:18; 89:12
**281** [1] - 62:20
**284** [5] - 32:9; 35:6; 61:14; 62:19, 21

## 3

**3** [9] - 12:25; 13:1; 14:1; 18:19; 22:7, 9; 52:4, 21; 53:22
**30** [8] - 14:4; 28:21; 72:19; 73:4; 76:3, 5, 25; 89:1
**307-3852** [1] - 1:22
**383** [1] - 42:20

## 4

**4** [2] - 1:9; 92:4
**4-inch** [1] - 31:5
**4.07** [1] - 16:25
**40** [6] - 15:24; 28:19; 72:13, 17
**45** [2] - 78:4, 22
**48** [1] - 92:5

## 5

**5** [3] - 22:10, 12; 31:18
**5,000** [1] - 41:8
**50** [1] - 37:1
**50,000** [2] - 37:17; 38:1
**500s** [1] - 39:5
**505** [1] - 2:8
**514-0132** [1] - 1:22
**514-7228** [1] - 2:13

**514-8780** [1] - 1:17
**532-4311** [1] - 2:5
**555** [2] - 1:15; 2:12

## 6

**6** [1] - 14:6
**6-inch** [1] - 31:5
**60** [1] - 31:6
**60-inch** [2] - 31:6
**601** [2] - 1:20; 2:4
**624-2500** [2] - 2:20, 24
**624-2545** [1] - 2:17
**624-2948** [1] - 3:4
**628-5116** [3] - 2:21, 24; 3:4
**6503** [1] - 3:12

## 7

**70,000** [1] - 37:1
**73** [1] - 92:10
**76** [1] - 92:11
**77** [1] - 92:11
**776-7824** [1] - 2:9

## 8

**8-inch** [1] - 31:5
**800** [1] - 71:17
**81** [1] - 17:12
**85** [2] - 28:11
**88** [1] - 92:6

## 9

**9** [6] - 17:11, 14
**90** [1] - 27:14
**9032** [1] - 1:21
**9237** [1] - 2:4
**94** [3] - 73:5, 12; 92:10
**98-2088** [2] - 1:5; 4:6
**9:00** [1] - 91:2
**9:30** [1] - 1:6; 4:2

## A

**a.m** [8] - 1:6; 4:2; 84:1-3; 91:3, 8
**abilities** [1] - 9:7
**ability** [2] - 27:6; 80:12
**able** [11] - 8:16; 31:16; 49:25; 50:4, 6; 65:23; 73:14; 82:16; 83:15, 19
**above-entitled** [1] - 91:12
**absolutely** [9] - 7:17; 10:8; 45:5; 50:19; 54:18; 57:3; 72:8; 83:4; 90:21
**Abuja** [2] - 36:21; 38:14
**accept** [4] - 46:17; 82:4

**acceptable** [1] - 59:14
**accommodate** [1] - 28:9
**account** [2] - 14:11
**accountant** [3] - 25:18, 23
**acquaintance** [1] - 7:10
**Action** [1] - 1:4
**active** [1] - 8:17
**actual** [2] - 10:16; 51:3
**additional** [1] - 35:8
**adjourned** [1] - 91:8
**admitted** [15] - 32:8; 35:7; 62:20; 69:23; 73:10, 12; 76:14; 77:5; 88:14, 19; 92:10
**advised** [1] - 49:19
**affect** [2] - 18:1
**affected** [1] - 30:19
**afford** [7] - 16:10, 14; 30:5, 7-8; 80:9; 84:23
**afraid** [1] - 11:9
**afternoon** [1] - 88:11
**agencies** [1] - 20:8
**agent** [10] - 21:15; 29:12; 52:13, 16, 18; 58:11; 80:7, 12; 82:24
**agents** [12] - 9:20, 23; 16:1; 29:2, 25; 31:13; 75:12, 16, 20-21; 76:4
**ago** [1] - 86:25
**agree** [9] - 44:16; 78:6, 8, 13, 20, 23; 83:13; 86:19
**agreed** [3] - 28:25; 89:1; 90:13
**Agreement** [1] - 74:1
**agreement** [3] - 10:6; 74:9
**agricultural** [1] - 5:5
**agriculture** [5] - 15:5; 18:14; 19:20; 21:8; 65:20
**agrineer** [1] - 5:3
**ahead** [7] - 17:6; 25:4; 29:8; 35:9; 42:21; 59:7; 84:13
**AID** [1] - 22:8
**aided** [1] - 3:15
**aides** [1] - 40:23
**aiming** [1] - 26:25
**air** [1] - 12:4
**airplane** [1] - 12:4
**airport** [3] - 12:21; 74:17
**Akwa** [1] - 71:1
**Alexina** [1] - 3:6
**Alhaji** [17] - 12:12-14, 20; 13:10, 18-19, 22; 14:7; 19:14, 16; 23:4; 37:24; 49:15, 17; 52:24
**alive** [2] - 5:24; 10:16
**aljackson@crowell.com** [1] - 3:9
**allowable** [2] - 60:11, 15
**allowed** [3] - 37:25; 56:14, 16
**allows** [1] - 55:25
**almost** [4] - 36:14; 84:9; 88:11
**alone** [2] - 22:4; 30:16
**alternative** [1] - 11:13
**ambiguous** [1] - 63:23
**America** [6] - 1:4; 7:5, 16; 9:19; 30:3

**American** [1] - 10:18
**amount** [9] - 28:9; 30:20; 52:4; 68:15; 71:19; 77:19; 78:2, 8; 79:1
**analyze** [3] - 78:5, 16; 79:10
**answer** [10] - 24:8; 31:24; 34:7; 59:9; 61:1, 6; 68:16, 18; 90:5, 19
**answered** [2] - 31:23; 59:6
**answers** [1] - 59:10
**Apapa** [1] - 14:9
**apartment** [1] - 40:5
**apologize** [1] - 49:20
**APPEARANCES** [2] - 1:12; 2:1
**applied** [2] - 28:25; 80:5
**apply** [1] - 79:23
**applying** [1] - 77:21
**approach** [5] - 27:1; 43:19; 48:7; 69:11; 87:10
**approached** [1] - 14:1
**approaching** [2] - 11:9; 50:5
**appropriate** [1] - 90:18
**approval** [1] - 10:7
**approvals** [1] - 28:5
**approve** [1] - 10:5
**approved** [2] - 14:19, 21
**area** [3] - 7:24; 49:12; 74:7
**Aronica** [1] - 2:7
**arrangement** [1] - 47:13
**arrived** [2] - 13:5; 81:19
**Asia** [1] - 30:4
**aside** [1] - 66:4
**assigned** [1] - 5:19
**assist** [3] - 39:10; 55:22; 57:5
**assistance** [2] - 68:21; 83:2
**assistant** [1] - 25:10
**assisted** [1] - 68:9
**Associates** [3] - 5:11, 13, 15
**assume** [1] - 64:7
**Athens** [1] - 11:15
**attempt** [1] - 47:4
**attempting** [1] - 44:3
**attended** [1] - 58:11
**attending** [3] - 57:8, 11; 58:5
**attention** [1] - 46:15
**Attorney** [4] - 1:14, 18; 2:3, 11
**ATTORNEY'S** [2] - 1:14; 2:11
**Authority** [8] - 11:8; 13:17; 15:5; 23:4, 6; 49:23; 65:16
**available** [4] - 40:24; 63:7, 9; 81:18
**Avenue** [5] - 2:16, 19, 23; 3:3, 7
**awarded** [2] - 11:4; 31:17
**aware** [4] - 24:16; 29:2, 24; 31:19; 32:25; 37:24; 74:25; 75:2
**awareness** [1] - 31:11
**Awari** [1] - 42:13

**B**

**background** [1] - 4:23
**bag** [1] - 81:21

**bags** [1] - 81:18
**Bank** [52] - 8:7, 18; 14:9; 18:24; 19:3, 5, 8, 12, 24; 20:10, 12, 14, 17, 20; 21:2, 23; 22:9; 26:11; 27:2, 4, 10; 28:10; 32:20; 55:10, 18, 21; 56:2, 4, 8, 13; 57:9, 24; 58:5, 12, 14; 59:18, 20, 24; 67:5; 68:2, 5, 7, 9, 12; 69:12; 86:18, 21
**bank** [1] - 14:9
**Bank's** [2] - 55:25; 57:4
**base** [1] - 36:21
**based** [4] - 13:17; 27:1; 86:18
**bases** [2] - 57:24; 58:1
**Basin** [11] - 11:8; 13:17; 14:23; 15:4, 10, 12, 19; 17:18; 18:16; 23:3, 5-6; 49:12, 23-24; 50:1; 54:22; 65:15
**basin** [1] - 13:25
**basins** [6] - 13:14, 16; 24:11; 52:25; 53:1; 54:4
**Basins** [1] - 19:18
**basis** [1] - 79:22
**Beach** [5] - 9:9; 12:13; 37:14; 41:11; 61:9, 12
**bear** [1] - 62:16
**became** [13] - 6:6, 9; 10:15, 17; 15:4, 7; 25:19, 24; 70:23, 25; 71:16; 86:12
**become** [5] - 10:9, 13; 19:16; 26:15; 52:13
**becoming** [1] - 51:12
**BEFORE** [1] - 1:10
**began** [1] - 19:11
**beginning** [4] - 4:23; 10:21; 19:18; 70:3
**belief** [2] - 63:19; 64:23
**below** [1] - 75:21
**benefitting** [1] - 56:24
**Benue** [3] - 13:16; 23:5; 65:16
**best** [3] - 4:8; 40:6; 72:16
**bet** [1] - 44:20
**better** [1] - 35:25
**between** [3] - 15:23; 19:7; 28:18
**Beverly** [1] - 1:13
**beverly.russell@usdoj.gov** [1] - 1:17
**beyond** [2] - 54:20; 66:23
**bias** [1] - 44:4
**bicycle** [4] - 41:7, 12, 19; 70:8
**bid** [1] - 8:12
**bidders** [1] - 8:10
**big** [10] - 18:13; 19:6, 16-17, 19; 38:14, 18; 39:21, 23; 40:1
**bigger** [8] - 19:8; 26:15; 56:14, 18
**biggest** [1] - 53:9
**Bill** [4] - 18:25; 19:3; 25:6; 33:23
**bit** [8] - 14:22; 26:5; 55:14; 63:23; 64:11, 15; 77:12; 81:11
**black** [2] - 81:22; 82:15
**blow** [1] - 73:24
**blow-up** [1] - 73:24
**bmclaughlin@crowell** [1] - 2:25
**Boca** [3] - 5:13; 39:20, 22

**books** [1] - 75:8
**born** [2] - 4:25; 6:8
**boss** [2] - 63:12, 14
**bottom** [7] - 16:22, 24; 17:11; 73:18; 76:23
**bought** [2] - 24:11; 39:7
**Branch** [1] - 1:19
**brand** [1] - 50:22
**break** [2] - 83:21; 84:1
**Brian** [5] - 2:22; 25:7; 42:15; 48:13; 61:25
**bribe** [1] - 45:2
**bribery** [1] - 81:1
**bribes** [1] - 80:23
**bribing** [1] - 80:16
**brief** [1] - 45:7
**briefcase** [1] - 41:13
**briefcases** [2] - 81:17
**briefly** [1] - 4:22
**bring** [5] - 32:13; 45:19; 69:21; 88:13, 23
**bringing** [1] - 53:3
**British** [6] - 8:11, 19; 49:14; 83:11
**brother** [1] - 7:11
**brother-in-law** [1] - 7:11
**brought** [7] - 8:25; 19:24; 49:11, 21; 50:2; 53:9; 74:17
**Brown** [4] - 20:18; 21:22; 57:15, 23
**brown** [2] - 58:18; 81:18
**Bucknam** [9] - 18:25; 19:3, 23; 20:2, 11; 25:7; 33:23; 34:22
**build** [2] - 37:5; 50:4
**Building** [1] - 2:12
**building** [1] - 37:2
**built** [3] - 37:9; 41:21
**bunch** [1] - 24:11
**bush** [1] - 11:19
**business** [19] - 6:10; 7:6, 16, 21; 8:4; 9:18; 10:22; 12:1, 8; 16:3; 20:20; 24:2; 57:23; 62:4; 68:1; 69:14; 75:11; 85:23
**businessman** [3] - 20:4; 82:25; 86:2
**businessmen** [1] - 81:15
**buy** [5] - 31:3; 39:8; 41:3; 56:9
**buyer** [7] - 54:3; 56:1, 5, 8; 65:23; 70:25; 85:1
**buyers** [3] - 64:24; 65:9; 70:24
**BY** [33] - 4:16; 5:6; 17:7, 23; 22:16; 23:17; 24:15; 25:3; 28:2; 31:8; 32:2, 11; 34:10; 35:10; 36:11; 37:8, 16; 38:5; 39:15; 42:11, 25; 48:10; 59:8; 62:23; 70:1; 73:13; 76:17; 77:7; 78:12; 84:15; 88:21; 92:5

---

# C

**CA** [1] - 4:6
**Calabar** [1] - 40:17
**calculator** [1] - 77:24
**canals** [3] - 11:10, 13; 50:6

**cannot** [3] - 31:17; 80:21
**capital** [1] - 36:22
**car** [4] - 39:1; 40:7, 9
**card** [1] - 82:1
**Cardoza** [1] - 77:11
**cards** [4] - 42:3; 81:25; 82:2
**care** [2] - 7:4; 82:12
**career** [1] - 15:6
**Carmen** [2] - 5:13
**carried** [1] - 81:12
**carry** [1] - 82:9
**carrying** [4] - 41:25; 81:11
**cars** [6] - 38:25; 39:2, 6, 10, 16
**case** [13] - 26:7; 41:1; 44:3, 6; 45:5, 16; 46:24; 50:16; 56:9; 66:25; 75:1; 90:21, 24
**case-in-chief** [1] - 44:3
**cases** [5] - 44:9; 65:21, 23; 66:25; 81:17
**cash** [24] - 14:2, 5; 41:25; 42:1, 3; 53:25; 54:10, 14-16; 81:11, 20, 24; 82:4-6, 9, 13, 16-17, 20
**categorically** [1] - 44:22
**cattle** [1] - 7:23
**caught** [1] - 35:4
**center** [1] - 5:19
**Center** [1] - 2:12
**certain** [2] - 58:25; 80:9
**certainly** [6] - 34:6; 44:15; 47:4, 23; 72:23
**Certificate** [11] - 32:18, 22; 33:1; 34:14; 35:14; 59:25; 60:18; 61:15, 22; 62:16; 63:1
**certificate** [1] - 33:5
**Certificates** [4] - 33:7; 35:21; 61:18; 62:10
**certify** [1] - 91:11
**cetera** [2] - 20:10; 38:3
**cgillingham@crowell.com** [1] - 3:5
**Chad** [18] - 11:7, 17; 13:7; 14:23; 15:4, 9-10, 12, 19; 17:18; 49:12, 22-24; 50:1; 54:22; 65:15
**chance** [1] - 90:16
**changed** [1] - 42:4
**changeovers** [1] - 67:21
**changes** [1] - 67:23
**charge** [5] - 16:3; 26:1; 30:20; 31:15; 67:1
**Charlotte** [1] - 3:2
**check** [1] - 87:17
**chief** [1] - 44:3
**children** [1] - 6:8
**CIF** [1] - 66:11
**circumstances** [5] - 5:17; 43:14; 44:5; 45:13; 46:23
**cities** [1] - 38:13
**Civil** [3] - 1:4, 15, 19
**claim** [1] - 44:7
**clarify** [3] - 27:16; 31:20; 87:25

**clear** [9] - 23:8; 45:3, 22; 46:21; 49:20; 51:21; 54:13; 62:1; 66:15
**clearly** [3] - 32:12, 14; 35:11
**CLERK** [4] - 62:18, 21; 69:23; 88:19
**client** [3] - 49:1; 66:10; 67:2
**close** [2] - 61:10; 72:18
**closed** [2] - 68:3, 9
**closer** [1] - 28:21
**collect** [1] - 33:4
**collects** [1] - 48:6
**college** [1] - 5:7
**COLUMBIA** [1] - 1:2
**coming** [1] - 41:14
**Commercial** [1] - 1:19
**commission** [42] - 10:7; 14:14, 17; 15:15, 18; 28:13, 16, 22; 29:13; 33:14; 43:2; 57:20; 72:3, 6, 9, 12; 76:25; 77:14, 21-22; 78:2, 8-9, 14; 79:1, 4, 7, 19; 80:10; 85:4, 7, 9, 15; 89:2, 7, 10-11, 18, 24
**commissions** [73] - 9:22, 25; 15:22; 16:1, 4-5, 7, 10, 12, 14; 17:20, 24; 21:19; 22:2, 6; 28:18, 24; 29:3, 5; 30:1, 5, 8, 19; 31:12, 14, 17-18, 21; 33:11; 34:2, 12; 35:2; 58:20, 23; 59:13, 20, 24; 60:6, 12; 63:16, 20, 22, 24; 64:1, 4, 7-8; 72:20, 23; 73:3; 75:5, 7, 10, 12-13, 19-20; 79:13, 21; 80:1, 7; 83:20; 84:18, 23; 85:12; 87:5
**commitment** [4] - 21:25; 58:2, 4
**Commitment** [1] - 58:3
**committed** [1] - 80:25
**companies** [3] - 8:11; 29:25; 85:2
**company** [31] - 5:24; 6:21; 7:1, 3, 13; 8:18, 21; 10:2, 5, 9, 14; 11:3; 19:1; 25:19, 21-22; 37:14; 39:12; 49:5; 53:17; 56:22; 61:8, 24; 62:5; 63:7; 83:10, 20
**compare** [2] - 16:5; 29:5
**competing** [3] - 30:11; 31:10, 16
**competition** [10] - 15:21; 16:9; 30:3, 10, 15, 18; 83:19; 84:17
**competitive** [1] - 84:20
**competitively** [1] - 85:1
**competitor** [2] - 29:25; 85:14
**competitors** [6] - 30:14; 31:11, 21, 25; 85:11
**complete** [4] - 55:17; 69:17; 72:4, 9
**completed** [7] - 11:6; 13:3; 72:4; 76:19; 84:9; 85:18; 87:6
**completely** [1] - 54:16
**compound** [4] - 37:19, 23; 38:14, 20
**computer** [1] - 3:15
**computer-aided** [1] - 3:15
**conceived** [2] - 26:11, 24
**concept** [2] - 55:14; 70:8
**concern** [6] - 33:12, 19, 25; 34:24; 63:25
**concerned** [2] - 63:15, 23
**concerns** [8] - 33:6, 9-10, 16; 35:20, 23; 81:25; 82:2

**concluded** [2] - 47:25; 88:5
**conclusions** [1] - 90:22
**concrete** [2] - 50:4, 13
**conditions** [1] - 85:8
**confer** [3] - 45:7; 47:10
**confirm** [1] - 73:17
**confused** [1] - 51:22
**connection** [2] - 22:19; 33:2
**connections** [2] - 19:13; 68:11
**consider** [4] - 44:13, 18; 46:8; 48:18
**considered** [2] - 82:23, 25
**consistently** [1] - 17:15
**Constellation** [1] - 11:16
**construction** [1] - 37:14
**Construction** [1] - 37:15
**consultant** [4] - 8:20; 49:14
**consultants** [1] - 8:11
**consulting** [4] - 5:10, 12; 6:10; 10:25
**Cont** [1] - 2:1
**contact** [3] - 8:5; 15:3; 49:19
**contacted** [1] - 8:6
**contacts** [1] - 8:17
**content** [1] - 67:6
**context** [1] - 61:19
**continued** [1] - 18:20
**continuing** [1] - 37:20
**contract** [3] - 14:2; 31:17; 69:1
**contractor** [4] - 11:5, 16; 49:17
**control** [1] - 10:16
**controlled** [3] - 8:11; 10:2, 4
**controller** [2] - 25:19, 25
**conventional** [3] - 11:11; 30:13; 50:3
**cooperates** [1] - 91:1
**copies** [4] - 87:24; 90:16; 91:5, 7
**copy** [2] - 32:13; 48:15
**Cornell** [1] - 5:11
**corner** [3] - 11:18; 41:3; 76:24
**Corporation** [2] - 1:7; 4:6
**correct** [113] - 19:25; 20:17; 21:17; 25:15; 35:21; 36:13; 37:18; 38:11; 43:8; 45:15, 17; 47:1; 49:22; 50:14, 17; 51:1, 11, 14; 52:2, 5, 14-15, 17, 19-20; 53:8, 16; 54:1, 7, 9, 21, 24; 55:8, 16, 24; 56:3, 7, 11-12, 23; 57:7, 16; 58:21; 59:4, 25; 60:1, 13, 16; 62:2, 7, 25; 63:2, 12, 17-18; 64:3, 14, 18; 65:2, 6, 10; 66:10, 19, 22; 67:11; 68:18, 23-24; 69:2, 19; 70:3; 71:2, 7-8, 11; 72:7, 14, 17, 22; 73:22; 74:2, 11, 13; 76:19; 77:1, 18, 22; 79:20; 81:3, 12, 15; 82:22; 84:18, 22, 24; 85:2, 13, 18; 87:2, 6-7; 88:18; 89:13; 91:11
  **correctly** [1] - 19:10
  **cost** [1] - 16:19
  **counsel** [6] - 43:19; 45:21; 87:9; 90:16; 91:4
  **count** [6] - 15:14; 42:7, 15, 18, 23
  **counting** [1] - 84:6
  **countries** [15] - 7:18; 8:4; 9:18, 20;

16:2; 17:2, 9; 29:3; 30:9, 18; 31:10; 55:22; 80:13; 84:16
  **country** [18] - 7:10; 8:7, 10; 11:19; 12:15; 13:6, 15; 19:18; 20:18; 27:3, 6; 41:3, 6; 64:17; 79:22; 80:11
  **country-by-country** [1] - 79:22
  **country-to-country** [1] - 80:11
  **couple** [8] - 5:11; 7:9, 13; 10:23; 32:7; 35:6, 8; 41:14
  **course** [33] - 9:21; 10:1; 14:16; 16:3; 21:20; 22:1; 26:8; 27:22; 28:15; 29:4; 30:4; 31:22, 25; 32:5; 33:4, 21, 23; 35:12; 57:1; 60:4, 19; 63:13; 64:20; 65:1, 14; 75:9, 11-12, 18; 79:3; 84:6; 85:16; 90:23
  **Court** [4] - 3:11; 46:7; 91:15
  **court** [3] - 4:20; 8:22; 51:22
  **Courthouse** [1] - 3:12
  **COURTROOM** [4] - 62:18, 21; 69:23; 88:19
  **covered** [2] - 57:24; 58:1
  **created** [4] - 13:15; 52:24; 53:1
  **credit** [5] - 42:3; 81:25; 82:1
  **criminal** [1] - 44:9
  **crisis** [1] - 6:10
  **CROSS** [2] - 48:9; 92:5
  **cross** [7] - 44:10, 12, 19; 47:17; 48:6; 84:5, 10
  **CROSS-EXAMINATION** [2] - 48:9; 92:5
  **cross-examination** [2] - 44:10; 48:6
  **cross-examine** [1] - 44:12
  **crossed** [1] - 11:17
  **CROWELL** [5] - 2:15, 19, 22; 3:2, 6
  **CRR** [3] - 3:11; 91:11, 14
  **Cuba** [2] - 4:25
  **culture** [2] - 19:15; 39:4
  **currency** [1] - 81:23
  **customer** [2] - 31:2; 66:15
  **customer's** [1] - 66:17
  **customers'** [1] - 66:6

# D

**D.C** [3] - 1:7; 3:12; 58:12
**dad** [1] - 6:14
**Date** [1] - 91:14
**dated** [1] - 74:7
**daughter** [1] - 6:8
**David** [24] - 1:18; 4:11; 5:15, 23; 6:11; 7:10; 9:25; 10:1, 17; 14:21; 16:18; 20:7; 25:7; 26:2; 32:23; 36:8; 40:15; 41:19; 49:4; 63:13; 74:18; 83:9
**david.wiseman@usdoj.gov** [1] - 1:23
**DAY** [1] - 1:9
**days** [11] - 6:4; 12:19; 13:9, 22, 24; 14:2, 12; 45:19; 51:24; 70:12
  **DC** [10] - 1:16, 21; 2:5, 9, 13, 16, 20, 24; 3:3, 8

**deal** [1] - 67:5
**dealings** [1] - 15:23
**dealt** [2] - 20:11; 49:8
**decided** [3] - 26:17; 27:8; 35:25
**decision** [3] - 8:13; 9:8; 45:3
**declare** [1] - 8:16
**Deerfield** [7] - 9:9; 12:13; 21:4; 37:13; 41:11; 61:9, 11
**Defendant** [2] - 1:8; 2:15
**Defendant's** [6] - 73:12; 76:15; 77:6; 88:13; 89:15; 92:10
**defense** [3] - 45:22; 46:22
**definitely** [4] - 20:7; 29:7; 53:20; 55:20
**degree** [2] - 4:23; 5:2
**delay** [1] - 8:13
**deliver** [3] - 52:3; 66:11; 67:8
**delivered** [1] - 11:12
**delivery** [1] - 67:7
**demanded** [1] - 74:21
**demo** [1] - 70:14
**demonstrating** [1] - 65:9
**demonstrative** [2] - 69:24; 70:16
**DEPARTMENT** [2] - 1:19; 2:3
**deposed** [1] - 48:16
**deposit** [1] - 14:4
**deposition** [2] - 48:15; 80:14
**describe** [1] - 36:23
**DESCRIPTION** [1] - 92:9
**designed** [1] - 11:20
**detail** [1] - 22:5
**details** [1] - 65:13
**determined** [2] - 77:21; 80:1
**determines** [2] - 78:9; 85:9
**develop** [5] - 8:4; 41:5, 12; 45:1; 70:6
**developed** [10] - 7:21; 11:22; 13:14; 15:9; 27:17; 31:6; 41:20; 70:7; 80:6
**developing** [4] - 7:15; 9:18; 20:16; 72:1
**Development** [3] - 11:8; 15:4; 49:23
**development** [1] - 12:7
**diameter** [3] - 11:21; 31:7; 51:5
**died** [1] - 13:20
**different** [5] - 26:13, 17; 27:9; 69:4; 77:2
**difficult** [2] - 73:15; 84:21
**dilemma** [1] - 21:21
**dinner** [1] - 6:7
**direct** [2] - 45:6; 47:15
**DIRECT** [2] - 4:15; 92:4
**direction** [2] - 63:4, 12
**directly** [1] - 56:6
**director** [2] - 10:19; 21:1
**disagree** [1] - 66:3
**discard** [1] - 58:9
**disclosed** [7] - 34:2, 13; 35:2; 63:16, 20; 64:5, 9
**disclosure** [1] - 64:1
**discovered** [2] - 18:24; 19:11
**discovery** [1] - 19:7

**discuss** [4] - 6:16; 21:18; 33:16, 18
**discussed** [2] - 12:23; 21:20
**discussing** [1] - 20:7
**discussion** [6] - 43:25; 45:5; 47:25; 57:20; 87:11; 88:5
**Discussion** [1] - 45:10
**discussions** [5] - 34:1, 4-5, 11, 16
**displayed** [2] - 32:9; 35:8
**dispute** [3] - 75:6; 86:4, 11
**disregarded** [1] - 46:9
**Distributor's** [1] - 74:1
**DISTRICT** [3] - 1:1, 11
**divide** [1] - 78:3, 22; 79:1
**divided** [4] - 17:11, 14; 78:9, 14
**Division** [1] - 1:15
**document** [21] - 32:15; 35:11, 16, 24; 36:4; 59:12, 23; 64:10; 73:6, 21, 24-25; 76:10, 18; 77:9; 78:6, 16, 20, 24; 79:10
**documentation** [1] - 59:17, 19
**documents** [3] - 36:6; 61:25; 86:20
**dollar** [3] - 9:13; 14:5
**dollars** [1] - 82:15
**domestic** [2] - 17:13; 79:16
**done** [12] - 14:20; 18:12; 24:2; 47:9, 14; 48:20; 49:4, 13; 58:1; 70:14; 79:5; 83:9
**doubt** [1] - 60:14
**down** [10] - 28:12; 36:10; 40:23; 43:21; 54:8; 72:2; 73:4; 76:23; 77:12; 90:8
**dragged** [1] - 69:14
**drainage** [1] - 8:8
**drilling** [3] - 23:15; 41:4; 71:13
**drive** [1] - 70:10
**driven** [4] - 41:7, 12, 19; 70:9
**DTX** [1] - 73:5
**DTX146** [1] - 76:9
**DTX199** [1] - 77:3
**DTX530** [1] - 69:22
**DUANE** [1] - 2:7
**due** [3] - 10:23; 49:1; 83:17
**during** [18] - 6:4, 9; 21:9; 22:18; 29:8, 11; 32:24; 36:12; 40:11; 41:24; 60:20; 61:2, 9; 62:8; 67:17; 81:15; 87:4
**duties** [1] - 61:17

**E**

**early** [11] - 6:4; 15:25; 17:17, 25; 55:13; 68:22; 86:5, 12, 22
**earn** [1] - 87:5
**east** [1] - 8:7
**economic** [1] - 67:19
**economy** [1] - 27:6
**Ecuador** [6] - 7:9, 21; 8:3; 9:19
**Ecuadorian** [1] - 7:12
**educational** [1] - 4:22
**effectively** [1] - 79:7
**efforts** [3] - 68:5; 83:17; 86:20
**Eight** [1] - 71:19

**eight** [36] - 8:14; 18:12; 26:6, 10, 13, 24; 27:14, 16; 28:4, 13, 23; 32:25; 34:13; 40:11; 52:19; 55:18; 61:20; 62:5, 8; 63:2; 67:9; 68:7, 17; 69:3, 7; 70:24; 72:15, 24; 80:16; 83:2; 85:17; 86:5, 12, 14; 89:11
**either** [4] - 45:4; 46:6; 63:4; 80:19
**elections** [2] - 41:14
**electricity** [2] - 41:10
**elicit** [1] - 47:4
**Elizabeth** [1] - 2:2
**elizabeth.young@usdoj.gov** [1] - 2:6
**Eller** [26] - 5:15, 18; 6:2, 19; 9:25; 10:13; 14:19, 21; 25:7; 27:21; 32:23; 33:20; 34:18; 38:10; 39:10, 18; 49:4; 52:12; 63:5, 9, 12; 71:7; 74:13, 22; 81:4; 83:9
**Eller's** [1] - 10:7
**Email** [9] - 1:17, 23; 2:6, 10, 14, 17, 25; 3:5, 9
**embankments** [2] - 11:10, 14
**embassy** [1] - 74:23
**employed** [1] - 5:9
**end** [11] - 12:1; 14:1; 29:9; 46:2; 51:22; 52:11; 66:4, 23; 85:18, 23
**end-to-end** [1] - 85:18
**ended** [3] - 27:14; 41:18; 66:20
**energy** [2] - 70:10
**engage** [2] - 51:16; 52:13
**engagement** [2] - 52:1; 74:4, 10
**engineer** [4] - 5:5; 65:2
**engineers** [3] - 12:9; 13:21; 49:19
**enlight** [1] - 57:23
**enter** [1] - 11:18
**entire** [1] - 45:16
**entitled** [3] - 44:10, 24; 91:12
**Enugu** [2] - 40:17; 42:13
**equal** [1] - 31:3
**equals** [1] - 78:14
**equipment** [15] - 15:11; 23:18, 23; 24:17; 25:13; 26:18, 21; 27:18; 30:15; 31:1; 40:24; 65:7, 17; 66:16
**equivalent** [1] - 14:6
**especially** [3] - 7:5, 24; 19:19
**Esq** [6] - 2:7, 15, 18, 22; 3:2, 6
**established** [1] - 16:23
**estimation** [1] - 37:4
**et** [2] - 20:10; 38:3
**event** [1] - 46:5
**everywhere** [1] - 79:23
**evidence** [4] - 80:22, 24; 86:24; 90:23
**Ex** [68] - 1:4; 18:24; 19:3, 5, 8, 11, 24; 20:9, 12, 14, 17, 20, 23; 21:1, 6, 10, 18-19, 23; 22:9, 11; 26:11; 27:2, 4, 6, 10; 28:10; 32:20; 33:1; 34:2; 35:2; 55:10, 17, 21, 25; 56:2, 4, 8, 13-14; 57:4, 8, 24; 58:5, 12, 14, 19; 59:12, 18-19, 24; 67:5; 68:2, 5, 7, 9, 12, 17; 69:12; 86:18, 21; 89:5, 22
**Ex-Im** [67] - 18:24; 19:3, 5, 8, 11, 24;

20:9, 12, 14, 17, 20, 23; 21:1, 6, 10, 18-19, 23; 22:9, 11; 26:11; 27:2, 4, 6, 10; 28:10; 32:20; 33:1; 34:2; 35:2; 55:10, 17, 21, 25; 56:2, 4, 8, 13-14; 57:4, 8, 24; 58:5, 12, 14, 19; 59:12, 18-19, 24; 67:5; 68:2, 5, 7, 9, 12, 17; 69:12; 86:18, 21; 89:5, 22
**exact** [1] - 59:1
**exactly** [12] - 19:1; 22:3, 9; 41:2, 17; 50:10; 57:4, 13; 63:10; 75:15; 80:3; 82:7
**examination** [3] - 44:10; 48:6; 88:1
**EXAMINATION** [6] - 4:15; 48:9; 88:8; 92:4
**EXAMINATIONS** [1] - 92:3
**examine** [1] - 44:12
**except** [5] - 22:7; 30:12; 33:11; 63:8, 21
**exchange** [3] - 9:6; 81:20; 82:15
**excluded** [1] - 42:20
**exclusive** [2] - 52:16, 18
**exclusively** [1] - 56:5
**excuse** [6] - 30:24; 39:18; 46:13; 57:24; 68:20; 90:12
**excused** [1] - 91:7
**exhausting** [1] - 4:5
**exhibit** [13] - 32:8, 12; 35:7; 36:10; 62:18; 77:3, 8; 79:5; 88:15, 22, 24; 89:8
**Exhibit** [9] - 32:9; 35:6; 62:21; 73:12; 76:15; 77:6; 92:10
**EXHIBITS** [1] - 92:8
**expect** [1] - 47:17
**expenses** [2] - 82:18, 21
**expensive** [2] - 37:4; 40:3
**expert** [1] - 9:1
**explain** [4] - 16:11, 15; 17:10; 25:16
**explained** [1] - 20:19
**exporters** [4] - 55:22; 56:1; 57:5; 60:3
**extensive** [1] - 9:6
**extent** [1] - 63:11

**F**

**fact** [10] - 19:8; 39:1; 40:14; 41:7; 61:24; 68:25; 70:14; 81:19; 83:18
**Factory** [1] - 77:17
**factory** [5] - 9:9; 21:2; 26:23; 67:2; 70:14
**fail** [1] - 22:5
**faith** [1] - 51:25
**false** [1] - 44:7
**familiar** [8] - 15:25; 26:6, 9; 32:15; 57:13; 60:17, 19
**families** [1] - 38:4
**family** [2] - 25:8; 32:5
**far** [1] - 38:23
**farm** [1] - 7:21
**farmers** [1] - 8:1
**fast** [1] - 15:6

**father** [3] - 5:24; 10:15
**Fax** [4] - 1:17, 22; 2:21; 3:4
**federal** - 54:4
**feet** [4] - 37:1, 17; 38:1; 69:14
**fellow** [6] - 10:24; 12:10; 15:3; 23:4; 49:8
**felt** [2] - 22:7; 63:25
**few** [3] - 45:19; 84:6; 90:8
**figure** [2] - 77:17; 78:4
**fill** [3] - 11:13; 50:6; 70:11
**final** [2] - 21:25; 58:3
**finalize** [1] - 10:6
**finally** [1] - 4:7
**finance** [4] - 20:9; 67:6; 68:17; 69:12
**financed** [4] - 22:1; 32:20; 55:10
**finances** [1] - 67:6
**financing** [10] - 19:5; 20:21; 55:18, 21, 25; 56:4, 8, 11, 14; 57:5
**fine** [2] - 47:12; 84:13
**finish** [3] - 10:12; 84:8
**fired** [3] - 43:13; 45:24; 46:2
**firing** [4] - 43:15; 44:12; 45:4; 46:24
**firm** [3] - 5:10, 12; 11:1
**first** [24] - 9:12; 11:19; 14:15; 15:8; 20:17; 21:5, 22; 25:18; 48:24; 49:3; 52:22; 54:3; 55:13; 57:22; 65:16; 69:13; 70:22, 25; 73:16, 23-24; 83:9; 91:6
**fit** [1] - 53:4
**five** [3] - 21:11; 84:9; 87:19
**fixed** [1] - 16:18
**flew** [5] - 11:15; 13:7; 14:7; 21:3
**floods** [1] - 7:25
**Florida** [7] - 5:2; 6:10; 20:25; 21:2; 39:8, 19; 74:16
**fluctuation** [1] - 27:5
**flying** [1] - 21:3
**FOB** [4] - 77:17; 78:9, 14; 79:2
**focus** [4] - 7:15; 10:20; 26:5; 61:20
**focusing** [3] - 29:1, 23; 32:24
**follow** [1] - 90:15
**Following** [2] - 43:25; 87:11
**FOR** [1] - 1:2
**force** [2] - 8:18; 56:24
**foregoing** [1] - 91:11
**forget** [1] - 78:24
**forgot** [3] - 27:7; 41:2; 42:14
**form** [5] - 63:17, 20, 25; 64:1, 4
**formula** [8] - 79:12, 15, 17-18, 23; 80:4, 6
**forth** [1] - 9:11
**forward** [2] - 10:21; 14:22
**four** [3] - 37:25; 38:1
**Fourth** [2] - 1:15; 2:12
**Fraud** [1] - 1:20
**freight** [1] - 12:4
**frequently** [3] - 22:19; 36:13
**Friday** [1] - 14:2
**friend** [4] - 12:10; 13:19; 37:13
**friends** [4] - 6:6, 9; 13:23; 26:16

**front** [3] - 62:24; 70:2; 77:24
**fruition** [1] - 83:3
**Full** [1] - 73:25
**full** [1] - 23:20
**fully** [4] - 19:5; 20:21; 68:13; 85:18
**funding** [2] - 65:23; 66:1
**funds** [1] - 43:2

## G

**gardens** [1] - 38:2
**general** [6] - 13:8, 18; 15:4, 7; 19:17; 23:5
**generated** [1] - 83:6
**generators** [2] - 18:15
**Geneva** [2] - 11:17
**gentlemen** [1] - 90:10
**Georgetown** [1] - 9:5
**German** [5] - 11:11; 49:2; 50:21
**Germany** [1] - 50:25
**Ghana** [1] - 49:9
**Gillingham** [1] - 3:2
**given** [1] - 14:4
**glad** [1] - 71:20
**GLADYS** [1] - 1:10
**Gongola** [4] - 23:3, 6-7; 24:17
**GONGOLA** [1] - 23:7
**Gonzalez** [2] - 5:13
**government** [14] - 4:9; 14:3; 20:8; 44:2, 8; 54:2-6; 67:23; 68:11; 74:23; 75:2
**government's** [1] - 44:10
**governments** [2] - 28:5; 67:21
**governor** [9] - 28:8; 40:23; 41:3, 13-14; 70:23; 71:4, 6, 9
**governors** [8] - 19:21; 26:17; 40:13, 19, 21; 41:24; 69:14; 86:1
**graduate** [1] - 5:7
**graduated** [2] - 5:2, 9
**graduation** [1] - 5:8
**Graham** [5] - 9:1, 5; 10:24; 11:5; 49:14
**great** [5] - 11:13; 13:1; 53:4; 71:25; 72:1
**Greek** [2] - 11:5; 49:17
**green** [1] - 53:2
**Green** [5] - 13:13; 52:23; 53:2
**Greg** [1] - 37:14
**grew** [1] - 56:17
**ground** [2] - 47:22; 50:12
**grow** [1] - 56:16
**growing** [1] - 15:10
**guess** [2] - 20:3; 90:25
**guidelines** [9] - 21:23; 22:2, 6; 57:20; 58:21; 59:4, 11; 60:6
**Guiomar** [1] - 3:6
**Guyana** [7] - 8:6, 9-10; 9:5, 20; 10:24

## H

**H-A-S-H-I-D-U** [1] - 13:19
**habit** [1] - 38:7
**Halcrow** [4] - 8:19, 23
**HALCROW** [1] - 8:23
**half** [2] - 73:24; 76:10
**hand** [1] - 90:11
**handed** [1] - 48:15
**handle** [1] - 61:17
**handled** [1] - 61:3
**handling** [1] - 61:25
**handwriting** [1] - 76:21
**Hashidu** [4] - 13:18-21; 23:4
**headquarters** [1] - 61:8
**hear** [3] - 12:11; 45:25; 46:4
**heard** [1] - 49:11
**hearsay** [1] - 24:25
**helicopter** [1] - 21:3
**help** [6] - 6:23; 20:9; 67:2; 68:6; 72:1; 83:5
**helped** [6] - 6:24; 53:7; 70:6; 72:4; 74:12
**helping** [1] - 57:5
**hi** [1] - 12:20
**high** [13] - 4:24; 5:1; 15:22; 16:10; 17:20; 29:7; 30:5; 31:18; 33:14; 73:3; 83:19
**High** [1] - 5:1
**higher** [6] - 16:6, 8; 17:1, 8; 30:8; 84:21
**highlight** [1] - 76:9
**highlighted** [1] - 77:13
**Hightower** [2] - 90:12; 91:5
**himself** [1] - 49:4
**hire** [1] - 39:2
**hired** [4] - 5:12; 11:3; 25:18; 61:23
**history** [1] - 15:22
**hmm** [5] - 24:19; 35:22; 48:17; 59:3; 77:23
**Honor** [18] - 4:11; 23:14; 24:7, 25; 27:25; 30:22; 32:7; 35:5; 42:8, 19; 44:21; 47:12; 48:7; 59:5; 73:9; 76:13; 84:9; 90:7
**HONORABLE** [1] - 1:10
**hope** [1] - 47:21
**hoped** [1] - 35:4
**hotel** [1] - 82:13
**hotels** [2] - 13:24; 42:2
**hour** [1] - 47:21
**house** [23] - 13:23; 36:17, 19-20, 22-23; 37:4, 9, 17, 21, 23; 38:2, 6, 8, 14-15; 39:18, 21, 23-24; 42:14
**houses** [7] - 36:21; 38:1, 12, 16; 40:2
**huge** [2] - 9:16; 36:25
**hundred** [1] - 71:19
**Hydraflo** [11] - 11:21; 15:8; 30:14; 31:3; 41:4; 49:22; 50:7; 51:5, 9; 54:23
**hydraulic** [1] - 31:7

**Hydroflo** [2] - 71:10, 15

# I

**Ibon** [4] - 71:1
**idea** [8] - 13:12; 41:5, 7; 70:9, 20, 22; 71:14; 84:5
**imagine** [1] - 12:25
**immediately** [2] - 47:8; 74:18
**important** [1] - 45:9
**include** [1] - 33:20
**includes** [1] - 34:18
**including** [4] - 68:21; 81:9; 86:21
**increase** [3] - 18:22; 19:11; 57:6
**increased** [1] - 18:23
**Indimi** [70] - 12:12-14, 21; 13:19; 14:7, 14; 15:1, 3, 15, 20; 16:4, 7, 11; 17:25; 18:6, 12, 21; 19:22; 21:12, 15; 26:15; 28:13; 29:5; 36:15, 21; 37:9; 38:7, 12, 25; 39:16, 18; 40:12; 41:25; 42:6; 43:1; 49:11, 15, 17, 19; 51:8, 24; 52:13, 22; 53:7; 58:6, 11, 15; 68:11; 72:3; 73:21; 74:3, 9, 12, 16, 20; 75:3, 7; 80:19, 21; 81:12; 82:11, 17, 23; 83:9, 19; 85:25; 87:5
**Indimi's** [15] - 17:20; 21:19; 28:3; 34:2, 12; 35:1; 36:17; 37:24; 39:2; 68:21; 83:2, 5, 17; 89:10
**individuals** [1] - 38:8
**influence** [1] - 85:25
**information** [2] - 19:24; 82:1
**informed** [1] - 71:9
**initiated** [1] - 41:11
**innovation** [2] - 70:5, 18
**innovative** [2] - 54:25; 55:2
**instability** [2] - 67:18
**install** [1] - 24:12
**installed** [1] - 6:1
**installing** [1] - 66:7
**instance** [1] - 49:21
**instances** [1] - 15:24
**instruction** [1] - 46:8
**instrumental** [1] - 83:13
**insurance** [1] - 7:11
**intended** [1] - 26:13
**Intent** [2] - 21:24; 58:3
**intention** [2] - 24:13; 64:25
**interested** [8] - 51:12; 52:1; 71:10, 12-13, 15
**international** [8] - 7:4; 16:3; 17:15; 20:9; 29:13, 24; 79:15
**internationally** [1] - 7:8
**introduce** [3] - 4:19; 74:12
**invited** [1] - 9:9
**involved** [7] - 9:22, 25; 29:24; 60:25; 80:15, 19; 81:1
**Iron** [2] - 5:21; 49:4
**irrelevant** [5] - 37:6, 11; 42:20; 43:18; 90:3

**irrigation** [1] - 53:3
**issue** [4] - 19:3; 26:7; 47:7; 82:2
**issues** [1] - 22:2

# J

**J-A-M-A-R-E** [1] - 23:7
**Jackson** [1] - 3:6
**Jamare** [1] - 23:3, 7; 24:17
**Jason** [1] - 2:18
**jjaronica@duanemorris.com** [1] - 2:10
**jobs** [2] - 53:19; 83:6
**John** [1] - 49:9
**joined** [5] - 6:25; 7:3, 13; 16:17; 83:10
**joining** [1] - 6:21
**joked** [1] - 36:5
**Joseph** [1] - 2:7
**Juan** [2] - 4:12, 21
**JUAN** [8] - 4:14, 21; 48:9; 88:8; 92:4
**JUDGE** [1] - 1:11
**judge** [1] - 48:20
**judgment** [2] - 35:25; 79:11
**Judiciary** [1] - 2:12
**jump** [1] - 90:22
**JUROR** [1] - 83:22
**jurors** [1] - 87:13
**Jury** [3] - 4:3; 84:3; 91:3
**JURY** [1] - 1:10
**jury** [7] - 4:19; 32:9; 35:8; 69:25; 73:7; 87:23; 88:2
**JUSTICE** [2] - 1:19; 2:3
**justify** [1] - 80:10

# K

**K-N-I-B** [1] - 9:3
**Kano** [3] - 36:22; 38:14; 40:18
**Keith** [1] - 2:11
**keith.morgan@usdoj.gov** [1] - 2:14
**kept** [1] - 83:23
**KESSLER** [1] - 1:10
**kind** [6] - 36:5; 39:3; 40:9; 65:11; 74:22; 85:14
**Knib** [6] - 9:1, 3, 5; 10:24; 11:5; 49:14
**knowledge** [3] - 29:12; 32:6; 81:14
**known** [2] - 19:17; 50:24

# L

**labor** [1] - 16:20
**lack** [1] - 56:11
**ladies** [1] - 90:10
**lady** [1] - 20:18
**Lagos** [4] - 14:8, 10; 36:22; 38:15
**Lake** [6] - 7:25; 11:7; 13:7; 15:10; 65:14

**Lang** [4] - 25:7; 33:23; 34:20; 62:11
**Lang's** [2] - 25:21; 79:24
**large** [4] - 8:8; 9:15; 18:15; 40:2
**largest** [3] - 12:25; 38:23; 53:12
**LaSalle** [1] - 5:1
**last** [7] - 4:21, 24-25; 8:21; 9:2; 26:10; 36:1
**late** [8] - 68:23; 85:20; 86:5, 12, 14, 22; 87:2
**Latin** [6] - 7:5, 16; 9:19; 10:18; 30:3
**latter** [1] - 28:20
**law** [1] - 7:11
**lawyer** [2] - 20:3
**leading** [7] - 17:5, 21; 22:14; 27:25; 30:22; 39:13; 42:8
**learn** [1] - 21:23
**learned** [4] - 9:6; 19:4; 21:23; 49:17
**least** [8] - 18:12; 42:3; 44:13; 58:11; 71:17; 85:21; 87:13, 24
**leave** [2] - 43:13; 46:2
**leaving** [1] - 45:13
**led** [1] - 7:12
**left** [6] - 13:22; 43:7; 45:22; 76:24; 84:6
**legacy** [1] - 53:1
**less** [4] - 30:6; 47:22; 72:17
**Letter** [1] - 21:24; 58:3
**level** [3] - 26:16; 80:9; 85:9
**light** [1] - 35:23
**likely** [1] - 85:11
**limit** [1] - 30:20
**limitations** [1] - 27:5
**limited** [3] - 56:5, 11; 68:15
**limiting** [1] - 46:8
**limits** [4] - 27:3, 7, 10
**Lindo** [1] - 77:11
**line** [2] - 18:25; 77:17
**Line** [2] - 4:7; 91:1
**list** [6] - 17:13, 15-16; 59:12; 79:15; 85:14
**Litigation** [1] - 1:19
**live** [1] - 38:3
**lived** [1] - 36:14
**LLP** [5] - 2:15, 19, 22; 3:2, 6
**loan** [1] - 28:10
**loans** [4] - 27:6; 28:11; 56:2; 68:10
**local** [3] - 49:19; 67:6; 81:20
**located** [3] - 36:19; 40:3, 5
**lodge** [1] - 46:9
**London** [3] - 39:24; 40:2, 7
**look** [4] - 35:15; 77:2, 17; 90:17
**looked** [3] - 9:10; 79:6
**looking** [4] - 41:17; 78:20; 80:14; 83:23
**looks** [1] - 35:19
**lost** [1] - 55:13
**love** [16] - 15:7; 54:23; 55:3, 6
**low** [2] - 8:10; 59:2
**lower** [7] - 31:16; 72:20; 84:18, 23;

85:5, 11
**lunch** [2] - 6:12
**Lynch** [1] - 2:18

## M

**M&W's** [4] - 12:25; 16:17; 53:19; 56:4
**M-A-N** [1] - 50:22
**MacDonald** [3] - 11:1
**machine** [1] - 3:14
**Madugari** - 67:2
**Maiduguri** [6] - 13:5, 23; 36:21, 23; 38:22
**main** [4] - 38:2, 6; 61:3; 81:23
**man** [6] - 7:11; 19:16; 26:15; 44:4, 12
**MAN** [1] - 50:22
**manager** [5] - 13:8, 18; 15:4, 7; 23:5
**managers** [1] - 19:17
**mansion** [1] - 38:7
**manufacture** [4] - 8:1; 26:22; 67:1, 4
**manufactured** [3] - 7:22; 31:2; 51:1
**manufacturer** [2] - 50:12, 24
**manufacturers** [2] - 30:12; 31:4
**manufacturing** [4] - 5:22; 10:17; 16:20; 67:4
**Maracaibo** [2] - 7:24
**March** [1] - 5:8
**Maria** [1] - 1:13
**market** [6] - 30:16; 31:3; 61:3; 81:22; 82:15
**marketed** [4] - 68:25; 69:9, 18; 70:22
**marketing** [1] - 68:22
**married** [1] - 7:12
**Marvin** [1] - 57:12
**materialize** [2] - 86:5, 7
**materialized** [1] - 83:7
**materials** [1] - 16:20
**matter** [2] - 48:16; 91:12
**Maurice** [1] - 5:11
**maximum** [2] - 31:5; 76:4
**McLaughlin** [58] - 2:22; 17:3, 5, 21; 22:14; 24:6, 25; 27:25; 30:22; 31:23; 34:4; 37:6, 11, 20; 39:13; 42:8, 19; 43:16, 18; 44:2, 14, 21; 45:7, 11, 15, 17; 46:7, 17; 47:1, 3, 19, 21, 24; 48:7, 10, 13; 59:8; 62:19, 23; 69:24; 70:1; 73:13; 76:17; 77:7; 78:12; 84:8, 12, 14-15; 87:8, 21, 25; 88:4, 14, 24; 89:17; 90:3; 92:6
**mean** [21] - 9:16; 15:13; 16:15; 17:18; 18:11; 23:15; 24:4, 10; 25:9; 30:7, 19, 25; 33:18; 36:24; 49:16; 63:21; 67:23; 80:4; 82:3; 90:6
**means** [1] - 66:11
**meant** [2] - 64:5; 68:2
**meantime** [1] - 90:14
**meet** [7] - 5:15; 12:17; 20:25; 51:19, 25; 65:10, 24
**meeting** [11] - 22:3; 57:11, 14-15, 18,

22; 58:5; 70:22; 71:4, 6
**meetings** [6] - 20:14, 22; 21:18; 57:8; 58:12, 18
**mention** [1] - 44:12
**mentioned** [9] - 8:3; 9:19; 10:25; 27:23; 38:12; 43:7; 58:19; 59:23; 60:2
**Mercedes** [1] - 39:5
**met** [9] - 5:17; 6:5; 9:5; 13:8, 17, 21; 18:25; 19:22; 20:2, 17; 21:22; 57:17; 58:14; 67:12; 74:14, 18
**Mexico** [7] - 41:8; 45:18; 76:7, 16, 19; 77:1; 89:4
**Miami** [4] - 5:1, 10; 12:21; 21:3
**micromanagement** [1] - 10:2
**mid-1980s** [3] - 24:20; 55:11
**mid-1990s** [1] - 54:19
**middle** [1] - 38:3
**might** [5] - 11:19; 15:6; 46:8; 61:3; 85:24
**million** [24] - 9:14, 17; 12:25; 13:1; 14:1; 15:14; 18:19; 27:14; 29:13, 15, 17, 19, 21-22; 52:4, 21; 53:22; 69:8; 89:12; 90:2
**mind** [5] - 22:4; 27:11; 60:14; 71:19; 90:22
**minimum** [1] - 21:11
**minister** [8] - 15:5; 18:14; 19:20; 21:7; 54:22; 55:6; 65:20
**ministers** [1] - 19:19
**minor** [1] - 22:5
**minute** [6] - 43:20; 46:13; 48:5; 87:10; 90:6
**minutes** [5] - 83:24; 84:6, 9; 87:19; 90:9
**missed** [1] - 75:6
**missing** [1] - 25:20
**Mohammed** [1] - 12:12
**moment** [2] - 45:8; 78:24
**Monday** [1] - 6:15
**money** [14] - 14:8, 10, 13; 19:15; 33:4; 42:7, 16, 18, 23; 81:20
**months** [6] - 8:14; 11:12; 22:21; 41:14; 61:10
**Morgan** [1] - 2:11
**MORING** [5] - 2:15, 19, 22; 3:2, 6
**morning** [12] - 4:8, 11, 17-18; 48:11; 84:11; 87:15; 88:10; 90:14, 17; 91:6
**MORNING** [2] - 1:9; 4:1
**MORRIS** [1] - 2:7
**most** [4] - 60:20; 65:16; 68:5; 82:11
**mostly** [2] - 8:11; 39:4
**mouth** [1] - 6:13
**move** [3] - 14:22; 18:4; 77:16
**moved** [2] - 8:17; 23:6
**moving** [1] - 10:21
**MR** [100] - 4:11, 16; 5:6; 17:3, 5, 7, 21, 23; 22:14, 16; 23:17; 24:6, 15, 25; 25:3; 27:25; 28:2; 30:22; 31:8, 23; 32:2, 7, 11; 34:4, 10; 35:5, 10; 36:10; 37:6, 8, 11, 16, 20; 38:5; 39:13, 15; 42:8, 11,

19, 25; 43:16, 18; 44:2, 14, 21, 24; 45:1, 7, 11, 14-18; 46:7, 12, 14, 17, 20; 47:1, 3, 9, 12, 16, 19, 21, 24; 48:3, 7, 10; 59:5, 8; 62:19, 23; 69:24; 70:1; 73:9, 13; 76:13, 17; 77:7; 78:12; 84:8, 12, 14-15; 87:8, 15, 19, 21, 25; 88:4, 9, 21; 90:3, 7; 92:5
**multimillion** [1] - 9:13
**multiplier** [3] - 16:24; 17:1, 8
**multiply** [1] - 17:12
**MURDOC** [1] - 11:1
**Murdoch** [2] - 11:1
**Muslim** [1] - 37:24
**Muslims** [1] - 37:24
**must** [4] - 18:12; 19:2; 37:24; 49:5
**MW** [1] - 7:6
**MWI** [70] - 1:7; 4:6; 5:21; 6:3, 20; 7:6; 8:4; 9:15; 10:21; 12:1; 14:14; 15:2, 12; 19:24; 20:11; 21:5, 10; 22:18; 23:11; 24:22; 29:2, 9, 11-12, 24; 32:4; 33:1, 17; 34:12; 43:2, 7; 45:13; 48:25; 49:11, 21; 51:25; 52:12, 22; 53:15; 55:11, 16; 57:2; 59:25; 60:18; 62:1; 67:8, 12; 72:4; 76:18; 78:24; 79:12, 17; 80:25; 81:7; 82:18; 83:3, 7, 15; 84:25; 85:15; 86:4, 11, 23; 87:4
**MWI's** [14] - 7:16; 50:18; 51:1, 8-9; 56:24; 66:9, 13, 20, 24; 75:8, 11; 78:21; 86:20

## N

**naira** [3] - 14:5; 81:20
**name** [14] - 4:20; 5:13; 8:21; 9:1; 12:11, 14, 20; 37:14; 49:8; 50:22; 57:13
**name's** [1] - 48:13
**named** [2] - 23:4; 38:10
**naming** [1] - 38:7
**narrow** [1] - 34:7
**national** [1] - 18:7
**nations** [1] - 72:1
**naturally** [1] - 24:9
**Neal** [4] - 25:7; 26:3; 33:23; 36:7
**near** [2] - 13:6; 77:13
**necessarily** [1] - 40:2
**need** [15] - 5:20; 8:14; 9:8; 11:6, 15; 12:17; 33:18; 50:4; 51:15, 19; 65:18; 83:21
**needed** [15] - 8:1; 16:11; 21:24; 26:20; 50:5; 58:1; 70:11; 74:20; 80:8; 81:24; 82:5, 9; 87:16
**needs** [2] - 28:7; 65:10
**negotiate** [3] - 14:17; 28:22; 80:12
**negotiated** [5] - 15:21; 28:24; 79:21; 80:2, 7
**negotiating** [3] - 9:22, 25; 86:21
**negotiation** [1] - 80:8
**negotiator** [1] - 15:20
**neighborhoods** [1] - 39:22

**never** [13] - 21:20; 22:4; 24:13; 35:4; 39:1; 44:12; 59:16, 19; 80:15, 19, 24; 81:1

**new** [3] - 11:22; 44:18; 49:21

**next** [12] - 6:5; 11:7; 12:7, 24; 13:7; 15:1; 18:5, 8-9, 14; 41:14; 45:19

**nicely** [2] - 7:22; 8:9

**Niger** [1] - 40:18

**Nigeria** [93] - 7:14; 10:22; 11:2, 15, 18-19; 12:8, 14; 13:5, 10, 12; 14:2; 15:17, 23; 16:9, 23; 17:15, 25; 18:6, 11, 15, 21; 19:5, 14-15, 22; 20:18, 20; 21:13; 22:18, 21, 24; 23:9; 24:23; 25:6, 11-13, 20; 26:3, 11, 15, 23; 27:4, 10, 18; 30:2; 36:13; 38:13, 24; 39:1, 11, 16; 42:1, 5; 48:25; 49:1, 4; 52:13, 18, 23; 53:2, 4, 25; 54:6, 17; 55:6, 17; 56:9; 61:1; 62:4; 64:13; 66:10; 67:18, 22, 24-25; 68:1, 6-7, 10; 69:10; 70:23; 81:19; 82:8; 83:10; 85:23; 86:2, 18

**Nigerian** [8] - 11:3; 12:10; 19:15; 40:13; 43:1; 80:16; 81:14, 23

**Nigerians** [1] - 17:19

**night** [1] - 70:12

**nine** [2] - 8:14; 51:7

**Ninth** [1] - 2:8

**nobody** [4] - 31:1; 36:6; 63:7

**none** [2] - 83:2, 5

**norm** [1] - 54:16

**normal** [7] - 56:19; 58:10; 61:17; 67:24; 68:2

**normally** [3] - 7:25; 67:5; 70:10

**North** [1] - 14:9

**northeast** [2] - 11:18; 13:6

**note** [1] - 47:6

**noted** [2] - 75:7; 76:25

**nothing** [6] - 6:16; 30:23; 49:15

**NOVEMBER** [1] - 4:1

**November** [1] - 1:6

**number** [2] - 22:17; 62:18

**numerous** [1] - 68:22

**NW** [10] - 1:15, 20; 2:4, 8, 12, 16, 19, 23; 3:3, 7

### O

**objection** [32] - 17:3, 5, 21; 22:14; 24:6, 25; 27:25; 30:22; 31:23; 34:4; 37:6, 11, 20-21; 39:13; 42:8, 19; 43:16, 18; 44:1, 13; 46:10; 59:5; 73:6, 8-9; 76:12; 77:4; 90:3

**objection's** [5] - 25:2; 34:6; 37:22; 42:21; 59:7

**observe** [1] - 41:25

**observed** [2] - 25:13; 64:16

**observing** [1] - 23:10

**obtained** [2] - 28:5; 52:22

**obviously** [1] - 44:24

**occasion** [3] - 22:23; 38:16; 42:6

**occur** [1] - 89:3

**occurred** [1] - 7:25

**OF** [10] - 1:2, 10, 19; 2:3; 4:15; 48:9; 88:8; 92:4

**offer** [1] - 6:2

**office** [5] - 12:13, 21; 36:5; 74:18; 85:15

**OFFICE** [2] - 1:14; 2:11

**officer** [1] - 20:18

**Official** [2] - 3:11; 91:15

**officials** [5] - 43:1; 80:16, 23

**often** [2] - 61:9; 81:12

**oil** [1] - 6:9

**old** [1] - 11:16

**oldest** [2] - 6:8

**once** [3] - 19:11; 66:20; 87:5

**one** [54] - 6:11; 7:12; 9:12; 10:2; 12:9, 12; 13:23; 14:6; 15:1; 16:19-21; 21:7; 22:1; 23:8; 25:20; 29:8; 36:1; 39:22; 40:6, 14; 41:2, 7, 16; 45:3, 7; 47:10; 49:18; 52:22; 53:9; 55:13; 57:19; 58:11, 18; 59:10; 61:23; 62:12; 63:9; 66:25; 67:12; 69:20; 70:24; 71:22; 76:7; 78:11; 81:24; 83:8-10; 85:22; 87:13; 88:12; 90:10

**one-third** [3] - 16:19

**ones** [2] - 69:13

**open** [12] - 6:13; 14:11; 19:5; 20:21; 27:4; 68:2, 7, 13, 17; 86:18; 90:22

**opened** [2] - 68:13

**operate** [2] - 54:16; 70:10

**operates** [1] - 41:10

**opportunity** [2] - 13:1; 19:6

**opposed** [1] - 50:11

**order** [4] - 12:3; 42:20; 56:10; 82:17

**ordered** [5] - 11:11; 50:3, 11, 20; 71:17

**ordinary** [1] - 75:11

**organization** [1] - 60:2

**orient** [1] - 76:10

**original** [2] - 31:9; 70:5, 8

**originally** [1] - 26:12

**ourselves** [3] - 16:21; 57:23; 82:13

**outs** [2] - 20:5, 19

**Overruled** [2] - 37:12; 42:9

**overruled** [12] - 17:6; 22:15; 24:8; 25:2; 28:1; 30:24; 31:24; 34:6; 37:22; 42:21; 59:7; 90:5

### P

**P-O-N-C-E** [1] - 4:21

**package** [5] - 5:23, 25; 27:2; 69:12

**packages** [5] - 26:18; 28:6, 9; 65:7, 17

**Page** [1] - 92:3

**page** [13] - 35:15; 62:15; 70:15; 73:16, 18, 23; 74:6; 76:23; 77:8, 12, 16; 88:22; 89:16

**pages** [5] - 32:8; 35:6, 8; 70:17; 73:6

**paid** [24] - 14:3; 28:12; 54:10, 14;

63:22; 64:8; 72:21, 24-25; 75:7, 13, 20; 76:4; 78:14, 25; 79:7, 12, 20; 80:23; 82:13; 89:2, 18, 24

**palace** [3] - 36:24; 37:25

**pamphlet** [1] - 70:3

**Panama** [2] - 77:10; 89:21

**paper** [1] - 32:13

**papers** [1] - 48:6

**part** [10] - 7:24; 13:6; 39:4; 54:4; 61:17; 67:5; 75:10; 80:8; 83:17; 85:7

**participate** [1] - 30:11

**participating** [1] - 30:10

**particular** [11] - 7:18; 8:12; 12:10; 30:16; 32:21; 40:14; 41:1, 17; 49:18; 75:1; 85:8

**Partners** [3] - 8:19, 24

**partners** [1] - 8:24

**partnership** [1] - 11:3

**parts** [1] - 16:25

**pass** [1] - 79:11

**patented** [2] - 41:22; 51:9

**patents** [1] - 31:1

**pay** [11] - 29:12; 42:2; 43:1; 56:2, 6; 75:12, 20; 82:18, 20; 83:19

**paying** [15] - 16:1; 17:19, 24; 29:2, 25; 30:5, 8; 31:12, 21; 32:1; 33:10, 15; 63:24; 85:11

**payment** [6] - 10:5; 28:12; 54:8; 75:10; 79:12, 14

**payments** [3] - 10:4; 33:2; 68:12

**pedal** [1] - 70:13

**Pedalflo** [4] - 69:21; 70:3, 6, 18

**Pennsylvania** [5] - 2:16, 19, 23; 3:3, 7

**people** [6] - 6:22; 12:16; 20:22; 22:8; 24:22; 25:1; 27:23; 28:8; 33:16; 82:9, 18; 86:1

**percent** [41] - 14:4; 15:24; 20:2; 22:7, 9-10, 12; 28:11, 18-19, 21; 30:6; 31:18; 46:21; 60:8, 11; 72:13, 17-19; 73:4; 75:21, 24; 76:1, 3, 5, 25; 78:1, 4, 6, 22; 79:7, 19; 99:1

**percentage** [9] - 15:18; 28:16; 33:14; 72:16, 25; 78:25; 79:4, 6; 90:1

**percentages** [4] - 59:1, 18

**perfectly** [1] - 58:10

**performance** [5] - 12:17; 40:11; 51:16, 19; 74:20

**period** [13] - 7:15; 10:20; 15:25; 17:17; 29:1, 11, 23; 32:24; 36:13; 60:21; 61:2, 9; 62:8

**person** [4] - 19:23; 20:6, 11; 58:15

**personally** [1] - 19:22

**pick** [1] - 12:22

**picked** [1] - 74:16

**pipe** [1] - 26:23; 67:4

**pipes** [1] - 67:1

**place** [5] - 40:3, 5; 76:8; 87:1; 89:20

**places** [3] - 40:6; 41:23; 82:3

**Plaintiffs** [1] - 1:5, 13; 2:2

**PLAINTIFFS'** [1] - 4:14

**Plaintiffs'** [2] - 32:8; 35:6
**plan** [1] - 44:17
**plane** [2] - 11:16; 82:21
**plates** [3] - 26:22; 67:1, 3
**point** [6] - 6:2; 27:12; 44:14, 17; 45:21; 46:9; 52:12; 90:22
**policy** [1] - 81:1
**political** [2] - 67:18
**Ponce** [39] - 4:9, 13, 17, 21-22; 5:7, 14; 10:20; 22:17; 23:18; 26:5; 32:12, 15; 35:11; 36:12; 40:11; 43:6; 45:18, 22; 46:1; 47:5; 48:1, 3, 11; 64:11; 70:2, 18; 80:15; 82:23; 84:16; 88:6, 10, 15, 23; 90:12-14, 18
**PONCE** [7] - 4:14; 48:9; 88:8; 92:4
**Ponce's** [1] - 46:24
**port** [5] - 14:9; 66:12, 16; 67:7, 9
**portable** [3] - 11:21; 50:6, 9
**ports** [3] - 66:14, 18, 21
**position** [4] - 6:2; 25:17, 21; 26:2
**possibility** [1] - 58:16
**possible** [1] - 86:8
**practice** [1] - 78:21
**practiced** [1] - 10:1
**precisely** [1] - 49:13
**preliminary** [2] - 21:24; 58:2
**preparation** [1] - 61:22
**preparing** [1] - 62:9
**present** [4] - 40:24; 57:16; 58:6; 69:11
**president** [8] - 10:9, 13, 15, 17; 13:10; 21:1; 52:25
**President** [1] - 13:10
**president's** [1] - 53:5
**presidential** [1] - 26:16
**presidents** [2] - 19:21
**prevent** [1] - 11:14
**previous** [3] - 22:24; 27:18; 72:20
**previously** [2] - 35:7; 50:11
**Price** [1] - 77:17
**price** [26] - 16:10, 15, 18-19, 22, 24; 17:11, 13, 15-16; 18:1, 22; 26:25; 27:11; 77:22; 78:9, 14; 79:2, 15; 80:9; 83:15; 84:21; 85:1, 7
**prices** [1] - 31:16
**pricing** [6] - 16:17; 17:4; 55:9; 84:25; 85:2, 6
**primarily** [2] - 61:1; 62:9
**primary** [2] - 20:11; 61:21
**Principle** [1] - 73:25
**priority** [1] - 61:4
**problems** [3] - 49:1, 3; 67:20
**procedure** [1] - 90:15
**Proceedings** [2] - 3:14; 91:8
**PROCEEDINGS** [1] - 1:10
**proceedings** [1] - 91:12
**produced** [1] - 3:14
**product** [10] - 30:17; 69:21; 70:6, 18; 71:24; 72:1; 84:21; 85:1, 5
**products** [6] - 56:1, 10; 65:5; 68:22;

69:9; 79:2
**profits** [2] - 16:21; 83:20
**program** [1] - 53:5
**Project** [1] - 65:15
**project** [62] - 6:1; 9:13; 10:24; 11:2, 4, 7, 25; 12:10; 14:23; 15:9, 12, 15-16, 19; 17:18; 18:5, 7, 13-14, 17; 21:5; 22:1; 24:18; 26:6, 11-12, 24; 27:3, 9, 14, 16; 28:4, 14, 23; 32:25; 33:3; 34:13; 40:12; 41:12; 50:18; 51:4; 52:4, 21; 53:6; 54:3; 62:8; 65:12, 16; 66:9; 79:20; 80:9; 83:8; 85:8; 89:5, 11, 18, 20, 22, 24
**projects** [88] - 15:1, 13; 17:25; 18:13, 20-23; 19:6, 8, 11; 20:9, 16; 21:10, 13, 16; 22:18, 20, 24; 24:12; 26:1, 10; 27:8, 15, 18; 28:20; 32:19; 40:22; 52:19; 53:10; 55:9-11, 17-18, 20; 56:5, 13, 15, 18-21; 60:15, 21; 61:21; 62:6; 63:2; 64:12, 24; 65:5, 8, 13-15, 17, 24; 67:10, 13; 68:8, 14, 18; 69:3, 18; 70:24; 72:4, 6, 16, 24; 73:1; 80:17; 83:2, 6, 8; 84:17; 85:17, 22; 86:5, 7, 12, 14, 16-17, 23
**promised** [1] - 52:3
**promotion** [1] - 86:17
**proportions** [1] - 56:16
**proposal** [1] - 13:25
**proprietary** [2] - 30:14, 25
**proud** [2] - 71:24
**provide** [3] - 53:7; 56:14; 59:12
**provided** [8] - 48:25; 50:8; 51:3; 53:15; 59:13, 25; 71:14; 75:2
**providing** [3] - 55:21; 57:2; 85:2
**published** [4] - 69:25; 73:7, 11; 77:3
**pull** [6] - 61:13; 71:22; 73:5; 76:9; 77:2; 89:15
**pump** [14] - 9:1; 15:8; 16:19; 30:13; 31:3; 41:7, 10, 12; 50:9, 24; 70:9; 71:15
**Pump** [5] - 16:1, 5; 17:9; 25:17; 74:4
**Pump's** [1] - 51:12
**pumping** [3] - 5:20, 23, 25
**pumps** [74] - 7:9, 13, 22; 8:1, 8; 9:10; 11:10, 13, 22; 12:4; 16:10, 15, 22-23; 17:9, 19; 18:1; 22:24; 23:2, 9, 13, 16, 21; 24:11, 16, 22; 26:21; 30:21; 31:5-7, 15; 41:4, 16, 19; 48:25; 49:2, 11, 22, 24; 50:1, 6, 11, 15, 18, 20-21; 51:1, 3, 5; 53:3; 64:12, 16; 65:11, 14, 22; 66:4, 7-8, 10, 13-15, 18, 20, 23; 71:12
**Pumps** [5] - 5:22; 12:2, 8; 16:8; 17:1; 23:11; 49:18; 53:7
**PURCELL** [1] - 1:3
**purchase** [1] - 11:21
**purchasing** [1] - 17:19
**purpose** [3] - 40:20; 55:21; 57:4
**put** [15] - 8:9; 13:23; 16:10, 14; 22:4; 27:4; 28:6, 9; 30:20; 48:23; 61:4; 65:7, 17; 68:5; 70:14
**putting** [1] - 28:4
**PX** [1] - 61:14; 62:19

## Q

**qualified** [1] - 64:8
**questions** [15] - 45:12; 48:3, 14; 87:13, 22; 88:2, 12, 14, 24; 90:7, 11, 16-17, 19; 91:6
**quick** [1] - 83:24
**quickly** [1] - 46:4
**quite** [1] - 42:5
**quote** [3] - 45:23; 46:1
**quoting** [1] - 45:23

## R

**raining** [1] - 70:12
**rainy** [2] - 11:9; 50:5
**ran** [1] - 69:15
**ranchers** [1] - 7:23
**range** [3] - 60:15; 72:25; 89:12
**ranged** [4] - 15:23; 28:18; 72:12; 75:21
**ranges** [1] - 59:13
**rate** [8] - 72:12, 25; 76:25; 77:21; 78:9, 15, 25; 80:10
**rates** [1] - 85:15
**Raton** [3] - 5:13; 39:20, 23
**RDR** [3] - 3:11; 91:11, 14
**RDR-CRR** [1] - 91:11
**reach** [1] - 79:19
**reaching** [1] - 79:15
**read** [3] - 73:14; 78:6
**ready** [1] - 4:8
**really** [5] - 16:18; 24:12; 65:12; 68:6
**realtime** [1] - 45:23
**reason** [3] - 42:22; 50:1; 65:22
**reasons** [5] - 66:4, 6-7; 81:24
**receive** [9] - 14:14; 15:15; 16:7; 28:13; 56:1; 72:9; 81:21; 83:16
**received** [5] - 15:16; 28:19; 43:2; 72:3, 6
**receiving** [2] - 16:4; 29:6
**receptive** [1] - 86:1
**recognize** [1] - 77:9
**recollection** [5] - 7:8; 60:5; 72:12, 16, 19
**recommendation** [2] - 74:22; 75:3
**recommended** [5] - 9:11; 11:21, 25; 15:3; 65:11
**recommending** [2] - 11:24; 65:4
**record** [11] - 43:25; 45:10, 24; 46:3, 18; 73:12; 76:15; 77:6; 86:20; 87:11; 91:11
**records** [1] - 75:8
**Red** [2] - 4:7; 91:1
**redirect** [2] - 87:18; 88:6
**REDIRECT** [2] - 88:8; 92:6
**reference** [1] - 46:21
**referred** [1] - 57:19
**referring** [1] - 32:3

**refers** [1] - 76:18
**refreshing** [1] - 71:19
**refueling** [1] - 82:21
**refused** [2] - 41:3
**regard** [2] - 52:23; 63:1
**regarding** [7] - 10:6; 57:20; 58:20, 22; 59:18; 64:12; 75:5
**Regina** [5] - 20:18; 21:22; 57:15, 17, 22
**regular** [4] - 33:11; 63:21; 64:4, 8
**Rel** [1] - 1:4
**related** [3] - 45:12; 46:23; 79:12
**relates** [1] - 74:3
**relating** [1] - 77:9
**relationship** [2] - 19:7, 9
**relevance** [1] - 44:6
**reluctantly** [1] - 63:10
**remained** [3] - 25:25; 52:18; 54:19
**remember** [27] - 15:11; 16:18; 20:6; 21:3, 7, 9; 22:4, 7, 9; 23:3; 28:17; 40:14; 41:19; 42:10; 49:8; 57:22; 58:25; 59:22; 60:7; 62:3; 68:14; 69:6; 71:2; 79:22; 80:6; 90:20
**remove** [1] - 88:1
**rented** [1] - 39:1
**reopen** [1] - 68:6
**reopened** [1] - 68:12
**repay** [1] - 27:6
**repayment** [1] - 68:10
**repeat** [1] - 34:9
**rephrase** [2] - 33:25; 34:25
**reported** [1] - 3:14
**REPORTER** [2] - 5:4; 45:25
**Reporter** [3] - 3:11; 91:15
**reporter** [3] - 4:20; 8:22; 51:23
**represent** [2] - 12:15; 44:22; 45:11
**representation** [4] - 44:14; 46:25; 47:3; 51:20
**representations** [1] - 12:16
**representative** [3] - 51:13, 18; 77:11
**representatives** [1] - 14:21
**requesting** [1] - 33:2
**required** [2] - 64:1; 65:24
**resources** [1] - 19:20
**respect** [4] - 9:7; 18:2; 67:9; 80:16
**respected** [2] - 86:2
**responded** [1] - 12:15
**responsibility** [10] - 61:21; 66:9, 11, 13, 17, 20, 24; 67:8, 12; 79:25
**responsible** [3] - 62:9, 12; 67:3
**rest** [3] - 36:9; 46:24; 65:24
**restrictions** [2] - 68:13, 15
**result** [1] - 31:14
**resulted** [1] - 84:18
**revenue** [3] - 53:15; 57:2; 83:5
**Revolution** [5] - 13:13; 52:23; 53:3
**Rhoad** [1] - 2:15
**rigs** [4] - 23:15; 26:22; 41:4; 71:13
**River** [8] - 11:17; 13:16; 18:16; 19:18;

23:3, 5-6; 65:16
**river** [7] - 13:14, 16; 24:10; 41:2; 52:25; 53:1; 54:4
**road** [1] - 11:17
**roads** [1] - 25:9
**ROBERT** [1] - 1:3
**Robert** [1] - 2:15
**rock** [3] - 16:22, 24; 17:11
**rock-bottom** [3] - 16:22, 24; 17:11
**rode** [1] - 25:8
**Roegiers** [16] - 25:19, 22, 24; 33:22; 36:8; 42:7, 15, 17; 61:23; 62:1, 9, 11; 63:5; 81:6
**Roegiers'** [1] - 25:17
**Rogers** [1] - 37:14
**Rogiers** [1] - 79:24
**role** [1] - 28:3
**Rolls** [1] - 40:10
**Rolls-Royce** [1] - 40:10
**Room** [1] - 1:21; 2:4; 3:12
**roughly** [1] - 21:9
**row** [1] - 4:5
**Royce** [1] - 40:10
**rrhoad@crowell.com** [1] - 2:17
**rules** [1] - 35:3
**Russell** [1] - 1:13

## S

**S-H-A-G-A-R-I** [1] - 13:11
**sake** [1] - 24:3
**salary** [1] - 6:16
**sale** [28] - 6:24; 7:13; 9:15; 12:24; 13:1, 3; 14:15; 16:19; 17:9; 18:8, 15; 26:25; 27:11; 29:13; 49:3, 13, 18, 21; 53:22; 54:8; 60:25; 72:7, 10; 83:16
**sales** [38] - 7:4, 20; 9:17, 20; 16:1; 21:15; 27:1; 29:2, 24-25; 30:12; 31:12; 33:2; 51:13, 18; 52:13, 16, 18; 54:4; 55:17, 22; 56:22, 24; 57:6; 58:11; 68:1; 69:1, 5, 7, 17; 75:13, 16, 20-21; 82:23; 83:13; 87:5
**salesman** [2] - 5:24; 48:18
**salesmanship** [1] - 71:20
**sandbagged** [1] - 46:6
**sat** [1] - 6:12
**saved** [1] - 50:18
**saw** [6] - 19:6; 25:10; 59:19, 23; 78:7; 80:24
**scale** [1] - 56:15
**schedule** [1] - 87:14
**school** [2] - 4:24; 5:1
**School** [1] - 5:1
**schools** [1] - 41:9
**scope** [1] - 7:5; 56:20
**Scott** [3] - 3:11; 91:11, 14
**scottlyn01@aol.com** [1] - 3:13
**screen** [1] - 62:24; 69:22; 70:2
**scroll** [1] - 77:12

**season** [2] - 11:9; 50:5
**seated** [3] - 4:4; 84:4; 91:4
**second** [14] - 29:8; 35:15; 47:10; 49:13; 62:15; 64:7; 70:16; 73:16, 18; 74:6; 76:10; 77:8; 88:22; 89:16
**secretary** [1] - 41:9
**Section** [1] - 1:20
**see** [21] - 22:23; 23:2, 22; 26:19; 32:12, 14; 34:7; 35:11; 43:1; 51:15, 19; 62:24; 73:20, 24; 74:7; 76:24; 77:13; 83:23; 88:15; 90:25; 91:1
**seeing** [2] - 23:9; 59:17
**seeking** [1] - 80:10
**sell** [8] - 26:12, 17; 27:13; 40:22; 41:5; 56:1; 80:9; 84:21
**selling** [6] - 24:23; 25:13; 41:18; 60:23; 66:9
**send** [2] - 12:4; 13:21
**sense** [2] - 23:24
**sentence** [2] - 46:3, 16
**separately** [1] - 28:12
**service** [1] - 51:4
**Service** [1] - 73:25
**SESSION** [2] - 1:9; 4:1
**set** [4] - 27:7; 50:5, 12; 67:2
**settled** [1] - 73:4
**seven** [5] - 13:16; 69:4, 7; 85:18, 20
**several** [9] - 8:9; 19:22; 20:8; 40:17, 19; 55:20; 57:17
**sewage** [1] - 5:20, 23
**sewer** [1] - 11:7
**Shagari** [3] - 13:10; 52:25
**shame** [5] - 23:22; 64:19
**shameful** [1] - 23:2
**share** [1] - 32:6
**Shehu** [3] - 13:10; 52:24
**SHEHU** [1] - 13:11
**shift** [1] - 26:5
**ship** [2] - 39:17; 60:23
**shipment** [1] - 32:19
**shipments** [1] - 87:1
**shopping** [1] - 5:19
**short** [2] - 14:12; 52:4
**shorthand** [1] - 3:14
**show** [5] - 44:4; 51:25; 70:16; 73:5; 74:20; 86:22
**showing** [1] - 86:20
**shown** [1] - 61:13
**shrewd** [1] - 82:25
**shrimp** [1] - 7:21
**sic** [2] - 11:1; 57:23
**sic]** [1] - 5:3
**side** [1] - 41:20
**sidebar** [2] - 43:25; 87:11
**Sidebar** [1] - 47:25; 88:5
**sign** [9] - 32:19; 35:23; 36:1, 4, 6; 63:8; 69:1
**signature** [1] - 35:18; 73:17; 74:7
**signed** [15] - 14:2; 32:21, 23; 33:4;

35:25; 36:7; 61:15; 63:2, 4, 7, 10-11; 73:21

**single** [2] - 26:12; 27:8

**SIR** [1] - 8:23

**sit** [1] - 40:23

**site** [1] - 11:20

**situation** [1] - 49:10

**situations** [4] - 84:16, 20, 23

**six** [5] - 11:12; 13:15; 22:21; 61:10

**size** [2] - 19:11; 56:18

**sized** [1] - 31:5

**sketch** [1] - 41:13

**skipping** [1] - 29:8

**sleeves** [1] - 71:23

**small** [2] - 23:15; 31:5; 90:4

**smaller** [1] - 89:13

**so...** [1] - 60:23

**society** [3] - 14:3; 42:1; 53:25

**Solar** [1] - 70:3

**solar** [2] - 70:10

**sold** [26] - 5:25; 7:9; 15:9, 12; 17:15; 22:24; 23:14-16, 18; 26:14, 21-22; 27:18; 41:23; 60:23; 64:12, 23; 65:5, 8; 66:25; 79:8; 83:9, 14

**Solomon** [1] - 57:12

**someone** [2] - 29:24; 58:19

**sometimes** [2] - 31:18; 68:12

**somewhere** [2] - 18:25; 78:7

**son** [1] - 6:9

**soon** [1] - 86:7

**sorry** [14] - 5:4; 8:21; 18:8; 21:12; 45:25; 46:1, 14; 54:13; 67:15; 71:5; 75:5; 78:13; 83:22; 87:25

**sort** [2] - 57:20; 81:21

**sounds** [2] - 31:19; 57:13

**source** [1] - 81:23

**southeast** [2] - 41:2; 71:3

**southern** [1] - 7:24

**Spalding** [2] - 61:14; 62:17

**span** [1] - 8:13

**Spanish** [1] - 6:23

**spare** [1] - 16:24

**special** [1] - 26:1

**specific** [4] - 60:6; 65:14; 68:15; 79:23

**specifically** [2] - 60:7, 9

**speculation** [2] - 24:6; 37:6

**spell** [3] - 4:19; 8:21; 9:2

**spent** [5] - 11:19; 22:21; 60:20; 61:10

**split** [1] - 27:8

**spot** [1] - 71:18

**square** [3] - 37:1, 17; 38:1

**Stair** [3] - 25:7; 42:15; 61:25

**stair** [1] - 42:17

**stand** [1] - 48:1

**standards** [1] - 36:25

**start** [11] - 6:14; 12:18; 19:15; 20:8; 47:7; 48:5; 55:10; 71:5; 75:22; 90:24

**started** [8] - 6:19; 7:19, 23; 8:2; 19:1; 26:3; 27:3; 73:3

**starting** [1] - 58:2

**state** [44] - 26:6, 10, 24; 27:8, 16; 28:4, 7, 13, 23; 32:25; 34:13; 40:11; 41:2, 18; 42:13; 52:19; 55:18; 56:9; 61:20; 62:6, 8; 63:2; 65:18; 67:9, 21; 68:8, 14, 17; 69:3; 70:23; 71:3; 72:15, 24; 80:16, 23; 83:3; 85:17, 22; 86:5, 12, 14

**STATES** [2] - 1:1, 11

**states** [17] - 26:13, 18-19; 40:17, 19; 41:3; 68:22, 25; 69:4, 7, 10, 12, 18, 20; 89:11

**States** [5] - 1:4; 4:6, 12; 51:25

**station** [1] - 5:20

**stations** [2] - 5:23, 25

**stay** [4] - 12:22; 36:17; 38:16; 42:2

**stayed** [1] - 31:4

**staying** [1] - 42:14

**steel** [3] - 26:22; 67:1, 3

**steep** [1] - 15:6

**step** [3] - 43:21; 60:25; 90:8

**still** [6] - 5:24; 10:15; 54:21; 55:2, 4; 70:13

**sting** [1] - 44:9

**stolen** [1] - 82:1

**stop** [2] - 6:11; 47:8

**story** [3] - 14:12; 37:1; 38:2

**stream** [1] - 53:15

**Street** [5] - 1:15, 20; 2:4, 8, 12

**strides** [1] - 19:19

**stronger** [1] - 14:5

**structure** [2] - 16:17; 17:4

**structures** [1] - 50:4

**submitting** [1] - 33:1

**succeeded** [1] - 14:13

**successful** [1] - 53:6

**suitcase** [1] - 42:7

**suitcases** [1] - 41:25

**suite** [1] - 38:10

**Suite** [3] - 2:8, 23; 3:7

**suited** [1] - 8:8

**suites** [1] - 38:7

**summarize** [1] - 4:22

**sun** [1] - 70:13

**Supplier's** [15] - 32:18, 21; 33:1, 6; 34:13; 35:14, 21; 59:24; 60:17; 61:14, 17, 22; 62:10, 15; 63:1

**supply** [3] - 41:6, 8, 16

**support** [1] - 55:18

**supports** [1] - 60:3

**suppose** [1] - 44:4

**surprised** [1] - 46:4

**surrounding** [2] - 38:2; 43:15

**suspect** [1] - 43:4

**Sustained** [3] - 17:22; 37:7; 39:14

**SWORN** [1] - 4:14

**T**

**table** [1] - 6:13

**tank** [1] - 9:11

**tanks** [1] - 70:11

**target** [2] - 26:25; 27:11

**technical** [2] - 9:6

**technology** [10] - 11:22; 49:2, 22; 50:3; 51:9; 54:23, 25; 55:2; 71:10

**ten** [2] - 18:12; 83:24

**tender** [6] - 8:7, 10, 12, 16; 31:16

**tendered** [1] - 11:4

**tenders** [2] - 30:11

**terminated** [1] - 44:5

**termination** [1] - 44:5

**terms** [5] - 12:7; 44:19; 78:21; 83:15; 87:14

**test** [1] - 9:11

**testified** [2] - 64:11; 75:19

**testimony** [4] - 37:21; 48:14, 24; 83:1

**there'd** [1] - 45:5

**therefore** [1] - 58:14

**Thereupon** [1] - 84:1

**third** [6] - 4:5; 16:19-21; 70:15, 17

**thirds** [1] - 16:19

**three** [10] - 6:6; 12:24; 13:4, 22, 24; 14:12; 16:19; 60:8, 11; 87:19

**three-thirds** [1] - 16:19

**throughout** [3] - 15:22; 45:16; 46:24

**Tim** [2] - 88:12; 89:15

**timeframe** [1] - 86:10

**timing** [3] - 53:3; 55:14; 61:19

**title** [1] - 10:18

**today** [3] - 44:18; 54:21; 55:4

**together** [9] - 6:12; 8:9; 28:4, 6, 9; 65:7, 17; 70:17; 74:14

**Tom** [4] - 25:19, 22, 24

**tomorrow** [7] - 12:19; 84:7; 87:15; 90:14, 17; 91:1, 6

**Tony** [3] - 25:10; 33:23

**took** [10] - 10:16; 13:7; 17:10, 13; 25:9; 41:20; 69:15; 85:17, 19; 87:1

**top** [4] - 39:22; 73:24; 76:10; 77:13

**topic** [1] - 59:20

**total** [14] - 15:11; 18:17, 21; 27:2, 11, 14; 28:9; 69:5, 7; 77:13; 78:13; 89:7, 10, 24

**touch** [2] - 45:4; 51:9

**touched** [1] - 59:20

**touching** [1] - 20:8

**towards** [2] - 19:19; 85:22

**town** [3] - 13:6, 8, 24

**tractors** [1] - 23:16

**traditional** [1] - 30:13

**transaction** [3] - 76:18; 77:10; 89:2

**transcript** [3] - 3:14; 48:15; 91:11

**TRANSCRIPT** [1] - 1:10

**transcription** [1] - 3:15

**transfer** [1] - 14:10

**transferring** [1] - 14:13

**translate** [1] - 6:23

**translated** [1] - 6:24

**transport** [1] - 67:3
**transporting** [1] - 39:10
**travel** [8] - 22:19; 25:5; 36:15; 38:24; 40:12; 82:20
**traveled** [8] - 25:8, 12, 20; 36:13; 40:15; 42:5; 82:8, 11
**traveling** [2] - 26:3; 61:11
**travelled** [1] - 82:12
**treasurer** [2] - 25:23, 25
**TRIAL** [1] - 1:10
**Trial** [4] - 1:13, 18; 2:2, 11
**trip** [2] - 40:14, 16
**trips** [3] - 22:23; 41:8, 24
**true** [2] - 54:19; 67:9
**truthfulness** [1] - 35:20
**try** [3] - 51:21; 62:1
**trying** [3] - 44:8; 45:2; 71:2
**turn** [1] - 70:15
**twice** [1] - 31:23
**two** [21] - 4:24; 5:1; 6:5; 7:19; 12:18; 13:22, 24; 14:12; 16:15; 37:1; 38:2; 48:5; 51:24; 60:7, 11; 62:12; 65:15; 66:25; 83:8; 88:12
**two-story** [2] - 37:1; 38:2
**type** [5] - 8:1; 10:2; 11:11; 31:2; 65:11
**types** [2] - 31:11, 20

## U

**U.S** [13] - 1:14, 19; 2:3, 11; 3:12; 14:11, 13; 39:7; 51:1; 55:22; 57:5; 60:3; 75:2
**ultimate** [1] - 85:24
**ultimately** [4] - 56:22; 69:1; 70:23; 86:12
**um-hmm** [5] - 24:19; 35:22; 48:17; 59:3; 77:23
**under** [3] - 5:17; 70:11; 71:23
**undergraduate** [1] - 4:23
**understood** [3] - 19:10; 88:4; 90:13
**UNITED** [2] - 1:1, 11
**United** [5] - 1:4; 4:6, 12; 51:25
**units** [1] - 51:7
**Units** [4] - 14:23; 15:12, 19; 17:18
**University** [1] - 5:2
**unless** [1] - 33:4
**unused** [1] - 23:23
**up** [37] - 9:17; 11:13; 12:1, 22; 13:12, 25; 27:14; 29:9; 31:6; 41:18; 50:6; 52:19; 61:13; 65:23; 66:4, 23; 67:2; 68:5, 14; 69:21; 70:9, 11, 13-14; 71:24; 73:5, 24; 74:16; 76:9; 77:2, 16; 78:25; 79:3; 88:13, 23; 89:15
**Upper** [3] - 13:16; 23:5; 65:16
**USAID** [4] - 20:10; 60:2, 9, 14
**useful** [1] - 50:15
**utilize** [1] - 27:9
**utilizing** [1] - 41:6; 70:9

## V

**vague** [1] - 34:5
**value** [5] - 15:11; 18:17, 21, 23; 27:2
**varied** [1] - 73:3
**varies** [1] - 80:11
**various** [4] - 40:12; 65:5, 9; 84:17
**Venezuela** [6] - 6:22; 7:20, 23; 8:3, 7; 9:19
**verify** [1] - 34:4
**versus** [1] - 4:6
**village** [1] - 41:16
**villages** [1] - 41:6
**violating** [1] - 35:3
**visit** [6] - 6:22; 9:8; 11:20; 40:12; 41:24
**visited** [2] - 28:7; 40:18
**visiting** [1] - 23:9
**visits** [1] - 40:20
**vividly** [2] - 22:8; 23:3
**volume** [1] - 69:7

## W

**W's** [1] - 75:8
**wait** [3] - 10:12; 51:21; 91:7
**Wallace** [5] - 2:2; 3:11; 4:5; 91:11, 14
**warnings** [1] - 90:20
**washed** [1] - 11:10
**washing** [1] - 11:14
**Washington** [17] - 1:7, 16, 21; 2:5, 9, 13, 16, 20, 24; 3:3, 8, 12; 18:25; 20:3, 5, 22; 58:12
**water** [5] - 11:14; 19:20; 41:6, 8; 70:13
**week** [1] - 14:1
**weeks** [2] - 12:24; 13:4
**well-known** [2] - 19:17; 50:24
**whatsoever** [1] - 59:20
**wheat** [1] - 15:10
**whichever** [1] - 81:18
**whole** [2] - 35:7; 47:12
**wife** [4] - 6:7; 25:8; 38:3
**William** [4] - 8:19, 23
**willing** [1] - 86:19
**win** [1] - 41:15
**Wiseman** [2] - 1:18; 4:12
**wiseman** [1] - 88:1
**WISEMAN** [48] - 4:11, 16; 5:6; 17:7, 23; 22:16; 23:17; 24:15; 25:3; 28:2; 31:8; 32:2, 7, 11; 34:10; 35:5, 10; 36:10; 37:8, 16; 38:5; 39:15; 42:11, 25; 44:21, 24; 45:1, 14, 16, 18; 46:12, 14, 20; 47:9, 12, 16; 48:3; 59:5; 73:9; 76:13; 87:15, 19; 88:9, 21; 90:7; 92:5, 7
**witness** [8] - 4:9; 44:2; 45:14; 46:22; 47:6; 87:13
**WITNESS** [22] - 4:14; 5:5; 17:4; 23:11, 13; 24:10; 30:23, 25; 31:25; 34:9; 37:13, 23; 42:10, 22; 43:17, 22, 24;

48:2; 76:16; 78:10; 90:4, 6
**wives** [1] - 37:25
**word** [2] - 51:8; 83:12
**words** [1] - 61:5
**Works** [2] - 5:21; 49:4
**works** [1] - 11:7
**world** [1] - 75:17
**World** [2] - 8:7, 18
**worry** [1] - 41:21
**written** [4] - 58:22; 59:17, 19; 74:10

## Y

**yard** [2] - 23:20; 66:16
**year** [5] - 5:7; 6:17; 8:15; 9:17; 19:1; 22:22; 43:10; 62:3
**years** [14] - 4:24; 5:1, 12; 6:6; 9:4; 10:23; 18:12; 19:4; 23:20; 29:10; 43:7; 73:2; 85:18, 20
**Yola** [2] - 13:8, 17
**Young** [1] - 2:2
**young** [2] - 13:8, 18
**yourself** [8] - 4:19; 48:18; 68:21; 71:5, 20; 76:11; 81:9
**yourselves** [1] - 90:24

## Z

**Zagatay** [2] - 25:10; 33:24
**zeroing** [1] - 7:23